PROPERTIES
DATE

✳ Please reference attached complaints
for a more detailed Explanation starting
on: 11-1-11
4-24-12          EEOC NO:
5-31-12             26G20|2011 73C
7-4-12
                 ELD Case #0220120197

✳ Also Attached.

✳ Termination Papers

✳ Cel Phone Records

✳ HR Emails

✳ last pay Check

# FRONTIER.

Frontier Airlines, Inc.      P 720.374.4200      frontierairlines.com
General Mitchell            F 720.374.4375
International Airport
5300 S. Howell Ave
Milwaukee, WI 53207

*[handwritten: 8/13/11 → HR Approved FMLA - Email confirmation]*

August 23, 2011

*[handwritten: 8/17/11 - Rebecca called Beth 2x's + left messages about me being out until 8/24/11 when I saw my DR]*

Dafina Roter
25501 W Loomis Rd
Waterford, WI 53185

Dafina.

*[handwritten: 1911 to Beths Cel - No Answer - left message then @ 253 to Beths office]*

Your employment at Frontier Airlines has been terminated for attendance. As of 08/20/11, you *[handwritten: phone/vm out the carpet]* had an attendance point balance of negative 8 points. On 8/13/11, you were a no call no show leaving you with a point balance of negative 1. You have since been absent for your shifts on 08/18/11, 08/19/11, and 08/20/11 leaving you with a point balance of negative 8.

In completing this termination, you are REQUIRED to turn in:

Item / Cost of Item if not returned

- Company issued ID / $25.00
- Airport SIDA Badge / $20 - $100.00
- Airport parking hang tag (if applicable) / $89.00
- Keys (if applicable) / $12 per set or $3.00 per key

Upon receipt of the above listed items, your final paycheck(s) will be released to you. For items not returned, reasonable amounts will be deducted from your last paycheck(s). Please call me at 414-294-6212 to arrange an immediate return of the above items. If you have any further questions or concerns regarding this matter, please do not hesitate to contact me.

*[handwritten: HVAC initially got me sick]*

Beth Nacker

Beth Nacker
Manager, Customer Service

*[handwritten: Wrongful Termination]*

cc:    Director MKE Station
       Human Resources
       Employee File

*[handwritten: Harassment / Discrimination to accommodate my health needs]*

**A whole different animal.**

*[handwritten: HR June/Aug + July]*

Subject: RE: AUG 18Th..FMLA used 5-9

I forgot to add in my last email that i will be out tues Aug 16th from 5-9 also due to my high bp, which when i spoke with supervisor Peter Ganabathi on sat about why I was sick, he was also told I would be out tues too. I went to dr and had my BP checked at 751pm tonight, still to high to return, guess thats why iam still up. Thank you for guiding me to the right person to file a complaint with. I, My Dr, or Lawyer will notify you or Peter on my return to work.

thank you,

Dafina Roter
17671

On Mon Aug 15th, 2011 10:41 AM CDT LOA Flyfrontier wrote:

>
>Thank you for your email correspondence. The dates you have requested be counted in accordance with your Intermittent FMLA on file have been submitted for your attendance to be reflected accordingly.
>
>Dafina,
>Can you explain who you're trying to contact in HR or what you are looking to talk about? I'll see who needs to be involved... you might want to contact your HR manager for the station, I believe this is Barb Young at BYoung@rjet.com
>
>Please feel free to reply if you have any other questions,
>Thank you,
>Barbie Butler
>Leave of Absence Coordinator|Republic Airways Holdings, Inc.|Phone: 317-471-2595 | Fax: 317-484-4561
>CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.
>
>
>-----Original Message-----
>From: Dafina Roter [mailto:roterdafina@yahoo.com]
>Sent: Saturday, August 13, 2011 5:27 PM
>To: LOA Flyfrontier
>Cc: Hasting, Heather E.
>Subject: AUG 13th.. FMLA Used 12-1600  -Þ Exhibit  H
>
>HI Barbie-
>
>I needed to use four hours of FMLA today.due to my BP being up and puking bile. I was scheduled 12-1600. could u please tell me who I can contact in our co to file a complaint? Who is the mgr/VP of Human Resources? Just their names and email addresses please....thanks for your help! Fill in supervisor heather hasting is CC in because my direct sup, is on vacation and my managr never answered me back about calling her too, and WHY I had to. heather was the only mgr/sup who verbally spoke with me today, and who handled the situation very

Exhibit L-Charge No. 26G201201173C

## Medina, Melissa J.

| | |
|---|---|
| **From:** | Dafina Roter [roterdafina@yahoo.com] |
| **Sent:** | Wednesday, August 24, 2011 9:47 PM |
| **To:** | LOA Flyfrontier |
| **Cc:** | Lehrman, Jason J. |
| **Subject:** | Re: AUG 18Th..FMLA used 5-9 |
| | |
| **Categories:** | Lisa |

Barbie-

I faxed over my Dr excuse to your office, and I just wanted to make sure you received it. If not, please let me know, so I can resend it. It basically states he is keeping me out of work for another week until my next Dr Appt.
Thank You,
Dafina Roter
17671

**From:** LOA Flyfrontier <LOAFlyfrontier@rjet.com>
**To:** 'Dafina Roter' <roterdafina@yahoo.com>
**Cc:** "Evans, Lisa" <LEvans@RJet.com>
**Sent:** Tuesday, August 16, 2011 7:43 AM
**Subject:** RE: AUG 18Th..FMLA used 5-9

Dafina,
We have you on an intermittent FMLA leave. First, you have conflicting dates-- your subject claims your absence of 08/18, but the email indicates the 16th. Can you verify?

Per your email below, it sounds as if you will be off work for a few days, possibly longer. Can you please explain to me your current situation? You had used 70 of your available 80 hrs of FMLA and we may need to see if your station can support a medical leave. Let me know the dates- or how long your physician believes your recovery period is. Medical leaves are based on operational needs and usually in 1 month durations. They cannot be taken intermittently.

Please feel free to reply if you have any other questions,
Thank you,
Barbie Butler
Leave of Absence Coordinator|Republic Airways Holdings, Inc.|Phone: 317-471-2595 | Fax: 317-484-4561
CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----
From: Dafina Roter [mailto:roterdafina@yahoo.com]
Sent: Tuesday, August 16, 2011 3:27 AM
To: LOA Flyfrontier
Cc: Ganabathi, Peter P.

