

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dafina Roter | 14-C-71 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Frontier Airlines Inc, et al. | Order, Complaint, Notice, Waiver, Consent |

**SERVE AT**

NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Frontier Airlines Inc c/o CSC-Lawyers Incorporating Service Company

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8040 Excelsior Drive, Suite 400 Madison, WI 53717

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dafina Roter
26151 S Wind Lake Rd
Racine, WI 53185

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

Dafina Roter

TELEPHONE NUMBER

DATE
Jan 31, 2014

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 99 | District to Serve No. 90 | Signature of Authorized USMS Deputy or Clerk | Date 3 Feb 14 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | 8 | | | | |

REMARKS: 3 Feb 14 rcvd & mailed
17 Mar 14 unexecutable, proof of service of summons/waiver not received on

1 CLERK OF THE COURT   2. USMS RECORD   3. NOTICE OF SERVICE   4. ACKNOWLEDGMENT OF RECEIPT

FORM-USM-285 (Rev. 12/15/80)

Case 2:14-cv-00071-PP  Filed 03/19/14  Page 1 of 2  Document 5

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

2014 FEB -3 A 9:49  EASTERN DISTRICT-WI FILED
U.S. MARSHAL MILWAUKEE, WI  2014 MAR 19 A 8:13

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dafina Roter | 14-C-71 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Frontier Airlines Inc, et al. | Order, Complaint, Notice, Waiver, Consent |

**SERVE AT**

NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Republic Holdings c/o Jalem M. Getz

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
601 East Erie Street, Suite 616 Milwaukee, WI 53202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dafina Roter
26151 S Wind Lake Rd
Racine, WI 53185

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

Dafina Roter

TELEPHONE NUMBER

DATE
Jan 31, 2014

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 87 | District to Serve No. 87 | Signature of Authorized USMS Deputy or Clerk | Date 3 Feb 14 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | 8 | | | | |

REMARKS: 3 Feb 14 rcvd & mailed
17 Mar unexecutable, proof of service of summons ½ waiver not received

1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. ACKNOWLEDGMENT OF RECEIPT

FORM-USM-285 (Rev. 12/15/80)