# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Dafina Roter | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14-cv-71 |
| Frontier Airlines Inc, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Republic Holdings
c/o Jalem M. Getz
601 East Erie Street, Suite 616
Milwaukee, Wisconsin 53202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dafina Roter
26151 South Wind Lake Road
Racine, Wisconsin 53185

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
CLERK OF COURT

Date: 03/16/2014        s/B. Ray
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-71

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jerkem Michael Getz
was received by me on *(date)* 03/20/2014 .

☒ I personally served the summons on the individual at *(place)* 601 E. Erie St. Suite 616
Milwaukee, WI 53202       on *(date)* 03/26/14    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
                           on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 1.13 for travel and $ 65.00 for services, for a total of $ 67.13 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 03/26/14

_____
Server's signature

T. McPolin    ausm
Printed name and title

517 E. Wisconsin Ave. #38 Milwaukee, WI 53202
Server's address

Additional information regarding attempted service, etc:



# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dafina Roter | 14-C-71 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Frontier Airlines Inc, et al. | Order, Summons, Complaint, Consent |

**SERVE AT**

NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Republic Holdings c/o Jalem M. Getz

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
601 East Erie Street, Suite 616 Milwaukee, WI 53202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dafina Roter
26151 S Wind Lake Rd
Racine, WI 53185

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available For Service)*:

Signature of Attorney or other Originator requesting service on behalf of:
Dafina Roter
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER:
DATE: Mar 19, 2014

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
*(Sign only first USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No. 79
District to Serve No. 79
Signature of Authorized USMS Deputy or Clerk
Date: 20 Mar 14

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Jalem Michael Getz (Republic Holdings)

Address *(complete only if different than shown above)*:
601 East. Erie St. Suite 616
Milwaukee, WI 53202

Date of Service: 03/26
Time: 09:35 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 1.13 | N/A | 66.13 | | | |

REMARKS: Served in person @ residence listed 03/26/14.—

FORM-USM-285 (Rev. 12/15/80)
1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. ACKNOWLEDGMENT OF RECEIPT