
CIR

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. Department of Justice**
**United States Marshals Service**

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2014 MAR 20 A 8:46
2014 MAR 27 A 8:35
U.S. MARSHAL
MILWAUKEE, WI
JON W. SANFILIPPO
CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dafina Roter | 14-C-71 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Frontier Airlines Inc, et al. | Order, Summons, Complaint, Consent |

**SERVE** → NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Frontier Airlines Inc c/o CSC-Lawyers Incorporating Service Company

**AT** — ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
8040 Excelsior Drive, Suite 400 Madison, WI 53717

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dafina Roter
26151 S Wind Lake Rd
Racine, WI 53185

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Dafina Roter

TELEPHONE NUMBER:
DATE: Mar 19, 2014

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: 87
District to Serve No.: 890
Signature of Authorized USMS Deputy or Clerk
Date: 20 Ma.14

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Jenifer Kenrick, Customer Service

Date of Service: 3-25-14
Time: 3:40 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $65.00 | | $8.00 | $73.00 | | |

REMARKS:
1-DUSM
1-HOUR
mileage: R/T 24.6 miles

1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. ACKNOWLEDGMENT OF RECEIPT

FORM-USM-285 (Rev. 12/15/80)