Honorable Judge
Rudolph T. Randa
517 E. Wisconsin Ave
Milwaukee, WI 53202

CASE NO. 14-C-71
Dafina Roter Velyov

March 27, 2014

Honorable Judge Rudolph T. Randa,

I am writing to you to request a withdrawal from serving Republic Holdings. I received a message from a Mr. Jalem Getz on March 26, 2014, stating that he was served papers from the U.S. Marshalls regarding my case No. 14-C-71 against Frontier Airlines/Republic Holdings. In going over the paperwork I submitted to your court, I made the error of putting Republic Holdings, when it should of stated Republic Airways Holdings, which is based in Indiana. Mr. Jalem Getz was very upset, I explained the situation

to him and sincerely apologized for all of his troubles and embarassment. Mr. Getz was very understanding after explaining my situation and that I have been representing myself for 2 years etc. I informed him that I would request to withdraw the claim against his company Republic Holdings.

Your Honor, could you please withdraw the claim on Republic Holdings Mr. Jalem Getz - which is a real estate company in WI that I've never worked for, nor listed his name in my complaint.

The correct address for Republic Airways

Holdings - CEO - Mr. Bryan Keith Bedford is:

8909 Purdue Rd
Indianapolis, IN 46268

Suite #300 is listed on our paychecks.

I apologize again, to you, the court and Mr. Jalem Getz for the mistake. I am unaware of Mr. Getz address, his cel phone number is 262-271-5664 if needed.

Please notify me if I need to do anything else to take further action in helping to rectify the issue at hand.

Sincerely,

Dafina A. Rotee Velyov

Case No. 14-C-71