UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

**DAFINA ROTER VELYOV,**

      **Plaintiff,**

    -vs-                                                        Case No.:  2:14-cv-00071-RTR

**FRONTIER AIRLINES, INC., and
REPUBLIC AIRWAYS HOLDINGS INC.,**

      **Defendant.**

_____

## DEFENDANT FRONTIER AIRLINES, INC.'S
## CORPORATE DISCLOSURE STATEMENT
_____

The undersigned counsel of record for Defendant, Frontier Airlines, Inc., by counsel, furnishes the following list in compliance with Civ. L. R. 7.1 and Fed. R. Civ. P. P. 7.1:

1.    Full Name:  Frontier Airlines, Inc. ("Frontier").

2.    Frontier, Airlines, Inc., is a Colorado corporation, which is wholly owned by Frontier Airlines Holdings, Inc., which is a Delaware corporation, which is wholly owned by Falcon Acquisitions Group, Inc., a Delaware corporation, which is a subsidiary of Indigo Partners, LLC, a private equity firm.

3.    There are no publicly-held companies or investment funds holding a ten percent (10%) or more ownership interest in Frontier.

4.    David J. Carr and Paul C. Sweeney (once admitted to appear before this Court), both of the Indianapolis office of Ice Miller LLP law firm, One American Square, Suite 2900, Indianapolis, IN 46282-0200, will be representing Frontier Airlines, Inc. in this matter.  Michael

Aldana with the law firm of Quarles & Brady LLP, 411 East Wisconsin Avenue, Milwaukee, WI 53202-4497, will serve as local counsel for Frontier Airlines, Inc. in this matter.

                                        Respectfully submitted,

                                        s/ David J. Carr
                                        David J. Carr, Attorney No. 4241-49

                                        ICE MILLER, LLP
                                        One American Square, Suite 2900
                                        Indianapolis, IN 46282-0200
                                        Phone: (317) 236-2100
                                        Fax: (317) 236-2219
                                        david.carr@icemiller.com

                                        Attorneys for Defendant, Frontier Airlines, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and forwarded a copy of the filing via United States, first-class mail, to the following:

    Dafina Roter Velyov
    Plaintiff Pro Se
    26151 S. Windlake Road
    Windlake, Wisconsin 53185

                                        s/ David J. Carr

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax:   (317) 236-2219
david.carr@icemiller.com