
KTR

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dafina Roter | 14-C-71 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Frontier Airlines Inc, et al. | Order, Complaint, Notice, Waiver, Consent |

**SERVE AT**

NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Republic Airways Holdings

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
8909 Purdue Road, Suite 300 Indianapolis, IN 46268

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dafina Roter  
26151 S Wind Lake Rd  
Racine, WI 53185

U.S. DISTRICT COURT EASTERN DISTRICT-WI FILED 2014 APR 10 P 1:08

U.S. MARSHAL MILWAUKEE, WI 2014 MAY -1 A 8:30

JON W. SANFILIPPO CLERK

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Republic Airways Holdings  
8909 Purdue Road Suite 300  
Indianapolis, IN 46268

COMPLETE THIS SECTION ON DELIVERY

A. Signature — ☐ Agent ☐ Addressee  
B. Received by (Printed Name) ANTHONY P. DROBLICK  
C. Date of Delivery 4/14  
D. Is delivery address different from item 1? ☐ Yes ☐ No  
If YES, enter delivery address below:

3. Service Type  
☒ Certified Mail ☐ Express Mail  
☐ Registered ☐ Return Receipt for Merchandise  
☐ Insured Mail ☐ C.O.D.  
4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label) 7010 1670 0000 0688 2507

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

SPECIAL INSTRUCTIONS OR OTHER INFORMATION  
Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service  
Dafina Roter

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 84 | IN No. | [signature] | 10 Apr 14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 10 Apr rcvd. 11 Apr 14 mailed  
14 Apr certified R/R

1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. ACKNOWLEDGMENT OF RECEIPT  
FORM-USM-285 (Rev. 12/15/80)

Case 2:14-cv-00071-PP   Filed 05/01/14   Page 1 of 1   Document 14