# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DAFINA ROTER VELYOV,         )<br>    *Plaintiff*     )<br>    v.     )<br>FRONTIER AIRLINES, INC. and  )<br>REPUBLIC AIRWAYS HOLDINGS INC.,  )<br>     )<br>    *Defendant*    ) | **CAUSE NO. 2:14-CV00071-RTR** |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
DEFENDANT, FRONTIER AIRLINES, INC.

Date: April 3, 2014        s/ DAVID J. CARR
                                              *Attorney's Signature*

                                DAVID J. CARR, # 4241-49
                                          *Printed name and bar number*

                                ICE MILLER LLP
                                ONE AMERICAN SQUARE, SUITE 2900
                                INDIANAPOLIS, IN  46282
                                              *Address*
                                david.carr@icemiller.com
                                          *E-mail address*
                                (317) 236-5840
                                          *Telephone number*
                                (317) 592-4810
                                           *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties via U.S. First Class Mail:

>Dafina Roter
>Plaintiff Pro Se
>26151 S. Windlake Road
>Windlake, Wisconsin 53185

Parties may access this filing through the Court's system.

>*s/* David J. Carr
>David J. Carr

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-5840
Fax: (317) 592-4810
david.carr@icemiller.com