# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DAFINA ROTER VELYOV, ) | |
|     *Plaintiff* ) | |
| v. ) | **CAUSE NO. 2:14-CV00071-RTR** |
| FRONTIER AIRLINES, INC. and ) | |
| REPUBLIC AIRWAYS HOLDINGS INC., ) | |
| ) | |
|     *Defendant* ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: DEFENDANT, REPUBLIC AIRWAYS HOLDINGS INC.

Date: May 2, 2014

s/ DAVID J. CARR
*Attorney's Signature*

DAVID J. CARR, # 4241-49
*Printed name and bar number*

ICE MILLER LLP
ONE AMERICAN SQUARE, SUITE 2900
INDIANAPOLIS, IN  46282
*Address*

david.carr@icemiller.com
*E-mail address*

(317) 236-5840
*Telephone number*

(317) 592-4810
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties via U.S. First Class Mail:

>Dafina Roter
>Plaintiff Pro Se
>26151 S. Windlake Road
>Windlake, Wisconsin 53185

Parties may access this filing through the Court's system.

>*s/* David J. Carr
>David J. Carr

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-5840
Fax: (317) 592-4810
david.carr@icemiller.com