UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**DAFINA ROTER VELYOV,**

    **Plaintiff,**

    -v-                                                   Case No.:  2:14-cv-00071-RTR

**FRONTIER AIRLINES, INC., and**
**REPUBLIC AIRWAYS HOLDINGS INC.,**

    **Defendant.**

---

## DEFENDANT REPUBLIC AIRWAYS HOLDINGS INC.'S CORPORATE DISCLOSURE STATEMENT

---

The undersigned counsel of record for Defendant, Republic Airways Holdings Inc., by counsel, furnishes the following list in compliance with Civ. L. R. 7.1 and Fed. R. Civ. P. P. 7.1:

1. Full Name:  Republic Airways Holdings Inc. ("RAH").

2. RAH (traded on the NASDAQ Exchange under the symbol "RJET") has no parent corporation, is a publicly held company, and no publicly held corporation owns 10% or more of RAH's stock.

3. David J. Carr and Paul C. Sweeney, both of the Indianapolis office of Ice Miller LLP law firm, One American Square, Suite 2900, Indianapolis, IN 46282-0200, will be representing RAH in this matter.  Michael Aldana with the law firm of Quarles & Brady LLP, 411 East Wisconsin Avenue, Milwaukee, WI 53202-4497, will serve as local counsel for RAH in this matter.

Respectfully submitted,

s/ David J. Carr
David J. Carr, Attorney No. 4241-49

ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 236-2219
david.carr@icemiller.com

Attorneys for Defendant,
Republic Airways Holdings Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and forwarded a copy of the filing via United States, first-class mail, to the following:

> Dafina Roter Velyov
> Plaintiff Pro Se
> 26151 S. Windlake Road
> Windlake, Wisconsin 53185

s/ David J. Carr

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 236-2219
david.carr@icemiller.com