# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DAFINA ROTER VELYOV, ) | |
| *Plaintiff* ) | |
| v. ) | **CAUSE NO. 2:14-CV00071-RTR** |
| FRONTIER AIRLINES, INC. and ) | |
| REPUBLIC AIRWAYS HOLDINGS INC., ) | |
| ) | |
| *Defendant* ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: DEFENDANTS FRONTIER AIRLINES, INC., and REPUBLIC AIRWAYS HOLDINGS INC.

Date: May 6, 2014        s/ *PAUL C. SWEENEY*
                                              *Attorney's Signature*

                                     PAUL C. SWEENEY, # 20392-29
                                              *Printed name and bar number*

                                     ICE MILLER LLP
                                     ONE AMERICAN SQUARE, SUITE 2900
                                     INDIANAPOLIS, IN 46282
                                                        *Address*
                                       paul.sweeney@icemiller.com
                                                     *E-mail address*
                                       (317) 236-5894
                                                   *Telephone number*
                                       (317) 592-4298
                                                        *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties via U.S. First Class Mail:

    Dafina Roter
    Plaintiff Pro Se
    26151 S. Windlake Road
    Windlake, Wisconsin 53185

Parties may access this filing through the Court's system.

                                            *s/ Paul C. Sweeney*
                                            Paul C. Sweeney

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-5894
Fax: (317) 592-4298
paul.sweeney@icemiller.com