UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION
_____

**DAFINA ROTER VELYOV,**

    **Plaintiff,**

   -vs-                                          **Case No.: 2:14-cv-00071-RTR**

**FRONTIER AIRLINES, INC. and**
**REPUBLIC AIRWAYS HOLDINGS INC.,**

    **Defendant.**
_____

**DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**
_____

      Defendants, Frontier Airlines, Inc., and Republic Airways Holdings Inc., by counsel, and pursuant to Fed. R. Civ. Proc. 12(c), respectfully request that this Court enter judgment for the Defendants on Plaintiff's Wisconsin Fair Employment Act inference, discrimination and retaliation claim ("WFEA claim") (leaving just her federal Family and Medical Leave Act claim) because the law does not provide Plaintiff with a private right of action for such a claim. The facts and legal arguments in support of this Motion are more fully set forth in Defendants' Memorandum in Support of Motion for Partial Judgment on the Pleadings filed contemporaneously herewith.

      WHEREFORE, Defendants respectfully request that this Court enter judgment on the pleadings in their favor and against Plaintiff on Plaintiff's WFEA claim, and award all other necessary and proper relief.

Respectfully submitted,

s/ Paul C. Sweeney
David. J. Carr, Attorney No. 4241-49
Paul C. Sweeney, Attorney No. 20392-29
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 236-2219
david.carr@icemiller.com
paul.sweeney@icemiller.com

Attorneys for Defendants, Frontier Airlines, Inc.
and Republic Airways Holdings Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and forwarded a copy of the filing via United States, first-class mail, to the following:

Dafina Roter Velyov
Plaintiff Pro Se
26151 S. Wind Lake Road
Windlake, Wisconsin 53185

s/ Paul C. Sweeney

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 236-2219
david.carr@icemiller.com
paul.sweeney@icemiller.com

I/3546844.2 - 2 -

Case 2:14-cv-00071-PP Filed 06/02/14 Page 2 of 2 Document 20