UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**DAFINA ROTER VELYOV,**

    **Plaintiff,**

  v.                                       Case No. 14-C-71

**FRONTIER AIRLINES, INC., and
REPUBLIC AIRWAYS HOLDINGS, INC.,**

    **Defendants.**
_____

## SCHEDULING CONFERENCE CALL MINUTES
Hon. Rudolph T. Randa, Presiding
_____

DATE:  **July 1, 2014 at 10:30 a.m.**        Clerk:  S.R. Gegios

Time Called:  10:29 a.m.                  Time Concluded:  11:11 a.m.

Plaintiff Pro Se:     **Dafina Roter Velyov**        414-241-6674
Defendants:           **Paul C. Sweeney / David J. Carr**  317-236-2100

DISPOSITION:

Velyov states that she did not return the call from the Defendants' attorney regarding the Rule 26(f) report because of the way the Defendants (not their lawyers) treated her. Velyov does not have an attorney. Velyov would like to file initial disclosures and a response to the motion for partial judgment. Velyov would like to obtain counsel, otherwise she will continue to represent herself in this action.

The Defendants will oppose additional time for Velyov to file her response to their motion for partial judgment. The Defendants state that they will treat Velyov civilly. They also request that Velyov be advised that she cannot have a third-party involved with this case.

The parties agree that Velyov may have **July 15, 2014**, to obtain counsel. On that date Velyov will have a notice of appearance by counsel filed or she will file a letter stating that she will continue to represent herself in this action. **After July 15, 2014**, the Defendants will contact the attorney for Velyov or her (if she is unrepresented) to consult regarding an amended Rule 26(f) report. An amended Rule 26(f) report will be filed **no later than August 1, 2014**. A second scheduling conference will be conducted by the Court on **August 4, 2014, at 10:30 a.m.** The Court will initiate the call.

Velyov advised that if she represents herself in this action, she must respond to the Defendants' counsel and obey the federal and local procedural rules. She was also advised that unless she is represented by an attorney, she is the only person who can represent her. No non-lawyer third party can represent her.

Velyov advised that any responses to the Defendants' motion should be filed as soon as possible and the timing of its filing will be contested by the Defendants.

How to get mediation, the randomly assigned Magistrate Judge Nancy Joseph, and the confidentially attendant to those proceeding were also discussed. Civil L.R. 16(d) cited.