AVR

July 14, 2014

Dafina Roter Velyov
Plantiff

v.                                          Case No. 14-C-71

Frontier Airlines Inc., and
Republic Airways Holdings Inc

Your Honorable Rudolph T. Randa
and Your Honorable Nancy Joseph,

    I am writing to inform the court that I have decided to continue to represent myself in Case No. 14-C-71 Dafina Roter Velyov v. Frontier Airlines Inc., and Republic Airways Holdings Inc. I have studied the Answers to Pro Se Litigants Common Questions and have printed and studied The United States District Court For The Eastern District of WI Local Rules - General - Civil and Criminal Amended January 26, 2010 which include Civil L.R. 16 and the amended Rule 26(f) report. and have also studied the entire Local Rules PDF I printed. Ive also done research on the Vanta v. Montgomery Case that Ice Miller is comparing my case to, which to me it doesnt

pertain to my case or situation.

I have started my Proposed Discovery Plan, and will be completed within 48 hours and off to Ice Miller and a copy for the Court. I'm making the rest of my copies tonight at a friends house. I appreciate you allowing me to write as much as possible, unfortunately due to my Raynauds disease, and this up and down weather, my hands go numb and turn red, white & blue. My intent is to call Ice Miller no later than Monday July 21, 2014 to consult regarding an amended Rule 26(f) report.

I am also still waiting on copies of two pieces of evidence for the case - My copy of my Dr. work restriction issued on 2/19/10 from Medical Records. Also, 2 months of Phone record, texts, between work and I for July & August 2011 - They were not included in the original request of May - Sept 1st 2011 sent to me.

Sincerely,

Dajuna Roter Velyov

Case No. 14-C-71