aguin 6/13/13    414       Antoine Blackwin
1105am          425 2589   SSI  877 600 2856
                1043 6/7/13  ?          26401
                called bce 1416
                left message

# MEDICAL AND JOB WORKSHEET - ADULT

Please do **not** mail this worksheet to your local office.
Did you know that you can start the application process online?
Visit **www.socialsecurity.gov/applyfordisability** for more information!
Complete this worksheet to get ready for the appointment or when filing online. This worksheet is **not** the application for Social Security disability benefits. You should bring this worksheet to your appointment or have it with you if your appointment is by telephone.

## A. Medical Conditions

List all of the physical or mental conditions (including emotional or learning problems) that limit your ability to work. If you have cancer, please include the stage and type. List each condition separately.

No Immune System - always sick/allergic to everything

| | CONDITIONS |
|---|---|
| 1. | Chronic Renal Failure |
| 2. | Chronic Kidney Disease Stage 4   GFR 23 |
| 3. | Parathyroid Disease Harmone  14-72 pg/mL is normal   I am (154) |
| 4. | Hypertension / Raynauds Disease    Auto Immune Disorder |
| 5. | Depression, major - BiPolar - ADD |

**B.** If you are not working, when did you stop working? Aug 2011

**C.** Height without shoes: 5 feet 4 inches    Weight without shoes: 103 pounds

## D. Medical Sources

Please list any doctors, hospitals, clinics, therapists, or emergency rooms you have visited because of your conditions.

| NAME | ADDRESS | PHONE NUMBER (with area code) | DATE FIRST SEEN OR ADMISSION DATE | DATE LAST SEEN OR DISCHARGE DATE |
|---|---|---|---|---|
| Dr Terry Williamson | 1061 E. Commerce Blvd Slinger WI | 262 644 2900 | 1996 | 4/24/13 |
| Dr Omar Afzal | 111 Ann Strt. Waukesha | 414 393 9810 | 1/28/13 | 2/27/13 |
| Shelia Rotta, RN | 9200 W. Wisconsin Ave | 414 955 6936 | | |
| Froedtert + Medical College of WI | 9200 W. Wisconsin Ave | 414 805 3066 | Placed on List since 10-7-10 | Kidney Transplant |

Form SSA-3381 (12-2009) Destroy Prior Editions

Case 2:14-cv-00071-PP   Filed 07/21/14   Page 1 of 6   Document 25-1

OVER

## E. Medicines

Please list any medicines you take and why you take them. If prescribed, please provide the doctor's name.

| NAME OF MEDICINE | WHY YOU TAKE IT | PRESCRIBED BY |
|---|---|---|
| Diovan 160mg | To Control Blood Pressure and Hypertension | Omer Afzal |
| Calcitriol 0.5mg | To help with the Parathyroid Hormone | Omer Afzal |
| Pantoprazole 40mg | Acid Reducer | Terry Williamson |
| Adderall 10mg 2x's a day | ADD + Depression | Terry Williamson |
|  |  |  |

## F. Medical Tests

Please list any medical tests you had or are going to have in the future.

| NAME OF TEST | PROVIDER WHO SENT YOU | DATE(S) |
|---|---|---|
| Lab work every 8-12 wks | Dr. Terry Williamson / Dr. Omer Afzal | Last on 4/24/13 - Next 6/17/13 |
| Physical / OB PAP | Williamson / Rotta | |
| Mamogram | Shelia Hooda Rotta | Aug 2012 / Aug 2013 |
| Pelvic Exam | Williamson / Rotta | 4/9/13 |
| Monthly Weight / Med Refill | Williamson | 5/22/13 |
| Dental Cleaning | Williamson / Rotta | 4/13/13 - Cleaning Every 6 mos due to Acid Reflux / Vomiting Bile |

## G. Job History

List the jobs (up to 5) that you have had in the 15 years before you became unable to work because of your physical or mental conditions. List your most recent job first.

| JOB TITLE (e.g., cook) | TYPE OF BUSINESS (e.g., restaurant) | DATES WORKED FROM Mo/Yr | DATES WORKED TO Mo/Yr | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY Amount | RATE OF PAY Frequency |
|---|---|---|---|---|---|---|---|
| Operations Coordinator | Arlene | 9/03 | 8/11 | 4-6 | 4-5 | 13.02 | every 2 weeks |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Bring this worksheet to your appointment or have it with you if your appointment is by telephone. Do not delay filing your application, even if you do not have all of the information. We will help you get any missing information.

