

**FMLA**

**Me**  Jun 8, 2011
To Beth.nacker@flyfrontier.com, Jason.lehrman@flyfrontier.com

Good Morning-

Just wanted to fill you in as to what was going on.. I have a infection again, very dehydrated, headaches, blurred vision and complete exhaustion. I had to get tests done and see the Dr yesterday. Theyre computer system was down, so i was out there longer than expected. the dr is calling me with my results today, he ran extensive blood work to find out what antibiotics we need to use to kick it out of my body so I dont end up in the hospital again. we cant just use anything since im immune to 90% of them and allergic to penicillian. when he calls, were then going to set up me, down the road from my house at a aurora clinic to sit with a IV of fluids and antiobiotics for about 4 hours, then , I will b almost good as new instantanously! miracle drugs! i did call what i thought was the sick line number just like the other two days, Peter said there was no message. I slept from 730 Mon nite til 1am, woke up delerious..have 2 snd 2nd page.can only do so many wrds frm phone

Reply, Reply All or Forward | More

Click to reply all

