FRONTIER

Frontier Airlines, Inc.
General Mitchell
International Airport
5300 S. Howell Ave
Milwaukee, WI 53207

P 720.374.4200
F 720.374.4375

frontierairlines.com

To: MKE Station Employees – Ramp, Counter, BCC, Ops, BSO, Admin

From: Mark Paulson

Date: February 1, 2010

Subj: Revised Attendance Policy

As you're aware, on December 18, 2009, a Corporate Communication was posted announcing that effective January 1, 2010, Frontier and Midwest Customer Service associates will follow the rules and procedures as outlined in the Frontier Airlines Customer Service Handbook (Blue Book).

That said, we are all working hard to read and understand what changes are necessary to our former rules and procedures. One such change is the attendance policy. Due to the significant differences in this procedure, we have been working on a way to convert to the new system. Effective today, February 1, 2010, we will officially change to the Frontier attendance points system. Please reference the Customer Service Policy Guidelines (Blue Book) Section 8, pages 31-36. These guidelines can be found in MyFrontier.org. The direct link is: http://www.myfrontier.org/airport/cs_pol_guide.pdf

We will use the following system to convert occurrences to points.

- If, effective 1/31/10, the employee was at the Documented Verbal Warning stage or less, the employee will be issued the full 24 points to start the new system.
- If, effective 1/31/10, the employee was at the Written Warning stage, the employee will be issued 12 points to start the new system.
- If, the employee was on a Final Termination Warning, the employee will be issued 3 points to start the new system.

Acceptable attendance is to have no less than 13 points in an employee's bank within a rolling 12-month period. Highlights of the new points system include:

**Point Additions:**

- Every 3 months with perfect attendance <u>including</u> no FMLA or leave absences: 1 additional point is earned.
- After 6 months with perfect attendance: One additional buddy pass is earned.
- After 12 months and excellent attendance (24 or more earned points): One day off with pay is earned.

**FRONTIER**

Frontier Airlines, Inc.
General Mitchell
International Airport
5300 S. Howell Ave
Milwaukee, WI 53207

P 720.374.4200
F 720.374.4375

frontierairlines.com

**Point Subtractions:**

- Tardy #1: 6-30 minutes late and is within first 4 tardies in employee's rolling year = 1 point
- Tardy #2: 31-120 minutes late and is within first 4 tardies in employee's rolling year OR is any length AFTER the first 4 tardies in employee's rolling year = 3 points
- Partial Absence #1: leaves work within 2 hours of end of shift and is within first 4 partial absences in employee's rolling year = 1 point
- Partial Absence #2: leaves work within 2 hours of end of shift and is AFTER the first 4 partial absences in an employee's rolling year = 3 points.
- Absence #1: Employee follows advance call in procedures and is away from work for entire shift or more than 2 hours of any part of scheduled shift = 4 points
- Absence #2: Employee does not follow call in procedures and calls in after their start time but within first half of their shift = 7 points
- Absence #3: Consecutive days/shifts absent after the 1st full day/shift = 1 point
- Absence #4: Consecutive days/shifts absent after the 1st full day/shift WITH doctor's note = 0 additional points beyond the 4 points deducted for first absence.
- Absence #5: Employee has 2 shifts in 1 day or a double shift through picking up shift trade or coded hours and misses both shifts or more than 2 hours of total day = 5 points
- No call - No show: Does not call in at all or calls in within the last half of their shift = 13 points

**Disciplinary Warnings (Performance Counseling Record form)**: When an employee has the following points in their bank:

- Verbal warning: 9-12 points in their bank
- Written warning: 4-8 points in their bank
- Final termination warning: 0-3 points in their bank
- Possible suspension and termination pending investigation: less than 0 points in their bank

I recognize that these changes may be slightly overwhelming so please do not hesitate to ask us (managers and supervisors) if you have any questions. Thank you.

