*Employers ID #*
*1800 265 5505 ext 4440*

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# ULTIPRO 

*720 374 34.78*

*Last PayCheck for 2010*

Frontier Airlines, Inc
8909 Purdue Road
Suite 300
Indianapolis, IN 46268

| Pay statement | |
|---|---|
| Period start date | 12/13/2010 |
| Period end date | 12/26/2010 |
| Pay date | 12/30/2010 |
| Document | 45612 |
| Net pay | $636.18 |

## Pay details

| | | | | |
|---|---|---|---|---|
| Dafina A Roter<br>25501 W Loomis Rd<br>Waterford, WI 53185<br>USA | Employee number | 417671 | Pay group | Frontier Bi-Weekly |
| | SSN | xxx-xx-xxxx | Location | Gen Mitchell Intl Airport |
| | Job | Operations Agent | Division | CSTSRV - Customer Service |
| | Pay rate | $13.12 | Cost Center | 302 - Customer Service Direct |
| | Pay frequency | Biweekly | HR Dept | 24 - Agent |
| | | | GL Dept | 2252 - MKE Hub Admin |

*From 12/13/10 to 1/9/11*
*All inconsistancies in numbers and leave missing under PAID TIME OFF*

*$45 FEE*
*36%*
*pd off by 2/5/11*

## Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.0000 | $0.00 | $0.00 | $250.00 |
| F9 Time off Clo | 1.0000 | $0.00 | $0.00 | $0.00 |
| HOL Worked Reg | 0.0000 | $0.00 | $0.00 | $166.01 |
| HolHtradeShift | 0.0000 | $0.00 | $0.00 | $177.12 |
| Holiday | 4.5000 | $0.00 | $59.04 | $169.71 |
| HolWorked Grave | 4.5000 | $0.00 | $91.94 | $91.94 |
| Personal | 0.0000 | $0.00 | $0.00 | $52.08 |
| Regular Pay | 16.0000 | $0.00 | $209.92 | $4,041.58 |
| Sick Taken | 0.0000 | $0.00 | $0.00 | $1,557.39 |
| Sta Train Over | 0.0000 | $0.00 | $0.00 | $168.24 |
| Sta Trn Grave | 0.0000 | $0.00 | $0.00 | $108.90 |
| Station Grave | 27.0000 | $0.00 | $367.74 | $12,485.63 |
| Station Swing0.0 | 000 | $0.00 | $0.00 | $50.14 |
| Vacation Taken | 0.0000 | $0.00 | $0.00 | $325.50 |
| With Out Pay | 7.0000 | $0.00 | $0.00 | $0.00 |

Total hours: 60.0000

*5677 - federal*
*1318 - state*

## Deduction

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| F9 PRE TAX DEN | Yes | $0.00 | $551.34 |
| F9 PRE TAX VIS | Yes | $0.00 | $82.26 |
| MetLife Dental | Yes | $0.00 | $183.78 |
| Superior Vision | Yes | $0.00 | $27.42 |
| Vol Child Life | No | $0.00 | $14.03 |
| Voluntary Life | No | $0.00 | $38.64 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $10.56 | $272.59 |
| Federal Income Tax | $7.48 | $303.14 |
| Social Security Employee Tax | $45.18 | $1,165.57 |
| WI State Income Tax | $29.24 | $744.65 |

## Paid time off

| Plan | Current | Balance |
|---|---|---|
| F9 | 1.5400 | 226.6700 |

## Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxx3143 | Checking | $636.18 |

Case 2:14-cv-00071-PP   Filed 07/21/14   Page 1 of 5   Document 25-5

This is a statement of earnings and deductions. This pay statement is non-negotiable.

# ULTIPRO

Frontier Airlines, Inc
8909 Purdue Road
Suite 300
Indianapolis, IN 46268

**Pay statement**
Period start date 12/27/2010
Period end date 01/09/2011
Pay date 01/13/2011
Document 50510
Net pay $583.80

## Pay details

Dafina A Roter
25501 W Loomis Rd
Waterford, WI 53185
USA

| | | | | |
|---|---|---|---|---|
| Employee number | 417671 | Pay group | Frontier Bi-Weekly | |
| SSN | xxx-xx-xxxx | Location | Gen Mitchell Intl Airport | |
| Job | Operations Agent | Division | CSTSRV - Customer Service | |
| Pay rate | $13.12 | Cost Center | 302 - Customer Service Direct | |
| Pay frequency | Biweekly | HR Dept | 24 - Agent | |
| | | GL Dept | 2252 - MKE Hub Admin | |

