Subject: RE: AUG 13th.. FMLA Used 12-1600
From: LOA Flyfrontier (LOAFlyfrontier@rjet.com)
To: roterdafina@yahoo.com;
Date: Monday, August 15, 2011 10:41 AM

Thank you for your email correspondence. The dates you have requested be counted in accordance with your Intermittent FMLA on file have been submitted for your attendance to be reflected accordingly.

Dafina,
Can you explain who you're trying to contact in HR or what you are looking to talk about? I'll see who needs to be involved... you might want to contact your HR manager for the station, I believe this is Barb Young at BYoung@rjet.com

Please feel free to reply if you have any other questions,
Thank you,
Barbie Butler
Leave of Absence Coordinator|Republic Airways Holdings, Inc.|Phone: 317-471-2595 | Fax: 317-484-4561
CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.


-----Original Message-----
From: Dafina Roter [mailto:roterdafina@yahoo.com]
Sent: Saturday, August 13, 2011 5:27 PM
To: LOA Flyfrontier
Cc: Hasting, Heather E.
Subject: AUG 13th.. FMLA Used 12-1600

HI Barbie-

I needed to use four hours of FMLA today.due to my BP being up and puking bile. I was scheduled 12-1600. could u please tell me who I can contact in our co to file a complaint? Who is the mgr/VP of Human Resources? Just their names and email addresses please....thanks for your help! Fill in supervisor heather hasting is CC in because my direct sup, is on vacation and my managr never answered me back about calling her too, and WHY I had to. heather was the only mgr/sup who



③ my next Dr Appt.

Thank You,

Dafina Roter

17671

*[Handwritten note: End of Email from page 4 / Sent To: LOA Fly Frontier / Cc: Jason Leheman / Subject: RE: AUG 18 FMLA used]*

---

**From:** LOA Flyfrontier <LOAFlyfrontier@rjet.com>
**To:** 'Dafina Roter' <roterdafina@yahoo.com>
**Cc:** "Evans, Lisa" <LEvans@RJet.com>
**Sent:** Tuesday, August 16, 2011 7:43 AM
**Subject:** RE: AUG 18Th..FMLA used 5-9

Dafina,
We have you on an intermittent FMLA leave. First, you have conflicting dates-- your subject claims your absence of 08/18, but the email indicates the 16th. Can you verify?

Per your email below, it sounds as if you will be off work for a few days, possibly longer. Can you please explain to me your current situation? You had used 70 of your available 80 hrs of FMLA and we may need to see if your station can support a medical leave. Let me know the dates- or how long your physician believes your recovery period is. Medical leaves are based on operational needs and usually in 1 month durations. They cannot be taken intermittently.

Please feel free to reply if you have any other questions,
Thank you,
Barbie Butler
Leave of Absence Coordinator|Republic Airways Holdings, Inc.|Phone: 317-471-2595 | Fax: 317-484-4561
CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----
From: Dafina Roter [mailto:roterdafina@yahoo.com]
Sent: Tuesday, August 16, 2011 3:27 AM
To: LOA Flyfrontier
Cc: Ganabathi, Peter P.
Subject: RE: AUG 18Th..FMLA used 5-9

I forgot to add in my last email that i will be out tues Aug 16th from 5-9 also due to my high bp, which when i spoke with supervisor Peter Ganabathi on sat about why I was sick, he was also told I





Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More

Dafina

Compose

Delete | Move | Spam | More

**Inbox (9999+)**
Drafts (74)
Sent
Spam (1576)
Trash (74)
**Folders (20)**
  Amtrak
  Attorney
  Benjamin
  Bethea
  Bethea Libra Constellation
  Birthdays
  **Bob and Cheri (1)**
  **Causes and Peti (2)**
  **Coupons (5)**
  Daisy Troop 5043 Windy Wa
  DirecTV
  DOMINIC
  Drafts
  EbaY
  **FB Friend Posts (2)**
  Financial Aide and Schlorshi
  Fitness
  Flight Schedules
  Funnies
  **Gary Kraeger (1)**
  Go Go Skinny Wraps FB
  Goway Travel
  Gracies Yahoo and FB
  Grants
  Great America Ill
  Griff
  Habush Habush and Rottier
  Hard Rock Rewards
  Hawaii
  HCareers
  **Health (2)**
  Horoscope Taras
  Horoscopes
  ID90 Itinery System
  Indi
  Jobs
  Kiss FM
  **Las Vegas (1)**
  LinkedIn
  Millionaires Concierge
  Milwaukee Bucks
  Nancy and Jimmy
  National Geographic
  Netflix

### Tues Aug 23rd 5-10am

**Me**      Aug 23, 2011
To Peter.Ganabathi@flyfrontier.com,
Jason.Lehrman@flyfrontier.com

Good Morning-

I was not sure if Beth informed you about me still being out. Messages were left for Beth by Rebecca and my Mom to her cel and office voicemail with no return call to either one of them. I fully understand Ive run out of FMLA, I had 22pts regardless...minus 2hrs short from FMLA. which I beleive puts me at 19 or 20pts? then today is...3pts? so down to 15pts minimal? not sure, nothing has been consistant...just wanted you to know, i will not be in tues 8/23, today. My family and I have left messages which disappear so Iam sending this because you are the tues am supervisor and Jason is my direct sup, who is also cc in. Have a Dr appt on wed, which will decide when i can come back...I will also provide a dr excuse to HR for my extended time off...thanks.

Dafina
17671

Click to reply all

Send




1 of 1

Case 2:14-cv-00071-PP    Filed 07/21/14    Page 3 of 4    Document 25-6    4/22/2014 10:15 PM

| | |
|---|---|
| Subject: | RE: AUG 18Th..FMLA used 5-9 |
| From: | LOA Flyfrontier (LOAFlyfrontier@rjet.com) |
| To: | roterdafina@yahoo.com; |
| Cc: | LEvans@RJet.com; |
| Date: | Thursday, August 25, 2011 8:08 AM |

Dafina,

I suggest giving a call to Beth Nacker at 414-294-6212.

Please feel free to reply if you have any other questions,
Thank you,

*Barbie Butler*
Leave of Absence Coordinator | Republic Airways Holdings, Inc. | Phone: 317-471-2595 | Fax: 317-484-4561



## Come See us at the Lifestyle Fairs:
|8/25 MKE Hangar 8/26 MKE Airport| 8/30 DEN Airport 8/31 DEN GO| 9/7 & 9/8   IND Corporate|

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

**From:** Dafina Roter [mailto:roterdafina@yahoo.com]
**Sent:** Wednesday, August 24, 2011 11:47 PM
**To:** LOA Flyfrontier
**Cc:** Lehrman, Jason J.
**Subject:** Re: AUG 18Th..FMLA used 5-9

Barbie-

I faxed over my Dr excuse to your office, and I just wanted to make sure you received it. If not, please let me know, so I can resend it. It basically states he is keeping me out of work for another week until