From: Dafina Roter [mailto:roterdafina@yahoo.com]
Sent: Tuesday, August 16, 2011 3:27 AM
To: LOA Flyfrontier
Cc: Ganabathi, Peter P.
Subject: RE: AUG 18Th..FMLA used 5-9



I forgot to add in my last email that i will be out tues Aug 16th from 5-9 also due to my high bp, which when i spoke with supervisor Peter Ganabathi on sat about why I was sick, he was also told I would be out tues too. I went to dr and had my BP checked at 751pm tonight, still to high to return, guess thats why iam still up. Thank you for guiding me to the right person to file a complaint with. I, My Dr, or Lawyer will notify you or Peter on my return to work.

thank you,

Dafina Roter
17671

On Mon Aug 15th, 2011 10:41 AM CDT LOA Flyfrontier wrote:

>
>Thank you for your email correspondence. The dates you have requested be counted in accordance with your Intermittent FMLA on file have been submitted for your attendance to be reflected accordingly.
>
>Dafina,
>Can you explain who you're trying to contact in HR or what you are looking to talk about? I'll see who needs to be involved... you might want to contact your HR manager for the station, I believe this is Barb Young at BYoung@rjet.com
>
>Please feel free to reply if you have any other questions,
>Thank you,
>Barbie Butler
>Leave of Absence Coordinator|Republic Airways Holdings, Inc.|Phone: 317-471-2595 | Fax: 317-484-4561
>CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.
>
>
>-----Original Message-----
>From: Dafina Roter [mailto:roterdafina@yahoo.com]
>Sent: Saturday, August 13, 2011 5:27 PM
>To: LOA Flyfrontier
>Cc: Hasting, Heather E.
>Subject: AUG 13th.. FMLA Used 12-1600
>
>HI Barbie-

**Subject:** Re: AUG 18Th..FMLA used 5-9
**From:** Dafina Roter (roterdafina@yahoo.com)
**To:** LOAFlyfrontier@rjet.com;
**Cc:** jason.lehrman@flyfrontier.com;
**Date:** Wednesday, August 24, 2011 10:46 PM

Barbie-

I faxed over my Dr excuse to your office, and I just wanted to make sure you received it. If not, please let me know, so I can resend it. It basically states he is keeping me out of work for another week until my next Dr Appt.
Thank You,
Dafina Roter
17671

**From:** LOA Flyfrontier <LOAFlyfrontier@rjet.com>
**To:** 'Dafina Roter' <roterdafina@yahoo.com>
**Cc:** "Evans, Lisa" <LEvans@RJet.com>
**Sent:** Tuesday, August 16, 2011 7:43 AM
**Subject:** RE: AUG 18Th..FMLA used 5-9

*[handwritten: It was for both dates 8/16 + 8/18]*

Dafina,
We have you on an intermittent FMLA leave. First, you have conflicting dates-- your subject claims your absence of 08/18, but the email indicates the 16th. Can you verify?

Per your email below, it sounds as if you will be off work for a few days, possibly longer. Can you please explain to me your current situation? You had used 70 of your available 80 hrs of FMLA and we may need to see if your station can support a medical leave. Let me know the dates- or how long your physician believes your recovery period is. Medical leaves are based on operational needs and usually in 1 month durations. They cannot be taken intermittently.

Please feel free to reply if you have any other questions,
Thank you,
Barbie Butler
Leave of Absence Coordinator|Republic Airways Holdings, Inc.|Phone: 317-471-2595 | Fax: 317-484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----


Netflix
Team
At University of Phoenix
Odyssey of the Mind
Pandora
Inbox 50151
Parenting
Conversations
Pass Request Forms 45
Drafts
Photos
Sent
Printable Calendars
Spam 2848
PTA
Trash 196
Recipes
Folders +
RedBox
Amtrak
REI
Attorney
Saved
Benjamin
ScoreSense
Bob and Cheri
Screensavers
Coupons
Social Security
Daisy Troop 5043 Win...
Spanish-Grace
DirecTV
Sportsbook
DOMINIC
Stones
EbaY
SurveySpot
Financial Aide and Sc...
Swalo
Fitness
Thanksgiving Crafts
Flight Schedules 1
Travel
Frontier
Travel Forecast
Funnies
Under Water Caribea...
Gary Kraeger
Unemployment and F...
Goway Travel
United Mileage Plus
Gracies Yahoo and FB
We Energies
Grants
YX Net
Great America III
Online Contacts
Griff
You are signed out of Messenger.
Habush Habush and ...
Click the to sign in.
Hawaii
Facebook Friends
Health
You are signed out of Facebook
Ch Click the to sign in.
Horoscopes
Applications
IB90 Itinery System
Ind
Attachments
Photos
Jobs
ALM FM urchases
Kiss FM
Attach Large Files
Las Vegas
Automatic Organizer
Linkedin
Calendar
Nancy and Jimmy
Notepad
National Geographic
Stationery
Netflix
Unsubscribe
Odyssey of the Mind
Pandora

