Attendance Review for Employee # 17671 **DAFINA ROTER** March 4 2011 printed

***Beginning Balance:*** 24

| *DATE* | | *TYPE* | *POINT DED* | *BALANCE* |
|---|---|---|---|---|
| | | BEGINNING BALANCE | 0.0 | 24 |
| 05/22/10 | | TARDY < 30 MIN | -1.0 | 23 |
| 06/10/10 | FMLA | ABSENCE | -4.0 | 19 |
| 07/02/10 | | TARDY | -3.0 | 16 |
| 07/12/10 | FMLA Pending denied | TARDY < 30 MIN | -1.0 | 15 |
| 07/16/10 | | ABSENCE | -4.0 | 11 |
| 07/30/10 | | TARDY | -3.0 | 8 |
| 09/17/10 | | LOA/PLOA/COLA | 0.0 | 8 |
| 11/05/10 | | FMLA | 0.0 | 8 |
| 02/04/11 | | ADD BONUS POINT | 1.0 | 9 |
| 02/11/11 | | FMLA | 0.0 | 9 |
| 02/25/11 | | TARDY | -3.0 | 6 |

February 1st 2010 Revised Attendance Policy in Effect

My FMLA USAGE 2011

June 2011

| Date | Shift | Hours |
|---|---|---|
| 6/3/11 | 430-1230 | 8hrs |
| 6/4/11 | 430-1500 | 10.5hrs |
| | | 18.5 |
| 6/7/11 | 5-9am | 4 hrs |
| | | 22.5hrs |
| 6/14/11 | 5-10 | 5.0hrs |
| | | 27.5 |
| 6/24 | 430-1230 | 8.0hrs |
| | | 35.5hrs |

June 2011

July 2011

| Date | Shift | Hours |
|---|---|---|
| 7/19/11 | 5-10 | 5.0hrs |

July 2011

August 2011

| Date | Shift | Hours |
|---|---|---|
| 8/13/11 | 12-1600 | 4hrs |
| 8/16/11 | 5-9 | 4hrs |
| | | 8hrs |
| 8/18/11 | 5-9 | 4hrs |
| | | 12.0hrs |

USED

June 2011 35.5hrs
July 2011 5.0hrs
Aug 2011 12.0hrs

52.50 hrs

FMLA Total Used for 2011

From 1/1/11 to 7/20/11 6months + 20 days I worked 706.75 hrs which Equals 27weeks @ 26.17 hrs per average week

Case 2:14-cv-00071-PP Filed 07/21/14 Page 1 of 13 Document 25-8

11-1-11

Mark - Not comfortable taking case

OVER →

FMLA ✓ leave complaint - on line
* Workforce development
* State has investigators to gather facts + info

OSHA violation →

send in form

Complaint Form - to State ✓ - Jim sending me

Has staff of investigators - Employment Law Firm -

Tell Attorney - referred By JIM Brazinski
Marquette | PT-lawyer
* Fulltime - 3 yrs after Bachelors Degree

* File for Unemployment ✓ * TODAY → Jim can/will Fight

PIN 1021

Change Address ONLINE

26151 S. Windlake Rd
Windlake WI 53185

→ only let me go bk to wk of 10/23/11

FILE

W2 - look for work

W2-T

* Transition medical condition Form Dr W fill out

(1) Friday, July 22, 2011 8:01:07 AM CDT — SEE picture taken on cel - Aircraft Grooming Supervisor man - brought us all 3 dan rats

