Your Honor –
These are only
some of my receipts
I am asking to be
reimbursed For –
Will provide more open
Request !! DeV.

**ONCall**™

1-800-TIRE-911
Fax: 1-888-TIRE-911

For X One®
Assistance Only
1-877-966-3911

11/14/12 - Last Un Employment
Check

12/4/12 - Last Chd Support ✓

Chase Fraud          Ref# 627839
800 355 5265
7793 W. Appleton  414 393 9810
Dr Azphal - 1/28/13 - 3pm
- SEVER lower back pain
- Vomitting (90%) every am
- BP highest in Am -
- Uncontrollable crying / puking / Panic attack

Dr A - Cut Drovan in 1/2 -
Dr Elliot had me OVER DRUGGED

* Apt @ Chase

* FS - update - Mail today ago
Online + update by 6/5/13

Cash Net USA
Act# 16433270  -$201.90
1 866 653 2116

Cash Toxi - 12/18/12   491.92
1 888 543 0670          Repaid 1/2

AmeriLoan - $400 - 12/19/12

Globale Directory - Whos who
Margaret Reed - 631 648 4469  ext 108
5mn - publish Biography

MWL42619 10/03

MICHELIN

# Wisconsin Precious Metals Refining Services

# PURCHASE ORDER

**DATE:** 10/1/2011

**Check #**

300 E. Main St.
Waterford, WI   53185
**1-262-492-5334**
www.wpmrs-refining.com

**Customer**
Dafina Roter
25501 W. Loomis Rd.
Wind Lake   WI   53185

Phone:

**SHIP TO**
Name:
Address:

Phone:

| Spot Gold | Spot Silver | Identification # |
|---|---|---|
| 1624.9 | 29.97 | r360-1617-4881-04 |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 10 kt | scrap gold DWT | | 23.32 | - |
| 14 kt | scrap gold DWT | 10.7 | 32.99 | 352.94 |
| Dental | scrap gold DWT | | 37.54 | - |
| 18 kt | scrap gold DWT | | 42.65 | - |
| 22 kt | scrap gold DWT | | 51.18 | - |
| 24 kt | scrap gold DWT | | 56.87 | - |
| Platinum | DWT, | | 55.15 | - |
| Sterling Silver | Troy Oz. | | 19.40 | - |
| 90% Silver Coin | $ Face Value   PER TROY OUNCE | | 24.00 | - |
| 40% Silver Coin | $ Face Value   PER TROY OUNCE | | 9.00 | - |
| Silver Dollars | $ Face Value | | 21.00 | - |
| Industrial material | x-ray film | | 1.50 | - |

**Other Comments or Special Instructions**

| | | |
|---|---|---|
| SUBTOTAL | $ | 352.94 |
| TAX RATE | | 0.000% |
| S & H | $ | - |
| OTHER | $ | - |
| **TOTAL** | | |

Customer Signature

084232



### THIS IS NOT A BILL
### PLEASE RETAIN FOR YOUR RECORDS

05/02/14



105451983

DAFINA A ROTER VELYOV
26151 S WIND LAKE RD
WIND LAKE, WI 53185-2247

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The
government agency (or agencies) collecting your debt is listed below.

U.S. Department of Education
Federal Offset Unit
P.O. Box 5227
Greenville          TX 75403

**800-621-3115          (800) 621-3115**
PURPOSE: Non-Tax Federal Debt

TIN Num:      -3577
TOP Trace Num: 105451983
Acct Num: 05397783577
Amount This Creditor:          $137.55
Creditor: 05          Site: 50

The Agency has previously sent notice to you at the last address known to the Agency. That notice
explained the amount and type of debt you owe, the rights available to you, and that the Agency intended
to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you
believe your payment was reduced in error or if you have questions about this debt, you must
contact the Agency at the address and telephone number shown above.** The U. S. Department of
the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt
balance; however, the Agency may not receive the funds for several weeks after the payment date. If you
intend to contact the Agency, please have this notice available. Please do not contact the Social Security
Administration regarding this reduction made in your Federal payment.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
TELECOMMUNICATIONS DEVICE FOR THE DEAF (TDD) (866) 297-0517

### PAYMENT SUMMARY
PAYEE NAME:  DAFINA A ROTER VELYOV
PAYMENT BEFORE REDUCTION:          $917.00
TOTAL AMOUNT OF THIS REDUCTION:          $137.55
PAYING FEDERAL AGENCY: Social Security Administration
CLAIM ACCT NUM:      3577 A

