# Dafina Roter


*★ SECURITY RESUME ★*

26151 S. WindLake Rd., WindLake, WI 53185
Cell: 4142416674 : roterdafina@yahoo.com

## Summary

Meticulous assistant and coordinator, excellent at juggling multiple tasks and working under pressure. Broad industry experience includes security, transportation and hospitality.

## Highlights

- Focus on diverse responsibilities
- Safey management
- Application of risk-management principles
- Airport security clearance
- Accident/Incident evaluation FAA staff experience
- ATC experience operating in a control tower
- Aviation operations experience
- Multitasking skills
- Terminal (TRACON/Tower) experience
- FAA management experience

- Coordinated with Secret Service, Air Traffic Control, and Police/Fire Departments
- Excellent Communication Skills
- Diverse Leader

## Accomplishments

Project Management
- Worked directly with Airline management, directors, supervisors, Air Traffic Control, dispatchers, operational control center and ticket counter/gate/ramp/catering/grooming/deicers/crews/ maintenance /best care club/fuelers/crew scheduling/ airline hubs around the US and security personnel, including FAA and TSA to minimize schedule interuptions, diversions, irregularities and to implement the safety and security of our customers, clients and employees.

## Experience   5300 S. Howell Ave MWI, WI 53207

**Operations Tower Coordinator**   414 747 5300

September 2004 to August 2011

**Frontier/Republic/Midwest Airlines** – Milwaukee, WI

* Responsible for opening US and ensuring and coordinating on time flight departure for kick off
* Program entire Flight Information Display System for Frontier Concourse and ticket counter check in area
* Communicated with all departments on schedule changes and irregularities
* Performed manual weight and balance on several different aircraft types when system outage occured
* Coordinated ground support, security, police and fire
* Checked and ensured seat maps on all aircraft across US was proper before kicked off
* Tracked and managed cargo/mail/air freight
* Coded Milwaukee Station Delays for FAA records
* Obtained fuel loads from dispatch and coordinated and directed fuelers providing them with fuel slips, aircraft tail numbers and gate assignments
* Implemented all security and safety directives
* Familiar with several computer programs including Flight Information Data System, Sabre, ACARS, Aerodata, Flite Trac Plots for Republic, Chataqua, Midwest and Frontier Airlines, Lotus notes, Microsoft Office/Word and all Windows

**Ticket Counter/Gate Supervisor and Ground Security Coordinator**

September 2003 to October 2006

**Midwest Airlines** – Milwaukee, WI

* Addressed customer complaints and resolved them in a timely yet agreeable solution

# Dafina Roter

26151 S. WindLake Rd.  
WindLake, WI 53185

Cell: 4142416674  
roterdafina@hotmail.com

**Summary**

Meticulous assistant and coordinator, excellent at juggling multiple tasks and working under pressure. Broad industry experience includes security and transportation.

**Highlights**

- Focus on diverse responsibilities
- Excellent Oral and written communication skills
- Coordinated the communication and ground support activity for Milwaukee station at General Mitchell Airport
- Airport security clearance
- Participated in the Ground Security Coordinator program
- Accident/Incident evaluation FAA staff experience
- Aviation operations experience
- Multitasking skills
- Application of risk management principles

- Safety Management
- Diverse Leader

**Accomplishments**

Project Management
- Worked directly with Airline management, directors, supervisors, Air Traffic Control, dispatchers, operational control center and ticket counter/gate/ramp/catering/grooming/deicers/crews/ maintenance /best care club/fuelers/crew scheduling/ airline hubs around the US and security personnel, including FAA and TSA to minimize schedule interuptions, diversions, irregularities and to implement the safety and security of our customers, clients and employees.

