

**Kelly A Allard**
11/22/2005 11:57 AM

To: Christine Smetek/MEP/MEH@MEH, Deborah L Jewett/MEP/MEH@MEH, Jennifer Koller/MEP/MEH@MEH, Robin Kuehn/MEP/MEH@MEH, Steve Mrazek/MEP/MEH@MEH, Tanya O Dadian/MEP/MEH@MEH, Teki Dilaveri/MEP/MEH@MEH, Thomas Moker/MEP/MEH@MEH, Brad Kraut/MEP/MEH@MEH, Cindy Bell/MEP/MEH@MEH, Dafina A Roter/MEP/MEH@MEH, David Bowen/MEP/MEH@MEH, Jill Lewis/MEP/MEH@MEH, Rachel Anderson/MEP/MEH@MEH, Ken Sherfinski/MEP/MEH@MEH, Catherine Gilbert/MEP/MEH@MEH, Beth Nacker/MEP/MEH@MEH, Denise M Dembosky/MEP/MEH@MEH, Jennifer Pluer/MEP/MEH@MEH, Jason J Lehrman/MEP/MEH@MEH, Brad Kraut/MEP/MEH@MEH, Dafina A Roter/MEP/MEH@MEH, Rachel Anderson/MEP/MEH@MEH

cc:
Subject: New Supervisors and Leads

I am pleased to announce that we have several new leaders for the MKE station:

Tom Moker has been promoted to Supervisor for the MKE station. Tom's primary role will be the D-52 transition.

Steve Mrazek has also been promoted to Supervisor for the MKE station. Steve will also be primarily responsible for D-52.

Rachel Anderson, Tom Dace, Brad Kraut, and Dafina Roter have all been promoted to Lead agents. Brad will be one of our new leads for D-52. Tom, Rachel and Dafina will be lead agents to fill the open positions for the Midwest side.

Please join me in congratulating and welcoming all of our new leaders.

Kelly

# Member Listing

**TROOP ID # 05043**

| Member ID | Name of Adult Members | Adult Position | Member RptCode | Member Regarea |
|---|---|---|---|---|
| 11501393 | Ohm, Tracy | ASSISTANT TROOP LEADER (02) | 516 | 516 |
| 11501392 | Roter, Dafina | TROOP COMMITTEE MEMBER (03) | 516 | 516 |

| Member ID | Name of Adult Members | Additional Adult Position | Member RptCode | Member Regarea |
|---|---|---|---|---|

No Adults Found with Additional Positions

| Member ID | Name of Girl Members | Grade | Member RptCode |
|---|---|---|---|
| 11846291 | Caby, Jordan | 2 | 516 |
| 11501391 | Hermanson, Madison | 2 | 516 |
| 11501385 | Janda, Carly | 2 | 516 |
| 0547024 | Krutke, Samantha | 2 | 516 |
| 11846292 | Labodda, Rachel | 2 | 516 |
| 11501386 | Laffin, Alyssa | 2 | 516 |
| 11501387 | Miller, Jenna | 2 | 516 |
| 11501388 | Oatley, Madilyn | 2 | 516 |
| 11501389 | Roter, Grace | 2 | 516 |
| 11501390 | Tomczak, Angela | 2 | 516 |
| 12248252 | Torbeck, Samantha | 2 | 516 |
| 11846293 | Wage, Kendall | 2 | 516 |

March 7, 2007

Dear Amanda Hendler and Kelly Allard,

I am writing today to tell you what an exemplary employee you have in Dafina Roters (badge 11436). At approximately 7:20 PM on March 7th, 2007 a female passed out in the women's restroom near D-52. Ms Roters crawled on the bathroom floor to open the stall door so the Fire Rescue Units and the Milwaukee County Sheriffs Office could assist the woman who was unresponsive in the stall.

The woman she assisted was extremely distraught when she came to and was very afraid of men. Ms. Roters realized that this woman only trusted her and she stayed with the subject to keep her calm.

This situation could have been less pleasant if we had to force the patient to be transported. Due to Dafina Roters calm and caring nature we were able to get the patient into an ambulance without incident.

You should be very proud of how she represented your airline.

It was a pleasure to assist such a professional.

Sincerely,

*Karen Gonzalez #85*
Deputy Karen Gonzalez #185

**I am resubmitting this letter May 6, 2007 after learning no one received the first letter.**

## Thank You Team 8/8

Ganabathi, Peter P.

