# ITT



## STUDENT SCHEDULE
### SEPTEMBER 2008
September 8, 2008 - November, 30 2008
Report Generated On: September 5, 2008

**ITT TECHNICAL INSTITUTE**
6300 W. Layton Ave.
Greenfield, WI 53220

Roter, Dafina
25501 W Loomis Rd
Windlake, WI 53185

07800580
4142416674
droter@email.itt-tech.edu
065-AASCJ
Morning

| Course Number | Section Number | Course Title | Credit Hours | Instructor | Day Of The Week | Start Time | End Time | Building | Room |
|---|---|---|---|---|---|---|---|---|---|
| CJ151 | M1 | PRINCIPLES OF POLICING AND LAW ENFORCEMENT | 4 | Manzke | W | 09:00 AM | 10:32 AM | Main | Theory 11 |
| | | | | | W | 10:52 AM | 12:24 PM | Main | Theory 11 |
| TB133 | A1 | STRATEGIES FOR THE TECHNICAL PROFESSIONAL | 4 | DeGenova | W | 01:30 PM | 03:02 PM | Main | Theory 17 |
| | | | | | W | 03:22 PM | 04:54 PM | Main | Lab 16 |
| | | | | | W | 05:04 PM | 05:50 PM | Main | Lab 16 |
| TB150 | M1 | COMPUTING AND PRODUCTIVITY SOFTWARE | 4 | Petroff | T | 09:00 AM | 10:32 AM | Main | Theory 17 |
| | | | | | T | 10:52 AM | 12:24 PM | Main | Lab 16 |
| | | | | | T | 12:34 PM | 01:20 PM | Main | Lab 16 |

**Total Credits** 12

```
M=Monday     R=Thursday
T=Tuesday    F=Friday
W=Wednesday  S=Saturday
```

*A student must notify the school in writing prior to the start of the quarter if he or she wishes to have this schedule changed. If the school does not receive such notification, the student will be considered to have accepted this schedule and will remain registered for the courses specified in this schedule.*

# ITT

**STUDENT SCHEDULE**
**JUNE 2009**
June 8, 2009 - August, 30 2009
Report Generated On: June 6, 2009

ITT TECHNICAL INSTITUTE
6300 W. Layton Ave.
Greenfield, WI 53220

Roter, Dafina
25501 W Loomis Rd
Windlake, WI 53185

07800580
4142416674
droter@email.itt-tech.edu
065-AASCJ
Morning

| Course Number | Section Number | Course Title | Credit Hours | Instructor | Day Of The Week | Start Time | End Time | Building | Room |
|---|---|---|---|---|---|---|---|---|---|
| CJ241 | M1 | CRIMINAL INVESTIGATION | 4 | DeMeuse | M | 09:00 AM | 10:32 AM | Main | Theory 5 |
| | | | | | M | 10:52 AM | 12:24 PM | Main | Theory 5 |
| TB143 | M1 | INTRODUCTION TO PERSONAL COMPUTERS | 4 | Hogan | W | 09:00 AM | 10:32 AM | Main | Theory 20 |
| | | | | | W | 10:52 AM | 12:24 PM | Main | Theory 20 |
| | | | | | W | 12:34 PM | 01:20 PM | Main | Theory 20 |
| | | Total Credits | 8 | | | | | | |

| | |
|---|---|
| M=Monday | R=Thursday |
| T=Tuesday | F=Friday |
| W=Wednesday | S=Saturday |

*A student must notify the school in writing prior to the start of the quarter if he or she wishes to have this schedule changed. If the school does not receive such notification, the student will be considered to have accepted this schedule and will remain registered for the courses specified in this schedule.*

*Dispatch Resume* (handwritten)

# Dafina Roter

26151 S. WindLake Rd.  
WindLake, WI 53185

Cell: 4142416674  
roterdafina@hotmail.com

## Summary

Meticulous assistant and coordinator, excellent at juggling multiple tasks and working under pressure. Broad industry experience includes security and transportation.

## Highlights

- Focus on diverse responsibilities
- Excellent Oral and written communication skills
- Coordinated the communication and ground support activity for Milwaukee station at General Mitchell Airport
- Airport security clearance
- Participated in the Ground Security Coordinator program
- Accident/Incident evaluation FAA staff experience
- Aviation operations experience
- Multitasking skills
- Application of risk management principles
- Safety Management
- Diverse Leader

## Accomplishments

Project Management
- Worked directly with Airline management, directors, supervisors, Air Traffic Control, dispatchers, operational control center and ticket counter/gate/ramp/catering/grooming/deicers/crews/ maintenance /best care club/fuelers/crew scheduling/ airline hubs around the US and security personnel, including FAA and TSA to minimize schedule interuptions, diversions, irregularities and to implement the safety and security of our customers, clients and employees.

## Experience

Frontier/Republic/Midwest Airlines  
**Operations Tower Coordinator**  
Milwaukee, WI

August 2004 to July 2012 (handwritten: Sept 03, Aug, Aug)

* Monitored and transmitted several air to ground radios for requests from crews, and as well as maintaining communication, and recording times in flight information system with all aircrafts while in range, on the ground, in the gate, out of the gate and off the ground
* Provided, processed and communicated critical information directly to management
* Organized and coordinated locations of all aircrafts system wide in US for flights and line of flying for the day and scheduled all gate assignments
* Program entire Flight Information Display System for Frontier Concourse at General Mitchell Airport, ticket counter check in area, baggage claim and destination cities
* Communicated with all departments on schedule changes and irregularities to minimize the impact of our customers
* Coordinated the communication and ground support activity for milwaukee station
* Performed load planning for several types of aircraft, rectifying weight and balance issues including performing manual weight and balance when having a system outage nation wide
* Familiar with several computer programs including Flight Information Data System, Sabre, ACARS, Aerodata, Flite Trac Plots for Republic, Chataqua, Midwest and Frontier Airlines, Lotus notes, Microsoft Office/Word and all Windows
* Performed and coordinated ground control of aircrafts moving in and out of alley
*Tracked and recorded all aspects of flight activity onto spread sheets, daily shift logs and flight information systems

**Midwest Airlines**            September 2003 to October 2006
**Ticket Counter/Gate Supervisor and Ground Security Coordinator**
Milwaukee, WI

* Addressed customer complaints and resolved them in a timely yet agreeable solution

* Supported and lead service excellence and customer service techniques through employee breifings and various training programs

* Scheduled and ensured employees were at their proper work stations on time.

