UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

**DAFINA ROTER VELYOV,**

    **Plaintiff,**

  -vs-                                                                       Case No.: 2:14-cv-00071-RTR

**FRONTIER AIRLINES, INC. and**
**REPUBLIC AIRWAYS HOLDINGS INC.,**

    **Defendants.**

_____

### DEFENDANTS' REPLY IN SUPPORT OF
### MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
_____

      The Court should grant Defendants' Motion for Partial Judgment on the Pleadings (entering judgment against Plaintiff on her WFEA claim) for two (2) reasons:

      1.     The WFEA does not create a private cause of action beyond those particular factual circumstances examined in *Yanta v. Montgomery Ward & Company*, 224 N.W.2d 389 (Wis. 1974), and circumscribed by *Bachand v. Connecticut General Life Insurance*, 305 N.W.2d 149 (Wis. Ct. App. 1981), which factual circumstances do not exist here.

      2.     Roter failed to file her memorandum in opposition to Defendants' Motion or Partial Judgment on the Pleadings in a timely manner. *See* Civil L. R. 7(d) ("Failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion.").[1]

      Plaintiff's Response (Doc. 25), although passionate, does nothing more than re-state the facts found in her Complaint. The Complaint ultimately fails to articulate the requisite factual circumstances required to afford her a private right of action in this Court for her WFEA claim.

---

[1] Plaintiff filed her response twenty-five (25) days late (on July 21, 2014) after the court verbally, and in writing, advised her of the potential negative consequences of her failure to quickly file her Response and otherwise follow the federal and local procedural rules. (*See* Doc. 23).

Plaintiff admits as much in the first sentence of her Response. Plaintiff states, "Comparison of *Yanta v. Montgomery Ward* is NOT applicable to my case." (Response, at p. 1). In any event, as noted by Judge Randa in *Martin v. Northwestern Mut. Life Ins. Co.*, Case No. 05-C-0209, 2006 WL 897751 (E.D. Wisc. Mar. 31, 2006), a plaintiff holds a "private cause of action . . . under the WFEA only in those limited circumstances where the remedy sought by the litigant was previously unavailable through administrative proceedings." *Id.* at *3-4. Like the plaintiff's WFEA claim in the *Martin* case, Plaintiff's WFEA claim reflects no such pursuit of previously unavailable remedies. Under these admitted circumstances, Plaintiff possesses no WFEA private right of action. Consequently, Defendants respectfully request that the Court grant their Motion and award Defendants all other just and proper relief..

                                              Respectfully submitted,

                                              s/ Paul C. Sweeney
                                              David J. Carr, Attorney No. 4241-49
                                              Paul C. Sweeney, Attorney No. 20392-29

                                              ICE MILLER LLP
                                              One American Square, Suite 2900
                                              Indianapolis, IN  46282-0200
                                              Phone:  (317) 236-2100
                                              Fax: (317) 236-2219
                                              david.carr@icemiller.com
                                              paul.sweeney@icemiller.com

                                              Attorneys for Defendants, Frontier Airlines, Inc.
                                              and Republic Airways Holdings Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and forwarded a copy of the filing via United States, first-class mail, to the following:

Dafina Roter Velyov
Plaintiff Pro Se
26151 S. Wind Lake Road
Windlake, Wisconsin 53185


                          s/ Paul C. Sweeney

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 236-2219
david.carr@icemiller.com
paul.sweeney@icemiller.com