UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

DAFINA A. ROTER VELYOV,

    Plaintiff,

  v.                                                    Case No. 14-C-71

FRONTIER AIRLINES, INC., and
REPUBLIC AIRWAYS HOLDINGS, INC.,

    Defendants.
_____

SCHEDULING CONFERENCE CALL MINUTES
Hon. Rudolph T. Randa, Presiding
_____

DATE:  **August 4, 2014 at 10:30 a.m.**      Clerk:  S.R. Gegios

Time Called:  10:30 a.m                Time Concluded:     10:45 a.m.

Plaintiff Pro Se:    **Dafina Roter Velyov**    414-241-6674
Defendants:            **Paul C. Sweeney**       317-236-2100


DISPOSITION:

    Final Pretrial Set     **11-30-2015 at 2:00 p.m.**
    Court Trial Set       **12-14-2015 at 9:00 a.m.**   Est. **3** days

OTHER:

    Amend Pleadings and Add Parties:      08-11-2014
    Rule 26(a)(1) Initial Disclosures:         08-15-2014
    Pl.'s Lay Witness List Due:              08-15-2014
    Defs.' Lay Witness List Due:             08-15-2014
    Pl.'s Expert Witness Reports Due:      01-05-2015
    Defs. to Depose Pl. Expert:             02-16-2015
    Defs.' Expert Witness Reports Due:     03-06-2015
    Pl. to Depose Defs' Expert:             05-15-2015
    Discovery Deadline:                     05-15-2015
    Dispositive Motion Deadline:          06-15-2015
    Motions in Limine Due:                 11-16-2015
    Responses to Motions in Limine Due:    11-23-2015
    Replies to Motions in Limine Due:       12-01-2015