AUG 11 2014 — U.S. DIST. COURT stamp

14-C-71

8/11/14

Your Honorable Judge T. Randa —

I am writing to you to ask for more time to amend pleadings, add parties and on the witness list. I am requesting up to 60 more days to provide the information due to being given a 28 day notice to move on 8/5/14. We started to slowly move yesterday, due to my situation I was unable to purchase this house. We will be moving all week, I gave a 14 day notice back after finding a place + have to be out by this Sunday 8/17/14 so I can get my girls ready for school starting 9/2/14. I started the phone records and am almost complete, still finding more receipts and calling people as witness, which so far I've gathered 5 that are willing to write a letter on my behalf. I just physically + mentally cannot do this all at one time and the house sale, came out of nowhere fast.

Sincerely,
Dafina Veleva

8/11/14

As of August 17, 2014 my new mailing address will be:

26118 Barberry LN
WindLake WI 53185