AUG 15 2014
AFTER HOURS

August 15, 2014

Your Honorable Judge Rudolph T Randa,

If you could please disregard my request of 60 days more time. I did not mail a copy to Ice Miller due to moving. I am providing my witness list as follows pursuant to the Courts August 4, 2014 Scheduling Conference Call.

## I. Individuals

1. <u>Dafina Rotze Velyov, Plantiff</u> - I have information and phone records pertaining to my "no call no show" and wrongful termination and employment with Frontier Airlines at General Mitchell Airport in Milwaukee WI.

2. <u>Heather Hastings Hafferkamp</u> - has information of taking my sick calls and Heather also has a case against Frontier Airlines fee not paying her out on her benefits also - Former Frontier Operations Tower Employee

3. <u>Kelly Allard</u> - has information on how Beth Nacker treated her employees and has information regarding my job performance even with my illness. Former - Customer Service Manager / My manager before Beth.

4. Rebecca Mattson Farley - has information regarding my illness, depression after being wrongly terminated. Rebecca also has information regarding calling me in sick to work (due to my voice loss) and leaving several messages for Beth Nacker, on her cell phone, office phone with no return call from Beth. * Former Operations Tower Employee

5. Carolyn Faust - has information regarding inconsistant attendance policies and how I was given the run around on FMLA *Former Scheduling Emp

6. Wendy VanSwol - has information regarding inconsistant attendance policies and the run around I was given for FMLA * Former Scheduling Employee

7. Brian Sobeski - has information regarding the HVAC system going down in the Tower and for how long we had to work in extreme temperature differences, which made me + all Tower Employees sick. * Former Operations Tower Employee - Present County Operations Employee

8. Eric W Kutchner - has information of my hour calculations + length of employment being wrong several times and that my regular attendance points were affected because of it. * Former LOA coordinator

9. Dr Terry Williamson - My Family Practice Doctor for 21 years has information regarding my decrease in my health condition due to

being made to work in extreme temperature conditions, pulling me out of work until the HVAC system was fixed and until I was fully recovered from being ill

10. <u>Dr Omar Azphal</u> - Nefrologist - has information regarding my stage 4 kidney failure, raynauds disease, parathyroid hormone disorder

11. <u>Larry Urdiales</u> - Former Midwest Airlines First officer has information regarding my job ethic + performance & communication despite my illness.

12. <u>Cheri Hippenbacker</u> - Former Landlord/Lawyer - Mrs Hippenbacker has information regarding having to evict me due to falling behind in rent because of my wrongful termination and no income for 3 months until my unemployment started. And has copies of the Judgment placed on me

13. <u>Griffin Bowie</u> - Chief Pilot for Air Wisconsin has information about my job ethic, work performance and my communication skills.

14. <u>Ken Banks</u> - Former Operations Tower Employee/Trainer has information on my job performance, communication skills and how my load planning sheets were altered and how I did not have to retake the class on my scheduled

day off, while I was out sick.

15. <u>Danielle Chatham</u> - Friend / Benton Employee
Ms. Chatham has information of the snowball affect of my health decreasion, selling all of my items to get by and helping me with my kids while I was sick.

16. <u>Cheryl Clancy</u> - Former Alverno College Principal Mentor
Ms. Clancy has information regarding my work ethics and communication despite my illness. Ms. Clancy is presently with/on the Commission for the NAFC - which I also volunteer for and work with her.

Sincerely,
Dafina A Roter Velyov

New Address As of
August 15, 2014:
Dafina Roter Velyov
26118 Barberry Lane
WindLake WI 53185