pg 1

14-C-71

U.S. DIST. COURT EAST DIST. WISC
FILED
SEP 26 2014
AT _____ O'CLOCK ___ M
JON W. SANFILIPPO, CLERK

September 25, 2014

Your Honorable Rudolph T. Randa —

In response to Ice Millers requests dated 8-22-14 and Received on 8-26-14.

I am enclosing copies of the phone records that show that I was **not** a "No Call No Show" On August 13, 2011, August 17, 2011 Doctors Excuses + Emails, that covered my other "No Call No Show" dates 8/18/11, 8/19/11 and 8/20/11

My shift was 12-1600 on 8-13-11, my phone records show that I called into the operations tower (see attached operations tower phone list) at 745am and again at 8am to call into work due to being ill. Lead Heather Hastings was the Supervisor on duty, both my Supervisor + manager were out on vacation. I called in and try to help cover my shifts and be helpful and

pg2

proactive due to my illness. I again called the operations tower at 11:13am to see if Heather had problems covering my shift & to see how work was. The operations tower was like a child to me, I loved my job and was always concerned with the operation and its employees no matter how awful I was feeling, and always kept communication open. I again spoke with Heather again on 8/13/11 at 5:47pm for 34 minutes, discussing my health, my shifts, my FMLA and that I would call & email them on monday 8/15/11 after seeing the Dr. I was NEVER a NO CALL NO Show and Always kept the communication open, probably too much regarding my health.

I also have approval from HR for 8/13/11. My Drs pulled me out of work from 8/16/11 to 8/24/11 and then again from 8/24/11 to 8/31/11. As of 8/16/11 I still had 10 hours of FMLA left plus my full 24 pts on my attendance scale. I made phone calls, emails to more than HR & Supervisors on 8-13-11, 8-15-11, 8-17-11, 8-23-11 and again on 8-24-11. It is clear, once, I became very ill and out of work per my doctors that, Frontier Airlines, Beth Nacker, lied, destroyed my dr excuses faxed over and "pretended" to NOT receive my phone calls etc about being out of work. Please see attached phone records.

I am unable to produce the requests from Ice Miller dated 8-22-14. I have been very ill for the last 8 weeks, I was at the Dr yesterday and my blood pressure has been a average high of 172/92 - my meds have been upped for my blood pressure, I was put on another antidepressant and we have to move again by October 15, 2014. My kidney function has worsened and I cannot keep up with all of this lately. I'm sorry. I've enclosed records of most importance with Frontier's claim of a "No Call No Show" which I never was. Also, as far as my witness list goes, since I've been terminated I've kept my work relationships + open communication.

⑤

I have spoke with almost everyone that I listed, except for about 5 of them. They have agreed to write letters on my behalf and make statements. And I still haven't received a response from one person listed that I contacted.

I informed my witnesses that the letters were due to me by December 31, 2014 to get them in on time by January 5, 2015. With being ill, having to look for a new home, being a single mom + working on this case, studying the law - I have not had the time or capacity to put it all together.

I spoke with Heather Hastings Heffercamp witness #10 on your list Ice Miller. Heather stated she nor her lawyer spoke with you nor did they agree to be your witness or

Testify against me. I also spoke with Amanda Hendler witness #4 on your list. She also stated that she NEVER received a call from you nor did she agree to testify also - You have Amanda Hendler listed at address 1203 N. Sunnyslope Dr #103 Mt Pleasant WI and a phone # of 262 902 0211 which is WRONG - she resides at 28915 Sunrise Ln Waterford WI 53185 + her phone # is 414 587-0211. Robin Kuehn witness #5 on your list, thats not even her last name anymore, and your witness #11 Peter Ganabathi now lives in Chicago Illinois.

Of course I am very passionate about this as stated from Ice Miller. This is my life, and even tho its going to be a short one - I will stand up for the difference between right and wrong, I will not tolerate liars and set a good example for my children, my brothers + sisters, my friends and to give some hope to disabled people, to be positive + productive in a society that kicks you to the curb when your ill, disabled and deal with depression from all of it. I believe I was one of the only people who understood Robin Williams suicide and didnt damn him because I

understand all too well how it feels to be physically + mentally ill (depression) I will inform you with a new address as soon as I find me and my girls somewhere to go - As of right now, after 10-15-14 we will be homeless. Phone number + email remain the same.

Sincerely,
Dafina Roter Velyu

Copies also sent to Ice Miller on 9-25-14