

**Notice of Sale of Property**

**Lynn Kowalski** — Sep 21 at 3:37 PM
To Me

9/10/2014

Hello Dafina;

This email is to inform you that our property has an accepted offer on it. Current closing date on the home is scheduled October 15, 2014 at which time you will have to be vacated from the dwelling.

We will have a walk through of the home conducted by a friend of mine and our current real estate agent to make sure the home is in satisfactory condition for the new owner.

I am sorry you were unable to stay longer and we wish you and your family all of the best.

Sincerely,
Lynn Kowalski

### LOCAL AIRTIME, LONG DISTANCE and INTERNATIONAL CHARGES - (Continued)

| Date | Call Destination | Time | Number Called | Call Type | Minutes | Airtime Charges | Toll Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 8/11/11 | Milwaukee, WI | 4:31 PM | 262-227-5435 | | 3 | $ - | $ - | $ - |
| 8/11/11 | Milwaukee, WI | 4:35 PM | 414-425-0364 | | 23 | $ - | $ - | $ - |
| 8/11/11 | Milwaukee, WI | 7:19 PM | 414-305-9987 | | 3 | $ - | $ - | $ - |
| 8/11/11 | Hartford, WI | 8:00 PM | 262-224-9755 | | 3 | $ - | $ - | $ - |
| 8/12/11 | Milwaukee, WI | 11:44 AM | 414-425-3260 | | 2 | $ - | $ - | $ - |
| 8/12/11 | Milwaukee, WI | 9:03 PM | 414-881-8955 | | 3 | $ - | $ - | $ - |
| 8/12/11 | Milwaukee, WI | 10:52 PM | 414-550-9171 | | 1 | $ - | $ - | $ - |
| 8/13/11 | Milwaukee, WI | 7:45 AM | 414-294-6292 | | 6 | $ - | $ - | $ - |
| 8/13/11 | Milwaukee, WI | 8:00 AM | 414-294-6292 | | 14 | $ - | $ - | $ - |
| 8/13/11 | Kenosha, WI | 8:32 AM | 262-960-6167 | | 5 | $ - | $ - | $ - |
| 8/13/11 | Milwaukee, WI | 8:39 AM | 414-305-9987 | | 6 | $ - | $ - | $ - |
| 8/13/11 | Incoming | 8:54 AM | 414-305-9987 | | 10 | $ - | $ - | $ - |
| 8/13/11 | Incoming | 9:11 AM | 262-960-6167 | | 4 | $ - | $ - | $ - |
| 8/13/11 | Kenosha, WI | 9:16 AM | 262-960-6167 | | 1 | $ - | $ - | $ - |
| 8/13/11 | Incoming | 9:18 AM | 262-960-6167 | | 2 | $ - | $ - | $ - |
| 8/13/11 | Incoming | 9:19 AM | ~~~~~~~~~~~~ | | | $ - | $ - | $ - |
| 8/13/11 | Milwaukee, WI | 11:13 AM | 414-294-6290 | | 3 | $ - | $ - | $ - |
| 8/13/11 | Milwaukee, WI | 12:14 PM | 414-550-9171 | | 1 | $ - | $ - | $ - |
| 8/13/11 | Wind Lake, WI | 4:29 PM | 262-895-2172 | | 2 | $ - | $ - | $ - |
| 8/13/11 | Milwaukee, WI | 5:47 PM | 414-881-8955 | | 34 | $ - | $ - | $ - |
| 8/13/11 | Concord, NC | 6:24 PM | 704-782-8125 | | 1 | $ - | $ - | $ - |
| 8/13/11 | Milwaukee, WI | 6:27 PM | 262-227-5435 | | 2 | $ - | $ - | $ - |
| 8/13/11 | Aurora, CO | 6:31 PM | 303-731-7500 | (F) | 36 | $ - | $ - | $ - |
| 8/14/11 | Milwaukee, WI | 5:01 PM | 262-227-5435 | | 1 | $ - | $ - | $ - |
| 8/14/11 | Milwaukee, WI | 9:34 PM | 262-227-5435 | | 3 | $ - | $ - | $ - |
| 8/15/11 | Slinger, WI | 10:25 AM | 262-644-2900 | | 7 | $ - | $ - | $ - |
| 8/15/11 | Milwaukee, WI | 7:56 PM | 414-305-9987 | | 3 | $ - | $ - | $ - |
| 8/15/11 | Menomnefls, WI | 8:43 PM | 262-253-9270 | | 1 | $ - | $ - | $ - |
| 8/15/11 | Menomnefls, WI | 8:44 PM | 262-253-9720 | | 3 | $ - | $ - | $ - |
| 8/15/11 | Menomnefls, WI | 8:52 PM | 262-255-1285 | | 1 | $ - | $ - | $ - |
| 8/16/11 | 1-877 # | 12:12 PM | 877-415-5164 | | 2 | $ - | $ - | $ - |
| 8/16/11 | Incoming | 12:17 PM | 414-305-9987 | | 1 | $ - | $ - | $ - |
| 8/16/11 | Incoming | 12:24 PM | 414-305-9987 | | 5 | $ - | $ - | $ - |
| 8/16/11 | Milwaukee, WI | 12:30 PM | 414-273-3910 | | 2 | $ - | $ - | $ - |
| 8/16/11 | Incoming | 12:54 PM | 414-273-3910 | | 2 | $ - | $ - | $ - |
| 8/16/11 | Milwaukee, WI | 12:57 PM | 414-774-2920 | | 27 | $ - | $ - | $ - |