FIND

1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 152 | FRI | 08/12/2011 | 4:33PM | 414-460-3174 | INCOMING CL | 7 | M2AM DT M2AM | 0.00 | 0.00 |
| 153 | FRI | 08/12/2011 | 4:40PM | 414-241-6674 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 154 | FRI | 08/12/2011 | 4:41PM | 414-520-3323 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 155 | FRI | 08/12/2011 | 4:49PM | 414-520-3323 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 156 | FRI | 08/12/2011 | 5:01PM | 414-425-3323 | INCOMING CL | 30 | RM14 DT | 0.00 | 0.00 |
| 157 | FRI | 08/12/2011 | 5:34PM | 414-460-3174 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 158 | FRI | 08/12/2011 | 5:54PM | 414-460-3174 | INCOMING CL | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 159 | FRI | 08/12/2011 | 6:48PM | 608-338-8450 | INCOMING CL | 7 | M2AM DT M2AM | 0.00 | 0.00 |
| 160 | SAT | 08/13/2011 | 5:51PM | 608-338-8450 | MADISON WI | 3 | M2AMNW M2AM | 0.00 | 0.00 |
| 161 | SAT | 08/13/2011 | 5:57PM | 414-460-3174 | MILWAUKEE WI | 8 | M2AMNW M2AM | 0.00 | 0.00 |
| 162 | SUN | 08/14/2011 | 2:02AM | 608-354-9155 | MADISON WI | 2 | M2AM DT M2AM | 0.00 | 0.00 |
| 163 | SUN | 08/14/2011 | 12:08PM | 414-460-3174 | MILWAUKEE WI | 3 | M2AMNW M2AM | 0.00 | 0.00 |
| 164 | SUN | 08/14/2011 | 2:07PM | 414-241-6674 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 165 | SUN | 08/14/2011 | 2:08PM | 414-241-6674 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 166 | SUN | 08/14/2011 | 2:09PM | 414-460-3174 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 167 | SUN | 08/14/2011 | 2:14PM | 414-241-6674 | MILWAUKEE WI | 1 | M2AMNW M2AM | 0.00 | 0.00 |
| 168 | SUN | 08/14/2011 | 2:28PM | 414-241-6674 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 169 | MON | 08/15/2011 | 5:58PM | 414-460-3174 | MILWAUKEE WI | 2 | M2AM DT M2AM | 0.00 | 0.00 |
| 170 | MON | 08/15/2011 | 6:54PM | 877-892-4739 | Toll Free CL | 1 | RM14 DT | 0.00 | 0.00 |
| 171 | MON | 08/15/2011 | 6:56PM | 877-892-4739 | Toll Free CL | 2 | RM14 DT | 0.00 | 0.00 |
| 172 | MON | 08/15/2011 | 7:12PM | 608-354-9155 | INCOMING CL | 11 | M2AM DT M2AM | 0.00 | 0.00 |
| 173 | MON | 08/15/2011 | 7:26PM | 414-460-3174 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 174 | TUE | 08/16/2011 | 4:51PM | 414-241-6674 | MILWAUKEE WI | 2 | M2AM DT M2AM | 0.00 | 0.00 |
| 175 | TUE | 08/16/2011 | 4:53PM | 414-460-3174 | MILWAUKEE WI | 2 | M2AM DT M2AM | 0.00 | 0.00 |
| 176 | TUE | 08/16/2011 | 6:47PM | 414-460-3174 | MILWAUKEE WI | 2 | M2AM DT M2AM | 0.00 | 0.00 |
| 177 | TUE | 08/16/2011 | 6:49PM | 414-460-3174 | CALL WAIT | 3 | M2AM DT CW | 0.00 | 0.00 |
| 178 | WED | 08/17/2011 | 12:13PM | 414-241-6674 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 179 | WED | 08/17/2011 | 12:14PM | 414-460-3174 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 180 | WED | 08/17/2011 | 5:46PM | 414-241-6674 | INCOMING CL | 2 | M2AM DT M2AM | 0.00 | 0.00 |
| 181 | WED | 08/17/2011 | 5:59PM | 414-241-6674 | MILWAUKEE WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 182 | WED | 08/17/2011 | 6:06PM | 414-241-6674 | INCOMING CL | 14 | M2AM DT M2AM | 0.00 | 0.00 |
| 183 | WED | 08/17/2011 | 7:02PM | 414-241-6674 | MILWAUKEE WI | 4 | M2AM DT M2AM | 0.00 | 0.00 |
| 184 | WED | 08/17/2011 | 7:11PM | 414-467-1505 | MILWAUKEE WI | 2 | M2AM DT M2AM | 0.00 | 0.00 |
| 185 | WED | 08/17/2011 | 7:12PM | 414-241-6674 | MILWAUKEE WI | 10 | M2AM DT M2AM | 0.00 | 0.00 |
| 186 | WED | 08/17/2011 | 7:22PM | 608-354-9155 | MADISON WI | 1 | M2AM DT M2AM | 0.00 | 0.00 |
| 187 | WED | 08/17/2011 | 7:27PM | 608-354-9155 | MADISON WI | 8 | M2AM DT M2AM | 0.00 | 0.00 |
| 188 | WED | 08/17/2011 | 7:34PM | 414-750-0075 | CALL WAIT | 3 | M2AM DT CW | 0.00 | 0.00 |
| 189 | WED | 08/17/2011 | 9:53PM | 414-294-6212 | MILWAUKEE WI | 2 | UNW9NW | 0.00 | 0.00 |
| 190 | WED | 08/17/2011 | 9:54PM | 414-241-6674 | MILWAUKEE WI | 9 | M2AMNW M2AM | 0.00 | 0.00 |
| 191 | THU | 08/18/2011 | 4:37PM | 262-338-8512 | WEST BEND WI | 38 | RM14 DT | 0.00 | 0.00 |

*My Girlfriend who works at the Medical College and my mother were over due to my Illness through out the week - My mom felt it would be best to have Rebecca call me in sick because of her Medical knowledge - I had No/very little horse voice - Rebecca called Beths cell phone at 7:11pm - No Return call and then at 9:53 pm to her OFFICE PHONE VM AT THE AIRPORT -STILL NO CALL - THEN I Received my termination papers. Just as a Courtesy to Beth*

Aug 13th – HR approved & spoke with
Peter –

Aug 18, 19 & 20th
– Was called in 2x's on 8/17/11



**Aurora Health Center**

8/24/11

1061 E. Commerce Blvd
Slinger, WI 53086

T (262) 644-2900
www.AuroraHealthCare.org

Re: DAFINA ROTER
dob ___/74

To whom it may concern —

This Woman is a patient with our practice. She has significant health problems.

Her problems include Raynaud's Syndrome, hypertension and kidney issues.

She requires at least one more week off work for the process of recovery to continue. She will see me then for follow-up.

Yours truly

Tery Willi___ MD

pulled out of work until 8/31/11

Rebecca left a message/ek
Beth on 8/17/11 to her Cel Phone @ 1911 → NO Callback
So then on 8/17/11 to her Office Phone @ 2153 pm

**Aurora Health Center•**

1061 East Commerce Blvd.
Slinger, WI 53086
Tel (262) 644-2900

**RETURN TO WORK/SCHOOL**

Date: _____ 9 | 16 | 11

This is to certify that _____ Dalina Riter _____ has been under my care for a medical

condition since _____ and is able to return to work / school on _____ .

Any further information will require an authorization for release of medical information signed by the patient or legal guardian.

Restrictions / Remarks: _____ Please excuse from work 8/16/11 to 8/24/11

Signature _____ Te W. Vic

White - Medical Record / Yellow - Patient
AHC X26653.j (08/06)

Had Reissue @ my appt.
Dr W excuse me physically give
a excuse to physically give
to Beth - she doesn't
believe I'm sick!

## Medina, Melissa J.

**From:** Roter, Dafina A.
**Sent:** Tuesday, March 08, 2011 7:50 AM
**To:** LOA Flyfrontier
**Cc:** Velandia, Ana C.; Nacker, Beth A.
**Subject:** RE: FMLA Approval 2-25-11

Good Morning Barbie....



A email was sent on 2-25-11, shortly after I started my shift...the response was, out of office until monday. Ana, our scheduling supervisor is aware and has been copied in on all emails. You may want to go back to the inbox from the 2-25-11 and re-check it...I will re-forward it.

Thanks,
Dafina

**From:** LOA Flyfrontier
**Sent:** Friday, March 04, 2011 11:30 AM
**To:** Roter, Dafina A.
**Subject:** RE: FMLA Approval 2-25-11

March 4, 2011

Ms. Dafina Roter
Via email Dafina.Roter@midwestairlines.com

Dear Dafina:

We received your email of 03/04/11 requesting that intermittent FMLA coverage be applied to your absence of 02/25/2011. I appreciate the opportunity to follow up with you at this time.

In accordance with FMLA regulations, when the need for leave is unforeseeable the employee should provide notice of leave within the time prescribed by the employer's usual and customary notice requirements. Because you did not contact the leave desk until 7 days after your call off of 02/25/11, and prior to your return to work, this absence will not be covered under FMLA.

*that yr.* *Policies Not Consistent*

Please note, in your original approval letter it states;
    "Please note your schedule is your primary responsibility and you are responsible to call off your schedule through established department procedure notifying them of your absence. Employees must adhere to established company policy for calling in. After completing this step, please contact us the same day via email at LOAflyfrontier@rjet.com or by voicemail at the number below."

Should you have any questions please feel free to contact either myself or your manager.

*policies + procedures changed*

Sincerely,

## Barbie Butler
Leave of Absence Assistant | Republic Airways Holdings, Inc.
Phone: (317) 471-2595 | Fax: (317) 484-4561
CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

*2 yrs -*
*3 handbooks in one yr*

1

and <u>NO</u> consistant Rules to follow

- I

**Frontier Airlines, Inc**
8909 Purdue Road
Suite 300
Indianapolis, IN 46268

Date 09/08/2011

PAY

Zero and 0/100 ************************************************************************ ***$0.00

TO THE Dafina A. Roter
ORDER 25501 W Loomis Rd
OF Waterford, WI 53185

Bank of America

THIS CHECK CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK OF CHECK HAS A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

⑈000515138⑈ ⑆011900571⑆ 3850105714644⑈

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

**Frontier Airlines, Inc**
8909 Purdue Road
Suite 300
Indianapolis, IN 46268

| Dafina A. Roter | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25501 W Loomis Rd | Emp No | 417671 | FIT | S | 3 | Check No | 515138 | | |
| Waterford, WI 53185 | Location | MKEF9 | SIT res | S | 3 | Check Date | 09/08/2011 | | |
| | Division | CSTSRV | SIT work | S | 3 | Period End | 09/04/2011 | | |
| | Cost Center | 302 | | | | Paygroup | F9BW | | |
| | HR Dept | 24 | | | | Job | FCS3071 | | |
| | GL Dept | 2252 | | | | Pay Rate | 13.1200 | | |