EPI/Chart #: _____

# Aurora Advanced Healthcare, Inc.
## PERMISSION TO DISCUSS MY HEALTH INFORMATION

_Dafina Rder Velyev_ , ▮▮▮-74 , 414 241 6674
Patient Name (Please Print)    Date of Birth    Phone

**To assist me with my healthcare and payment, I give permission to Aurora Advanced Healthcare to discuss the following types of information:** (Check as many as apply)

- o **A**ppointments
- o **B**illing Information /Statements/Insurance Claims
- o **C**linical Information
  (diagnosis, prognosis, medications, type of illness, test results, treatment, etc.)
- o Other, Specify _____

**I wish to be contacted in the following manner (check all that apply):**
o Home telephone _____
    oOk to leave message with detailed information   oLeave message with call-back number only
oWork telephone _____
    oOk to leave message with detailed information   oLeave message with call-back number only
oCell phone _____
    oOk to leave message with detailed information   oLeave message with call-back number only

**With the following individuals:**
- o Spouse/partner _____    Phone no. _____
- o Son/Daughter _____    Phone no. _____
- o Son/Daughter _____    Phone no. _____
- o Son/Daughter _____    Phone no. _____
- o Mother/Father _____    Phone no. _____
- o Employer _____    Phone no. _____
- o Friend(s) _____    Phone no. _____
- o Other _____    Phone no. _____

If there is medical information you do not want Aurora Advanced Healthcare to share, please list it here
_____

This permission has no expiration unless otherwise noted here_____

*I understand that any disclosure carries with it the potential for unauthorized redisclosure and it may no longer be protected by the privacy rule.*

*I have the right to withdraw this permission at anytime in writing. I understand that the revocation will not apply to information that has already been released in response to this authorization.*

*I understand it is my responsibility to inform Aurora Advanced Healthcare in writing of any changes to this permission.*

*If I choose to withdraw this permission OR need to make changes, I must contact the Aurora Advanced Healthcare Medical Information Department at:*
(262 )532-7061 W180 N11070 River Lane – Germantown, WI 53022
Mailing address - P.O. Box 090996, Milwaukee, WI 53209-0996

**SIGNATURE OF PATIENT** _Dafina Rder Velyev_    DATE: _July 17, 2014_

5/27/10

Aurora Advanced Healthcare, Inc.                                                                    Chart # _____

## AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

I, _____, _____
         Patient Name                                          Previous Names

_____, _____
    (Call When Ready) Phone #                                  Date of Birth

**AUTHORIZE DISCLOSURE FROM:**                        **DISCLOSE PROTECTED HEALTH INFORMATION TO:**

_____          _____
     Name of Health Care Provider/Plan/Other             Name of Health Care Provider/Plan/Other

_____          _____
                Street Address                                    Street Address

_____    _____
City                    State          Zip Code   City                  State         Zip Code

**INFORMATION TO BE DISCLOSED:**
✓ Lab Reports, From _____ To _____       ___ Immunizations
___ Imaging Reports (Xray), Date/test_____    ___ Allergy Records
___ Imaging Films (Xray), Date/test_____    ___ Billing/Statement Information
___ Clinical Studies, Date/test_____    ___ Results of my pre-placement physical exam which could include
✓ Clinic Notes, From _____ To _____          drug and/or alcohol screen and/or evidence of physical restrictions
✓ Non-Aurora Advanced Healthcare Medical Information _____    ___ Oral Communication
                                                   ___ Other, Service and/or dates_____

Aurora Advanced Healthcare, Inc. is not a treatment facility for mental health, developmental disabilities, and alcohol and drug abuse. However, our records may contain information pertaining to such treatment. We will disclose such information, unless you indicate below that you do not want such information disclosed:

___ Mental Health               ___ Developmental Disabilities        ___ Alcoholism
___ HIV (AIDS) Test Results     ___ Sexually Transmitted Disease      ___ Drug Abuse
Other (Specify):_____

**PURPOSE FOR NEED OF DISCLOSURE:** (Check applicable categories)
___ Further Medical Care – no fee        ✓ Legal Investigation or Action = fee $    ✓ Workers' Compensation – fee $
___ Changing Physicians – no fee         ___ Insurance Claim – fee $                ___ Insurance Application – fee $
✓ Disability Compensation – fee $        ___ Tax Record – fee $                    ___ Economic Need Verification
___ Personal Request – possible fee $    ___ Other (Specify) _____