* If Absent more than A week and leave is granted NO POINTS Can be Deducted

* 1st-4 tardy = 6-30 minutes 1 pt. deducted
30-120 minutes 3 pts deducted

* Old Blue Book
May 2011 - page 23 [illegible] Frank Grattel Mollett



Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile | More

Search Mail Search Web Dafina

Compose

Delete Move Spam More Collapse All

Inbox (9999+)
Drafts (74)
Sent
Spam (1575)
Trash (74)
Folders (20)
Amtrak
Attorney
Benjamin
Bethea
Bethea Libra Constellation
Birthdays
Bob and Cheri (1)
Causes and Pet (2)
Coupons (5)
Daisy Troop 5043 Windy Wa
DirecTV
DOMINIC
Drafts
EbaY
FB Friend Posts (2)
Financial Aide and Schlorshi
Fitness
Flight Schedules
Frontier
Funnies
Gary Kraeger (1)
Go Go Skinny Wraps FB
Goway Travel
Gracies Yahoo and FB
Grants
Great America Ill
Griff
Habush Habush and Rottier
Hard Rock Rewards
Hawaii
HCareers
Health (2)
Horoscope Taras
Horoscopes
ID90 Itinery System
Indi
Jobs
Kiss FM
Las Vegas (1)
LinkedIn
Millionaires Concierge
Milwaukee Bucks
Nancy and Jimmy
National Geographic
Netflix

Dafina Roter FMLA (2)

**Me** Snippet unavailable Feb 13, 2010

**Me** Feb 15, 2010
To Jason Lehrman, Beth Nacker

--- On **Sat, 2/13/10, Dafina Roter <*roterdafina@yahoo.com*>** wrote:

From: Dafina Roter <roterdafina@yahoo.com>
Subject: Dafina Roter FMLA
To: "shadlock@flyfrontier.com" <shadlock@flyfrontier.com>
Cc: jlehrmna@flyfrontier.com, bnacker@flyfrontier.com
Date: Saturday, February 13, 2010, 8:35 PM

Hi Sue,

I have left you several messages this last week regarding my FMLA. I was wondering if it was approved yet and if I can return to work, or if I need to see the doctor for approval? I was hoping for a response during the week so I could get one if needed. I spoke with the doctors nurse earlier in the week and told her I wanted to return on the 15th and no answer from anyone? I have a follow up appt on the 23rd. Please inform me as to what is going on. Thank you.

Dafina Roter
EMP # 17671

Reply, Reply All or Forward | More

Click to reply all

Send

Good Morning Beth - 2-19-10

I can honestly say, it is great to be back to work!! :) Let me know if you need any other documents. I have my discharge papers from the hospital, Susuan Hadlock has the FMLA pprwrk with the doctors excuse. My nephrologist (Kidney Dr) is Dr Elliot 414-383-7744 if you have any questions for him. The doctors does have my blood pressure stabilized again, I was doing so well til this accident - but now Im getting back on track again. If you need, or would like to see the accident report I can request a copy from my lawyer, just let me know. Anything Else - Please call me

Hope you have a great weekend.

Dafina

* Jan 28 2010 Car Accident

Approved in 2008

# FMLA

* 2/18/10 - Denied - 1250 hrs in 12 mo -

I had 1106.75

*

back to 7/16

* 7/23/10 - Request for FMLA

* Starting in July 2010 (7/30/10) I was approved for FMLA by
Barbie Butler
Leave of Absence Asst
Republic Airways Holding
Phone 317-471-2595
Fax 317-484-4561

* On 8/19/10 - I received a email from:
Eric W. Kartchner
LOA Coordinator
Republic Airways Holdings
P: 317-471-2496 F: 317-484-456

stating I did NOT qualify due to he calculation and I was told my hire date was

12/01/2009 when I started employment on 09/08/2003!!

went home + calculated my hrs then on 9/4/10

I Challenged my hours and length of employment was missing work due to testing for

9/7/10 Freedart list

I received a apology + an

approval for FMLA - with a NEW calc of 1,119 hrs - which is still wrong when in Feb 2010 I had 1106.75

# 2010

January 28th 2010 - Car Accident in Kentucky

February 1st, 2010 - Back into Urgent Care

* 2-4-10 - Admitted back into hospital
  out on 2-5-10

* 2-7-10 - Readmitted to Hosp

June, 2010 - Dr Elliot - 2nd Nefrologist

July 27, 2010 - Elliot referred me to
Froedert Transplant Clinic

9-17-10 - Mammo, Pelvic exam, blood work
stress test, Ultrasound, biopsy + CT Completed

October 7, 2010 - Placed on Kidney Transplant List in Milwaukee

3/2/10

* Spoke with Ben Wagner @ 744am
- accident report in yesterday and
  I am NOT on it
* He is contacting SDF PD - or has
  Letter HAS been sent to State Farm

$13,871.69 as of 2/2/10 Hosp Bills
143.40 3/3 Labs
14015.09
585.90 2/24 Dr Elliot