Federal income tax S 3
State income tax (residence) S 3
State income tax (work) S 3

## Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| F9 Time off Clo | 1.2500 | $0.00 | $0.00 | $0.00 |
| Holiday | 4.5000 | $0.00 | $59.04 | $59.04 |
| HolWorked Grave | 4.5000 | $0.00 | $91.94 | $91.94 |
| Regular Pay | 10.5000 | $0.00 | $137.76 | $137.76 |
| Station Grave | 24.7500 | $0.00 | $337.10 | $337.10 |
| Station Swing | 3.0000 | $0.00 | $40.41 | $40.41 |
| With Out Pay | 4.5000 | $0.00 | $0.00 | $0.00 |

Total hours 53.0000

## Deductions

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| Short Term Disa | Yes | $5.18 | $5.18 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $9.59 | $9.59 |
| Federal Income Tax | $15.34 | $15.34 |
| Social Security Employee Tax | $27.76 | $27.76 |
| WI State Income Tax | $24.58 | $24.58 |

## Paid time off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 60.0000 | 60.0000 |

## Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxx3143 | Checking | $583.80 |
| Total | | $583.80 |

## Pay summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | $666.25 | $661.07 | $77.27 | $5.18 | $583.80 |
| YTD | $666.25 | $661.07 | $77.27 | $5.18 | $583.80 |

Originally printed in English

*[Handwritten at top: "First Pay ✓ Stub for 2011"]*

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**ULTIPRO**

Frontier Airlines, Inc
8909 Purdue Road
Suite 300
Indianapolis, IN 46268

*[Handwritten: "All Benefits deducted + Enrolled in"]*

| Pay statement | |
|---|---|
| Period start date | 12/27/2010 |
| Period end date | 01/09/2011 |
| Pay date | 01/13/2011 |
| Document | 50510 |
| Net pay | $583.80 |

## Pay details

Dafina A Roter
25501 W Loomis Rd
Waterford, WI 53185
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee number | 417671 | Pay group | Frontier Bi-Weekly | Federal income tax | S 3 |
| SSN | xxx-xx-xxxx | Location | Gen Mitchell Intl Airport | State income tax (residence) | S 3 |
| Job | Operations Agent | Division | CSTSRV - Customer Service | State income tax (work) | S 3 |
| Pay rate | $13.12 | Cost Center | 302 - Customer Service Direct | | |
| Pay frequency | Biweekly | HR Dept | 24 - Agent | | |
| | | GL Dept | 2252 - MKE Hub Admin | | |

## Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| F9 Time off Clo | 1.2500 | | $0.00 | $0.00 |
| Holiday | 4.5000 | | $59.04 | $59.04 |
| HolWorked Grave | 4.5000 | | $91.94 | $91.94 |
| Regular Pay | 10.5000 | | $137.76 | $137.76 |
| Station Grave | 24.7500 | | $337.10 | $337.10 |
| Station Swing | 3.0000 | | $40.41 | $40.41 |
| With Out Pay | 4.5000 | | $0.00 | $0.00 |
| **Total hours** | **53.0000** | | | |

## Deductions

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| Short Term Disa | Yes | $5.18 | $5.18 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $9.59 | $9.59 |
| Federal Income Tax | $15.34 | $15.34 |
| Social Security Employee Tax | $27.76 | $27.76 |
| WI State Income Tax | $24.58 | $24.58 |

*[Handwritten across middle: "Legacy vacation hours / No vacation / All sick balance listed for 2011 - contacted HR"]*

## Paid time off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 60.0000 | 60.0000 |

## Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxx3143 | Checking | $583.80 |
| Total | | $583.80 |

## Pay summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | $666.25 | $661.07 | $77.27 | $5.18 | $583.80 |
| YTD | $666.25 | $661.07 | $77.27 | $5.18 | $583.80 |

Originally printed in English

This is a statement of earnings and deductions. This pay statement is non-negotiable.