FW:
FROM: Roter, Dafina A.
TO: Dafina

Sunday, July 31, 2011 1:50 PM

From: Duchac, Kyle P.
Sent: Sunday, July 31, 2011 1:30 PM
To: Roter, Dafina A.
Subject:

# Frontier Airlines set to restructure, move to Denver

**By Ann Schrader**
*The Denver Post*
Posted: 07/31/2011 01:00:00 AM MDT



Frontier Airlines (AP | HERIBERT PROEPPER)

Frontier Airlines could be a stand-alone company as early as next year, with some jobs returning to Denver.
Frontier's flight back to its birthplace is part of a scenario that may play out under a major restructuring plan.
Republic Airways, the Indianapolis-based aviation holding company that bought Frontier out of bankruptcy in 2009, wants to reduce its ownership stake in Frontier to minority status.
The $120 million restructuring plan — devised after Frontier lost $55 million in the first quarter of 2011 — calls for Republic to give up control and improves Frontier's finances through cost cutting and attracting new operations money.
Republic's board and investors — used to years of profits from flying regional jets for large airlines — were shocked at the Frontier loss and drew the line at pumping more money into the airline.
Republic chief Bryan Bedford said in a recent interview that "you want a return on your investment."
It is important, Bedford said, for Frontier "to get back on a stable financial footing and survive without relying on Republic."
Several members of the Frontier Airlines Pilots Association said Republic approached them for help. The options were to be sold or liquidated, or accept concessions that could give the pilots an estimated 10 percent equity stake in the company and a profit-sharing plan. Republic's holdings would be reduced by December 2014.
The pilots — whose participation was crucial with investors — chose the concessions. The agreement was signed last month. Other employees are being asked for "a similar investment," according to a company e-mail.
Republic has promised to separate Frontier from Republic and its subsidiaries, according to a U.S. Securities Exchange Commission filing.
By this December, Republic must hire a chief operating officer and labor relations director for Frontier. All of Frontier's flight operations will report to the new operating officer.
Those top jobs are expected to be based in Denver, where Frontier has its major hub. A number



>
>I needed to use four hours of FMLA today.due to my BP being up and puking bile. I was scheduled 12-1600. could u please tell me who I can contact in our co to file a complaint? Who is the mgr/VP of Human Resources? Just their names and email addresses please....thanks for your help! Fill in supervisor heather hasting is CC in because my direct sup, is on vacation and my managr never answered me back about calling her too, and WHY I had to. heather was the only mgr/sup who verbally spoke with me today, and who handled the situation very professionally.
>
>Dafina Roter
>emp 17671
>
>On Tue Jul 19th, 2011 10:40 AM CDT LOA Flyfrontier wrote:
>
>>Thank you for your email correspondence. The dates you have requested be counted in accordance with your Intermittent FMLA on file have been submitted for your attendance to be reflected accordingly.
>>
>>Please feel free to reply if you have any other questions,
>>Thank you,
>>Barbie Butler
>>Leave of Absence Coordinator|Republic Airways Holdings, Inc.|Phone: 317-471-2595 | Fax: 317-484-4561
>>CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.
>>
>>
>>-----Original Message-----
>>From: Dafina Roter [mailto:roterdafina@yahoo.com]
>>Sent: Tuesday, July 19, 2011 8:33 AM
>>To: LOA Flyfrontier
>>Subject: July 19, 2011
>>
>>Good Morning-
>>
>>I needed to use FMLA from 5-10am due to puking bile .
>>
>>Thank You
>>
>>Dafina Roter
>>17671
>

**Roter, Dafina A.**

| | | | |
|---|---|---|---|
| **From:** | Hadlock, Susan | **Sent:** | Thu 2/18/2010 8:41 AM |
| **To:** | Roter, Dafina A. | | |
| **Cc:** | | | |
| **Subject:** | RE: FMLA Designation 2009.pdf - Adobe Reader | | |
| **Attachments:** | | | |

FMLA requires that you work 1250 hours in the last 12 month period (more than part time but less than full time). You worked 1106.75 hours.