1MKELAX«
22JUL FRI MKE/CDT LAX/PDT-2
REMEMBER TO TRANSFER TO MASTERCARD
1F9 377 Y0 B0 H0 I0 V0 L0*MKEDEN 9 912A 1040A 319 F 0 XS /E
U0 E0 D0 M0 Q0 T0 G0 W0 R0
2F9 413 Y0 B0 H0 I0 V0 L0* LAX N 1210P 128P 319 F 0 XJ /E
U0 E0 D0 M0 Q0 T0 G0 W0 R0
3F9*1523 Y4 B2 H1 I1 V1 L1*MKEMCI 9 115P 245P E70 0 /E
U1 E1 D0 M0 Q0 T0 G0 W0 R0
OPERATED BY REPUBLIC AIRLINES
4F9*1771 Y7 B7 H3 I1 V1 L0* LAX N 335P 508P E90 F 0 XJ /E
U0 E0 D0 M0 Q0 T0 G0 W0 R0
OPERATED BY REPUBLIC AIRLINES
5F9 371 Y0 B0 H0 I0 V0 L0*MKEDEN 9 215P 343P 319 0 F /E
U0 E0 D0 M0 Q0 T0 G0 W0 R0
6F9 417 Y1 B1 H1 I0 V0 L0* LAX 6 445P 607P 319 0 /E
U0 E0 D0 M0 Q0 T0 G0 W0 R0
* - FOR ADDITIONAL CLASSES ENTER 1*C

He & his wife go frnds of mine
He knows of my Health Condition

Airport Ops called - HVAC ↓ 75° ↓ 52° in 45 min

530ish
814 ← still NOT fixed

Unnecessary Stress induced anxiety raised my BP -3 open
~~F371 - Den @ 215pm~~

* Milw CO - HVAC - Raynauds / Renial Failure 3mo -

* Beth / Jason - made HR wrong Hours

* HR

7/22
Asked Supervisor Jason Lehram if I could use my FMLA from 8:01-093
He FLAT OUT SAID "NO - Go Sit down Young Lady!"
My hands & feet were red, white, blue ... & Numb from my Raynauds

Hi, Dafina | Sign Out | Options | Help Trending: iPhone 5 | Go Mobile

flyfrontier.com Search Mail

WHAT'S NEW | Frontier (11) | CONTACTS | SEARCH: flyfro... | AUG 13th.. FML... | RE: AUG 18Th..... | Tues Aug 23rd 5...

Compose Message | Delete | Reply | Forward | Print | Los

Inbox 50150
Conversations
Drafts 45
Sent
Spam 2850
Trash 203
Folders
Amtrak
Attorney
Benjamin
Bob and Cheri
Coupons
Daisy Troop 5043 Win...
DirecTV
DOMINIC
EbaY
Financial Aide and Sc...
Fitness
Flight Schedules
Frontier
Funnies
Gary Kraeger
Goway Travel
Gracies Yahoo and FB
Grants
Great America III
Griff
Habush Habush and...
Hawaii
Health
Horoscopes
ID90 Itinery System
Indi
Jobs
Kiss FM
Las Vegas
LinkedIn
Nancy and Jimmy
National Geographic

**Tues Aug 23rd 5-10am** Hide Details

FROM: Dafina Roter Tuesday, August 23, 2011 12:54 AM

TO: Peter.Ganabathi@flyfrontier.com

CC: Jason.Lehrman@flyfrontier.com

Good Morning-

I was not sure if Beth informed you about me still being out. Messages were left for Beth by Rebecca and my Mom to her cel and office voicemail with no return call to either one of them. I fully understand Ive run out of FMLA, I had 22pts regardless...minus 2hrs short from FMLA which I beleive puts me at 19 or 20pts? then today is...3pts? so down to 15pts minimal? not sure, nothing has been consistant...just wanted you to know, i will not be in tues 8/23, today. My family and I have left messages which disappear so Iam sending this because you are the tues am supervisor and Jason is my direct sup, who is also cc in. Have a Dr appt on wed, which will decide when i can come back...I will also provide a dr excuse to HR for my extended time off...thanks.

Dafina
17671

8/16/11 HR 10 hrs FMLA left

10 FMLA hrs
24pts - attendance scale - Must

* Got sick in June due to HVAC going down - All of us got sick + kept passing it around to each other
- Did good in July after meds in June 2xs
- worked in a Germ Box
- End of July HVAC started to go down daily
attc - pic from tower of us in blankets from grooming sup - + was denied to use 1hr of FMLA from 8-9am + all pets were gone / No activity
* HVAC still not fixed thru beginning of Aug - which in turn got me really sick

Dr excuses from:
8/16/11 to 8/24/11
+ spoke w/ Supervisors
then 8/24/11 to 8/31/11