PAYEE TIN: 397783577
PAYMENT DATE: 05/02/14
PAYMENT TYPE: EFT
BENEFICIARY TIN: 397783577

FOR OFFICIAL USE ONLY:          0000084208 105451983877937753016348240066ALTR-P01DAFI059911
RL0709



PERSONAL & CONFIDENTIAL
REPUBLIC AIRWAYS HOLDINGS
BENEFITS DEPARTMENT
8909 PURDUE RD
SUITE 300
INDIANAPOLIS, IN 46268-3152

002134 

DAFINA A ROTER
25501 W LOOMIS RD
WIND LAKE, WI 53185-1429



MIDWEST AIRLINES RETIREMENT ACCOUNT PLAN

Plan ID: 708693
Identification Number: xxxxx3577



### Need an edge, Dafina?

Simply look for this box throughout the statement.

| | |
|---|---|
| Ending Balance | **$1,770.60** |
| Current Vested Balance | **$1,770.60** |
| Personalized Rate of Return Last 6 Months | **1.62%** |

# A Message from The Principal

**The future. At your fingertips. With Principal® Mobile.** With Principal® Mobile our new, secure mobile application, you can view retirement accounts from The Principal® anytime, anywhere - at no additional cost. Principal® Mobile is available for:

- iPhone®
- Android™
- BlackBerry®*

Log in to https://www.principal.com/gomobile to learn more about viewing your account information on your smartphone or to access the application stores for each of the smartphones listed above.

*The mobile application offered by The Principal® to view certain account information is currently supported on iPhone® (all operating systems), Android™ (operating systems 1.6 or higher), and BlackBerry® (operating systems version 5 or higher). Information displayed in the application will vary depending on plan type(s).*

*Apple® and iPhone® are registered trademarks of Apple Inc.*

*Android™ is a trademark of Google Inc. Use of this trademark is subject to Google Permissions.*

*BlackBerry® is owned by Research In Motion Limited and is registered in the United States and may be pending or registered in other countries. The Principal Financial Group® is not endorsed, sponsored, affiliated with or otherwise authorized by Research In Motion Limited.*

*Please review this statement carefully and notify us promptly in writing of any discrepancies within 90 days. After 90 days, corrections will be made on a current basis.*





**Principal®**
**Financial**
**Group**



Case 2:14-cv-00071-PP   Filed 07/21/14   Page 5 of 10   Document 25-9



*[Handwritten annotations: "Cash IT IN — How much?", "5 business days by Monday", "0520196.3", "Direct Deposit to my Vin g?", "Pin #", "CON #", "18412572", "$1426.10", "ok kast"]*

**Principal®**
**Financial Group**

000479
DAFINA A ROTER
25501 W LOOMIS RD
WIND LAKE, WI 53185-1429

August 31, 2011

Plan ID 7-08693
Participant ID XXX-XX-3577

RE: MIDWEST AIRLINES RETIREMENT ACCT PLAN (RAP)

Dear Dafina A Roter,

We are contacting you today regarding the retirement savings you've accumulated in your employer's retirement plan. Because your vested account balance is below the minimum amount required to remain in the Plan, a distribution of the account is required at this time. A simple, hassle-free option is an Individual Retirement Account (IRA).

**To take advantage of this opportunity, you don't need to do a thing.** The Plan allows for an automatic rollover to an IRA with Principal Bank*, a member of the Principal Financial Group®. After October 30, 2011, the retirement funds will roll directly into an IRA so you can:

- Keep the retirement funds growing tax-deferred and working for you.
- Continue saving for retirement by adding funds to your IRA.
- Enjoy these benefits and more for an annual administrative fee of only $15.

Approximately two weeks after your IRA is set up, you will receive a Welcome Kit. Initially, the retirement funds will be placed in the Money Market Account*. When you receive your kit you can:

- Review all investment options available to you.
- Determine which options are right for you.
- Confirm the transaction amount.

If you don't wish to have the retirement funds automatically rolled into an IRA, you can elect to take a distribution in cash or request a direct rollover to another IRA or eligible retirement plan. You can submit a distribution request using the Principal Financial Group Web site. However, before making a decision, please refer to the enclosed "Your Rollover Options" for important information about tax withholding and penalties.