**Experience**

Frontier/Republic/Midwest Airlines                              August 2004 to July 2012

**Operations Tower Coordinator**

Milwaukee, WI

\* Monitored and transmitted several air to ground radios for requests from crews, and as well as maintaining communication, and recording times in flight information system with all aircrafts while in range, on the ground, in the gate, out of the gate and off the ground  
\* Provided, processed and communicated critical information directly to management  
\* Organized and coordinated location's of all aircrafts system wide in US for flights and line of flying for the day and scheduled all gate assignments  
\* Program entire Flight Information Display System for Frontier Concourse at General Mitchell Airport , ticket counter check in area, baggage claim and destination cities  
\* Communicated with all departments on schedule changes and irregularities to minimize the impact of our customers  
\* Coordinated the communication and ground support activity for milwaukee station  
\* Performed load planning for several types of aircraft, rectifying weight and balance issues including performing manual weight and balance when having a system outage nation wide  
\* Familiar with several computer programs including Flight Information Data System, Sabre, ACARS, Aerodata, Flite Trac Plots for Republic, Chataqua, Midwest and Frontier Airlines, Lotus notes, Microsoft Office/Word and all Windows  
\* Performed and coordinated ground control of aircrafts moving in and out of alley  
\*Tracked and recorded all aspects of flight activity onto spread sheets, daily shift logs and flight information systems

| Midwest Airlines | September 2003 to October 2006 |
|---|---|

**Ticket Counter/Gate Supervisor and Ground Security Coordinator**

Milwaukee, WI

* Addressed customer complaints and resolved them in a timely yet agreeable solution

* Supported and lead service excellence and customer service techniques through employee breifings and various training programs

* Scheduled and ensured employees were at their proper work stations on time.

* Developed strong managerial skills through formal seminars , on the job experience and online instruction

* Customs regulations and reoccuring testing for employees

* Emergency training that included Severe Weather, Bomb Threats, Chemical Spills, Fire Response,Dangerous Goods, Chameleon/Chip Diversity training, Medical Emergencies, Employee Awareness training on Harassment, Occupational Health and Safety, Bloodbourne Pathogen/Exposure Control Plan * OSHA regulated, and our Corporate Safety Program

## Education

### ITT Technical Institute

Criminal Justice

Greenfield, WI, USA

Studied several courses in the Criminal Justice field including Criminal Investigation, Principles of Policing and Law Enforcement and Introduction to Criminal Justice. Learned several criminal software programs through Smart Draw/ Legal Edition including but not limited to, Accident Reconstructions, Crime Scenes, Timelines, Medical Illustrations, Estate Planning, Organization/Flow Charts, Office Layouts and Mind Maps. Held a GPA of 3.60.

## Affiliations

Odyssey of the Mind - Coach ( Nov 2010 - March 2011) International Interactive Thinking Team

Member, Girl Scout Council and Assistant Troop Leader ( 2004 - 2011 )

Member, Parent Teacher Association Chair Holder for Muskego/Norway Schools ( 2007 - Present )

*Friday afternoon Class - BEV - same Room*

# Student Assignment Report
*Greenfield, WI 065*

**Name** Roter, Dafina
**ID** 07800580
**GradeLevel**

**Teacher** Manzke, Timothy J.
**Class** SEP08-CJ151/1106-M1-PRINCIPLES OF POLICING AND LAW

| Assignment | Due Date | Pts / Max | Grade |
|---|---|---|---|
| Exercise 1. | Sep 11 | 100 / 100 | 100% A |
| Written Assign 1 | Sep 11 | 100 / 100 | 100% A |
| Exercise 2 | Sep 18 | 100 / 100 | 100% A |
| Written Assign. 2 | Sep 18 | 100 / 100 | 100% A |
| Exercise 3. | Sep 25 | 100 / 100 | 100% A |
| Written Assign. 3 | Sep 25 | 100 / 100 | 100% A |
| Exercise 4. | Oct 2 | 100 / 100 | 100% A |
| Written Assign. 4 | Oct 2 | 100 / 100 | 100% A |
| Exercise 5. | Oct 9 | 100 / 100 | 100% A |
| Written Assign. 5 | Oct 9 | 100 / 100 | 100% A |
| Quiz Week 6 | Oct 15 | / 100 | 94% A |
| Exercise Week 6 | Oct 16 | 100 / 100 | 100% A |
| Wrtten Assign 6 | Oct 16 | 100 / 100 | 100% A |

| Category | Weight | Percent | Letter |
|---|---|---|---|
| Exercise | 20 | 100.0% | A |
| Written Assignments | 20 | 100.0% | A |
| **Final Grade:** | | 100.0% | A |

Copyright (c) 2008 Excelsior Software, Inc. All rights reserved.