**Sent:** Monday, August 08, 2011 1:21 PM
**To:** deWerff, Shaun M.; Bodis, M Paul; Hunt, Elizabeth M.; Roter, Dafina A.
**Cc:** Nacker, Beth A.; Hafferkamp, Jeffrey D.

---

Team,

I just want to say thank you to each one of you for stepping up and helping out today when we were short an agent. It was a really uplifting to know each of you were ready and willing to step up and take the extra tasks in addition to your own work load. I really appreciate it.

Thanks again guys and great work today!

-Pete

**Peter P. Ganabathi**
MKE Hub Operations Supervisor

**FRONTIER AIRLINES**
General Mitchell Int'l Airport
5300 S. Howell Ave.
Milwaukee, WI 53207
☎ (414) 294-6290 - Tower
☎ (414) 294-6116 - Office
☎ (414) 899-9169 - Cell
✉ peter.ganabathi@flyfrontier.com

**Denise M Dembosky**
04/10/2006 11:36 AM

To: Christine Smetek/MEP/MEH@MEH, Dafina A Roter/MEP/MEH@MEH, Kelly A Allard/MEP/MEH@MEH
cc:
Subject: Thank You !



I wanted to take the time to acknowledge each of your participation in ensuring Mrs. Skinner was taken care of upon her arrival into MKE on Friday afternoon.

This type of service is beyond the call of duty - however, your acceptance in stepping in and up; even in the middle of a crazy operation, each of you contributed to the reputation we are known for!

A sincere "Thank You"!

DD



**Jason J Lehrman**
06/26/2007 02:07 PM

To: Paul M Bodis/MEP/MEH@MEH, Cheryl Estrada/MEP/MEH@MEH, Mike T Hammer/MEP/MEH@MEH, Rick Jager/MEP/MEH@MEH, Brian Sobeski/MEP/MEH@MEH, Mary E York/MEP/MEH@MEH, Kristi Frohmader/MEP/MEH@MEH, Micheal Leonard/MEP/MEH@MEH, Heather Hasting/MEP/MEH@MEH, Rebecca Farley/MEP/MEH@MEH, Daniel Connelly/MEP/MEH@MEH, Theresa O'Neill/MEP/MEH@MEH, David Gramza/MEP/MEH@MEH, Dafina A Roter/MEP/MEH@MEH, Randall G Bucheger/MEP/MEH@MEH, Jason A Koch/SYX/MEH@MEH, Ed Boucha/MEP/MEH@MEH, Billy R Shepherd/SYX/MEH@MEH, Michelle Weston/SYX/MEH@MEH, Norman Blandon/SYX/MEH@MEH, Brent Koch/SYX/MEH@MEH, Thomas Eckert/SYX/MEH@MEH, James Mueller/SYX/MEH@MEH, David Peters/SYX/MEH@MEH, Mark Colton/MEP/MEH@MEH, Michael T Schneider/SYX/MEH@MEH, Karrin Koppes/MEP/MEH@MEH, Carol Wenzel/SYX/MEH@MEH, Iris Cortes/SYX/MEH@MEH, Susan Benn/SYX/MEH@MEH, Ken Sherfinski/MEP/MEH@MEH, Timm Short/MEP/MEH@MEH, Ana C Velandia/MEP/MEH@MEH, James Waschsning/MEP/MEH@MEH, Marina Djakovic/MEP/MEH@MEH, Christine Smetek/MEP/MEH@MEH, Tanya O Dadian/MEP/MEH@MEH, Jennifer Koller/MEP/MEH@MEH, Stepfanie R Brown/MEP/MEH@MEH, Thomas Moker/MEP/MEH@MEH, Jennifer Pluer/MEP/MEH@MEH, Ken Sherfinski/MEP/MEH@MEH, Amanda Hendler/MEP/MEH@MEH, Jennifer L Stone/MEP/MEH@MEH, Robin Wink/MEP/MEH@MEH, Cindy Bell/MEP/MEH@MEH, Jill Lewis/MEP/MEH@MEH, Dafina A Roter/MEP/MEH@MEH, Brad Kraut/MEP/MEH@MEH, Rachel Anderson/MEP/MEH@MEH, Thomas K Dace/MEP/MEH@MEH, Kamell DeGoa/MEP/MEH@MEH, Christin Nieman/MEP/MEH@MEH, Bernard D Kramer/MEP/MEH@MEH, Carmen Hernandez/SYX/MEH@MEH, Richard Kalczynski/SYX/MEH@MEH, Linda Lancour/SYX/MEH@MEH, Frederick Reaves/SYX/MEH@MEH, Brianna Bergsrud/SYX/MEH@MEH, Monica Totsky/SYX/MEH@MEH, Brian Bielert/SYX/MEH@MEH, Jose A Carrero-Velasques/SYX/MEH@MEH, Wayne Darling/MEP/MEH@MEH, Mark Tiedke/MEP/MEH@MEH, Brian Misko/MEP/MEH@MEH, Mike Bellante/MEP/MEH@MEH, Steve T Dresen/MEP/MEH@MEH, Steven R Jurgens/MEP/MEH@MEH, Michael A Desmond/MEP/MEH@MEH, Bonnie Ryan/MEP/MEH@MEH, Angela M Kaiser/MEP/MEH@MEH, Vicky Persha/MEP/MEH@MEH, Daniel J. Miller/MEP/MEH@MEH, Christopher I Simono/MEP/MEH@MEH, Amy L Schneider/MEP/MEH@MEH, Carrie A Weinstock/MEP/MEH@MEH, Kerry Kabot/MEP/MEH@MEH, Brad Kraut/MEP/MEH@MEH, Christine Smetek/MEP/MEH@MEH
cc: Cherri Varisco/MEP/MEH@MEH, Kelly A Allard/MEP/MEH@MEH, Denise M Dembosky/MEP/MEH@MEH, Beth Nacker/MEP/MEH@MEH, Jay Cramer/MEP/MEH@MEH, Raul Figueroa/MEP/MEH@MEH, Albert Vega/MEP/MEH@MEH, Jim Ostovich/MEP/MEH@MEH, Tim M Toma/MEP/MEH@MEH, Chuck Fry/MEP/MEH@MEH, Todd Luebstorf/MEP/MEH@MEH, Doug Coy/MEP/MEH@MEH, Debra L Breeden/MEP/MEH@MEH, Tricell N Brown/MEP/MEH@MEH, Ken Sherfinski/MEP/MEH@MEH
Subject: New part time operations agent Dafina Roter