* Developed strong managerial skills through formal seminars , on the job experience and online instruction

* Customs regulations and reoccuring testing for employees

* Emergency training that included Severe Weather, Bomb Threats, Chemical Spills, Fire Response,Dangerous Goods, Chameleon/Chip Diversity training, Medical Emergencies, Employee Awareness training on Harassment, Occupational Health and Safety, Bloodbourne Pathogen/Exposure Control Plan * OSHA regulated, and our Corporate Safety Program

## Education

### ITT Technical Institute

Criminal Justice

Greenfield, WI, USA

Studied several courses in the Criminal Justice field including Criminal Investigation, Principles of Policing and Law Enforcement and Introduction to Criminal Justice. Learned several criminal software programs through Smart Draw/ Legal Edition including but not limited to, Accident Reconstructions, Crime Scenes, Timelines, Medical Illustrations, Estate Planning, Organization/Flow Charts, Office Layouts and Mind Maps. Held a GPA of 3.60.

*[handwritten: March 2013]*

## Affiliations

Odyssey of the Mind - Coach ( Nov 2010 - ~~March 2011~~) International Interactive Thinking Team

Member, Girl Scout Council and Assistant Troop Leader ( 2004 - 2011 )

Member, Parent Teacher Association Chair Holder for Muskego/Norway Schools ( 2007 - Present )

*[handwritten:]*
Roufusport Martial Arts Academy -
- February 9th 2013 - WI State Fair Park 10am - 130am
  CAGE Fights
- May 11, 2013 - Eagles Ball Room  3pm - 12 midn
  Road to Glory USA Milwaukee

* Supported and lead service excellence and customer service techniques through employee breifings and various training programs

* Scheduled and ensured employees were at their proper work stations on time.

* Developed strong managerial skills through formal seminars , on the job experience and online instruction

* Customs regulations and reoccuring testing for employees

* Emergency training that included Severe Weather, Bomb Threats, Chemical Spills, Fire Response, Dangerous Goods, Chameleon/Chip Diversity training, Medical Emergencies, Employee Awareness training on Harassment, Occupational Health and Safety, Bloodbourne Pathogen/Exposure Control Plan * OSHA regulated, and our Corporate Safety Program

**Education**

ITT Technical Institute 53220
Greenfield, WI, USA
Criminal Justice

Studied several courses in the Criminal Justice field including Criminal Investigation, Principles of Policing and Law Enforcement and Introduction to Criminal Justice. Learned several criminal software programs through Smart Draw/ Legal Edition including but not limited to, Accident Reconstructions, Crime Scenes, Timelines, Medical Illustrations, Estate Planning, Organization/Flow Charts, Office Layouts and Mind Maps. Held a GPA of 3.60.

**Affiliations**

Member, Odyssey of the Mind ( 2010 - Present ) International Interactive Thinking Team

Member, Girl Scout Council ( 2004 - 2011 )

Member, Parent Teacher Association Chair Holder for Muskego/Norway Schools ( 2007 - Present )

*[Handwritten annotations:]*

Roufs Sprt — Jan 2013 / present — Event Volunteer VIP Security - sett + ticket - seating

Court Cases
- Name Change to Velyov
  Filed # Order for Name change
- Injunction on Estate - Will
  Milw Co
- Rest Order / No Contact Order
  Racine Co
- Wrongful term — Frontier Airlines
  Milw Co
- SS - Milw Co
- Motion to Re Open Small Claims Judgement
  → Notice + Affidavit of Service —

Familier w/ Procedures to apply for Ins / FS / etc
Housing
- Unemployment
- Family Court Chd Support

# Member Listing

TROOP ID # 05043

| Member ID | Name of Adult Members | Adult Position | Member RptCode | Member Regarea |
|---|---|---|---|---|
| 11501393 | Ohm, Tracy | ASSISTANT TROOP LEADER (02) | 516 | 516 |
| 11501392 | Roter, Dafina | TROOP COMMITTEE MEMBER (03) | 516 | 516 |

| Member ID | Name of Adult Members | Additional Adult Position | Member RptCode | Member Regarea |
|---|---|---|---|---|

No Adults Found with Additional Positions

| Member ID | Name of Girl Members | Grade | Member RptCode |
|---|---|---|---|
| 11846291 | Caby, Jordan | 2 | 516 |
| 11501391 | Hermanson, Madison | 2 | 516 |
| 11501385 | Janda, Carly | 2 | 516 |
| 0547024 | Krutke, Samantha | 2 | 516 |
| 11846292 | Labodda, Rachel | 2 | 516 |
| 11501386 | Laffin, Alyssa | 2 | 516 |
| 11501387 | Miller, Jenna | 2 | 516 |
| 11501388 | Oatley, Madilyn | 2 | 516 |
| 11501389 | Roter, Grace | 2 | 516 |
| 11501390 | Tomczak, Angela | 2 | 516 |
| 12248252 | Torbeck, Samantha | 2 | 516 |
| 11846293 | Wage, Kendall | 2 | 516 |