Call Type: (A) Call Waiting (B) Call Forward (C) Conference Call (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls

(I) Int'l Disc Call (J) Int'l Disc Call to Mobile (K) WPS Call (T) T-Mobile Number (U) HotSpot Call (V) myFaves Call (X) T-Mobile @Home Call

Handwritten annotations: "Tower #'s" next to 8/13/11 7:45 AM and 8:00 AM entries (414-294-6292, circled); "Tower #'s" next to 9:11-9:18 AM incoming entries; "Heather Hastings cell" next to 8/13/11 5:47 PM entry (414-881-8955); "my PR" next to 8/15/11 10:25 AM entry (262-644-2900).

## Hafferkamp, Jeffrey D.

| | |
|---|---|
| **From:** | Slocum, Mark E. |
| **Sent:** | Tuesday, May 18, 2010 1:04 PM |
| **To:** | Nacker, Beth A.; Paulson, Mark P.; Janssen, Brian; MKE Ops Distribution; Steinberg, Ann; Orcholski, Richard J; McNamer, Wayne; Velandia, Ana C.; Bielert, Brian D.; frank.jayne@asig.com; Allard, Kelly |
| **Cc:** | Conklin, Gabi |
| **Subject:** | Operations Tower Phone Number Changes |

Hello all..

as part of the MKE station zone redesign, the Ops Tower phone numbers will be re-designated to better reflect the positions being worked and easier for everyone to remember. Managers please fwd this email onto your respective supervisors and leads and update any phone lists that you have. Please also forward to any other area that I may have missed.

Telecommunications will be making this change effective Tuesday, June 1st around 9am.

This list shows the new designations:

| NEW EXT | |
|---|---|
| 6290 | Tower Supervisor |
| 6291 | Ops Zone 1 |
| 6292 | Ops Zone 2 |
| 6293 | Ops Zone 3 |
| 6294 | Ops Communicator (ASIG / COMMISSARY / GROOMING ) |
| 6295 | Tower Lead (Ramp Control/Gate Manager) **(MAINTENANCE)** |
| 6297 | Pax Planner |
| 6304 | Deice Coordinator |
| 6079 | Tower Fax Machine |

Let me know if you have any questions.

**MAINTENANCE / COMMISSARY / GROOMING / ASIG** please note specific extensions we would like you to use when calling the tower. The Communicator or Lead may then transfer you to the specific zone controller, depending on the issue.

**Mark E. Slocum**
**Supervisor - Tower Operations MKE**

**FRONTIER AIRLINES**
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
☎ 414.294.6115-Office  414-294-6290-Tower  414-975-0731-Cellular!  📠 414.294.6208
mark.slocum@flyfrontier.com

🌳 Please consider the environment before printing this email.