**COMPANY MESSAGE**

**EARNINGS**

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday | | | 59.04 |
| Hol/Worked Grave | | | 91.94 |
| Legacy Vacation | 5.81 | 76.27 | 240.27 |
| Regular Pay | | | 2,456.72 |
| Sick Taken | | | 1,243.12 |
| Sta Train Over | | | 123.55 |
| Station Grave | | | 5,073.46 |
| Station Swing | | | 53.88 |
| Vacation Taken | -5.81 | -76.27 | 448.53 |

| MISCELLANEOUS | | DEDUCTIONS | | | TAXES | | |
|---|---|---|---|---|---|---|---|
| | | Deduction | Current | YTD | Tax Code | Current | YTD |
| 401K ER Match Current | 0.00 | Short Term Disa | | 88.06 | Federal Income | | 166.10 |
| 401K ER Match YTD | 0 | UniformDed 2 | | 41.37 | Employee Medica | | 140.69 |
| 401K Roth ER Match Curren | 0.00 | | | | Social Security | | 407.50 |
| 401K ROTH ER Match YTD | 0 | | | | WI State Income | | 325.06 |
| Deferred Comp Current | 0.00 | | | | | | |
| Deferred Comp YTD | 0 | | | | | | |
| DC Adjustment | 0.00 | | | | | | |
| DC Plan Adjustment YTD | 0 | | | | | | |

**EMPLOYEE ACCRUALS**

| Vacation | -8.01 |
|---|---|

MKEF9 /FCS3071 /2252 1
Dafina A. Roter
2550 W Loomis Rd
Waterford, WI 53185

**NET PAY DISTRIBUTION**

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| **CURRENT** | 0.00 | 0.00 | 0.00 | 0.00 | **Check Amount** | 0.00 |
| **YTD** | 9,790.51 | 1,039.35 | 129.43 | 8,621.73 | **Total Net Pay** | 0.00 |

This is a statement of earnings and deductions. This pay statement is non-negotiable.

 **ULTIPRO**®

Frontier Airlines, Inc
8909 Purdue Road
Suite 300
Indianapolis, IN 46268

**Pay statement**
**Period start date** 05/02/2011
**Period end date** 05/15/2011
**Pay date** 05/19/2011
**Document** 94837
**Net pay** $496.41

## Pay details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dafina A Roter | | **Employee number** | 417671 | **Pay group** | Frontier Bi-Weekly | **Federal income tax** | S 3 |
| 25501 W Loomis Rd | | **SSN** | xxx-xx-xxxx | **Location** | Gen Mitchell Intl Airport | **State income tax (residence)** | S 3 |
| Waterford, WI 53185 | | **Job** | Operations Agent | | | **State income tax (work)** | S 3 |
| USA | | **Pay rate** | $13.12 | **Division** | CSTSRV - Customer Service | | |
| | | **Pay frequency** | Biweekly | **Cost Center** | 302 - Customer Service Direct | | |
| | | | | **HR Dept** | 24 - Agent | | |
| | | | | **GL Dept** | 2252 - MKE Hub Admin | | |

## Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| F9 Time off Clo | 1.7500 | | $0.00 | $0.00 |
| Holiday | 0.0000 | | $0.00 | $59.04 |
| HolWorked Grave | 0.0000 | | $0.00 | $91.04 |
| Regular Pay | 13.2500 | | $173.84 | $1,508.80 |
| Sick Taken | 0.0000 | | $0.00 | $209.92 |
| Sta Train Over | 0.0000 | | $0.00 | $123.55 |
| Station Grave | 28.0000 | | $381.36 | $3,262.00 |
| Station Swing | 0.0000 | | $0.00 | $53.88 |
| Vacation Taken | 0.0000 | | $0.00 | $314.88 |
| With Out Pay | 4.5000 | | $0.00 | $0.00 |

**Total hours** 47.5000

## Deductions

| | | **Employee** | |
|---|---|---|---|
| | **Pre-** | | |
| **Deduction** | **tax** | **Current** | **YTD** |
| Short Term Disa | Yes | $5.18 | $51.80 |
| UniformDed 2 | No | $1.37 | $41.37 |

### Taxes

| **Taxes** | **Current** | **YTD** |
|---|---|---|
| Employee Medicare | $7.98 | $80.80 |
| Federal Income Tax | $4.23 | $94.48 |
| Social Security Employee Tax | $23.10 | $234.03 |
| WI State Income Tax | $16.93 | $184.18 |

## Paid time off

| Plan | Current | Balance | Account number |
|---|---|---|---|
| CatastrophicSic | 0.0000 | 46.6700 | xxxxx3143 |
| Legacy Vac | 0.0000 | 18.3133 | Total |
| Sick | 0.0000 | 164.0000 | |
| Vacation | 0.0000 | 16.0000 | |

## Net pay distribution

| Account type | Amount |
|---|---|
| Checking | $496.41 |
| Total | $496.41 |

*(handwritten notes)* 210·67  16·00  226·67  + 18·31  244·98

Case 2:14-cv-00071-PP   Filed 01/21/14   Page 12 of 39   Document 1-2

| | | | | | | 4.0 | 710.75 | |
| Tue 7/19 | FML/UNPAID | 4.0 | | | | | | |
| Wed 7/20 | | | | | | | 710.75 | |
| Thu 7/21 | | | | | | | | |

## Totals

| Account | Pay Code | Amount | Wages |
|---|---|---|---|
| 01/3000/MKEF9/000302/CS3071/1/2252 | ALL VAC | 52.5 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | ALL PAID HO... | 605.75 | 169.53 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | FMLA SICK PD | 62.75 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | TRADE CORD | 5.5 | 5.50 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | ALL SCHEDUL... | 4.5 | 3.38 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | CORD REG | 3.25 | 3.25 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | ALL WORKED... | 486.0 | 169.53 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | VAC | 52.5 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | REG | 53.5 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | ALL FMLA | 66.75 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | TRADE REG3 | 8.0 | 4.00 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | ALL HOL WO... | 4.5 | 3.38 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | TRADE | 63.75 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | DAY TRADE . | 85.5 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | ALL REG HOU... | 481.5 | 166.15 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | FML/UNPAID | 4.0 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | HOL PAY | 4.5 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | HOL Worked.. | 4.5 | 3.38 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | TOC | 15.5 | |
| 01/3000/MKEF9/000302/CS3071/1/2252 | REG3 | 304.0 | 152.00 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | REG2 | 4.0 | 1.40 |
| 01/3000/MKEF9/000302/CS3071/1/2252 | ALL UNPAID H... | 19.5 | |

*As of 7/20/11 per Skeduling (Beth Mgr)
Also
I have 13.25 hes FMLA left

*From 1/1/11 to 7/20/11 — In 7mos + 20 day
I used 66.75 hes out of
80 granted

13.25 FML left

## Schedule

| Date | Start Time | End Time | Pay Code | Amount |
|---|---|---|---|---|
| Sat 1/01 | 4:30 | 9:00 | | |
| Sun 1/02 | | | | |
| Mon 1/03 | | | DAYTRADEOFF | 4.5 |
| Tue 1/04 | 5:00 | 9:00 | | |
| Wed 1/05 | | | | |
| Thu 1/06 | | | | |
| Fri 1/07 | 4:30 | 12:30 | | |
| Sat 1/08 | 4:30 | 9:00 | | |
| Sun 1/09(x) | 12:30 | 15:00 | | |

Page: 6

# EQUAL RIGHTS COMPLAINT PROCESS INFORMATION SHEET

Please complete and return this sheet with your completed complaint. This information is necessary to process your complaint effectively.

| Complainant First Name Datina | Complainant Middle Name or Initial Aurora | Complainant Last Name Roter |
|---|---|---|

| Current Date 11-01-11 | Complainant Date of Birth (requested for identification purposes) mm/dd/yyyy ███████, 1974 |
|---|---|

**Contact Information (Important! The Complainant must notify the Equal Rights Division, if there is a change of address or telephone number. If we are unable to locate the Complainant, the complaint may be dismissed).**

| Is there a telephone number where the Complainant can be reached between 7:45 a.m. & 4:30 p.m.? ☒ Yes ☐ No | If yes, provide the area code and telephone number (414)-241-6674 |
|---|---|

Please provide the name, address, and telephone number of someone who does not reside with the Complainant but who will know where to reach the Complainant.

| Contact Person Name Ivanka Geiger | Relationship to the Complainant Mother |
|---|---|

| Street Address 5190 S. Martin Rd | City New Berlin | State WI | Zip Code 53146 | Telephone Number (262-679-1789 |
|---|---|---|---|---|