**ALL REQUESTS WILL BE MAILED UNLESS OTHERWISE INDICATED.**
Pickup: _____  Needed by: _____
Fax #:  _____

**YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION:**

*I understand that it is Aurora Advanced Healthcare's expectation that the information released by this authorization will remain confidential. However, I also recognize that the information could be re-disclosed by the recipient and will no longer be protected. I understand that I have the right to revoke/withdraw this authorization in writing, with the exception that this authorization may have already been honored. If I choose to revoke/withdraw this authorization, I must contact the Release of Information Department – Aurora Advanced Healthcare Corporate Office Building (262) 532-7061.*

*I understand that I may refuse to sign this authorization. Unless allowed by law, my refusal to sign this authorization will not affect my ability to obtain treatment, receive payment or eligibility for benefits.*

**Expiration Date:** This authorization is valid until the following date(s) _____
or event(s) (specify event) _____. If no date or event is specified, this authorization will expire one (1) year from the date signed.

*I have had an opportunity to review and understand this authorization. By signing the authorization, I am certifying that it accurately reflects my wishes.*
**SIGNATURE OF PATIENT/LEGAL REP:** _Donna Roen Kelm_ **DATE:** _7-7-14_
If signed by person other than patient, state relationship and authority to do so.
Patient is:          o Minor        o Incompetent        o Disabled        o Deceased
Legal Authority (Optional):
                     o Legal Guardian                   o Parent
                     o Executor of Estate of Deceased   o Power of Attorney for Healthcare
                     o Authorized Legal Representative  o Power of Attorney
                     o Spouse/Next of Kin of Deceased (Specify relationship)_____

**T-Mobile:** We have received your information and will connect you with a T-Mobile Chat Specialist soon.

**Michael C:** Hi Dafina! This is Michael, I'll be assisting you today.

**You:** Hello :)

**Michael C:** I can only imagine how important it is for you to get copies of your bill and some text messages. I can certainly help you get the copies of your bill, however, printing text messages itself is not an option.

**You:** does it show the numbers texting back and forth at least ? for usage details? that would be a great help...

**You:** Thank You soo much

**Michael C:** Thank you for understanding. Yes, we will send you a detailed bill for these months.

**Michael C:** Do you need the copy soon? Because we will only be able to reprint the bills through mail.

**You:** Your a Angel.. your name is fitting for yo!! Thank You again.. do you know about how long it will be until I receive them? and YES :)

**You:** Mail is fine

**You:** Im just happy you can retreive them!!!

**Michael C:** Glad we can help, Dafina. One last thing though, you have a one free reprint, and each additional month will be assessed a $5 fee.

**Michael C:** You should receive the bill within 5 to 10 business days.

**You:** no problem... thanks again :)

**Michael C:** Thank you for your cooperation. Please stay on the session to make sure that I will be sending you the months you need.

**Michael C:** Your june 2011 bill is for the cycle 05/08/2011 to 06/07/2011. If I send you the June, July, and August bill, you will receive the records from 05/08/2011 to 08/07/2011.

**Michael C:** Do you have any questions before I process the reprint?

**You:** I need June 1st to August 31st 2011

**Michael C:** I see, then you will need the September bill as well. The September bill covers the cycle from 08/08 to 09/07.

**Michael C:** Would like to proceed in reprinting the June, July, August, and September bill?

**You:** yes please

**Michael C:** Alright, I am now working on the request, Dafina.

**Michael C:** I have sent the request. Rest assured that you will get the copies within 5 to 10 business days.

**You:** THANK YOU VERY MUCH!!!!

**Michael C:** It has been a real pleasure! I sure hope you get the info you need from these bills.

**Michael C:** Would there be anything else I can assist you with?

*[Handwritten notes:]*

414 241 6674 only

- Missing 2011 July + August TEXT Records -
- Requested from TMobile again on: Incoming Outgoing Texts

Great help very sweet
Lyka 7/13/14

10:20pm
24min 39sec #

July 1st - August 31st 2011
Billing Cycle
June 1st — July 8 - Sept 8th 2011 NO charge per mo waived fees
will take Submitted 5-10 Business Days
on 7/13 @ 10:54pm

I just received
the phone records
in the mail I
had to re request.
I will go thru
them + send copies
to you