$14,600.99

Review for Employee # 17671 **DAFINA ROTER** August 2, 2010

***Beginning Balance:*** 24

| *DATE* | | *TYPE* | *POINT DED* | *BALANCE* |
|---|---|---|---|---|
| | | BEGINNING BALANCE | 0.0 | 24 |
| 02/03/10 | | LOA/PLOA/COLA | 0.0 | 24 |
| 02/13/10 | | FMLA | 0.0 | 24 |
| 05/22/10 | | TARDY < 30 MIN | -1.0 | 23 |
| 06/10/10 | Should B FMLA | ABSENCE | (-4.0) | 19 |
| 07/02/10 | | TARDY | -3.0 | 16 |
| 07/12/10 | FMLA Denied Puking in Am | TARDY < 30 MIN | (-1.0) | 15 |
| 07/16/10 | | ABSENCE | -4.0 | 11 |
| 07/30/10 | | TARDY | -3.0 | 8 |

+ 4.0 6/10/10 FMLA

12.0

+ 1.0 FMLA 7/12/10 puking

13 pts

On 2/1/10 my Blood Pressure was

am - 204/120

Noon - 198/118

Evening - 183/117 → 8pm after taking Diovan New BP Med

On 2/2/10 - Blood Pressure Readings Were

am - 191/120

Noon - 215/164

Evening 179/110

midnite 204/136

Case 2:14-cv-00071-PP Filed 07/21/14 Page 9 of 10 Document 25-4

**Roter, Dafina A.**

**From:** Nacker, Beth A. **Sent:** Thu 7/22/2010 1:03 PM
**To:** Roter, Dafina A.
**Cc:** Lehrman, Jason J.
**Subject:** Attendance - Dafina
**Attachments:**

I went to Scheduling to challenge my FMLA usage points + get a clarification on the point system

Hi Dafina –

Wendy told me you had Q's about your points....we show 2 absences at 4pts each, 2 tardies at 1pt each, and 1 tardy at 3pts so -13pts....left with 11pts so you're at a verbal warning of which Jason will be issuing. The training on 7/12 started at 0900, not 0930 and was on your schedule for 0900. You didn't punch in until 0908. See below and let us know if you have further Q's.

Beth Doesn't like it when you go over her head - Sorry Beth Don't Trust you

qryAttendanceRecap2 subform

| DATE | Emp# | TYPE | MEMO | POINT DED | BALANCE |
|---|---|---|---|---|---|
| | 17671 | BEGINNING BALANCE | | 0 | 24 |
| 2/3/2010 | 17671 | LOA/PLOA/COLA | Continuos MLOA approved 2/3 through 2/13. | 0 | 24 |
| 2/13/2010 | 17671 | FMLA | 2/13/10 last day of FMLA | 0 | 24 |
| 5/22/2010 | 17671 | TARDY < 30 MIN | Dafina Clocked in at 5:37 for her shift starting at 5:30 on 5/22/10. 1 point is being deducted. Total balance 23 points. | 4am -1 | 23 |
| 6/10/2010 | 17671 | ABSENCE | Dafina was absent for her shift on 6/10/10. 4 points are being deducted. Total balance 19 points. Food Poisoning | -4 | 19 |
| 7/2/2010 | 17671 | TARDY | Dafina clocked in at 5:20 for her shift starting at 4:30 on 7/2/10. 3 pionts are bieng deducted. Total balance 16 points. During Bill - FMLA 4am | -3 | 16 |
| 7/12/2010 | 17671 | TARDY < 30 MIN | Dafina clocked in at 9:08 for her shift starting at 9:00 on 7/12/10. 1 point is being deducted. Total balance 15 points. | 8pm -1 | 15 |
| 7/16/2010 | 17671 | ABSENCE | Dafina was absent for her shift on 7/16/10. 4 points are being deducted. Total balance 11 points. | FMLA -4 | 11 |

FOG

1/1/10 Lewised Attendance Policy in Effect

→ Training didn't start until 10pm

→ BP Episode

**Beth Nacker**

Manager, Customer Service

Frontier Airlines

P: 414-294-6212
F: 414-294-6208
C: 414-467-1505

480 hours of FMLA Granted from 7/29/10 until 12/31/10?

Case 2:14-cv-00071-PP Filed 07/21/14 Page 10 of 10 Document 25-4