#  ULTIPRO

Frontier Airlines, Inc
8909 Purdue Road
Suite 300
Indianapolis, IN 46268

| | |
|---|---|
| Pay statement | |
| Period start date | 01/10/2011 |
| Period end date | 01/23/2011 |
| Pay date | 01/27/2011 |
| Document | 55427 |
| Net pay | $311.29 |

## Pay details

Dafina A Roter
25501 W Loomis Rd
Waterford, WI 53185
USA

| | | | | |
|---|---|---|---|---|
| Employee number | 417671 | Pay group | Frontier Bi-Weekly | |
| SSN | xxx-xx-xxxx | Location | Gen Mitchell Intl Airport | |
| Job | Operations Agent | Division | CSTSRV - Customer Service | |
| Pay rate | $13.12 | Cost Center | 302 - Customer Service Direct | |
| Pay frequency | Biweekly | | | |
| | | HR Dept | 24 - Agent | |
| | | GL Dept | 2252 - MKE Hub Admin | |

| | |
|---|---|
| Federal income tax | S 3 |
| State income tax (residence) | S 3 |
| State income tax (work) | S 3 |

## Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | | $0.00 | $59.04 |
| HolWorked Grave | 0.0000 | | $0.00 | $91.94 |
| Regular Pay | 4.0000 | | $52.48 | $190.24 |
| Station Grave | 13.5000 | | $183.87 | $520.97 |
| Station Swing | 0.0000 | | $0.00 | $40.41 |
| Vacation Taken | 8.0000 | | $104.96 | $104.96 |
| With Out Pay | 16.5000 | | $0.00 | $0.00 |

**Total hours** 42.0000

*Now its here! wtf?*

## Deductions

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| Short Term Disa | Yes | $5.18 | $10.36 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $4.87 | $14.46 |
| Federal Income Tax | $0.00 | $15.34 |
| Social Security Employee Tax | $14.12 | $41.88 |
| WI State Income Tax | $5.85 | $30.43 |

## Paid time off

| Plan | Current | Balance |
|---|---|---|
| Sick | 0.0000 | 180.0000 |
| Vacation | 0.0000 | 32.0000 |

## Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxx3143 | Checking | $311.29 |
| Total | | $311.29 |

## Pay summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | $341.31 | $336.13 | $24.84 | $5.18 | $311.29 |
| YTD | $1,007.56 | $997.20 | $102.11 | $10.36 | $895.09 |

*Originally printed in English*

This is a statement of earnings and deductions. This pay statement is non-negotiable.



**Frontier Airlines, Inc**
8909 Purdue Road
Suite 300
Indianapolis, IN 46268

**Pay statement**
Period start date 04/18/2011
Period end date 05/01/2011
Pay date 05/05/2011
Document 88328
Net pay $246.29

## Pay details

Dafina A Roter
25501 W Loomis Rd
Waterford, WI 53185
USA

| Field | Value |
|---|---|
| Employee number | 417671 |
| SSN | xxx-xx-xxxx |
| Job | Operations Agent |
| Pay rate | $13.12 |
| Pay frequency | Biweekly |
| Pay group | Frontier Bi-Weekly |
| Location | Gen Mitchell Intl Airport |
| Division | CSTSRV - Customer Service |
| Cost Center | 302 - Customer Service Direct |
| HR Dept | 24 - Agent |
| GL Dept | 2252 - MKE Hub Admin |
| Federal income tax | S 3 |
| State income tax (residence) | S 3 |
| State income tax (work) | S 3 |

## Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | | $0.00 | $59.04 |
| Hol Worked Grave | 0.0000 | | $0.00 | $91.94 |
| Regular Pay | 4.0000 | | $52.48 | $1,334.96 |
| Sick Taken | 0.0000 | | $0.00 | $209.92 |
| Sta Train Over | 0.0000 | | $0.00 | $123.55 |
| Station Grave | 9.0000 | | $122.58 | $2,880.64 |
| Station Swing | 0.0000 | | $0.00 | $53.88 |
| Vacation Taken | 8.0000 | | $104.96 | $314.88 |
| With Out Pay | 21.0000 | | $0.00 | $0.00 |

**Total hours** 42.0000

## Deductions

**Employee**

| Deduction | Pre-tax | Current | YTD |
|---|---|---|---|
| Short Term Disa | Yes | $5.18 | $46.62 |
| UniformDed 2 | No | $10.00 | $40.00 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $3.98 | $72.82 |
| Federal Income Tax | $0.00 | $90.25 |
| Social Security Employee Tax | $11.54 | $210.93 |
| WI State Income Tax | $3.03 | $167.25 |

## Paid time off

| Plan | Current | Balance |
|---|---|---|
| CatastrophicSic | 0.0000 | 46.6700 |
| Legacy Vac | 0.0000 | 18.3133 |
| Sick | 0.0000 | 164.0000 |
| Vacation | 0.0000 | 16.0000 |

## Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxx3143 | Checking | $246.29 |
| Total | | $246.29 |

Case 2:14-cv-00071-PP   Filed 07/21/14   Page 5 of 5   Document 25-5