You next option is a Medical Leave of Absence. These are granted by your supervisor for continuous 30 day increments, based on operational needs. The paperwork can be found on the F9 web site.

Susan

---

**From:** Roter, Dafina A.
**Sent:** Thursday, February 18, 2010 4:08 AM
**To:** Hadlock, Susan; Lehrman, Jason J.
**Subject:** RE: FMLA Designation 2009.pdf - Adobe Reader

Good Morning Susan,

Could you let me know what the requirements are for hours? Iam going to calculate them myself for a triple check. What is my next option? Hoe does the medical and personal leave work then?

Dafina

**Dafina Roter - Customer Service - Operations**
**MIDWEST AIRLINES | FRONTIER AIRLINES**

**Operations Tower - MKE**
Midwest Airlines, Inc.   MKE/PAX/AP

Case 2:14-cv-00071-PP   Filed 07/21/14   Page 5 of 13   Document 25-7

...Roter/Inbox/RE:%20FMLA%20Designation...   8/20/2010

5300 South Howell Avenue
Milwaukee, Wisconsin 53207
☎ 414.294.6304 - B | 🖨 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com

 Please consider the environment before printing this email.

---

**From:** Hadlock, Susan
**Sent:** Wed 2/17/2010 1:54 PM
**To:** Lehrman, Jason J.
**Cc:** Roter, Dafina A.
**Subject:** FMLA Designation 2009.pdf - Adobe Reader

Dafina Roter's request for FMLA has not been approved because she did not work enough hours in the last 12 months.

**Roter, Dafina A.**

Sent: Thu 8/19/2010 3:43 PM

| | |
|---|---|
| From: | LOA Flyfrontier [LOAFlyfrontier@rjet.com] |
| To: | Roter, Dafina A. |
| Cc: | |
| Subject: | FW: Roter, Dafina |
| Attachments: |  B005B127.PDF(91KB) |

Dafina,

I am sorry to inform you, but you have not worked enough hours within the last 12 months to qualify for FMLA. Our records indicate that for the period of 08/19/2009 - 08/19/2010 you have worked a total of 784 hours. In order to be eligible for FMLA, an employee must have worked a total of 1,000 hours within a rolling calendar year per Wisconsin Law. I am unable to recommend a Non-FMLA leave, because a Non-FMLA would be continuous in nature and not intermittently used. That leaves you with the option of a personal leave. A personal leave can only be approved by your supervisor. In order for me to request this from your supervisor, I need to know the dates in which you would like to be off.

Should you have any questions or concerns, do not hesitate to contact me.

Sincerely,

Eric W. Kartchner

Leave of Absence Coordinator

Republic Airways Holdings, Inc.

Phone (317) 471-2496

Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

**Roter, Dafina A.**

| | |
|---|---|
| **From:** | LOA Flyfrontier [LOAFlyfrontier@rjet.com] |
| **Sent:** | Tue 9/7/2010 12:37 PM |
| **To:** | Roter, Dafina A. |
| **Cc:** | |
| **Subject:** | RE: Roter, Dafina |
| **Attachments:** | |

Dafina,

Eric and I looked into your hours and as of today, you have 1,119 hours- which is enough to qualify for FMLA. We apologize for the confusion, as with being with the multiple companies we had to run multiple reports and combine them to ensure the hours (and even hire date) added up to qualify for FMLA. We apologize for the amount of time and frustration this may have caused you, but we have finally gotten everything straightened out. Below please find an approval letter, and if you have any other questions, please feel free to reply to this email or give Eric or me a call. - Barbie

Dear Dafina:
Thank you for submitting necessary documents with your application for a leave of absence. Although we've communicated via phone and/or email, I appreciate the opportunity to follow up with a written communication of your approval for an intermittent FMLA.

*[handwritten: Barbie 317-471-2595]*

**LOA Start Date: 07/29/10**

**LOA End Date: 12/31/10**

**Reason for your Intermittent FMLA Leave:**

___X___   Your own Medical Condition

_____   The medical condition of your ___child ___parent ___spouse

Your request for an intermittent FMLA is approved for the period listed above. Eligible employees may be able to use up to 480 hours in a rolling 12 month period. (*Wisconsin is based on an annual usage period). Each request is reviewed to determine whether an employee has met **both** eligibility requirements: 1) 12 months of employment with the company and 2) 1250 work hours completed in a rolling 12-month period. A rolling 12-month period is established by looking back 12 months from the date being requested. Should you have any questions, please feel free to contact me.