**Subject:** RE:

In order to put together the forms for you, we need some general information as to the nature of your leave. Is the leave for you, a spouse, parent, child, etc...? Will the leave be continuous in nature, or will it be intermittent? When would you like to begin the leave and how long do you plan to be out. Once we have this information I will be able to prepare the forms for you and send them to this email address. Once you receive the forms you will have 15 days to take the forms to the acting physician and have them filled out. The information that must be included in the forms includes:

* The name and contact information for the physician

* A diagnosis and treatment

* Dates such as the start and end of your leave

* Duration and frequency of the diagnosis

Lisa L. Evans
Leave of Absence Supervisor, Human Resources
Republic Airways Holdings
Phone: 317-246-2649
Fax: 317-484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.



-----Original Message-----
From: Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]
Sent: Friday, July 23, 2010 5:05 PM
To: LOA Flyfrontier
Cc: Lehrman, Jason J.
Subject:

Good Afternoon....

I was wondering what I needed to do to apply for FMLA? Was sick due to my health condition last week.

Dafina Roter - Customer Service - Operations MIDWEST AIRLINES | FRONTIER AIRLINES Operations Tower - MKE
Midwest Airlines, Inc.   MKE/PAX/AP
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
( 414.294.6304 - B  | 7 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com
P Please consider the environment before printing this email.

My Dr is Dr William Elliot. Nephrologist. The FMLA is for me, for my kidney failure. I would like the leave to begin on 16JUL10 as I had a episode with my blood pressure. His phone number is 414-383-7764 fax 414-383-8089.

**Dafina Roter - Customer Service - Operations**
**MIDWEST AIRLINES | FRONTIER AIRLINES**

**Operations Tower - MKE**
Midwest Airlines, Inc. MKE/PAX/AP
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
☎ 414.294.6304 - B | 🖷 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com

Please consider the environment before printing this email.

---

**From:** LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]
**Sent:** Mon 7/26/2010 8:28 AM
**To:** Roter, Dafina A.
**Subject:** RE:

In order to put together the forms for you, we need some general information as to the nature of your leave. Is the leave for you, a spouse, parent, child, etc...? Will the leave be continuous in nature, or will it be intermittent? When would you like to begin the leave and how long do you plan to be out. Once we have this information I will be able to prepare the forms for you and send them to this email address. Once you receive the forms you will have 15 days to take the forms to the acting physician and have them filled out. The information that must be included in the forms includes:

* The name and contact information for the physician
* A diagnosis and treatment
* Dates such as the start and end of your leave
* Duration and frequency of the diagnosis

Lisa L. Evans
Leave of Absence Supervisor, Human Resources
Republic Airways Holdings

You forwarded this message on 8/10/2010 1:23 PM.
Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Roter, Dafina A.**

**From:** LOA Flyfrontier [LOAFlyfrontier@rjet.com]
**To:** Roter, Dafina A.
**Cc:**
**Subject:** Roter, Dafina
**Attachments:** Employee.pdf(24KB) Roter, Dafina IFL.pdf(36KB)

**Sent:** Fri 7/30/2010 12:53 PM

Dafina,

Because the first contact we have from you is 7 days after your request for a leave for your absence on July 16th, we will not be able to recode this absence. However, here is the paperwork to apply for Intermittent FMLA in case you have another episode.

We've verified your eligibility, and you are eligible for the FMLA at this time. With an intermittent, the guidelines are pretty stringent. When you take the medical certificate to the doctor, the doctor will need to list a diagnosis of the chronic/recurring condition in question 1 of medical facts and then under the amount of leave your doctor will need to estimate how often you may miss work because of your medical condition. For example 1-2 times per month lasting 1-2 days per episode.

There are two attachments, one is a letter regarding your FMLA request, the second is the medical certificate that must be completed by the physician and returned via fax no later than **August 13, 2010.**

Should you have any questions, please feel free to contact us at anytime at this email address.

Barbie Butler
Leave of Absence Assistant
Republic Airways Holdings, Inc.
Phone: (317) 471-2595
Fax: (317) 484- 4561

---

**From:** Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]
**Sent:** Thursday, July 29, 2010 7:18 AM
**To:** LOA Flyfrontier; Lehrman, Jason J.
**Subject:** RE:

Good Morning!!