*[Handwritten: "- 20% federal withholding"]*



# Receipt

| Business Information: | Seller Information: |
|---|---|
| DAVID DERZON COIN (414-543-8833) | DAFINA A ROTTER |
| 2069 S 108 ST | 26151 S WINDLAKE RD |
| WEST ALLIS, WI 53227 | WIND LAKE, WI 53185 |

| QTY | Item Type and Transactions | Item Price |
|---|---|---|
| | **Jewelry** | |
| | OTHER - - - BULK FOR @ 7.190 = 1.75<br>14K @ 1.0DWT = 26.00<br>TOTAL PAYOUT = 27.75 | |
| | **Other Article** | |
| | **Firearm** | |
| | **Scrap** | |
| | **Total:** | |

Is article totally owned by you?  ☐ Yes  ☐ No        Was article given to you or found by        ☐ Yes  ☐ No
                                                                                            you?

If no, by whom? _____        If Yes, give details. _____

I certify under affirmation and in accordance with Wis. Stats. § 134.71(8)(c)(2), that all statements on this form are
true. I understand that if I knowingly make a false statement, I have committed a Class D felony in violation of Wis.
Stats. § 946.32(1), and may be prosecuted to the full extent of the law.

| Buyer's Signature | _____ | Seller's Signature | _____ | RIGHT INDEX<br>FINGERPRINT<br>IMPRESSION |
|---|---|---|---|---|
| Print Name | _____ | Print Name | _____ | |

This report is generated as a courtesy and does not represent a transaction with the Green Bay Police Dept. or with
the governing jurisdiction in which the transaction took place.

June 14, 2012

I, Dafina Roter am selling a 1988 Riviera Cruiser Pontoon boat AS IS to:

_M. Embry_ in the amount of
Buyer                    $2300

X _____        X _Dafina Roter_
    Buyer                        Seller

# APPRAISAL



Jewelry
Repair
Service

5605 Broad St.
Greendale, Wis. 53129
**(414)-423-1800**

*14*
Gold

Fine Gold
Jewelry
&
Precious Gem
Stones

*To whom it may concern:*                                    Date:  August 10, 1996

*This is to Certify* THAT WE ARE ENGAGED IN THE JEWELRY BUSINESS; Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions. We herewith certify that we have this day carefully examined the following listed and described articles the property of —

M   Dafina Geiger

Address   22N Main Street Apt. 26A   Hartford,   WI   53027

We estimate the value as listed for Insurance or other purpose at the present current market value. In making this Appraisal, we do NOT agree to Purchase or replace the articles.

| ARTICLE | DESCRIPTION | APPRAISED VALUE |
|---|---|---|
| Ladies Diamond Engagement Ring | One 14K yellow gold diamond engagement ring.  This ring contains (1) 0.46pt. marquise set in a v-prong white gold peg head.   This ring also contains (6) channel set baguettes which are approx. 0.06 pts. each and (4) channel set 0.03 pt. round diamonds.   These stones are set on either side of the main. | |
| | 0.93ct.TDW | $4600.00 |

The forgoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraised in giving same.

Signed *Karen A. Gasselen*

# APPRAISAL



Jewelry
Repair
Service

**JEWELRY JB WORLD**

5605 Broad St.
Greendale, Wis. 53129

## (414)-423-1800

Gold

Fine Gold
Jewelry
&
Precious Gem
Stones

*To whom it may concern:*

Date: March 17, 1998

*This is to Certify* THAT WE ARE ENGAGED IN THE JEWELRY BUSINESS; Appraising Diamonds, Watches, Jewelry and Precious Stones of all descriptions. We herewith certify that we have this day carefully examined the following listed and described articles the property of —

M  Dafina  Roter

Address  22 N. Main St. Apt. 26A  Hartford,  WI  53027

We estimate the value as listed for Insurance or other purpose at the present current market value.
In making this Appraisal, we do NOT agree to Purchase or replace the articles.

| ARTICLE | DESCRIPTION | APPRAISED VALUE |
|---|---|---|
| Diamond Bracelet | One 14K yellow gold ladies diamond bracelet.  This bracelet contains (19) 0.05pt. round brilliant cut diamonds which are set in 4-prong heads, which are yellow gold. This bracelet has hipolished links in-between each diamond.  Bracelet has a snap in clasp with a figure 8 safety feature.<br>0.95pts.TDW |  $2465.00 |

The forgoing Appraisal is made and accepted upon the express understanding that NO Liability or Responsibility is incurred by the Appraised in giving same.

Signed *Karen A. Josselin*