*¥-
Ch 13 & 15 summary
answer questions at the end
1000 words

Project due Next WEEK*

# Student Assignment Report
*Greenfield, WI 065*

**Name** Roter, Dafina  **Teacher** Manzke, Timothy J.
**ID** 07800580  **Class** SEP08-CJ151/1106-M1-PRINCIPLES OF POLICING AND LAW
**GradeLevel**

| Assignment | Due Date | Pts / Max | Grade |
|---|---|---|---|
| Exercise 1. | Sep 11 | 100 / 100 | 100%  A |
| Written Assign 1 | Sep 11 | 100 / 100 | 100%  A |
| Exercise 2 | Sep 18 | 100 / 100 | 100%  A |
| Written Assign. 2 | Sep 18 | 100 / 100 | 100%  A |
| Exercise 3. | Sep 25 | 100 / 100 | 100%  A |
| Written Assign. 3 | Sep 25 | 100 / 100 | 100%  A |
| Exercise 4. | Oct 2 | 100 / 100 | 100%  A |
| Written Assign. 4 | Oct 2 | 100 / 100 | 100%  A |
| Exercise 5. | Oct 9 | / 100 | |
| Written Assign. 5 | Oct 9 | / 100 | |
| Quiz Week 6 | Oct 15 | / 100 | |
| Exercise Week 6 | Oct 16 | / 100 | |
| Wrtten Assign 6 | Oct 16 | / 100 | |

| | Points / Max | Percent | Letter |
|---|---|---|---|
| Final Grade: | 1600 / 1600 | 100.0% | A |

Copyright (c) 2008 Excelsior Software, Inc. All rights reserved.

Case 2:14-cv-00071-PP   Filed 07/21/14   Page 5 of 6   Document 25-10

https://pinnacle.itt-tech.edu/PinnacleWeb/Gradebook...

*Every student learning, growing... succeeding.*



## Welcome Registered Volunteer

Your approval allows you to volunteer in any of the Muskego-Norway Schools. A list of General procedures is below. Specific procedures may differ from school to school. On your first volunteer day at each school, please check with the office for specific procedures.

General Procedures:
1. Checking in:
    a. Please arrive 5 minutes prior to the scheduled time to allow time to check-in and receive instructions from the teacher.
    b. Sign in upon entering the main school office, and secure a visitor's identification badge.
    c. Report to the classroom where your volunteer service is scheduled. If a class is in session, please wait quietly in the back of the room until instruction is over or the teacher approaches you. Avoid talking to other staff or interrupting classes/students while in the building. If you need to meet with other staff members, please schedule an appointment with that staff member at another time.
2. Communication with teaching staff:
    a. The classroom teacher where you are volunteering will have specific directions for you to follow. Please seek those upon arrival. Sometimes you will be working with a few students in a small group, other times proctoring a test and at other times working one-on-one with students providing academic enrichment, support or supervision.
    b. If you would like to communicate with the teacher with whom you are volunteering you may contact them using email (i.e., kthompson@mnsd.k12.wi.us ~ first initial, last name) or voicemail.
3. Confidentiality:
    a. As a registered volunteer you signed a confidentiality agreement and therefore, must keep the nature of the work you do with students confidential. This includes communication with other volunteers, teachers and parents. When approached by others regarding specific student or teacher situations, volunteers are required to refer the person to the classroom teacher or an administrator. Conversations on or off campus about specific situations, students or classrooms are prohibited.
    b. As a volunteer, you are not allowed access to individual student progress information. Therefore, you are not to enter grades into gradebooks or onto Infinite Campus.
    c. If a situation arises that makes you feel uncomfortable, please talk with the teacher or an administrator.
    d. Should a parent contact a teacher or administrator and request that a specific volunteer not work with their child, that request will be honored.
4. Check-out:
    a. Please remember to sign-out in the office upon completion of your volunteer service. It is essential for us to know who in the building in the event of an emergency.

    Thank you for your service to the students and staff of Muskego-Norway Schools