I am pleased to announce Dafina Roter as a new part time operations agent for MKE. Dafina brings 3.5 + years of customer service, and has been a fill in operations agent before, plus she brings in her experiences as a Lead agent. Please join me in welcoming Dafina back to the operations tower. Dafina will take over the open line on August 13th after two weeks of recurrent training.

| | |
|---|---|
| **Company** | Midwest Express |
| **First Name** | Dafina |
| **Last Name** | Roter |
| **Middle Initial** | A |
| **Comail** | MKE-AP |
| **Phone** | |
| **Fax #** | |
| **Pager #** | |
| **Location** | Milwaukee |
| **Title** | Customer Service Lead Agent |
| **Date of Hire** | 09/08/2003 |
| **Department** | Milwaukee Station |
| **Employee Number** | 46068 |



Jason J. Lehrman - Customer Service Supervisor - Operations
Operations Tower - MKE
Midwest Airlines, Inc.   MKE/PAX/AP
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
(414) 294-6125 (w)
jason.lehrman@midwestairlines.com



**Kelly A Allard**
04/10/2007 12:59 PM

To: Christine Smetek/MEP/MEH@MEH, Jennifer Koller/MEP/MEH@MEH, Robin Wink/MEP/MEH@MEH, Tanya O Dadian/MEP/MEH@MEH, Thomas Moker/MEP/MEH@MEH, Stepfanie R Brown/MEP/MEH@MEH, Amanda Hendler/MEP/MEH@MEH, Jennifer L Stone/MEP/MEH@MEH, Brad Kraut/MEP/MEH@MEH, Cindy Bell/MEP/MEH@MEH, Dafina A Roter/MEP/MEH@MEH, Jill Lewis/MEP/MEH@MEH, Rachel Anderson/MEP/MEH@MEH, Thomas K Dace/MEP/MEH@MEH, Kamell DeGoa/MEP/MEH@MEH, Christin Nieman/MEP/MEH@MEH, Jamie Hesebeck/MEP/MEH@MEH
cc: Denise M Dembosky/MEP/MEH@MEH, Beth Nacker/MEP/MEH@MEH
Subject: Gate Delays

All-

First koodoos to all of you for the tremendous job you all did last week with all you were dealt! I am very impressed with all of your leadership abilities. Last week could have very well been the most challenging operation many of us have seen. I can not thank each one of you enough for the hard work each of you did keeping it all together!!