282
JRO

RE: AUG 13th.. FMLA Used 12-1600      Show Details

Thank you for your email correspondence. The dates you have requested be counted in accordance with your intermittent FMLA on file have been submitted for your attendance to be reflected accordingly.

Dafina,

Can you explain who you're trying to contact in HR or what you are looking to talk about? I'll see who needs to be involved... you might want to contact your HR manager for the station, I believe this is Barb Young at BYoung@rjet.com

Please feel free to reply if you have any other questions.
Thank you,
Barbie Butler
Leave of Absence Coordinator|Republic Airways Holdings, Inc.|Phone: 317-471-2595 | Fax: 317-484-4561
CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----
From: Dafina Roter [mailto:roterdafina@yahoo.com]
Sent: Saturday, August 13, 2011 5:27 PM
To: LOA Flyfrontier
Cc: Hasting, Heather E.
Subject: AUG 13th.. FMLA Used 12-1600

*[handwritten note:] My Termination papers say I was a NO CALL NO SHOW ON 8-13-11 - I emailed HR + spoke with Lead Heather Hasting + Supervisor Peter G. was notified that I would be out until I saw my Dr*

Hi Barb-

I needed to use four hours of FMLA today, due to my BP being up and puking bile. I was scheduled 12-1600. could u please tell me who I can contact in our co to file a complaint? Who is the mgr/VP of Human Resources? Just their names and email addresses please....thanks for your help! Fill in supervisor heather hasting is CC in because my direct sup. is on vacation and my manager never answered me back about calling her too, and WHY I had to. heather was the only mgr/sup who verbally spoke with me today, and who handled the situation very professionally.

Dafina Roter
emp 17671

On Tue Jul 19th, 2011 10:40 AM CDT LOA Flyfrontier wrote:

>Thank you for your email correspondence. The dates you have requested be counted in accordance with your intermittent FMLA on file have been submitted for your attendance to be reflected accordingly.
>
>Please feel free to reply if you have any other questions.
>Thank you,
>Barbie Butler
>Leave of Absence Coordinator|Republic Airways Holdings, Inc.|Phone: 317-471-2595 | Fax: 317-484-4561
>CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer. TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.
>
>-----Original Message-----
>From: Dafina Roter [mailto:roterdafina@yahoo.com]
>Sent: Tuesday, July 19, 2011 8:33 AM
>To: LOA Flyfrontier
>Subject: July 19, 2011
>
>Good Morning-
>
>I needed to use FMLA from 5-10am due to puking bile.
>
>Thank You
>
>Dafina Roter
>17671