## Employer Information

| Approximate number of employees at all of the employer's work locations ☐ Less than 50 ☐ 50-100 ☐ 101-200 ☐ 201-500 ☒ More than 500 | Type of Business Airline |
|---|---|

| Does another company own the employer Republic Airways ☒ Yes ☐ No ☒ Not Sure—TPG? | If yes, please provide the name of that company Republic Airways Holdings |
|---|---|

## Filing With other Agencies

| Have you filed a complaint in this matter with any other agency ☐ Yes ☒ No | If yes, name of agency | Date filed with the other agency |
|---|---|---|

## Settlement Information

| At this time, what is the Complainant seeking to settle the complaint |
|---|

## Complete this section if the Complainant was or still is employed by the employer

| When was the Complainant hired | What was/is the job title | Is the Complainant still employed by the Respondent ☐ Yes ☐ No |
|---|---|---|

## Complete this section if the Complainant is no longer employed by the employer

40-17hrs

| How did the Complainant's employment end ☒ Discharged ☐ Quit ☐ Laid off ☐ Retired ☐ Other | Date Employment Ended August 23, 2011 | Pay Rate at End $13.12 | Hours per Week Varies with schedule change |
|---|---|---|---|

| If the Complainant was not promoted, what was the title of the position applied for | Rate of Pay | Hours per Week |
|---|---|---|

## Statistical Information

| Complainant Sex: ☐ Male ☒ Female |
|---|

Complainant Race (check appropriate box or boxes):
☐ American Indian or Alaska Native  ☐ Native Hawaiian or Pacific Islander  ☐ Black or African American
☐ Asian  ☐ White  ☒ Other Hispanic

**Mail your completed and signed complaint form to one of the following addresses:**

| EQUAL RIGHTS DIVISION 201 E WASHINGTON AVE ROOM A300 PO BOX 8928 MADISON WI 53708 | EQUAL RIGHTS DIVISION 819 N 6TH ST ROOM 255 MILWAUKEE WI 53203 |
|---|---|
| Telephone: 608-266-6860 FAX: 608-267-4592 TTY: 608-264-8752 | Telephone: 414-227-4384 FAX: 414-227-4084 TTY: 414-227-4081 |

☒ For my own serious health condition (Medical Leave)

Serious health condition description: **Renial Failure**

I requested Family Leave for the birth or adoption of my child or to care for a seriously ill family member
☐ Verbally ☐ In writing on

| Name of individual from whom you requested family leave | Individual's Title |
|---|---|
| | |

I requested medical leave for my own serious health condition
☒ Verbally ☒ In writing on

Name of individual from whom you requested family leave — Individual's Title
**Barbie Butler - Leave of Absence Asst (AND) Beth Nacker / Operations & Sched. MGR**

☐ I did not request Family or Medical Leave because I was unaware of my rights

Amount of leave requested: **Intermittent**

Dates expected to be off work: **Intermittent due to blood pressure spells / Raynaud Syndrome**

## 6. Denial of Leave

Date I received notice that my leave request was denied

Reason employer denied leave request
**On**

Date rights were violated: **Since July 23, 2010**

Reason I believe my rights under the Family and Medical Leave Act were violated

I was given the run around with approval - 3 different hour calculations. Then I was denied due to not being employed with the co for 7 yr. Started as original Midwest Airlines to TPG to Republic to Frontier since September 08, 2003. My mgr Beth Nacker told a supervisor in one of their meeting to write me up for everything and push me out the door. Beth Nacker and Jason Lehrman Selpervisor, also made me send a copy of my transplant letter to People in the co I realized after I didn't need to **SEE attached Documents I have more.**

By my signature below, I, or my authorized representative, state that I have read and understand this complaint and swear that it is true to the best of my knowledge and belief.

| Complaint or Complainants Representative Signature | Date Signed |
|---|---|
| Dafina Koter | 11-1-11 |

**The Department of Workforce Development is an equal opportunity service provider. If you need assistance to access services or material in an alternate format, please contact us.**

✱ ALSO ✱ I ended up getting sick and burning through my FMLA because Milw Co, Beth Nacker and Jason Lehrman never took care of the HVAC System that was going down for 3 mo - May June & July the temp went from 72° to 52° in 45mn - WE ALL GOT SICK - SYSTEM + RAYNAUDS + HAVE NO IMMUNE

State of Wisconsin
Dept of Workforce Development
Equal Rights Division
Civil Rights Bureau

# Family and Medical Leave Complaint

**ERD Case #**
**CR**

For ERD Use Only

Personal information you provide may be used for secondary purposes [Privacy Law, s. 15.04(1)(m), Wisconsin Statutes].

## Provide all information requested. Type or print in black ink

### 1. Complainant Information

First Name
Datina

Middle Name or Initial
Aurora

Last Name
Roter

Street Address
25501 W. Loomis Rd

City
Wind Lake
State
WI
Zip Code
53185

Home Telephone Number
(414) 241-6674

Work Telephone Number
( )- Ext.

### 2. Respondent Information

Name of the business you believe violated the law. Name only one Respondent per form. Do **not** name an individual person.

Frontier Airlines
General Mitchell International Airport

Street Address
5300 S. Howell Ave

City
Milwaukee
State
WI
Zip Code
53207

Telephone Number
( )- Ext.

County where the violation took place
Milwaukee County

### 3. Employment Status

First date of employment with this employer (mm/dd/yyyy)
September 08, 2003

I have worked more than 52 continuous weeks for this employer at one or more of it's locations or departments
☐ Yes ☐ No

I have worked at least 1000 hours for this employer during the last 52 weeks
☒ Yes ☐ No

A total of at least 50 people work for this employer at all of it's locations
☒ Yes ☐ No

### 4. Previous Family and Medical Leave Use

I have used Family or Medical Leave during the current calendar year
☒ Yes ☐ No If yes, how much leave did you take and for what reason

My employer has a poster displayed explaining my rights under the Wisconsin Family and Medical Leave Act
☐ Yes ☐ No ☒ I AM UNSURE - maybe behind the ticket counter but the Tower is ? questionable?

### 5. Present Leave Request. I have requested leave for the following reason (check appropriate answer)

☐ For the birth or adoption of my child (Family Leave)

☐ To care for a seriously ill child, spouse, parent or parent-in law (Family Leave)

Name of individual with serious health condition
Datina Roter

Individual's relationship to you
Myself

Serious health condition description
Renial Failure - On Kidney Transplant list at Froedart Hospital
Since 10/07/10
SEE Attached

ERD-8994 (R. 03/2008)

# 5. Statement of Discrimination ①

11-1-11

Loved Tommy House    Dafina
Roter

✳ In June July and August 2011
Jason Lehrman and Beth Nacker
Started bullying me, they would
Constantly pull me in the office
and write me up for unnecessary
things and bash me while in their
offices, Stating that I am unfit for my
job due to being ill.

✳ Would not allow me to use sick time
banked or short term disability
inconsistancies on hours + payout regulations

✳ As of tuesday 8/16/11 Barbie Butler
Stated I had 10 hes of FMLA left.
When in the beginning of Aug
Jason Lehrman Showed me having 24 pts
for attendance and 10 hrs for FMLA
Hours and termination papers dates
do not coinside.

✳ My annual load planning due
was altered and told I had to
retrain - I was one of the only ones
in the tower that did Several
manual weight + balances when the
System Went down - Supervisors and

Other agents would freeze up.
I also came in on the middle
of my vacation, to get in my
load planning in on time and was
denied pay when other agents
were compensated

** Beth Nacker / Jason Lehrman violated
the HIPPA Laws making me send
copies of my transplant letter to
managers / supervisors at the Milwaukee
Station

* Beth Nacker / Jason Lehmann also
sat and grilled me in Aug 2011
making me explain in every detail
what I go through. on a
daily basis with my illness and
in detail, what I go through when
having a blood pressure issue. It
was embarassing, unnecessary and
aggravated my condition at the
time, raising my blood pressure - after
explaining all to them - I was told once
again by Beth Nacker, that I am unreliable
and not fit for my job anymore - I
explained to her that my kidney

Statement of Discrimination ③ of
Cont. ~ Dafina Roster

had scar tissue, not my brain.
and for someone in management,
She was discriminating and bullying
me, she did not like that I brought
that to her attention

* Male chovanism by Jason Lehman/
Beth Nacker. Example: if the
males on duty would curse, Jason
would laugh and partake in it.
If I, or another female would be
fold to shut up, turn around and
not allowed to talk - Favored men -
He wouldn't allow us to converse at all at times