Please note your schedule is your primary responsibility and you are responsible to contact crew scheduling and notify them of your absence. Employees must adhere to established company policy for calling in. After completing this step, please contact me the same day via email at LOAflyfrontier@rjet.com or by voicemail at the number below.

While out on leave, your accrued sick, vacation/ pdo time will be paid in accordance with company policy and/or collective bargaining agreement. Please be advised if any time is paid out, time missed will still count toward your FMLA leave entitlement.
Should you have any questions, please feel free to respond to this email or send an email to LOAflyfrontier@RJET.COM

Barbie Butler

Leave of Absence Assistant| Republic Airways Holdings, Inc.

Phone: (317) 471-2595 | Fax: (317) 484- 4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----
From: Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]
Sent: Saturday, September 04, 2010 10:07 AM
To: LOA Flyfrontier
Subject: RE: Roter, Dafina

Dear Sir....

My hire date is 08SEP03....would you like a copy of my badge? I don't understand all of the confusion with my case? I have to go in for a Kidney Transplant, Ive gotten the run around for months with my FMLA situation. Ive been told by two peolple that I was approved, and now your telling me something completely different. Our company has changed hands three times in the last year,and not one response has been consistant. As far as I know, we didn't loose senority with going from a Midwest emp to RPA to F9.

PLEASE clarify. I've calculated my hours, and I do have enough for FMLA. Iam getting very frustrated with all of the run around and inconsistant answers, this is the last thing I need with my heatlh situation. Please get back to me as soon as you can.

Dafina Roter

-----Original Message-----

From: LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]

Sent: Thursday, September 02, 2010 2:44 PM

To: Roter, Dafina A.

Subject: RE: Roter, Dafina

Dafina,



I just sent you an email containing the report I ran in order to determine the hours you have worked within the last year. Additionally, it appears your hire date was 12/01/2009. You must have been with the company for 1 year in order to be eligible.

Should you have any questions or concerns, do not hesitate to contact me.

Sincerely,

Eric W. Kartchner

Leave of Absence Coordinator

Republic Airways Holdings, Inc.

Phone (317) 471-2496

Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----

From: Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]

Sent: Wednesday, August 25, 2010 9:55 PM

To: LOA Flyfrontier

Subject: RE: Roter, Dafina

Dear Sir,

I apologize for taking a few days to reply, but I need to go through some of my records. I was wondering if you could recalculate my hours? I received a email in February stating that I have (1106.75 hours) since then I have picked up a lot of hours at work also. I also received a email from Barbie Butler stating that she's verified my eligibility, and I am eligible for the FMLA at this time. I can forward them to you if you'd like. Could you PLEASE review it again?

Dafina Roter - Customer Service - Operations MIDWEST AIRLINES | FRONTIER AIRLINES Operations Tower - MKE

Midwest Airlines, Inc.   MKE/PAX/AP

5300 South Howell Avenue

Milwaukee, Wisconsin 53207

( 414.294.6304 - B  | 7 414.294.6208

dafina.roter@midwestairlines.com

dafina.roter@flyfrontier.com

P Please consider the environment before printing this email.

-----Original Message-----

From: LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]

Sent: Thu 8/19/2010 3:43 PM

To: Roter, Dafina A.

Subject: FW: Roter, Dafina

Dafina,

I am sorry to inform you, but you have not worked enough hours within the last 12 months to qualify for FMLA. Our records indicate that for the period of 08/19/2009 - 08/19/2010 you have worked a total of 784 hours. In order to be eligible for FMLA, an employee

Cannot be right!!

must have worked a total of 1,000 hours within a rolling calendar year per Wisconsin Law. I am unable to recommend a Non-FMLA leave, because a Non-FMLA would be continuous in nature and not intermittently used. That leaves you with the option of a personal leave. A personal leave can only be approved by your supervisor. In order for me to request this from your supervisor, I need to know the dates in which you would like to be off.

Should you have any questions or concerns, do not hesitate to contact me.

Sincerely,

Eric W. Kartchner

Leave of Absence Coordinator

Republic Airways Holdings, Inc.

Phone (317) 471-2496

Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.