[PART B-RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period. **However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by** August 13, 2010. **Failure to return by this date may result in denial of your leave, and all absences will be counted in accordance with the company attendance policy.**

__X__ Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request included with this packet.

_____ Sufficient documentation to establish the required relationship between you and your family member.

_____ Other information needed:

_____ No additional information requested

**Please review checked items below in regard to your responsibilities while on a leave of absence:**

__X__ Communication Status Reports. While on leave, you will be required to furnish us with periodic reports of your status and intent to return to work.

- **INDEFINITE:**
  If your physician indicates on the Medical Certification Form that your return to work will be an "indefinite" period or your return to work is "unknown", you will be required to supply a physician's written statement every 30 days.

- **LESS THAN 90 DAYS:**
  If your physician indicates that your return to work is a specified date less than 90 days, on the specified return to work date, you will need to submit either a return to work slip or a written physician's statement extending your leave. provide to work

- **90 DAYS OR GREATER:**
  If your physician indicates that your return to work will be 90 days or more, you will be required to submit either a return to work slip or a written physician's statement extending your leave no later than the 91st day of absence and periodically thereafter (no more than every 30 days).

__X__ You will receive a letter from the Benefits Department with details on paying your insurance premiums during your leave. If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse. All correspondence to you will be sent to your company email address unless otherwise specified by you via email. Should you have any questions, please email LOABillingF9@rjet.com

__X__ If you are on a leave of absence due to the addition of a new baby, this is a reminder that you have 31 days from the date of birth to add your newborn to your group benefits. You may add your new baby by logging into www.myfrontier.org, and clicking the link to the right "oracle HR", log in and click on the life event applicable. If you miss the 31 day deadline, you will have to wait until the next Open Enrollment period to do so. In order to add the baby to your benefits, please contact our Benefits Department via email at benefits@rjet.com.

__X__ Short Term Disability is an insurance benefit that helps protect a portion of your income while you are on an approved leave of absence for your own illness or injury unrelated to work. If your leave of absence is longer than seven (7) consecutive days and you elected this coverage with your group benefits with premiums deducted from your paycheck, you may file a claim with The Hartford by calling 1-800-707-5333. You are responsible for filing the claim and providing updates to The Hartford regarding your last day of work and your anticipated return date.

Started 1/1/11 - Should be entitled to the pay for ... 8/31 2011 - Terminated 8/23/11

Milwaukee, Wisconsin 53207
( 414.294.6304 - B   | 7 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com
P Please consider the environment before printing this email.

-----Original Message-----
From: LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]
Sent: Thu 8/19/2010 3:43 PM
To: Roter, Dafina A.
Subject: FW: Roter, Dafina

Dafina,

I am sorry to inform you, but you have not worked enough hours within the last 12 months to qualify for FMLA. Our records indicate that for the period of 08/19/2009 - 08/19/2010 you have worked a total of 784 hours. In order to be eligible for FMLA, an employee must have worked a total of 1,000 hours within a rolling calendar year per Wisconsin Law. I am unable to recommend a Non-FMLA leave, because a Non-FMLA would be continuous in nature and not intermittently used. That leaves you with the option of a personal leave. A personal leave can only be approved by your supervisor. In order for me to request this from your supervisor, I need to know the dates in which you would like to be off.

Should you have any questions or concerns, do not hesitate to contact me.


Sincerely,


Eric W. Kartchner

Leave of Absence Coordinator

Republic Airways Holdings, Inc.

Phone (317) 471-2496

Fax (317) 484-4561


CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or

-----Original Message-----
From: Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]
Sent: Wednesday, August 25, 2010 9:55 PM
To: LOA Flyfrontier
Subject: RE: Roter, Dafina

Dear Sir,

I apologize for taking a few days to reply, but I need to go through some of my records. I was wondering if you could recalculate my hours? I received a email in February stating that I have 1106.75 hours, since then I have picked up a lot of hours at work also. I also received a email from Barbie Butler stating that she's verified my eligibility, and I am eligible for the FMLA at this time. I can forward them to you if you'd like. Could you PLEASE review it again?