With that said, month to date we have incurred 77 gate delays. Our loads are coming down, AC's are back in service & staffing is good. I am asking each one of you to refocus on reaching our goal of 81.4% for the month of April. Each one of us knows what it takes to accomplish this goal. When making decisions please ask yourself "how is this going to affect the operation" don't just focus on the moment.

We have done it before so I am confident each one of you will take the necessary steps to reach this attainable goal!

Again thank you for all your hard work!

Kelly Allard
Manager Customer Service-MKE
Midwest Airlines
Office 414-294-6373
Cell 414-975-8611
kelly.allard@midwestairlines.com



**Kelly A Allard**
03/16/2007 04:39 PM

To: Amanda Hendler/MEP/MEH@MEH
cc:
Subject: Compliment - Dafina

2/26/2007 DAFINA ROTER WAS REALLY HELPFUL DURING A STRESSFUL TIME FOR ME AND MY 3 FRIENDS. WE WERE RUNNING LATE FOR OUR FLIGHT AND SHE DID WHAT SHE COULD TO HELP US OUT. WE REALLY APPRECIATE DAFINA'S HELP.

Kelly Allard
Manager Customer Service-MKE
Midwest Airlines
Office 414-294-6373
Cell 414-975-8611
kelly.allard@midwestairlines.com



Kelly A Allard
01/08/2007 04:00 PM

To: Dafina A Roter/MEP/MEH@MEH
cc: Amanda Hendler/MEP/MEH@MEH
Subject: Performance

Hi Dafina,

I just wanted to let you know I have noticed an improvement in your performance the last month. It seems like you have gotten your spark back!

The one thing I would like you to work on is ensuring you are documenting & sending things on the same day.

Thanks,

Kelly Allard
Manager Customer Service-MKE
Midwest Airlines
Office 414-294-6373
Cell 414-975-8611
kelly.allard@midwestairlines.com



**Kelly A Allard**
05/02/2007 02:15 PM

To: Amanda Hendler/MEP/MEH@MEH
cc:
Subject: Compliment Dafina

3/28/2007 DAFINA ROTER WAS EXTREMELY HELPFUL RETICKETING PAX CANCELED FLT AFTER THEY TRIED TO FLY STAND BY THROUGH SEVERAL FLIGHTS. DAFINA DESERVES A RAISE!

Kelly Allard
Manager Customer Service-MKE
Midwest Airlines
Office 414-294-6373
Cell 414-975-8611
kelly.allard@midwestairlines.com



**Kelly A Allard**
04/23/2007 10:10 AM

To: Amanda Hendler/MEP/MEH@MEH
cc:
Subject: Dafina

On April 19, 2007 Amanda and myself met with Dafina Roter to discuss her performance.

It was brought to Dafina's attention that she has been seen getting breakfast or eating when she should be on the block or planning for the block. We discussed Dafina separating from the supervisor to support the entire operation. It was also brought to Dafina's attention that she needs to support the newer agents.

We explained to Dafina that as a leader she is the role model. She is responsible for supporting all the technical aspects of the operation while keeping focus on the operation as a whole.

Dafina left with an understanding that she needs to act as leader at all times. Dafina will focus on providing support and letting the agents know when they are doing a good job.

Kelly Allard
Manager Customer Service-MKE
Midwest Airlines
Office 414-294-6373
Cell 414-975-8611
kelly.allard@midwestairlines.com


**Kelly A Allard**
09/15/2006 10:27 AM

To: Dafina A Roter/MEP/MEH@MEH
cc: Amanda Hendler/MEP/MEH@MEH, Robin Wink/MEP/MEH@MEH
Subject: Dafina and Tina

Dafina - thanks for your help!!

Kelly Allard
Manager Customer Service
Midwest Airlines
1-414-294-6373
kelly.allard@midwestairlines.com
----- Forwarded by Kelly A Allard/MEP/MEH on 09/15/2006 10:26 AM -----


**Jennifer Remiszewski**
09/14/2006 05:52 PM

To: Kelly A Allard/MEP/MEH@MEH
cc:
Subject: Dafina and Tina

Hi Kelly,

I want to personally thank you and your staff for the quick follow up regarding the PAX situation that happened on 08/27/06. Dafina and Tina both took time to write a synopsis of what happened that day. This will greatly help Inflight in our coaching efforts.

My hats off to you and your team.