Reply to LOA Flyfrontier

| | | | | | | |
|---|---|---|---|---|---|---|
| 152 FRI 08/12/2011 | 4:33PM | 414-460-3174INCOMING CL | 7M2AM DT M2AM | 0.00 | 0.00 |
| 153 FRI 08/12/2011 | 4:40PM | 414-241-6674MILWAUKEE WI | 1M2AM DT M2AM | 0.00 | 0.00 |
| 154 FRI 08/12/2011 | 4:41PM | 414-520-3323MILWAUKEE WI | 1M2AM DT M2AM | 0.00 | 0.00 |
| 155 FRI 08/12/2011 | 4:49PM | 414-520-3323MILWAUKEE WI | 1M2AM DT M2AM | 0.00 | 0.00 |
| 156 FRI 08/12/2011 | 5:01PM | 414-425-3323INCOMING CL | 30 RM14 DT | 0.00 | 0.00 |
| 157 FRI 08/12/2011 | 5:34PM | 414-460-3174MILWAUKEE WI | 1M2AM DT M2AM | 0.00 | 0.00 |
| 158 FRI 08/12/2011 | 5:54PM | 414-460-3174INCOMING CL | 1M2AM DT M2AM | 0.00 | 0.00 |
| 159 FRI 08/12/2011 | 6:48PM | 608-338-8450INCOMING CL | 7M2AM DT M2AM | 0.00 | 0.00 |
| 160 SAT 08/13/2011 | 5:51PM | 608-338-8450MADISON WI | 3M2AMNWM2AM | 0.00 | 0.00 |
| 161 SAT 08/13/2011 | 5:57PM | 414-460-3174MILWAUKEE WI | 8M2AMNWM2AM | 0.00 | 0.00 |
| 162 SUN 08/14/2011 | 2:02AM | 608-354-9155MADISON WI | 2M2AMNWM2AM | 0.00 | 0.00 |
| 163 SUN 08/14/2011 | 12:08PM | 414-460-3174MILWAUKEE WI | 3M2AMNWM2AM | 0.00 | 0.00 |
| 164 SUN 08/14/2011 | 2:07PM | 414-241-6674MILWAUKEE WI | 1M2AMNWM2AM | 0.00 | 0.00 |
| 165 SUN 08/14/2011 | 2:08PM | 414-241-6674MILWAUKEE WI | 1M2AMNWM2AM | 0.00 | 0.00 |
| 166 SUN 08/14/2011 | 2:09PM | 414-460-3174MILWAUKEE WI | 1M2AMNWM2AM | 0.00 | 0.00 |
| 167 SUN 08/14/2011 | 2:14PM | 414-241-6674MILWAUKEE WI | 1M2AMNWM2AM | 0.00 | 0.00 |
| 168 SUN 08/14/2011 | 2:28PM | 414-241-6674MILWAUKEE WI | 1M2AMNWM2AM | 0.00 | 0.00 |
| 169 MON 08/15/2011 | 5:58PM | 414-460-3174MILWAUKEE WI | 2M2AM DT M2AM | 0.00 | 0.00 |
| 170 MON 08/15/2011 | 6:54PM | 877-892-4739Toll Free CL | 1 RM14 DT | 0.00 | 0.00 |
| 171 MON 08/15/2011 | 6:56PM | 877-892-4739Toll Free CL | 2 RM14 DT | 0.00 | 0.00 |
| 172 MON 08/15/2011 | 7:12PM | 608-354-9155INCOMING CL | 11M2AM DT M2AM | 0.00 | 0.00 |
| 173 MON 08/15/2011 | 7:26PM | 414-460-3174MILWAUKEE WI | 1M2AM DT M2AM | 0.00 | 0.00 |
| 174 TUE 08/16/2011 | 4:51PM | 414-241-6674MILWAUKEE WI | 2M2AM DT M2AM | 0.00 | 0.00 |
| 175 TUE 08/16/2011 | 4:53PM | 414-460-3174MILWAUKEE WI | 2M2AM DT M2AM | 0.00 | 0.00 |
| 176 TUE 08/16/2011 | 6:47PM | 414-460-3174MILWAUKEE WI | 2M2AM DT M2AM | 0.00 | 0.00 |
| 177 TUE 08/16/2011 | 6:49PM | 414-460-3174CALL WAIT | 3M2AM DT CW | 0.00 | 0.00 |
| 178 WED 08/17/2011 | 12:13PM | 414-241-6674MILWAUKEE WI | 1M2AM DT M2AM | 0.00 | 0.00 |
| 179 WED 08/17/2011 | 12:14PM | 414-460-3174MILWAUKEE WI | 1M2AM DT M2AM | 0.00 | 0.00 |
| 180 WED 08/17/2011 | 5:46PM | 414-241-6674INCOMING CL | 2M2AM DT M2AM | 0.00 | 0.00 |
| 181 WED 08/17/2011 | 5:59PM | 414-241-6674MILWAUKEE WI | 1M2AM DT M2AM | 0.00 | 0.00 |
| 182 WED 08/17/2011 | 6:06PM | 414-241-6674INCOMING CL | 14M2AM DT M2AM | 0.00 | 0.00 |
| 183 WED 08/17/2011 | 7:02PM | 414-241-6674MILWAUKEE WI | 4M2AM DT M2AM | 0.00 | 0.00 |
| *184 WED 08/17/2011 | 7:11PM | 414-467-1505MILWAUKEE WI | 2M2AM DT M2AM | 0.00 | 0.00 |
| 185 WED 08/17/2011 | 7:12PM | 414-241-6674MILWAUKEE WI | 10M2AM DT M2AM | 0.00 | 0.00 |
| 186 WED 08/17/2011 | 7:22PM | 608-354-9155MADISON WI | 1M2AM DT M2AM | 0.00 | 0.00 |
| 187 WED 08/17/2011 | 7:27PM | 608-354-9155MADISON WI | 8M2AM DT M2AM | 0.00 | 0.00 |
| 188 WED 08/17/2011 | 7:34PM | 414-750-0075CALL WAIT | 3M2AM DT CW | 0.00 | 0.00 |
| *189 WED 08/17/2011 | 9:53PM | 414-294-6212MILWAUKEE WI | 2UNW9NW | 0.00 | 0.00 |
| 190 WED 08/17/2011 | 9:54PM | 414-241-6674MILWAUKEE WI | 9M2AMNWM2AM | 0.00 | 0.00 |
| 191 THU 08/18/2011 | 4:37PM | 262-338-8512WEST BEND WI | 38 RM14 DT | 0.00 | 0.00 |