* Supervisor Peter Ganabathi pulled
me aside early August along with
agent Paul Bodes to warn me that
in their supervisor meeting Beth Nacker
told Pete and all supervisors to
write me up for everything/anything
to push me out, which aggrivated
my condition and raised my blood pressure
Pete wanted to warn me since

* On 8/15/11 I went to the Waterford
Library, due to not being able to
afford the internet at home, to print
my E-Learn certificates and finish

one module due for work and the FAA.
Frontier / Beth Nacker enabled me to
sign in to all E-Learn modules,
our company email and would not
answer their phones when I called
to see why it said I was
NOT A AUTHORIZED USER. At 1258 pm
that day I had a missed call from
294-6116 - which was work - But no
return call

* There were NO consistant rules,
regulations or set attendance policies
due to the intagration of Midwest Airlines
with Frontier Airlines + Republic Holdings
for the last year of my employment

* I also asked Beth Nacker, since she
claimed I was unreliable due to
my blood pressure / Kidney issues if
I could be set up and work from
home on sick days / even volunteered
to work 7 day a week from home.
She denied it, even tho I was
willing to do anything to prove that

#5  Statement of ③
Discrimination Cont . . . . Dafiney Roter

* On 8-13-11 * Beth Nacker Stated I
was a no call no show - I have
approval from HR Barbie Butter for that
day and also spoke with Lead
Heather Hasting and Supervisor on
Duty Peter Gandbathi that I would
not be returning until I saw the Dr.
   * See Attached - Re: Aug 13th FMLA *

* My doctors then pulled me out of work
from 8/16/11 until 8/31/11 due to
the extreme temperature changes
from the HVAC System not being
fixed since June 2011. Unsuitable
working conditions for my health
Condition that they were aware of
since the HVAC problem started.
I received termination papers before
released back to work

* On 8/16/11 my off day and out on FMLA
Beth Nacker Consistantly Harassed
me by calling over and over and
sending texts to my phone while on
bed rest. She left no voicemails and

Pg #6

after questioning He about filing
a complaint - Beth Nacker
harassed me and then terminated me.
And that happened after I spoke
to the Supervisor on duty - Peter Ganabathi
about being out of work - he said ok,
and was going to cover my shifts and
inform management. Beth Nacker
was not the mgr on duty that day or
either.

# END

# EQUAL RIGHTS COMPLAINT PROCESS INFORMATION SHEET

Please complete and return this sheet with your completed complaint. This information is necessary to process your complaint effectively.

| Complainant First Name Katrina | Complainant Middle Initial A | Complainant Last Name Koker |
|---|---|---|

| Current Date July 4, 2012 | Complainant Date of Birth (requested for identification purposes) mm/dd/yyyy 1974 |
|---|---|

**Contact Information (Important! The Complainant must notify the Equal Rights Division, if there is a change of address or telephone number. If we are unable to locate the Complainant, the complaint may be dismissed.)**

| Is there a telephone number where the Complainant can be reached between 7:45 a.m. & 4:30 p.m.? ☑ Yes ☐ No | If yes, provide the area code and telephone number (414) 241-6674 |
|---|---|

Please provide the name, address, and telephone number of someone who does not reside with the Complainant but who will know where to reach the Complainant.

| Contact Person Name Ivanka Geiger | Relationship to the Complainant Mother |
|---|---|

| Street Address 5190 S. Martin Rd | City New Berlin | State WI | Zip Code 53146 | Telephone Number (262) 679-1789 |
|---|---|---|---|---|

## Employer Information

| Approximate number of employees at all of the employer's work locations ☐ Less than 15   ☐ 15-100   ☐ 101-200   ☐ 201-500   ☑ More | Type of Business Airline |
|---|---|

| Does another company own the employer? ☑ Yes   ☐ No   ☐ Not Sure | If yes, please provide the name of that company Republic Holding |
|---|---|

## Filing with other Agencies

| Have you filed a complaint in this matter with any other agency? ☑ Yes   ☐ No | If yes, name of agency Family & Medical | Date filed with the other agency May 15, 2012 |
|---|---|---|

## Settlement Information

Leave Act

**Complete this section if the Complainant was or still is employed by the employer.**

| When was the Complainant hired? 9/08/03 | What was/is the job title? Operations Coordinator | Is the Complainant still employed by the Respondent? ☐ Yes   ☑ No |
|---|---|---|

**Complete this section if the Complainant is no longer employed by the employer.**

| How did the Complainant's employment end? ☑ Discharged ☐ Quit ☐ Laid off ☐ Retired ☐ Other | Date Employment Ended Aug 23 2011 | Pay Rate at End 13.02 | Hours per Week 20 - 30hrs |
|---|---|---|---|
| If the Complainant was not promoted, what was the title of the position applied for? | | Rate of Pay | Hours per Week |

At this time, what is the Complainant seeking to settle the complaint?

Employment and money compensation

## Statistical Information

**Complainant Sex:**
☐ Male   ☑ Female

**Complainant Race** (check appropriate box or boxes):

☐ American Indian or Alaska Native   ☐ Native Hawaiian or Pacific Islander   ☐ Black or African American
☐ Asian   ☐ White   ☑ Unknown

Complainant National Origin: 50% Serbian   50% Hispanic

**5. Statement of discrimination:**

Write a brief, concise statement explaining how you were discriminated against. Give the **date** each action occurred and the **name** of the person who took the action. Explain how each action(s) was related to the box(es) you checked in section #3 on page one. Include more 8 ½ x 11 pages if needed.

I was granted FMLA in July 2010 for Kidney failure and testing for placement on Froedtarts Kidney Transplant List. I was placed on the transplant list October 2010. * I was out on FMLA from 8/16/11 to 8/24/11 approved by HR also including 8/13/11 when I became seriously ill. On 8/15/11 I went to the Waterford library to use the computer/internet/printer to complete required testing and certifications for work + the FAA that were due while I was out of work. As I was logging into the companies modules, email etc, the screen response was that I was a unauthorized user. I had called my Supervisor on duty, leaving messages about it and received no return calls, And then received termination papers in the mail stating I was terminated dated 8/23/11. At that point I learned that my manager Beth Nacker had altered my attendance record using our point system instead of the FMLA hours. After seeing my doctor, dr excuses were submitted being excused from work from 8/16/11 - 8/24/11.

**6. Certification and Signature**

By my signature below, I certify that I have read the above complaint, and, under penalties of law, I declare that this complaint is true and correct to the best of my knowledge and belief.

| Signature of Complainant or authorized representative | Date signed |
|---|---|
| Dafina Keta | 7/4/12 |

SEE attached!!

**Please complete Equal Rights Process Information Sheet on Page 4**

# EQUAL RIGHTS COMPLAINT PROCESS INFORMATION SHEET

Please complete and return this sheet with your completed complaint. This information is necessary to process your complaint effectively.

| Complainant First Name Datina | Complainant Middle Initial A | Complainant Last Name Koter |
|---|---|---|
| Current Date May 31 2012 | Complainant Date of Birth (requested for identification purposes) mm/dd/yyyy [ ] 1974 | |

**Contact Information (Important! The Complainant must notify the Equal Rights Division, if there is a change of address or telephone number. If we are unable to locate the Complainant, the complaint may be dismissed.)**

| Is there a telephone number where the Complainant can be reached between 7:45 a.m. & 4:30 p.m.? [✓] Yes [ ] No | If yes, provide the area code and telephone number (414) 241-6674 |
|---|---|

Please provide the name, address, and telephone number of someone who does not reside with the Complainant but who will know where to reach the Complainant.

| Contact Person Name Ivanka Geiger | Relationship to the Complainant mother |
|---|---|

| Street Address 5190 S. Martin Rd | City New Berlin | State WI | Zip Code 53146 | Telephone Number (262) 679-1787 Cel - 262 - 309-0214 |
|---|---|---|---|---|

## Employer Information

| Approximate number of employees at all of the employer's work locations [ ] Less than 15 [ ] 15-100 [ ] 101-200 [ ] 201-500 [✓] More | Type of Business Airline |
|---|---|

| Does another company own the employer? [✓] Yes [ ] No [ ] Not Sure | If yes, please provide the name of that company Republic Holdings |
|---|---|

## Filing with other Agencies

| Have you filed a complaint in this matter with any other agency? [✓] Yes [ ] No | If yes, name of agency Family + Medical Leave Act - complaint | Date filed with the other agency May 15, 2012 org - in Nov + April faxed |
|---|---|---|

## Settlement Information

**Complete this section if the Complainant was or still is employed by the employer.**

| When was the Complainant hired? 9/08/03 | What was/is the job title? CSR / Operations Card | Is the Complainant still employed by the Respondent? [ ] Yes [✓] No |
|---|---|---|

**Complete this section if the Complainant is no longer employed by the employer.**

| How did the Complainant's employment end? [✓] Discharged [ ] Quit [ ] Laid off [ ] Retired [ ] Other | Date Employment Ended Aug 23, 2011 | Pay Rate at End $13.02 | Hours per Week 20 - 30hr. |
|---|---|---|---|
| If the Complainant was not promoted, what was the title of the position applied for? | | Rate of Pay | Hours per Week |

At this time, what is the Complainant seeking to settle the complaint?
I originally wanted Employment back and compensation for but Frontier will no longer be at General Mitchell as in Milwaukee ✱SEE Attached

## Statistical Information

| Complainant Sex: [ ] Male [✓] Female |
|---|

**Complainant Race** (check appropriate box or boxes):

[ ] American Indian or Alaska Native    [ ] Native Hawaiian or Pacific Islander    [ ] Black or African American
[ ] Asian    [ ] White    [ ] Unknown

Complainant National Origin: 1/2 Hispanic 1/2 Serbian

## 5. Statement of discrimination:

Write a brief, concise statement explaining how you were discriminated against. Give the **date** each action occurred and the **name** of the person who took the action. Explain how each action(s) was related to the box(es) you checked in section #3 on page one. Include more 8 ½ x 11 pages if needed.