Dafina Roter - Customer Service - Operations MIDWEST AIRLINES | FRONTIER AIRLINES Operations Tower - MKE
Midwest Airlines, Inc.    MKE/PAX/AP
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
( 414.294.6304 - B   | 7 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com
P Please consider the environment before printing this email.

-----Original Message-----
From: LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]
Sent: Thu 8/19/2010 3:43 PM
To: Roter, Dafina A.
Subject: FW: Roter, Dafina

Dafina,

I am sorry to inform you, but you have not worked enough hours within the last 12 months to qualify for FMLA. Our records indicate that for the period of 08/19/2009 - 08/19/2010 you have worked a total of 784 hours. In order to be eligible for FMLA, an employee must have worked a total of 1,000 hours within a rolling calendar year per Wisconsin Law. I am unable to recommend a Non-FMLA leave, because a Non-FMLA would be continuous in nature and not intermittently used. That leaves you with the option of a personal leave. A personal leave can only be approved by your supervisor. In order for me to request this from your supervisor, I need to know the dates in which you would like to be off.


Should you have any questions or concerns, do not hesitate to contact me.


Sincerely,

**Roter, Dafina A.**

**From:** LOA Flyfrontier [LOAFlyfrontier@rjet.com]
**Sent:** Thursday, September 02, 2010 2:44 PM
**To:** Roter, Dafina A.
**Subject:** RE: Roter, Dafina

Dafina,

I just sent you an email containing the report I ran in order to determine the hours you have worked within the last year. Additionally, it appears your hire date was 12/01/2009. You must have been with the company for 1 year in order to be eligible.

Should you have any questions or concerns, do not hesitate to contact me.

My Hire Date is September 08 2003

Sincerely,

Eric W. Kartchner
Leave of Absence Coordinator
Republic Airways Holdings, Inc.
Phone (317) 471-2496
Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----
From: Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]
Sent: Wednesday, August 25, 2010 9:55 PM
To: LOA Flyfrontier
Subject: RE: Roter, Dafina

Dear Sir,

I apologize for taking a few days to reply, but I need to go through some of my records. I was wondering if you could recalculate my hours? I received a email in February stating that I have 1106.75 hours, since then I have picked up a lot of hours at work also. I also received a email from Barbie Butler stating that she's verified my eligibility, and I am eligible for the FMLA at this time. I can forward them to you if you'd like. Could you PLEASE review it again?

Dafina Roter - Customer Service - Operations MIDWEST AIRLINES | FRONTIER AIRLINES Operations Tower - MKE
Midwest Airlines, Inc. MKE/PAX/AP
5300 South Howell Avenue

Eric W. Kartchner

Leave of Absence Coordinator

Republic Airways Holdings, Inc.

Phone (317) 471-2496

Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

**Roter, Dafina A.**

**From:** Roter, Dafina A.
**Sent:** Saturday, September 04, 2010 9:07 AM
**To:** LOA Flyfrontier
**Subject:** RE: Roter, Dafina

Dear Sir....

My hire date is 08SEP03....would you like a copy of my badge? I don't understand all of the confusion with my case? I have to go in for a Kidney Transplant, Ive gotten the run around for months with my FMLA situation. Ive been told by two peolple that I was approved, and now your telling me something completely different. Our company has changed hands three times in the last year,and not one response has been consistant. As far as I know, we didn't loose senority with going from a Midwest emp to RPA to F9.
PLEASE clarify. I've calculated my hours, and I do have enough for FMLA. Iam getting very frustrated with all of the run around and inconsistant answers, this is the last thing I need with my heatlh situation. Please get back to me as soon as you can.

Dafina Roter

-----Original Message-----
From: LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]
Sent: Thursday, September 02, 2010 2:44 PM
To: Roter, Dafina A.
Subject: RE: Roter, Dafina

Dafina,

I just sent you an email containing the report I ran in order to determine the hours you have worked within the last year. Additionally, it appears your hire date was 12/01/2009. You must have been with the company for 1 year in order to be eligible.

Should you have any questions or concerns, do not hesitate to contact me.

Sincerely,

Eric W. Kartchner
Leave of Absence Coordinator
Republic Airways Holdings, Inc.
Phone (317) 471-2496
Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.