Thanks,

Jennifer Remiszewski
Inflight Supervisor
(414)294-6374

 **Robin Wink**
Sent by: Robin Kuehn

09/30/2006 04:33 PM

To: Amanda Hendler/MEP/MEH@MEH
cc:
Subject: Sun Sep 24 AM Counter Shift Report

Robin Wink
Customer Service Supervisor - MKE
(414) 294-6127
robin.wink@midwestairlines.com
----- Forwarded by Robin Kuehn/MEP/MEH on 09/30/2006 04:33 PM -----

**Christine Smetek**
09/24/2006 12:52 PM

To: Kelly A Allard/MEP/MEH@MEH, Thomas Moker/MEP/MEH@MEH, Tanya O Dadian/MEP/MEH@MEH, Robin Wink/MEP/MEH@MEH
cc: Denise M Dembosky/MEP/MEH@MEH, Beth Nacker/MEP/MEH@MEH
Subject: Sun Sep 24 AM Counter Shift Report

**Security:** No issues.

**Sick Calls:**


**Kiosks:** End kiosk still not printing clear. All others good.

**Skycaps:** No issues.

**Briefing:** Did not have time for a briefing today due to 805 cancelling.

**Facility:** Nothing to report.

**Counter Lines:** We were steadily busy today.

**Irregularities:** Flt 805 cancelled. All paxs going to TPA that were re-routed on FL came down to get their bags and all seemed to have questions about the cancellation. Really tied up the counter. Dafina and I were going thru the extra bags until 1000, trying to get them all re-routed. **Huge way to go to Dafina for her help.** We only had 2 additional bags at the end.



**Rachel Anderson**
12/16/2006 05:18 PM

To: Denise M Dembosky/MEP/MEH@MEH, Kelly A Allard/MEP/MEH@MEH, Beth Nacker/MEP/MEH@MEH
cc: Jill Lewis/MEP/MEH@MEH, Jennifer Koller/MEP/MEH@MEH
Subject: A.M. Gate Shift Report 16DEC06

| | |
|---|---|
| Way To Go's: | Dafina thank you for staying even though on coded hours to assist with the elderly lady and CFR, much appreciated!! |
| Irregularities: elderly refused push until | Nothing to speak of / downgrade for FLL, no issues. Flt 271 an pax fell in the middle of jetway, unstable, CFR came and pax any medical attention, had to hold off boarding plane did not 1338. Sent OCC report. |
| Wchr's: | All called for and no issues. |
| Facility: | All well. |
| PDC's: | Completed. |
| Gate Sheets/Gate Assist Checklist: | Completed. |
| Security: | No Problems. |
| Briefing: | Ron ppr wrk. |

PSA's

Flight #___271___ Min.___13___ Delay Code___61p____ # of pax__58____

Gate Agent___Jennifer Terry_____ Agent Supervisor_____Jen Koller_____

Gate Assist___Cathy Anderson_____ Follow up required_____none

Problem: Started boarding @ 1300, elderly pax fell in jetway and held up boarding process due to CFR.

Action: Found the appropriate medical attention for pax and finished boarding process.

Solution: Was able to push a/c at 1338.

CC MKE ✓

Amanda

was now about 12⁴⁵-12⁵⁰ pm. He directed me to a special desk at the ticket counter. The kind Midwest employees who <u>listened to me</u> and <u>helped me</u> were Jill Lewis & Dennis Schulko. They said they could get Lisa's phone to her if I could be back by 2ᵖᵐ. Guardian Angels made sure Highway 43 ran smoothly. I returned to Midwest Curbside check-in right before 2pm. Dafina Roter kindly looked up my purse & wrote me a "gate pass". Jill Lewis stayed by my car to let the police know I would be right back. I got my daughter's cell phone to her at her gate and my maternal concerns were relieved.

Bettle / 332.914

Thank you for your wonderful caring employees who made this Concern turn into a happy ending for my family. Sincerely, Christine Gould
10626 Turnberry Dr
Mequon WI 53092
8-24-06

Dear Midwest Airlines,

On Monday, August 21, dropping my daughter off at the Milwaukee airport for her 2³⁰ ᵖᵐ departure to Atlanta became a bit of an adventure. We arrived at the airport at 12³⁰ and we were especially concerned with the new regulations.

As I pulled away from the curb I heard my daughter yelling at me. She realized she forgot her cell phone at home. She lives alone in an apartment in Atlanta where she'll be a senior at Emory this fall. The cell phone is the only phone she has. It is our lifeline to her. I told the Midwest Curbside Check In counter our dilemma. We live in Mequon, 35-45" from Mitchell, and it