*Handwritten note:*

My Girlfriend who works at the Medical College and my mother were over due throughout the week to my illness - My mom felt it would be best to have Rebecca call me in sick because of her Medical knowledge - I had no/very little horse voice - Rebecca called Beths cell phone at 7:11pm - No Return call and then at 9:53pm to her OFFICE PHONE VM AT THE AIRPORT - STILL NO - THEN I RECEIVED my termination papers. Just as a courtesy to 4L - Beth



*Rebecca left a message for Beth on 8/17/11 to her cel phone @ 1911 → No callback so then she on 8/17/11 to her office phone @ 2153 pm*

---

**Aurora Health Center**
1061 East Commerce Blvd.
Slinger, WI 53086
Tel (262) 644-2900

**RETURN TO WORK/SCHOOL**

Date: 9/16/11

This is to certify that **Dajuna RITER** has been under my care for a medical condition since _____ and is able to return to work / school on _____.

Any further information will require an authorization for release of medical information signed by the patient or legal guardian.

Restrictions / Remarks: Please excuse from work 8/16/11 to 8/24/11

Signature: Terry W. Mic_____

White - Medical Record / Yellow - Patient
AHC X26653.j (08/06)

---

*Had Dr. W reissue a excuse @ my appt. - physically gave to Beth - she doesn't believe I'm sick!!*


**Aurora Health Center**

1061 E. Commerce Blvd
Slinger, WI 53086

T (262) 644-2900
www.AuroraHealthCare.org

8/24/11

Re: DAFINA ROTER
dob ▓▓/▓▓/74

To whom it may concern —

This woman is a patient with our practice. She has significant health problems.

Her problems include Raynaud's Syndrome, hypertension and kidney issues.

She requires at least one more week off work for the process of recovery to continue. She will see me then for follow-up.

Yours truly,

Terry Willic—— MD

pulled out of work until 8/31/11

Exhibit A-Charge No. 26G201201173C



# FRONTIER.

Frontier Airlines, Inc.  
General Mitchell  
International Airport  
5300 S. Howell Ave  
Milwaukee, WI 53207

P 720.374.4200  
F 720.374.4375

frontierairlines.com

August 23, 2011

Dafina Roter  
25501 W Loomis Rd  
Waterford, WI 53185

Dafina,

Your employment at Frontier Airlines has been terminated for attendance. As of 08/20/11, you had an attendance point balance of negative 8 points. On 8/13/11, you were a no call no show leaving you with a point balance of negative 1. You have since been absent for your shifts on 08/18/11, 08/19/11, and 08/20/11 leaving you with a point balance of negative 8.

In completing this termination, you are REQUIRED to turn in:

Item / Cost of Item if not returned

- Company issued ID / $25.00
- Airport SIDA Badge / $20 - $100.00
- Airport parking hang tag (if applicable) / $89.00
- Keys (if applicable) / $12 per set or $3.00 per key

Upon receipt of the above listed items, your final paycheck(s) will be released to you. For items not returned, reasonable amounts will be deducted from your last paycheck(s). Please call me at 414-294-6212 to arrange an immediate return of the above items. If you have any further questions or concerns regarding this matter, please do not hesitate to contact me.