✳ Since Aug of 2010 – I was given the run around with FMLA approval, my hours worked and my length of Emp were inconsistant – Even tho I qualified in the past (2010)

✳ Written up for deup that should of been covered under FMLA which aggravated my condition

✳ Aug 2010 I received a letter of termination in the mail for dates covered by HR – in my Email I asked HR who I could complain to – I was fired through the mail after that 8/13/11 Barbie Butler

✳ In the operations tower (where we worked) Beth Nacker / Jason Lehrman neglected to take care of the HVAC system going down in the tower – The temp would go from 75° to 52° in 30-40 min – this lasted 2 months – which in turn got me sick (all of us workers) aggrevated + accelerated my condition – my hands + feet turned red, blue + white due to extreme temp difference my lack of circulation and my Raynauds – I asked to take FMLA for my last hr of my shift – I was told NO by superviser Jason Lehrman + he yelled in front of Everyone working "Go sit down young lady" Embarrassing Jason / Beth would not help to accomodate me

## 6. Certification and Signature

By my signature below, I certify that I have read the above complaint, and, under penalties of law, I declare that this complaint is true and correct to the best of my knowledge and belief.

| Signature of Complainant or authorized representative | Date signed |
|---|---|
| Dolina Foster | May 31, 2012 |

**Please complete Equal Rights Process Information Sheet on Page 4**

## 5. Statement of discrimination:

Write a brief, concise statement explaining how you were discriminated against. Give the **date** each action occurred and the **name** of the person who took the action. Explain how each action(s) was related to the box(es) you checked in section #3 on page one. Include more 8 ½ x 11 pages if needed.

* Since Aug of 2010 - I was given the run around with FMLA approval, my hours worked and my length of Emp were inconsistant - Even tho I qualified in the past

* Written up for days that should of been covered under FMLA which aggravated my condition

* Aug 2010 I received a letter of termination in the mail for dates covered by HR - in my Email I asked HR who I could complain to - I was fired through the mail after that 8/13/11 Barbie Butler

* In the operations tower (where we worked) Beth Nacker / Jason Lehrman neglected to take care of the HVAC system going down in the tower - The temp would go from 75° to 52° in 30-40min - this lasted 2months - which in turn got me sick (all of us workers) aggravated + accelerated my condition - my hands + feet turned red, blue + white due to extreme temp difference my lack of circulation and my raynauds - I asked to take FMLA for my last hr of my shift - I was told NO by supervisor Jason Lehrman - he yelled in front of everyone working "Go sit down young lady!" Embaressing

## 6. Certification and Signature    Jason/Beth would not help to accomodate me

By my signature below, I certify that I have read the above complaint, and, under penalties of law, I declare that this complaint is true and correct to the best of my knowledge and belief.

| Signature of Complainant or authorized representative | Date signed |
|---|---|
| Dafina Foster | May 31, 2012 |

**Please complete Equal Rights Process Information Sheet on Page 4**

extreme temp differences within
Short periods of time which caused
acceleration of poor circulation
Turned hands, fingers, feet & toes
red, white blue & numb

\* harassed for job performance
    for no reason

\* Violated legal rights for medical info
  I ~~provided~~ gave them due to being afraid
       of loosing job

☑ For my own serious health condition (Medical Leave)

Serious health condition description
Renial Failure - On Kidney Transplant List

I requested Family Leave for the birth or adoption of my child or to care for a seriously ill family member
☑ Verbally  ☐ In writing on

Name of individual from whom you requested family leave | Individual's Title

I requested medical leave for my own serious health condition
☑ Verbally  ☑ In writing on

Name of individual from whom you requested family leave | Individual's Title
Beth Nacker / Barbie Bictter / Jason Lehrman   Mgr / HR / Supervisor

also - Eric Kartchner LOA coord.
tx. Republic
317-471-2496

☐ I did not request Family or Medical Leave because I was unaware of my rights

Amount of leave requested
Intermittent for BP Spells and Vomitting Bile

Dates expected to be off work
Intermittent

## 6. Denial of Leave

Date I received notice that my leave request was denied
Several Times

Reason employer denied leave request
I was given numerous denials due to their errors in my hour calculations, had to go to several levels of management to get it straight - was approved and they wouldn't back date some absences and kept harassing me when ill and constantly writing me up

Date rights were violated
Several dates - I have all emails printed/dated

from HR + management

Reason I believe my rights under the Family and Medical Leave Act were violated
Frontier's management was trying to push me out due to my health condition and my state of mind - I received termination papers in the mail when my dates were covered by HR, I called into a supervisor and have all emails printed from HR. Little did I know at the time that Frontier was in trouble.

By my signature below, I, or my authorized representative, state that I have read and understand this complaint and swear that it is true to the best of my knowledge and belief.

Complaint or Complainants Representative Signature | Date Signed
Dafna Keter | 4-24-12

The Department of Workforce Development is an equal opportunity service provider. If you need assistance to access services or material in an alternate format, please contact us.

* I would also like to press charges against Milwaukee County for not fixing the HVAC system for several months, made me sick in the first place for the dates I was terminated under FMLA, aggrevated condition

State of Wisconsin
Dept of Workforce Development
Equal Rights Division
Civil Rights Bureau

# Family and Medical
# Leave Complaint

**ERD Case #**
**CR**

For ERD Use Only

Personal information you provide may be used for secondary purposes [Privacy Law, s. 15.04(1)(m), Wisconsin Statutes].

### Provide all information requested. Type or print in black ink

## 1. Complainant Information

**First Name**
Datina

**Middle Name or Initial**
Aurora

**Last Name**
Roter

**Street Address**
26151 S. WindLake Rd

| City | State | Zip Code |
|---|---|---|
| WindLake | WI | 53185 |

**Home Telephone Number**
(414)-241-6674

**Work Telephone Number**
( ) Ext.

## 2. Respondent Information

Name of the business you believe violated the law.
Name only one Respondent per form. **Do not** name an individual person.
Frontier Airlines/Republic Holding

General Mitchell Airport

**Street Address**
5300 S. Howell Ave

| City | State | Zip Code |
|---|---|---|
| Milwaukee | WI | 53207 |

**Telephone Number**
(414)-747-5300 Ext.

**County where the violation took place**
Milwaukee County

## 3. Employment Status

First date of employment with this employer (mm/dd/yyyy)
09/08/2003

I have worked more than 52 continuous weeks for this employer at one or more of it's locations or departments
☑Yes ☐ No

I have worked at least 1000 hours for this employer during the last 52 weeks
☑Yes ☐ No

A total of at least 50 people work for this employer at all of it's locations
☑Yes ☐ No

## 4. Previous Family and Medical Leave Use

I have used Family or Medical Leave during the current calendar year
☑Yes ☐ No If yes, how much leave did you take and for what reason

Since August of 2010 / on Transplant list as of October 2010 at Froedtart Hosp

My employer has a poster displayed explaining my rights under the Wisconsin Family and Medical Leave Act
☑Yes ☐ No

## 5. Present Leave Request. I have requested leave for the following reason (check appropriate answer)

☐ For the birth or adoption of my child (Family Leave)

☐ To care for a seriously ill child, spouse, parent or parent-in law (Family Leave)

| Name of individual with serious health condition | Individual's relationship to you |
|---|---|
| Serious health condition description | |

ERD-8994 (R. 03/2008)

**EMPLOYEE ACKNOWLEDGEMENT**

I acknowledge and understand the following:

☑  The information in this document was discussed with me and my signature indicates that I have received a copy of the Disciplinary Action Record, but does not necessarily mean that I agree with this action or the reasons given for it.