Beth Nacker  
Beth Nacker  
Manager, Customer Service

cc: Director MKE Station  
    Human Resources  
    Employee File

*A whole different animal.*

Handwritten annotations:
- 8/13/11 → HR Approved FMLA - Email confirmed
- 8/17/11 - Rebecca called Beth 2x's + left messages about me being out until 8/24/11 when I saw my Dr
- 1911 to Beths Cel - No Answer - left message then @ 2153 to Beth Office phone v/m at the airport
- HVAC initially got me sick
- Wrongful Termination
- Harassement / Discrimination
- to accomodate my health needs
- HIPPA Jr June/Aug

| Hi, Dafina | Sign Out | Options | Help | Trending: iPhone 5 | | Go Mobile |

flyfrontier.com — Search Mail

| WHAT'S NEW | Frontier (11) | CONTACTS | SEARCH: flyfro... | AUG 13th.. FM... | RE: AUG 18Th..... | Tues Aug 23rd 5... |

Compose Message | Delete | Reply | Forward | Print | Los

**Tues Aug 23rd 5-10am**  Hide Details
FROM: Dafina Roter
Tuesday, August 23, 2011 12:54 AM
TO: Peter.Ganabathi@flyfrontier.com
CC: Jason.Lehman@flyfrontier.com

Inbox 50150
Conversations
Drafts 45
Sent
Spam 2850
Trash 203

Folders
Amtrak
Attorney
Benjamin
Bob and Cheri
Coupons
Daisy Troop 5043 Win...
DirecTV
DOMINIC
EbaY
Financial Aide and Sc...
Fitness
Flight Schedules
Frontier
Funnies
Gary Kraeger
Goway Travel
Gracies Yahoo and FB
Grants
Great America III
Griff
Habush Habush and...
Hawaii
Health
Horoscopes
ID90 Itinery System
Indi
Jobs
Kiss FM
Las Vegas
LinkedIn
Nancy and Jimmy
National Geographic

Good Morning-

I was not sure if Beth informed you about me still being out. Messages were left for Beth by Rebecca and my Mom to her cel and office voicemail with no return call to either one of them. I fully understand Ive run out of FMLA, I had 22pts regardless...minus 2hrs short from FMLA which I beleive puts me at 19 or 20pts? then today is...3pts? so down to 15pts minimal? not sure, nothing has been consistant...just wanted you to know, i will not be in tues 8/23, today. My family and I have left messages which disappear so Iam sending this because you are the tues am supervisor and Jason is my direct sup, who is also cc in. Have a Dr appt on wed, which will decide when i can come back...I will also provide a dr excuse to HR for my extended time off...thanks.

Dafina
17671

---

Handwritten notes:

8/16/11 HR 10 hrs FMLA left

10 FMLA hrs
24 pts - attendance scale - Must

# Got sick in June due to HVAC going down - All of us got sick + kept passing it around to each other

Dr excuses from:
8/16/11 to
8/24/11
+ spoke w/
Supervisors
then 8/24/11 to
8/31/11

- Did good in July after meds in June
- worked in a Germ Box 2xs
- End of July HVAC started to go down daily
- attc - pic from tower of us in blankets from grooming sup - + was denied to use 1hr of FMLA from 8-9am + all pets were gone / No activity

# HVAC still not fixed thru beginning of Aug - which in turn got me really sick

Case 2:14-cv-00071-PP  Filed 09/26/14  Page 10 of 11  Document 32-1

Aurora Health Care
SLG FAMILY PRACTICE
1061 E COMMERCE BLVD
SLINGER, WI 53086

```
Receipt #.....: 3013949              Family Account Name.: ROTER VELYOV,DAFIN
Account #.....: 573086               Payment Receipt For.: 09/24/2014
Patient Name..: ROTER VELYOV,DAFINA A Amount Paid.........: 100.00
Received By...: Shirley S
```

Payment Details
Type        Source        Reference #        Payment
Other       Cash                             100.00

- loss of appetite - weight loss
- vomitting bile
- headaches
- blood pressure ↑ for weeks
- cramping - Non stop bleeding
- sore muscles - very

* put on a antibiotic - Zpak - possible kidney infection Blood in urine
* upped blood pressure meds - BP was 172/98
* put on another antidepressant
* had blood/urine labs done

* Make appt with Dr Asphul - out teaching
  Dr Nuneg - Nefrologist 262 532 1580
  Hartford - Wed Am
  Mmn Falls - Thur afternoon
  See W in 3 weeks - follow
* Gyno - appt