☑  Failure to improve my performance and/or behavior as described may result in further action, including termination

**EMPLOYEE**
**SIGNATURE** _Dalina Rotcu_                                         **DATE** _7/21/11_

**EMPLOYEE COMMENTS.**
_These attendance write ups are due to bring on the kidney transplant list - Until I got sick - I had almost perfect attendance._

Original to HR; copy to employee; copy to performing supervisor

PERFORMANCE COUNSELING RECORD 6.23.11.doc                                6/23/2011

REPUBLIC AIRWAYS

# PERFORMANCE
# COUNSELING RECORD

| | | | |
|---|---|---|---|
| **EMPLOYEE NAME** Dafina Roter | | **DATE** 07-21-11 | |
| **DEPARTMENT / LOCATION** MKE Ops Tower | | **POSITION** Ops Agent | **EE#** 417671 |

## TYPE OF PERFORMANCE COUNSELING:

☐ **Verbal Warning**　　　■ **Written Warning**　　　☐ **Final Warning / Suspension**
(Refer to Employee Handbook or Dept. specific guidelines for information regarding performance and conduct)

Was EAP offered?　　　　■ YES　☐ NO
Was FMLA discussed?　　■ YES　☐ NO

If you or a qualifying family member has a serious health condition, you may qualify for FMLA and should request information from your supervisor.

**REASON(S) FOR PERFORMANCE COUNSELING** (Be specific, refer to previous performance counseling as appropriate.)

On 06/07/11 you were scheduled 0500-0900 and did not advise us prior to the start of your shift that you were ill. You communicated later in the day that you had called the operations tower sick call line but we received no message. On 07/19/11 you were scheduled 0500-0900 and did not advise us prior to the start of your shift that you were ill. You again communicated later in the day that you had called the operations tower sick call line but we received no message. The line had been tested in both occasions and accepted messages.

**EXPECTATION(S) FOR SUSTAINED CHANGE IN BEHAVIOR AND/OR PERFORMANCE**

Per the Customer Service Attendance policy noted in the Customer Service Department Handbook, section 8.02, an employee must notify his manager prior to the beginning of a scheduled shift if he will be absent as defined above. An employee should work with his manager to assure he fully understands how to report late arrival or illness locally. The call in policy will differ from station to station and it is the employee's responsibility to be aware of local procedures.

**Unless otherwise indicated, all warnings / corrective actions remain effective for one (1) year.**

You are expected to immediately take whatever action is necessary to meet the expectations for sustained change in your behavior and/or performance as outlined in this document. If, at any time during the warning period or thereafter, you fail to meet expectations or fail to make sufficient and sustained progress toward meeting stated expectations, additional action may be taken, up to and including termination of your employment.

Issued by:
**SUPERVISOR NAME/SIGNATURE** Beth Nacker　　Beth Nacku　**DATE** 7/21/11
　　　　　　　　　　　　　　　　PRINT　　　　　　　　SIGN

Employee acknowledgement on back of sheet.

PERFORMANCE COUNSELING RECORD 6.23.11.doc　　　　　　　　　　　　　　　　　6/23/2011

REPUBLIC AIRWAYS

# PERFORMANCE
# COUNSELING RECORD

| **EMPLOYEE NAME** | Dafina Roter | **DATE** 8/5/11 | |
|---|---|---|---|
| **DEPARTMENT / LOCATION** | MKE Ops Tower | **POSITION** Ops Agent | **EE#** 417671 |

## TYPE OF PERFORMANCE COUNSELING:

☐ **Verbal Warning**          ☐ **Written Warning**          ■ **Final Warning / Suspension**
(Refer to Employee Handbook or Dept. specific guidelines for information regarding performance and conduct)

Was EAP offered?          ☐ YES    ■ NO
Was FMLA discussed?     ■ YES    ☐ NO

If you or a qualifying family member has a serious health condition, you may qualify for FMLA and should request information from your supervisor.

**REASON(S) FOR PERFORMANCE COUNSELING** (Be specific, refer to previous performance counseling as appropriate.)

On 08/02/11, you were scheduled 0900-1200 for training and did not advise us prior to the start of your shift that you would not be in. The trainer sent you a text message at 0910 of which you responded at 0925 that you just woke up and that you would not be coming because your daughter was ill. Instead of calling the ops supervisor on duty, you sent your direct supervisor who was off that day a text message at 0955 that you would not be in. On 07/21/11 you were counseled and received a written warning for not following proper call in procedures.

**EXPECTATION(S) FOR SUSTAINED CHANGE IN BEHAVIOR AND/OR PERFORMANCE**

Per the Customer Service Attendance policy noted in the Customer Service Department Handbook, section 8.02, an employee must notify his manager prior to the beginning of a scheduled shift if he will be absent as defined above. An employee should work with his manager to assure he fully understands how to report late arrival or illness locally. The call in policy will differ from station to station and it is the employee's responsibility to be aware of local procedures.

**Unless otherwise indicated, all warnings / corrective actions remain effective for one (1) year.**

You are expected to immediately take whatever action is necessary to meet the expectations for sustained change in your behavior and/or performance as outlined in this document. If, at any time during the warning period or thereafter, you fail to meet expectations or fail to make sufficient and sustained progress toward meeting stated expectations, additional action may be taken, up to and including termination of your employment.

Issued by:
SUPERVISOR NAME/SIGNATURE *Beth Nacker* _____ *Beth Nacker* _____ DATE 8/5/11
                                              PRINT                          SIGN

Employee acknowledgement on back of sheet.

PERFORMANCE COUNSELING RECORD 6.23.11.doc                                    6/23/2011

**EMPLOYEE ACKNOWLEDGEMENT**

I acknowledge and understand the following:

☒ The information in this document was discussed with me and my signature indicates that I have received a copy of the Disciplinary Action Record, but does not necessarily mean that I agree with this action or the reasons given for it.

☒ Failure to improve my performance and/or behavior as described may result in further action, including termination

**EMPLOYEE**
**SIGNATURE** _Daphne Roter_                                                      DATE _8/5/11_

**EMPLOYEE COMMENTS**

Original to HR;  copy to employee;  copy to performing supervisor

PERFORMANCE COUNSELING RECORD 6.23.11.doc                                    6/23/2011

October 7, 2010

9200 West Wisconsin Avenue
Milwaukee, WI 53226-3596



414-805-3666 Patient Access
800-272-3666
414-805-4700 Physician Access
877-804-4700
froedtert.com

Dafina A. Roter
25501 W. Loomis Road
Wind Lake, WI 53185

MR# 00721687
DOB █/1974

Dear Ms. Roter,

I am writing to confirm that you have been added to Froedtert Hospital's Kidney Transplant Waiting List on October 7, 2010. At this time, you have agreed to list for the following donor types: Expanded Criteria Donor. You may contact me at any time to change your donor acceptance criteria.

When an organ is found you need to be prepared to come in to the hospital day or night. Government regulations, (UNOS), require us to contact you within one hour of the time we are notified of a potential donor for you; therefore it is absolutely necessary that you contact us with any changes of phone number, address or contact numbers. If we cannot contact you within that one-hour time limit, we must move on to the next recipient on the list.

**While on the waiting list, you need to remain transplant ready by updating the following:**

- Routine dental care every six to twelve months.
- Yearly pelvic/Pap due September 2011.
- Yearly mammogram due September 2011.
- Yearly stress test due September 2011.
- Yearly visit with the transplant team due September.

You will be contacted with a reminder when these are due.

**We are here to provide whatever support we can, but we need your help. It is important that you contact us when any of the following occur:**

- If you are admitted to the hospital.
- If you receive any blood transfusions.
- If you change dialysis units.
- If you are going on vacation.
- If you change your insurance carrier.
- If your address or phone number changes.
- If your emergency contact information changes.

| Component | Latest Ref Rng | 4/17/2013 |
|---|---|---|
| GLOBULIN | 2.0 - 4.0 g/dL | 3.7 |
| A/G RATIO, SERUM | 1.0 - 2.4 | 1.4 |
| PROTEIN, URINE (TOTAL) | <12 mg/dL | 13 (H) |
| CREATININE, URINE (TOTAL) | | 43.99 |
| PROTEIN/CREATININE RATIO | <200 mgPR/gCR | 296 (H) |
| COLOR | YELLOW | YELLOW |
| CLARITY | | CLEAR |
| GLUCOSE(URINE) | NEGATIVE mg/dL | NEGATIVE |
| BILIRUBIN | NEGATIVE | NEGATIVE |
| KETONES | NEGATIVE mg/dL | NEGATIVE |
| SPECIFIC GRAVITY | 1.005 - 1.030 | 1.010 |
| BLOOD | NEGATIVE | NEGATIVE |
| pH | 5.0 - 7.0 Units | 5.5 |
| PROTEIN(URINE) | NEGATIVE mg/dL | NEGATIVE |
| UROBILINOGEN | 0.0 - 1.0 mg/dL | 0.2 |
| NITRITE | NEGATIVE | NEGATIVE |
| LEUKOCYTE ESTERASE | NEGATIVE | NEGATIVE |
| URINE TYPE | | URINE, CLEAN CATCH/MIDSTREAM |
| FASTING STATUS | | FASTING |
| CHOLESTEROL | 100 - 200 mg/dL | 152 |
| CALCULATED LDL | <130 mg/dL | 78 |
| HDL | >39 mg/dL | 53 |
| TRIGLYCERIDE | <150 mg/dL | 105 |
| CALCULATED NON HDL | | 99 |
| CHOL/HDL | <4.5 | 2.9 |
| PARATHYROID HORMONE ✓ | 14 - 72 pg/mL | 154 (H) |
| PTH CALCIUM | 8.4 - 10.2 mg/dL | 9.6 |
| PATH REPORT, PAP | | Name: ROTER VELYOV, DAFINA A.    MRN:    1385530   . . . |



# Symptoms of Hyperparathyroidism.

Parathyroid disease (hyperparathyroidism) causes symptoms in most people, but it wil
expectancy in all patients by about 5-6 years if the parathyroid tumor is not removed. Th
symptoms associated with disease of the parathyroid glands (hyperparathyroidism). Th
hyperparathyroidism don't feel well. Parathyroid tumors take away the "joy of life"



| | |
|---|---|
| Home | **Since parathyroid gland disease (hyperparathyroidism) was first de symptoms have become known as "moans, groans, stones, and bones...** |
| Parathyroid Intro | **overtones".** Nearly all patients with parathyroid problems have symptom symptoms are really obvious, like kidney stones, frequent headaches, fati |
| Normal Function | Sometimes the symptoms are not so obvious, like high blood pressure and concentrate. If you have symptoms, you are almost guaranteed to feel ren |
| Hyperparathyroidism | parathyroid tumor has been removed. As we often tell our patients: "you v 16 minute mini-procedure will change your life!" |
| Symptoms | **Hyperparathyroidism is an interesting disease in that it can show up c people. Sometimes it makes people miserable within the first year or two |
| Surgery Video | calcium. Other times it can go 6-8 years without causing too many proble bad memory, kidney stones, and osteoporosis. But make no mistake about |
| Diagnosis | kills people--it just takes 20 years to do so. We have taken care of tens of primary hyperparathyroidism and we can't remember seeing a patient who for more than 25 years. We have only seen a handful who have lived 20 ye |
| Treatment/Surgery | tumor. They have all died of heart failure, breast or prostate cancer, kidr heart attack. Hyperparathyroidism is a simple benign disease that will slo |
| Mini-Surgery | and take away the "joy of life" while it does so. It will make you miserable *how this hormone-producing tumor makes you feel bad.* **The good news i hyperparathyroidism is typically very easy to cure!** |
| MIRP Mini Surgery | |
| Parathyroid Pictures | *"There is no other disease that is so easy to cure which has such a person's overall health and their quality of life"* Dr James Norman, 2011 add Surgeons. |
| Osteoporosis | |
| Who Gets It? | ### Symptoms of Parathyroid Disease (Hyperparathyroi |
| Finding the Tumor | ▪ Loss of energy. Don't feel like doing much. Tired all the time. Cl<br>▪ Just don't feel well; don't quite feel normal. Hard to explain but<br>▪ Feel old. Don't have the interest in things that you used to. |
| Teaching Videos | ▪ Can't concentrate, or can't keep your concentration like in the p<br>▪ |

Do I Have Just One?

What Causes It?

Sestamibi Scan

Surgery Cure Rates

Frequent Questions

High Blood Calcium

Low Vitamin D

Normal Calcium Range

Diagnosis-ADVANCED

10 Parathyroid Rules

Symptom Cartoon

Sensipar

Parathyroid Cancer

Re-Operate

FHH

What Patients Say

Table of Contents

Patient Map

Dr. Norman

Become A Patient

Depression.

- Osteoporosis and Osteopenia.
- Bones hurt; typically it's bones in the legs and arms but can be r
- Don't sleep like you used to. Wake up in middle of night. Troubl
- Tired during the day and frequently feel like you want a nap (bu
- Spouse claims you are more irritable and harder to get along wit
- Forget simple things that you used to remember very easily (wor
- Gastric acid reflux; heartburn; GERD.
- Decrease in sex drive.
- Thinning hair (predominately in middle aged females on the fron
- Kidney Stones (and eventually kidney failure).
- High Blood Pressure (sometimes mild, sometimes quite severe; u
- Recurrent Headaches (usually patients under the age of 40).
- Heart Palpitations (arrhythmias). Typically atrial arrhythmias.
- Atrial Fibrillation (rapid heart rate, often requiring blood thinne
- High liver function tests (liver blood tests).
- Development of MGUS and abnormal blood protein levels.

Most people with hyperparathyroidism will have 5 - 6 of these sympto
lots of them. A few people will say they don't have any... but after an
often say otherwise. 95% of people with hyperparathyroidism will have
symptoms. In general, the longer you have hyperparathyroidism, the r
will develop.

Not sure if you have a parathyroid problem? Download the CalciumPro
our expert doctors. This is an app that can save your life, so spend the
graph analyze your lab tests. It will be the best app you ever bought.

 If you have a parathyroid problem, go through this list with your fam
frequently they will notice subtle changes in your personality over the pa
they will say that you have become tired and run-down, without the ener
will also confirm that you have become a little more "cranky" over the pa
an honest discussion with them and you will be surprised what you may le
the reason for these changes in your personality is that you have a parath
causing your brain and nervous system to react to the high calcium. The b
hyperparathyroidism can almost always be fixed in 20 minutes or less. A
procedure that can change your life.

It is important to know that patients with un-treated primary hyperparath
average of 5-6 years earlier than their peers, due to increased rates of he
several types of cancers (discussed more at the bottom of this page). Hyp
more deadly disease than high cholesterol. Thus, if you have hyperparath
operation in your future to remove the hormone producing tumor so you f
longer.

**THIS SECTION ON PARATHYROID SYMPTOMS CANNOT BE STRESSE**

| Component | Latest Ref Rng | 4/17/2013 |
|---|---|---|
| GLOBULIN | 2.0 - 4.0 g/dL | 3.7 |
| A/G RATIO, SERUM | 1.0 - 2.4 | 1.4 |
| PROTEIN, URINE (TOTAL) | <12 mg/dL | 13 (H) |
| CREATININE, URINE (TOTAL) | | 43.99 |
| PROTEIN/CREATININE RATIO | <200 mgPR/gCR | 296 (H) |
| COLOR | YELLOW | YELLOW |
| CLARITY | | CLEAR |
| GLUCOSE(URINE) | NEGATIVE mg/dL | NEGATIVE |
| BILIRUBIN | NEGATIVE | NEGATIVE |
| KETONES | NEGATIVE mg/dL | NEGATIVE |
| SPECIFIC GRAVITY | 1.005 - 1.030 | 1.010 |
| BLOOD | NEGATIVE | NEGATIVE |
| pH | 5.0 - 7.0 Units | 5.5 |
| PROTEIN(URINE) | NEGATIVE mg/dL | NEGATIVE |
| UROBILINOGEN | 0.0 - 1.0 mg/dL | 0.2 |
| NITRITE | NEGATIVE | NEGATIVE |
| LEUKOCYTE ESTERASE | NEGATIVE | NEGATIVE |
| URINE TYPE | | URINE, CLEAN CATCH/MIDSTREAM |
| FASTING STATUS | | FASTING |
| CHOLESTEROL | 100 - 200 mg/dL | 152 |
| CALCULATED LDL | <130 mg/dL | 78 |
| HDL | >39 mg/dL | 53 |
| TRIGLYCERIDE | <150 mg/dL | 105 |
| CALCULATED NON HDL | | 99 |
| CHOL/HDL | <4.5 | 2.9 |
| PARATHYROID HORMONE ✓ | 14 - 72 pg/mL | 154 (H) |
| PTH CALCIUM | 8.4 - 10.2 mg/dL | 9.6 |
| PATH REPORT, PAP | | Name: ROTER VELYOV, DAFINA A.     MRN:     1385530   . . . |