UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DAFINA ROTER VELYOV,

       Plaintiff,

   -vs-                       Case No.: 2:14-cv-00071-RTR

FRONTIER AIRLINES, INC. and
REPUBLIC AIRWAYS HOLDINGS INC.,

       Defendants.

# APPENDIX A:

## DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS, SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

DAFINA ROTER VELYOV,

      Plaintiff,

    -vs-                       Case No.: **2:14-cv-00071-RTR**

FRONTIER AIRLINES, INC. and
REPUBLIC AIRWAYS HOLDINGS INC.,

      Defendants.

---

### DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS, SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Defendants, Frontier Airlines, Inc. ("Frontier"), and Republic Airways Holdings Inc. ("RAH") (collectively referred to herein as "Defendants"), by counsel, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and Civil L. R. 36, request that Plaintiff, Dafina Roter Velyov ("Plaintiff," "Roter" or "Velyov"), admit the truth of the following statements within thirty (30) days after service hereof. Each matter will be deemed admitted if no response is served upon the undersigned counsel of record within the prescribed time.

### DEFINITIONS

Pursuant to Civil L. R. 26(d)(1), the full text of the definitions set forth in Civil L. R. 26(d)(2) are deemed incorporated by reference into this First Set of Requests for Admissions to Plaintiff.

## GENERAL INSTRUCTIONS

1.    Fed. R. Civ. P. 36 provides that the answer to each request shall be either specifically admitted or denied with respect to the matters set forth therein, or set forth in detail why the matter cannot be truthfully admitted or denied.

2.    ***Lack of information or knowledge is not a legitimate reason for failure to admit or deny, unless Plaintiff states that a reasonable inquiry has been made and that the information known or available to Plaintiff is insufficient to admit or deny.***

3.    If an objection is raised by Plaintiff concerning any of the requests set forth below, the grounds for objecting must be stated.

4.    Plaintiff may not object to a request solely on the grounds that the request presents a genuine issue for trial or calls for a legal conclusion.

## I.

## FIRST REQUEST FOR ADMISSIONS

**REQUEST NO. 1:**    Admit that on September 8, 2003, Plaintiff began her employment with Midwest Airlines as a Customer Service Agent ("CSA") at General Mitchell International Airport in Milwaukee, Wisconsin ("MKE").

**RESPONSE:**

**REQUEST NO. 2:**    Admit that Plaintiff became an employee of Republic Airlines Inc. ("Republic") (a subsidiary of RAH) when RAH acquired Midwest Airlines in June 2009.

**RESPONSE:**

**REQUEST NO. 3:**    Admit that Plaintiff became an employee of Frontier when RAH acquired Frontier in October 2009.

**RESPONSE:**

- 2 -

**REQUEST NO. 4:** Admit that Plaintiff continued to be employed by Frontier from October 2009 through the termination of her employment on August 23, 2011.

**RESPONSE:**

**REQUEST NO. 5:** Admit that Plaintiff has never been employed by RAH.

**RESPONSE:**

**REQUEST NO. 6:** Admit that *had* Plaintiff remained employed by Frontier after August 23, 2011, then her employment with Frontier would have *ended on October 15, 2013*, regardless of her or the Defendants' conduct because on October 16, 2013, Frontier outsourced all operations at MKE.

**RESPONSE:**

**REQUEST NO. 7:** Admit that Frontier's former MKE employees (employed through October 15, 2013) were given the contact information for the vendor taking over the MKE operations to seek employment (if he or she so desired) post-October 15, 2013. It was ultimately up to the former Frontier MKE employee(s) to apply and the vendor to hire (or not hire) the employee(s). There were no guarantees that the vendor would hire the former Frontier MKE employees.

**RESPONSE:**

**REQUEST NO. 8:** Admit that at the time of the termination of her employment (August 23, 2011), Plaintiff's hourly rate of pay with Frontier was $13.12 per hour.

**ANSWER:**

**REQUEST NO. 9:** Admit that Plaintiff had the following history of attendance issues during her employment with Midwest Airlines, Republic and Frontier (Defendants' incorporate herein by reference the exhibits listed below):

| DATE | EVENT | EXHIBIT # & BATES STAMP #S |
|---|---|---|
| 04/17/2006 | Documented Verbal Discussion – Attendance issued to Roter by Robin Kuehn | D 000396, **Ex. 1001**[1] |
| 06/30/2006 | Employment Classification Warning – issued by Robin Kuehn to Roter | D 000401, **Ex. 1002** |
| 08/28/2006 | Documented Verbal Discussion – Attendance issued to Roter by Amanda Hendler | D 000395, **Ex. 1003** |
| 10/28/2006 | Written Warning – Attendance issued to Roter by Amanda Hendler | D 000394, **Ex. 1004** |
| 01/23/2007 | Performance Review | D 000397 – 400, **Ex. 1005** |
| 09/17/2007 | Revised Verbal Warning Attendance issued to Roter by Lehrman | D 000393, **Ex. 1006** |
| 11/26/2007 | Second Warning Letter related to Attendance issues – issued by Lehrman to Roter | D 000392, **Ex. 1007** |
| 12/30/2007 | Letter from Lehrman to Roter re: PROVISIONAL STATUS – ATTENDANCE – 90-day provisional status<br><br>Notes:<br><br>9/17/2007 – Written Verbal Warning for Attendance<br><br>11/26/2007 – Written Warning for Attendance | D 000385, **Ex. 1008** |
| 01/17/2008 | 2006 Performance Review | D 000387 – 391 (482-86), **Ex. 1009** |
| 01/17/2008 | Roter received Coach & Council record for attendance | D 000386, **Ex. 1010** |
| 02/09/2008 | Verbal Warning Attendance – issued by Lehrman to Roter | D 000375, **Ex. 1011** |
| 04/07/2008 | Activity Change Form – FT to PT | D 000414, **Ex. 1012** |
| 07/11/2008 | Verbal Warning Attendance – issued by Nacker to Roter | D 000382, **Ex. 1013** |
| 12/11/2008 | Verbal Warning Attendance – issued by Lehrman to Roter | D 000381, **Ex. 1014** |
| 01/19/2009 | 2008 Performance Review | D 000376 – 380, **Ex. 1015** |
| 04/06/2009 | Second Warning Letter related to Attendance issues – issued by Lehrman to Roter | D 000374, **Ex. 1016** |
| 05/31/2009 | Second Warning Letter related to Attendance issues – issued by Lehrman to Roter | D 000373, **Ex. 1017** |

---

[1] Defendants begin the numbering of its exhibits with "1001" pursuant to General L. R. 26.

| | | |
|---|---|---|
| 07/09/2009 | Last Chance Agreement related to Attendance Issues | D 000369 – 370, **Ex. 1018** |
| 08/21/2009 | E-mails between Roter and Nacker related to Roter's attendance issues | D 000371, **Ex. 1019** |
| 07/30/2010 | Frontier, Performance Counseling Record<br>Written Warning for Attendance | D 000129, **Ex. 1020** |
| 10/21/2010 | 2010 Performance Review | D 000364 – 368, **Ex. 1021** |
| 04/02/2011 | As of this date, Roter had a balance of 22 points pursuant to Frontier's Attendance Policy. | D 000130, **Ex. 1022** |
| 05/20/2011 | As of this date, Roter had a balance of 19 points pursuant to Frontier's Attendance Policy. | D 000130, **Ex. 1022** |
| 06/02/2011 | Roter received a verbal warning on this date pursuant to Frontier's Attendance Policy. | D 000130, **Ex. 1022** |
| 07/21/2011 | Roter received a Written Warning on this date pursuant to Frontier's Attendance Policy, which warning stated in part as follows:<br><br>"6/7/11 scheduled to work 5 am – 9 am – she failed to advise ER that she was sick prior to start of work. She said later that she called operations tower sick call line but no message."<br><br>"7/19/11 scheduled to work 5 am – 9 am - she failed to advise ER that she was sick prior to start of work. She again said later that she called operations tower sick call line but no message."<br><br>"Tower Line was tested on both occasions and found to be able to accept messages."<br><br>"Per the Customer Service Attendance policy noted in the Customer Service Department Handbook, section 8.02, an employee must notify his manager prior to the beginning of a scheduled shift if he will be absent as defined above. An employee should work with his manager to assure he fully understands how to report late arrival or illness locally. The call in policy will differ from station to station and it is the employee's responsibility to be aware of local procedures." | D 000352 – 353<br><br>**Ex. 1023** |
| 08/05/2011 | Roter received a Final Warning/Suspension notice on this date pursuant to Frontier's Attendance Policy, which notice stated in part as follows:<br>"8/2/11 scheduled to work 9 am – noon for training – she | D 000350 – 351<br><br>**Ex. 1024** |

- 5 -

| | | |
|---|---|---|
| | failed to advise ER that she would not be in. The trainer sent her a text message at 9:10 am, she responded at 9:25 that she just woke up and that she would not be going to work b/c her daughter was ill. Instead of calling the ops supervisor on duty, she sent her direct supervisor who was off that day a text message at 9:55 am that she would not be in. Noted the counseling and written warning on 7/21/11 that reminded her of the proper call in procedures."<br><br>"Per the Customer Service Attendance policy noted in the Customer Service Department Handbook, section 8.02, an employee must notify his manager prior to the beginning of a scheduled shift if he will be absent as defined above. An employee should work with his manager to assure he fully understands how to report late arrival or illness locally. The call in policy will differ from station to station and it is the employee's responsibility to be aware of local procedures." | |
| 08/13/2011 | Roter received -13 points pursuant to Frontier's Attendance Policy on this date for a no call no show, which action took her points total to -1 | D 000130, **Ex. 1022** |
| 8/16/2011<br><br>8/18-20/11 | Roter received -7 points pursuant to Frontier's Attendance Policy on this date due to absences from work on four (4) consecutive days, which action took her point total to -8 | D 000130, **Ex. 1022** |
| 08/23/2011 | Letter from Nacker to Roter terminating Roter's employment for attendance. | D 000360, **Ex. 1025** |

**RESPONSE:**

**REQUEST NO. 10:** Admit that attached hereto and marked as **Exhibit 1026** (D 000078-79) is a true and accurate copy of Frontier's Attendance Policy in effect on August 23, 2011.

**RESPONSE:**

**REQUEST NO. 11:** Admit that on July 23, 2010, Plaintiff began the process of applying for FMLA and/or Wisconsin FMLA leave with Frontier. (See D 000272, attached hereto as **Exhibit 1027**).

**RESPONSE:**

- 6 -

**REQUEST NO. 12:** Admit that Plaintiff submitted her Certification from Health Care Provider for Employee's Serious Health Condition ("Certification") to Frontier and/or RAH on August 11, 2010. (See D 000553-56, attached hereto as **Exhibit 1028**).

**RESPONSE:**

**REQUEST NO. 13:** Admit that Plaintiff experienced some issues with getting confirmation from Frontier or RAH that they received her FMLA/Wisconsin FMLA leave paperwork. (*See* D 000558-59, attached hereto as **Exhibit 1029**).

**RESPONSE:**

**REQUEST NO. 14:** Admit that on August 19, 2010, Frontier/RAH initially denied Plaintiff's FMLA/Wisconsin FMLA leave request, stating:

> I am sorry to inform you, but you have not worked enough hours within the last 12 months to qualify for [Wisconsin] FMLA. Our records indicate that for the period of 08/19/2009 -- 08/19/2010 you have worked a total of 784 hours. In order to be eligible for [Wisconsin] FMLA, an employee must have worked a total of 1,000 hours within a rolling calendar year per Wisconsin Law. I am unable to recommend a Non-FMLA leave, because a Non-FMLA [leave] would be continuous in nature and not intermittently used. That leaves you with the option of a personal leave. A personal leave can only be approved by your supervisor. In order for me to request this from your supervisor, I need to know the dates in which you would like to be off.
>
> Should you have any questions or concerns, do not hesitate to contact me.

(See D 000265-67, attached hereto as **Exhibit 1030**).

**RESPONSE:**

**REQUEST NO. 15:** Admit that on August 25, 2010, and September 4, 2010, after receiving **Exhibit 1030** referenced above, Plaintiff asked Frontier/RAH to recalculate her hours because she felt that Frontier/RAH's numbers were incorrect.

**RESPONSE:**

- 7 -

**REQUEST NO. 16:** Admit that, per Plaintiff's request, Frontier/RAH re-calculated Plaintiff's hours.

**RESPONSE:**

**REQUEST NO. 17:** Admit that on September 7, 2010, after initially denying Plaintiff's FMLA/Wisconsin FMLA leave request, Frontier/RAH notified Plaintiff of its approval of her leave request under the Wisconsin FMLA. (*See* D 000258-64, attached hereto as **Exhibit 1031**).

**RESPONSE:**

**REQUEST NO. 18:** Admit that as of September 7, 2010, Roter had worked 1119 hours for Frontier in the preceding twelve (12) month time period. (*See* D 000259, part of **Ex. 1031**).

**RESPONSE:**

**REQUEST NO. 19:** Admit that at no time after September 7, 2010, *i.e.*, after receipt of the September 7, 2010, e-mail (**Ex. 1031**), did Plaintiff request that Frontier and/or RAH recalculate her hours worked for FMLA and/or Wisconsin FMLA leave request purposes.

**RESPONSE:**

**REQUEST NO. 20:** Admit that on September 13, 2010, Plaintiff had the following e-mail exchange with Barbie Butler, former employee with RAH's Leave of Absence department:

9/13/2010 8:37 a.m. – email from Barbie Butler to Roter:

> I wanted to follow up and clarify with you on your FLA. You are currently qualified under Wisconsin law in which you have worked over 1,000 hours. Wisconsin FMLA only qualifies you to use up to 2 weeks (80 hours) in a 12 month period and not 480 hours in stated on your original approval letter.
>
> Please contact me if you have any other questions.

9/17/2010 3:15 p.m. – email from Plaintiff to LOA // cc: Jason J. Lehrman

> Barbie,

- 8 -

Thank you for getting everything straightened out. I used 5hrs of FMLA today due to a blood pressure spike and vomiting. I also saw my DR today and have a written excuse also. My supervisor and scheduling have been notified. I also left you a voice mail today regarding my sickness today. Have a good weekend.

(*See* D 000258, part of **Ex. 1031**).

    **RESPONSE:**

    **REQUEST NO. 21:** Admit that attached here to as **Exhibit 1032** (Bates stamped D 000626 – 639) is a true and accurate summary of the hours worked by Plaintiff for Frontier during the time period of December 31, 2009, through August 9, 2011.

    **REQUEST NO. 22:** Admit that the last day that Plaintiff performed any work for Frontier was August 9, 2011.

    **RESPONSE:**

    **REQUEST NO. 23:** Admit that at no time during the time period of June 1, 2011, through August 23, 2011, did Plaintiff's hours work reach (or rise above) 1250 hours in the preceding twelve (12) month time period. (*See* D 000625-638, attached hereto as **Exhibit 1032**).

    **RESPONSE:**

    **REQUEST NO. 24:** Admit that the document attached hereto as **Exhibit 1033** (Bates stamped D 000625) accurately summarizes Plaintiff's absences designated by Frontier as leave days used by her pursuant to the Wisconsin FMLA.

    **RESPONSE:**

    I CERTIFY UNDER OATH THAT THE ABOVE RESPONSES ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.


DATE: _____     Signature: _____
                                                  **DAFINA ROTER VELYOV**

## II.

## SECOND SET OF INTERROGATORIES

Defendants, Frontier Airlines, Inc. ("Frontier"), and Republic Airways Holdings Inc. ("RAH") (collectively referred to herein as "Defendants"), by counsel, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, propound to Plaintiff the following written Second Set of Interrogatories to be answered in writing and under oath by said Plaintiff within thirty (30) days after service thereof. Where knowledge or information in possession of Plaintiff is requested, such request includes knowledge of her agents, representatives and, unless privileged, his attorneys. These Interrogatories shall be deemed continuing so as to require supplemental answers if Plaintiff, her agents, representatives or attorneys, obtain further or different information between the time these answers are served and the time of the trial to the end that any new information may be promptly available to Defendants.

## INTERROGATORIES

**INTERROGATORY NO. 1:** If the Plaintiff fails to admit the truthfulness of any of the above Requests for Admissions, as to each such denial, objection or qualified admission, please state:

   a.    All facts, circumstances or other evidence which you contend to support the denial, objection or qualified admission; and,

   b.    The name, address, telephone number, title and employer of each witness or expert witness you intend to call to support the denial, objection or qualified admission.

**ANSWER:**

- 10 -

**INTERROGATORY NO. 2:** If the Plaintiff claims that she lacks sufficient information or knowledge to admit or deny any of the above Requests for Admissions, please state with specificity, all facts, circumstances, or other evidence which is required to enable the Plaintiff to either admit or deny said Requests for Admissions.

**ANSWER:**

I CERTIFY UNDER OATH THAT THE ABOVE ANSWERS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: _____ Signature: _____

**DAFINA ROTER VELYOV**

- 11 -

## II.

## SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants, Frontier Airlines, Inc. ("Frontier"), and Republic Airways Holdings Inc. ("RAH") (collectively referred to herein as "Defendants"), by counsel, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, request that Plaintiff produce and permit counsel for the Defendants to inspect and copy at the offices of Ice Miller LLP, One American Square, Suite 2900, Indianapolis, Indiana 46282, within thirty (30) days of the date hereof, or such earlier date as the parties may agree upon, each of the following documents:

**REQUEST NO. 1:**   If the Plaintiff fails to admit the truthfulness of any of the above Requests for Admissions, as to each such denial, objection or qualified admission, please produce any and all records that support the Plaintiff's denial, objection or qualified admission.

**RESPONSE:**

**REQUEST NO. 2:**   If the Plaintiff claims that he lacks sufficient information or knowledge to admit or deny any of the above Requests for Admissions, please produce all documents which are required to enable the Plaintiff to either admit or deny said Request for Admission.

**RESPONSE:**

- 12 -

Respectfully submitted,

David J. Carr, Attorney No. 4241-49
Paul Sweeney, Attorney No. 20392-29
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 236-2219
david.carr@icemiller.com
paul.sweeney@icemiller.com

*Attorneys for Defendants, Frontier Airlines, Inc.
and Republic Airways Holdings Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2014, a copy of the foregoing was served

by Overnight Mail (hard copy) and e-mail (Word format) on the following:

Dafina Roter Velyov
Plaintiff Pro Se
Dafina A. Roter
26118 Barbery Lane
Windlake, WI 53185
roterdafina@yahoo.com

Paul C. Sweeney

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Phone: (317) 236-2100
Fax: (317) 236-2219
david.carr@icemiller.com
paul.sweeney@icemiller.com

- 13 -



**MIDWEST AIRLINES**
*The best care in the air.*

**To:**  Dafina Roter

**Date:**  April 17, 2006

**From:**  Robin Kuehn

**Subject:**  Documented Verbal Discussion - Attendance

As we've discussed, in the past 12 months and you have had 4 attendance occurrences.

Your instances include the following dates:

| | |
|---|---|
| January 13 & 14, 2006 | Sick Leave |
| Saturday February 11, 2006 | Unexcused Absence |
| March 25, 2006 | Tardy 1 Minute |
| April 17, 2006 | Sick Leave |

I am concerned about your attendance and it is the policy of Midwest Airlines that prompt and regular attendance is required of all employees to maint~~~~ quality customer service and internal operations. Employees are expected to ~~ scheduled or directed and to work their scheduled, assigned or approv~ hours.

It is imperative that you i~ ou strive to meet the MKE Station guideline of ~ Any additional occurrences will result in further d. r provisional status.

*Not signed Apr 17, 2006*

If you are experiencing c discuss your condition with the Occupational He In addition, if personal or family problems are aff~ ~s are available to help provide direction and a net~

Though I will continue to mo~ nts in your attendance, I am also available ~act me if I can be of assistance.

I have read and fully understand th ~~tation.

_____        _____
Employee/Date                                         Supervisor/Date

cc:  Supervisor File
     Employee File

Revised 6/23/04

**EXHIBIT**
_____

D 000396



**MIDWEST AIRLINES**

*The best care in the air®*

TO:        Dafina Roter

FROM:     Robin Kuehn

DATE:     June 30, 2006

RE:        Employment Classification Warning

You are receiving this written warning because you did not meet your minimum required hours for the 2nd quarter of 2006. Your average was 36.33 hours.

This will serve as your final written warning that you must average 40 hours per week going forward and if you fail to meet this requirement at the end of the 3rd quarter, which ends on September 24th, you will be down graded to part-time and removed from your Lead position. We understand that due to circumstances beyond one's control, there may be times that the exact requirement of 40 hours cannot be met. Therefore, a down-grade to part-time will only take place if you average less than 37 hours. Downgrading to Intermittent status may be an option if it's available and if you meet the requirements. Below is a recap of the Minimum Hours Policy from the CSR Scheduling Handbook.

As was previously communicated, a report has been developed that tracks employee's hours. We will be reporting to you every month what your average hours were in the month. Any hours that are coded to DSA, VAC, or sick leave ARE included in your average and are not deducted out. Note that DSA's of 30 minutes or less and Shift trades off (SHO) do NOT count toward your monthly hours. Attached to this memo is an outline of pay dates in 2006, along with what pay periods are in every monthly report. Please make note of this and ensure that you are maintaining your minimum required hours (20hrs PT and 40hrs FT) by the end of every quarter. Note that the 1st and 3rd quarters have an additional pay period.

If minimums are not met for a given quarter, full-time employee's status may be changed to part-time. Part-time employee's status may be changed to intermittent, however, there are not always openings for intermittent – additionally, specific performance expectations must be met to qualify. If intermittent is not an option, the employee risks termination.

In addition to maintaining hours for employee classification, all part time employees average hours are audited quarterly and their classification for benefit cost is changed accordingly. Part-time employees benefit costs are calculated by the amount of average hours they work. There are 2 categories: Over 30 hours and Under 30 hours.

Your signature below confirms that you understand the above information.

_Dafina Roter_
Employee Signature          _7/3/06_
                            Date

_Robin Winkle_
Supervisor Signature        _7/3/06_
                            Date

**EXHIBIT**

_1/002_

D 000401



**MIDWEST**
**AIRLINES**
*The best care in the air.*

**To:** Dafina Roter

**Date:** August 28, 2006

**From:** Amanda Hendler

**Subject:** Documented Verbal Discussion - Attendance

As we've discussed, in the past 12 months and you have had (4) attendance occurrences.

Your instances include the following dates:

> January 13-14, 2006    Sick
> February 11, 2006    UN
> April 17, 2006    Sick
> July 7-9, 2006    Sick

I am concerned about your attendance and it is the policy of Midwest Airlines that prompt and regular attendance is required of all employees to maintain high quality customer service and internal operations. Employees are expected to report to work as scheduled or directed and to work their scheduled, assigned or approved hours and any traded hours.

It is imperative that you improve your attendance at work, and that you strive to meet the MKE Station guideline of 3 or less instances per 12-month rolling period. Any additional occurrences will result in further disciplinary action, including a written warning or provisional status.

If you are experiencing chronic health problems, it is advisable that you discuss your condition with the Occupational Health and Safety nurse (phone # 414-570-9352). In addition, if personal or family problems are affecting your attendance/tardiness, EAP Counselors are available to help provide direction and a network of support (phone # 327-7017).

Though I will continue to monitor your progress and expect to see improvements in your attendance, I am also available to support you in your efforts. Please contact me if I can be of assistance.

I have read and fully understand the above documentation.

_Dafina Roter 8/28/06_      _Amanda Hendler_
Employee/Date                      Supervisor/Date

cc:    Supervisor File
       Employee File

Revised 6/23/04

**EXHIBIT**
_1103_

D 000395



**MIDWEST AIRLINES**
*The best care in the air.*

**To:**     Dafina Roter

**Date:**   October 28, 2006

**From:**   Amanda Hendler

**Subject:** Written Warning - Attendance

As we've discussed, in the past 12 months you have had 5 attendance occurrences. This will serve as your written warning regarding your attendance. Our operation depends on you being here to work your scheduled hours. Your absenteeism is negatively impacting our customer service level. In addition, as a lead agent you set the example. Your attendance record does not currently set an example for the CSR's to follow.

Your instances include the following dates in the past 12 months:

| | |
|---|---|
| January 13-14, 2006 | Sick |
| February 11, 2006 | UN |
| April 17, 2006 | Sick |
| July 7-9, 2006 | Sick |
| September 18, 2006 | UN |

It is imperative that you improve your attendance and that you strive to meet the MKE Station guideline of 3 or less instances per 12-month rolling period. The next attendance occurrence will result in further disciplinary action to include provisional status. I will be continuing to closely monitor your attendance.

Midwest Airlines functions in an environment where providing on-time service is crucial to the continued success of its operation. Such success relies on a full complement of employees regularly and reliably reporting to work. We understand legitimate medical problems or unanticipated emergencies may result in absence from work. However, every employee has a responsibility to take all reasonable steps to minimize such "unscheduled" absences, including maintaining sufficient health to permit regular attendance at work.

I have read and fully understand the above documentation.

_____10/28/06_____
Employee/Date

_____Dafina Roter_____
Supervisor/Date
*Amanda Hendler 10-28-06*

cc:    Supervisor File
       Employee File

Revised 6/23/04

**EXHIBIT**

D 000394

# Customer Service Lead
# 2005 Performance Review – MKE Counter/Gate

| | |
|---|---|
| Name: | |
| Dafina Roter | |
| Review Period | |
| From: September 2005 | To: January 2007 |
| Reviewed by | |
| Amanda Hendler | |

## Performance Levels and Definitions

In assessing performance, select the level which best describes results achieved and approach taken by the employee in performing the duties and responsibilities of this position.

| Rating | Definition |
|---|---|
| **5 Outstanding Performer** | Consistently and significantly exceeds most high expectations, which, in turn, surpasses objectives and standards and contributes significantly to ME's culture, progress and profitability. Regularly demonstrates a high level of competence leading to outstanding results. Possesses notable personal resilience and, utilizing this unique level of resilience, anticipates and takes on new/increased levels of responsibility and/or new assignments without direction or intervention from leadership and with minimal on-going supervision. Is viewed by staff/peers/senior leadership (or all of these) as working at a high level of effectiveness and efficiency with others and is regularly identified as a significantly talented contributor to our success. Achievements are the result of very high performance and are clearly recognized as outstanding. |
| **4 High Level Performer** | Consistently exceeds most of the high expectations, with achievement of results beyond those expected of the position. Demonstrates a high degree of functional knowledge and strengths in competencies of the position. Adjusts to change and readily accepts new responsibility with less than normal supervision and assistance. Actively enhances systems, processes and procedures in the organization and is recognized for valued contributions. Overall performance exceeds specific objectives and standards of performance. |
| **3 Achieves Required Expectations** | Performance consistently meets and may occasionally exceed requirements. Individual demonstrates effective and efficient utilization of functional knowledge and judgment and is recognized for valued contributions to the organization. Achieves performance results with normal supervision and assistance. Works well with others. Total results clearly meet the specific objectives and standards of performance. |
| **2 Below Required Expectations** | Performance has not consistently produced the expected results required for the position. Individual does not consistently demonstrate effective and efficient utilization of functional knowledge and judgment. Employee may require more than normal supervision and assistance to perform position. Performance needs to improve to achieve required expectations. |
| **1 Does Not Meet Required Expectations** | Performance does not meet expectations and results achieved are less than required of the position. Individual does not display a complete understanding of the breadth or depth or responsibility. The consequence of this rating is Provisional Status. Judgment, initiative, quality or quantity of work requires immediate improvement. Individual requires more supervision and assistance than is expected. In many cases, Provisional Status precedes termination. (Managers please note: If you are selecting this as your final overall rating for an employee, you must first contact your assigned HR staff member prior to the employee discussion.) |

**Not Rated (NR)**

In the case of new hires and experienced employees in new positions for less than one year, leaders may wish to discuss progress in performing the essential elements of the new position rather than assign a performance level.

EXHIBIT

_1005_

D 000397

Case 2:14-cv-00071-PP   Filed 10/14/14   Page 19 of 91   Document 34-1



Performance Summary – See page 5 for specific behaviors.
**Key Accountabilities / Expectations / Performance Objectives**

| Item | | Performance Rating |
|---|---|---|
| 1. COMMAND SKILLS | Dafina, you need to face challenges and adversity head on. Studies say followers really appreciated sound leadership during a crisis. They want to know there is a firm hand on the tiller. During a crisis, time is the enemy. Collect all the data the data that exists. Make a list of data that could be gathered in a short time. Ask others for suggestions and thoughts. Execute the decision with an instant feedback loop. Make adjustments as you go and communicate. Leading takes presence. You have to look and sound like a leader. | Below |
| 2. COMPOSURE | Dafina, your composure is inconsistent. Please remember not to let the stress get to you. Remember to step back and try to refocus when situations begin to get stressful. You have received numerous way to go's for helping the supervisor's get organized. For example, Tanya gave you a way to go on 27May06 for helping her get organized at the gates when things were starting to get hectic. Please remember the agent's look to you for guidance when situations are starting to get stressful. The more direction you can provide, the less stressful the situation may become. | Below |
| 3. CONFRONTING DIRECT REPORTS | Dafina, you do a wonderful job with confronting direct reports. You don't allow the problems to fester and you deal effectively with troublemakers. Thank you for all of your help dealing with the problem situations that do arise with agents. | High |
| 4. INFORMING | Dafina you are wonderful at providing the information people need to know to do their jobs and feel good about being a member of the team. Your documentation is thorough; remember to send it in a timely manor. This will ensure timely follow up by the correct people to ensure further situations will not occur. | Achieves |
| 5. NEGOTIATION | Dafina, you have a wonderful sense of timing when negotiating in tough situations. You are able to settle differences with minimum noise. For example when dealing with LAX passengers Donna Wagner and Bill Karnowski. They were trying to check in and due to unforeseen circumstances, they were checking in late with their cat. The agents were telling the passengers that they would not make the flight. Due to your quick thinking and action, these passengers made the flight with their cat on board. The passengers were very grateful. It is this type of action that will make you a strong leader in this organization. | Achieves |
| 6. PRIORITY SETTING | Dafina, you need to focus on the goals at hand. Be sure to make sure that all follow up and documentation is done as soon as situations arise. Please be sure to advise supervisor where you are at all times, as we rely on our lead agents for our support. | Below |
| 7. INTERPERSONAL SAVVY | Dafina, you relate well with all kinds of people. Try not to show emotion through your body language. You build constructive and effective relationships with our agents and our passengers. | Achieves |
| 8. MOTIVATING OTHERS | **Dafina, it seems there has been a lack of motivation on your part, which leads to a decrease in motivating others. Please keep in mind the Midwest Leadership standards: Know your employees, Involve your employees, Help your employees succeed and Thank your employees. Try to remember we need to create a climate in which people want to do their best.** | Below |

D 000398

Case 2:14-cv-00071-PP   Filed 10/14/14   Page 20 of 91   Document 34-1

# Technical Competencies - See page 6 for specific behaviors.
### (Use Directory of Technical Competencies)

| Item | | Performance Rating |
|---|---|---|
| 1.<br>KNOWLEDGE OF COUNTER/GATE OPS | Dafina, you have functional knowledge in all aspects of the counter and gate operations. In the upcoming year, please try not to swap when you are at the counter. The more practice that you have at the counter will ensure success for the entire team. Look into the ticketing modules to ensure that you are comfortable with the counter operation. This will ensure success not only for you, but all of our agents. | Achieves |
| 2.<br>TECHNICAL LEARNING | Dafina, your success at the counter will enhance your ability to assist our agents. You are well versed in computer software applications. The ticketing modules will only enhance your abilities at the ticket counter. | Achieves |
| 3.<br>PRESENTATION SKILLS | Dafina, thank you for maintaining a professional appearance adhering to and enforcing the uniform guidelines. For the upcoming year, please take it upon yourself to do the briefings. This will ensure all agents are getting the information that is pertinent to our success. | Achieves |
| 4.<br>RELIABILITY | Dafina, you are currently on a written warning for your attendance. This affects the entire organization. It is imperative that you improve your attendance. You are a leader in this organization and please remember that the agents look you up to. Setting a good example to our employees is crucial to your role in this organization. | Below |

D 000399



# Performance Improvement

## Performance Improvement As Applicable

Dafina, you are a hard worker and thank you for your contributions to the organization. There are some things to work toward in the upcoming year. Ticketing modules and more work at the counter. Try not to swap the days when you are scheduled at the counter. The more knowledge you have the better we will be able to assist our agents.

Take charge of stressful situations. Know that you are the leader that the agents will be looking to when situations do arise.

Attendance is crucial. Please make sure that this is a focus for improvement for next year.

## Overall Performance Evaluation

| 5☐ | 4☐ | 3☐ | 2X | 1☐ | NR☐ |
|---|---|---|---|---|---|
| Outstanding Performer | High Level Performer | Achieves Required Expectations | Below Required Expectations | Does Not Meet Required Expectations | On Assignment Less Than One Year |

Employee Signature   _Dafina_   Date  1/23/07

Leader   _Sadir, Smitec_   Date  1/23/07

cc:   Employee
      Employee's Department File
      Compensation / Human Resources

D 000400



**MIDWEST AIRLINES**
The best care in the air.

**To:** Dafina Roter
**Date:** Sep 17, 2007
**From:** Jason Lehrman
**Subject:** Revised Verbal Warning Attendance

As we've discussed, in the past 12 months you have had (5) multiple attendance occurrences plus will drop one on Sep 18th. As we've discussed, this is a revised written verbal warning regarding attendance. Your chronic attendance occurrences continue to be a problem. Our operation depends on you being here to work your scheduled hours. Also, your absenteeism is negatively impacting our customer service level.

Your instances include the following dates in the past 12 months:
- Verbal warning May 21, 2007

| | |
|---|---|
| Sep 18, 2006 | UN |
| Jan 26, 2007 | Sick |
| May 21, 2007 | Sick |
| July 12, 2007 | UN |
| Sep 15, 2007 | Tardy |

It is imperative that you improve your attendance and that you strive to meet the MKE Station guideline of 3 or less instances per 12-month rolling period. The next attendance occurrence will result in a written second warning. I will be continuing to closely monitor your attendance.

Midwest Airlines functions in an environment where providing on-time service is crucial to the continued success of its operation. Such success relies on a full complement of employees regularly and reliably reporting to work. We understand legitimate medical problems or unanticipated emergencies may result in absence from work. However, every employee has a responsibility to take all reasonable steps to minimize such "unscheduled" absences, including maintaining sufficient health to permit regular attendance at work.

I have read and fully understand the above documentation.

_Dafina Roter_ 9/17/07          _Jason Lehrman_ 9-17-07
Employee/Date                         Supervisor/Date

cc:     Supervisor File
        Employee File

Revised 6/23/04

**EXHIBIT**
1001

D 000393



**MIDWEST**
**AIRLINES**
The best care in the air.

**To:** Dafiana Roter
**Date:** Nov 26, 2007
**From:** Jason Lehrman
**Subject:** Second warning letter

As we've discussed, in the past 12 months you have had multiple attendance occurrences. As we've discussed, this is your second warning regarding attendance. Your chronic attendance occurrences continue to be a problem. Our operation depends on you being here to work your scheduled hours. Also, your absenteeism is negatively impacting our customer service level.

Your instances include the following dates in the past 12 months:
- Verbal warning May 21, 2007

| | |
|---|---|
| Jan 26, 2007 | Sick |
| May 21, 2007 | Sick |
| July 12, 2007 | UN |
| Sep 15, 2007 | Tardy |
| Nov 18, 2007 | Tardy |

It is imperative that you improve your attendance and that you strive to meet the MKE Station guideline of 3 or less instances per 12-month rolling period. The next attendance occurrence will result in further disciplinary action to include provisional status. I will be continuing to closely monitor your attendance.

Midwest Airlines functions in an environment where providing on-time service is crucial to the continued success of its operation. Such success relies on a full complement of employees regularly and reliably reporting to work. We understand legitimate medical problems or unanticipated emergencies may result in absence from work. However, every employee has a responsibility to take all reasonable steps to minimize such "unscheduled" absences, including maintaining sufficient health to permit regular attendance at work.

I have read and fully understand the above documentation.

_11/26/07_
Employee/Date

_11/26/07_

_Dafina Roter_
Supervisor/Date

cc:     Supervisor File
        Employee File

Revised 6/23/04

**EXHIBIT**

D 000392



**MIDWEST**
*AIRLINES*
*The best care in the air*

To: Dafina Roter

Date: Dec 30, 2007

From: Jason Lehrman

Subject: PROVISIONAL STATUS - ATTENDANCE

As you know, we have had numerous discussions regarding your work performance, which of course includes attendance. Unfortunately, you have not resolved these issues, and in fact, your recent behavior is further indication that my previous attempts to coach you towards improvement have failed. Effective immediately, you are being placed on a **90-day provisional status.**
Also if the absences are covered under FMLA that has been sent in and if approved the provisional status would be removed off your record. The following provides you with a summary of events leading up to this decision.

|  |  |
|---|---|
| Jan 26, 2007 | sick |
| May 21, 2007 | sick |
| Jul 12, 2007 | Unexcused |
| Sep 15, 2007 | tardy |

- **Written verbal warning for attendance Sept 17th**

| Nov 18, 2007 | tardy |
|---|---|

- **Second written warning for attendance Nov 26, 2007**
- Dec 21st and 22nd, 2007 sick doctor's note Strep throat (contagious) applying for FMLA

**Action Plan:** You are being placed on Provisional Status for 90 days. During this time, your work performance, which of course includes attendance, will be closely monitored.

**Any further performance issues during this provisional period will result in further disciplinary action up to and including termination.**

**Goals & Expectations:** It is my expectation that you will be at work and on time for all of your scheduled, assigned or approved hours and any traded hours. It is my expectation that you will show immediate and then sustained improvement going forward.

**Restrictions include:** During the provisional period there will be **no pay increases, no opportunities to post for job openings,** and, if we have income sharing, your ability to participate may be affected.

If at any time during this provisional period you fail to demonstrate adequate improvement or continue to exhibit unprofessional, inappropriate conduct, you may be terminated prior to the completion of this 90-day provisional period. Furthermore, if this provisional period is successfully completed, you must continue to maintain satisfactory performance in the future, or termination may occur without further notice.

I have read and fully understand the above documentation.

Dafina Roter    12/30/07          Jason Lehrman    12-30-07
Employee Name      DATE            Supervisor Name       DATE

cc: Supervisor File
Employee File

Revised 6/23/04

**EXHIBIT**
1008

D 000385

# Operations Agent – MKE
# 2006 Performance Review

| | |
|---|---|
| Name: | |
| Dalina Roter | |
| Position: | |
| Operations agent | |
| Review Period | |
| From: Dec 2006 | To: Dec 2007 |
| Reviewed by | |
| Jason Lehrman Operations Supervisor | |

## Performance Levels and Definitions

In assessing performance, select the level which best describes results achieved and approach taken by the employee in performing the duties and responsibilities of this position.

| Rating | Definition |
|---|---|
| **5 Outstanding Performer** | Consistently and significantly exceeds most high expectations, which, in turn, surpasses objectives and standards and contributes significantly to ME's culture, progress and profitability. Regularly demonstrates a high level of competence leading to outstanding results. Possesses notable personal resilience and, utilizing this unique level of resilience, anticipates and takes on new/increased levels of responsibility and/or new assignments without direction or intervention from leadership and with minimal on-going supervision. Is viewed by staff/peers/senior leadership (or all of these) as working at a high level of effectiveness and efficiency with others and is regularly identified as a significantly talented contributor to our success. Achievements are the result of very high performance and are clearly recognized as outstanding. |
| **4 Valued Performer** | Consistently exceeds most of the high expectations, with achievement of results beyond those expected of the position. Demonstrates a high degree of functional knowledge and strengths in competencies of the position. Adjusts to change and readily accepts new responsibility with less than normal supervision and assistance. Actively enhances systems, processes and procedures in the organization and is recognized for valued contributions. Overall performance exceeds specific objectives and standards of performance. |
| **3 Achieves Required Expectations** | Performance consistently meets and may occasionally exceed requirements. Individual demonstrates efficient and efficient utilization of functional knowledge and judgment and is recognized for valued contributions to the organization. Achieves performance results with normal supervision and assistance. Works well with others. Total results clearly meet the specific objectives and standards of performance. |
| **2 Below Required Expectations** | Performance has not consistently produced the expected results required for the position. Individual does not consistently demonstrate effective and efficient utilization of functional knowledge and judgment. Employee may require more than normal supervision and assistance to perform position. Performance needs to improve to achieve required expectations. |
| **1 Does Not Meet Required Expectations** | Performance does not meet expectations and results achieved are less than required of the position. Individual does not display a complete understanding of the breadth or depth or responsibility. The consequence of this rating is Provisional Status. Judgment, initiative, quality or quantity of work requires immediate improvement. Individual requires more supervision and assistance than is expected. In many cases, Provisional Status precedes termination. (Managers please note: If you are selecting this as your final overall rating for an employee, you must first contact your assigned HR staff member prior to the employee discussion.) |
| **Not Rated (NR)** | In the case of new hires and experienced employees in new positions for less than one year, leaders may wish to discuss progress in performing the essential elements of the new position rather than assign a performance level. |

EXHIBIT
1009

D 000387

**Performance Summary – See page 4 for specific behaviors.**
**Key Accountabilities / Expectations / Performance Objectives**

| Item | | Performance Rating |
|------|------|:---:|
| 1. ORGANIZATION | You do a good job at multi-tasking and keeping everything straight; you take the initiative to pre-plan. | 3 |
| 2. DEPENDABILITY | You see task and responsibilities through until the job is complete. As we have discussed make sure you keep an eye on your attendance. | 3 |
| 3. ATTENDANCE | Your instances for 2007 are Jan 26, 2007 sick, May 21 sick, July 12th, 2007 unexcused, Sept 15th, 2007 tardy, November 18th 2007 tardy ~~Dec 21st and 22nd, 2007~~. You were coached on attendance and are on a second warning. Please strive to meet the MKE standard of three or less instances in a rolling twelve-month period. | 1 |
| 4. COMPOSURE | Don't become defensive or irritated when things are going wrong. | 3 |
| 5. INDEPENDENT JUDGMENT | You are confident in working unassisted and know when to ask a question. | 3 |
| 6. TEAMWORK | Your co-workers respect your judgment and can easily count on you to assist them when necessary. You are a team player and get along with everyone. Thanks for explaining procedures to the gate agents that are new when they call in delays. The experience you pass on to the gate helps them become stronger agents. Thanks for assisting with a GSC question at the gate when a gate supe was unavailable. | 3 |
| 7. IRREGULAR OPS DEALING WITH AMBIGUITY | You are working with the unknowns of irregular operations and ask the appropriate questions to get the job done. You don't have to finish things up before moving on. | 3 |
| 8. NEGOTIATION | Your approach in dealing with other departments (pilots, FA's, gate CSR's, Mtc, commissary, ASIG, SOC, etc) is of understanding and you easily gain the trust with each party. | 3 |
| 9. INFORMING | Your communication skills are very good as you relay information to all necessary parties in a timely and professional manner. | 3 |
| 10. APPEARANCE | You meet the requirements of the non-uniform policy. | 3 |

## Technical Competencies - See page 5 for specific behaviors

**(Use Directory of**
**Technical Competencies)**

D 000388

| 1. TECHNICAL LEARNING | You grasp changes easily. | 3 |
|---|---|---|

## Performance Improvement

### Performance Improvement As Applicable

Continue to work on being totally competent in each position (gate planning). We are setting up a date for more training in this area. Make sure you try to rotate into each position weekly not just at the delay position. Ask questions of me and your other co-workers. If there is an area that you are weak in try and do that position as much as possible. Remember you may not of discussed every issue that comes up during training on a particular situation. If a co-worker passes on information that you were unaware of listen to what they have to say and implement the change. Work on improving attendance in the coming year and meeting the MKE station standard of three or less.

### Additional Feedback

Thank you for the ongoing initiative in learning every position. Thanks for picking all the open hours.

### Overall Performance Evaluation

| 5 ☐ | 4 ☐ | 3 ☒ | 2 ☐ | 1 ☐ | NR ☐ |
|---|---|---|---|---|---|
| Outstanding Performer | Valued Performer | Achieves Required Expectations | Below Required Expectations | Does Not Meet Required Expectations | On Assignment Less Than One Year |

Employee Signature                    Date

X _Dafina Roter_                         1-17-08

Leader                                Date

_Jason Behman_                          1-17-08

cc:  Employee
     Employee's Department File
     Compensation / Human Resources

D 000389

Case 2:14-cv-00071-PP   Filed 10/14/14   Page 28 of 91   Document 34-1

## MKE OPERATIONS AGENT COMPETENCY DEFINITIONS - 2006
### Key Accountabilities / Expectations / Performance Objectives

**Organization:**
- Utilizes resources to get things done
- Conducts multiple activities at once to accomplish a goal
- Uses resources effectively and efficiently
- Arranges computer information and files in a useful manner
- Efficiently uses downtime to support the company objectives

**Dependability:**
- Ready to start working at start of shift and is prepared
- Sees tasks and responsibilities through until the job is completed
- Peers and supervisor can rely on them to complete a thorough job
- Meets deadlines

**Attendance:**
- Does not miss any days away from work
- Reports to work on time

**Composure:**
- Is cool under pressure
- Does not become defensive or irritated when times are tough
- Is considered mature
- Can be counted on to hold things together during tough times
- Can handle stress
- Is not knocked off balance by the unexpected
- Doesn't show frustration when resisted or blocked
- Is a settling influence in a crisis

**Independent Judgment:**
- Confident in working unassisted
- Not fearful of acting with a minimum of planning
- Enjoys working hard
- Is action oriented and full of energy seeking new challenges
- Seizes more opportunities than others

**Teamwork:**
- Finds common ground and solves problems for the good of all
- Can represent their own interests and yet be fair to other groups
- Can solve problems with peers objectively and professionally
- Is seen as a team player and is cooperative
- Easily gains trust and support of peers
- Encourages collaboration
- Can be candid with peers
- Assists peers when help is needed

**Irregular Ops - Ambiguity:**
- Can effectively cope with change
- Can shift gears comfortably
- Can decide and act without having the total picture
- Isn't upset when things are up in the air
- Doesn't have to finish things before moving on
- Can comfortably handle risk and uncertainty

**Negotiation:**
- Can negotiate skillfully with internal and external customers in tough situations
- Can settle differences objectively and professionally
- Can win concessions without damaging relationships
- Can be both direct and forceful as well as diplomatic
- Gains trust quickly of other parties to the negotiations
- Has a good sense of timing

**Informing:**
- Provides the information people need to know to do their jobs and to feel good about being a member of the team, unit and/or organization
- Provides individuals information so that they can make accurate decisions
- Is timely with information

D 000390

- Communicates respectfully and professionally via the radios, telephone, and written communication.

**Appearance:**
- Hair neat and trimmed
- Jewelry- approved pins, earrings etc.

- Uniform (if choose to wear) is worn properly; is neat, clean, and replaced as necessary
- Attire is professional – meets non-rev guidelines

---

## Technical Competencies

**Technical Learning:**
- Picks up on technical things quickly
- Can learn new skills and knowledge
- Is good at learning new industry, company, product or technical knowledge
- Well versed in computer software applications to include Sabre - RES and DECS, Flite Trac, Flight Explorer, FIDS system, Lotus Notes, Word, Excel

**Learning on the Fly:**
- Learns quickly when facing a new problem
- A persistent and versatile learner
- Open to change
- Analyzes both successes and failures for clues to improvement
- Experiments and will try anything to find solutions
- Enjoys the challenge of unfamiliar tasks
- Quickly grasps the essence and the underlying structure of anything

D 000391

# *Coach & Council*

**Date:**   1/17/08          **Time:**   _____

**Agent:**          Dafina Roter

**Time of occurrence:**   _____

**Type (check one):**   ☒ Coach & Council      ☐ Commendation

**Details:**  Dafian and I discussed attendance goals for 2008.  Dafina is at 6 instances and will be striving to meet the MKE standard of three or less in 2008.  We discussed where she is at this time.

**Issued By:**      Jason Lehrman

**Agent's Supervisor:**   Jason Lehrman

Completed meeting with Dafina
On Jan 17th.

Coach and Council – word doc

**EXHIBIT**

D 000386



**MIDWEST**
**AIRLINES**
*The best care in the air.*

To:    Dafina Roter
Date:   Feb 09, 2008
From:  Jason Lehrman
Subject: Verbal Warning Attendance

As we've discussed, in the past 12 months you have had (4) multiple attendance occurrences. As we've discussed, this is a written verbal warning regarding attendance. Your chronic attendance occurrences continue to be a problem. Our operation depends on you being here to work your scheduled hours. Also, your absenteeism is negatively impacting our customer service level.

Your instances include the following dates in the past 12 months:

| | |
|---|---|
| June 10th, 2008 | Tardy |
| Nov 06th, 2008 | Tardy |
| Dec 6th and 7th 2008 | Sick two days (1 instance) |
| Feb 06th, 2009 | UNX – daughter sick |

It is imperative that you improve your attendance and that you strive to meet the MKE Station guideline of 3 or less instances per 12-month rolling period. The next attendance occurrence will result in a written second warning. I will be continuing to closely monitor your attendance.

Midwest Airlines functions in an environment where providing on-time service is crucial to the continued success of its operation. Such success relies on a full complement of employees regularly and reliably reporting to work. We understand legitimate medical problems or unanticipated emergencies may result in absence from work. However, every employee has a responsibility to take all reasonable steps to minimize such "unscheduled" absences, including maintaining sufficient health to permit regular attendance at work.

I have read and fully understand the above documentation.

2/16/09
_____
Employee/Date

2/16/09

Dafina Roter
_____
Supervisor/Date

Jason J. Lehr

cc:    Supervisor File
       Employee File

Revised 6/23/04

EXHIBIT

D 000375

 

# MIDWEST AIRLINES
# ACTIVITY CHANGE FORM
### *COMPLETE ALL SECTIONS AND RETURN VIA E-MAIL TO DIANE SULLIVAN*

**A. EMPLOYEE PERSONAL DATA**

Employee ID   46068          Employee Name   Dafina Roter

---

**B. IS THIS CHANGE THE RESULT OF FILLING A REQUISITION?**

Yes ☐   Requisition Number
No ☒

---

**C. EFFECTIVE DATE OF CHANGE     4/7/08**

---

**D. EMPLOYEE'S CURRENT DATA**

Dept ID  627       Job Title OPs Agent                    Supv ID 85859

Current Pay Rate $13.02 per ☒ hr   ☐ month

Status ☐ Full time 40 hrs/wk   ☒ Part time 20 hrs/wk   ☐ Intermittent

---

**E. REASON FOR CHANGE**

☐ Change to Hours or Status
  ☐ Full time 40 hrs/wk   ☐ Part time ____ hrs/wk   ☐ Intermittent

☐ Change to Job, Dept, and/or Supervisor
  Dept ID ____   Account Code (G/L) ____   Job Title ____   Supv ID ____

☐ Change to Pay Rate
  New pay rate $ ____   per ☐ hour   ☐ month

☐ Provisional Status
  ☐ Add   ☐ Remove

☒ Return From Non-Intermittent Leave of Absence

☐ Retirement
  ☐ Retiree for travel only   ☐ Retiree for medical (age 55 with 10 years of service)
  Last Day Worked
☐ Termination
  ☐ Voluntary  Click Here to Select a VOL Reason   ☐ Involuntary  Click Here to Select an INV Reason
  Last Day Worked
  Eligible for Rehire?

---

**F. COMMENTS**

---

**G. APPROVAL(S)**

Supervisor       Jason Lehrman        ID 85859   Date 4/9/08

*Complete below only if this activity change is NOT from a requisition:*

Manager          Beth Nacker          ID 86226   Date 4/9/08
Manager's Manager   Denise Dembosky      ID 85745   Date 4/9/08

Updated 12/21/2007

**EXHIBIT**
_1012_

D 000414



**MIDWEST AIRLINES**
*The best care in the air*

To:     **Dafina Roter**
Date:   **July 11, 2008**
From:   **Beth Nacker**
Subject: **Verbal Warning Attendance**

As we've discussed, in the past 12 months you have had (5) multiple attendance occurrences. As we've discussed, this is a written verbal warning regarding attendance. Your chronic attendance occurrences continue to be a problem. Our operation depends on you being here to work your scheduled hours. Also, your absenteeism is negatively impacting our customer service level.

Your instances include the following dates in the past 12 months:

| | | |
|---|---|---|
| July 12, 2007 | UNX *(FellOFF)* | |
| Sep 15, 2007 | Tardy | |
| Nov 18, 2007 | Tardy | |
| May 12 and 13th 2008 | Sick applied for FMLA | *FMLA approved 7-29 TAKEOFF* |
| June 10, 2008 | Tardy | |

*Down to three*

It is imperative that you improve your attendance and that you strive to meet the MKE Station guideline of 3 or less instances per 12-month rolling period. The next attendance occurrence will result in a written second warning. I will be continuing to closely monitor your attendance.

Midwest Airlines functions in an environment where providing on-time service is crucial to the continued success of its operation. Such success relies on a full complement of employees regularly and reliably reporting to work. We understand legitimate medical problems or unanticipated emergencies may result in absence from work. However, every employee has a responsibility to take all reasonable steps to minimize such "unscheduled" absences, including maintaining sufficient health to permit regular attendance at work.

I have read and fully understand the above documentation.

_Dafina Roter 7/11/08_
Employee/Date

_Beth Nacker 7/11/08_
Supervisor/Date

cc:     Supervisor File
        Employee File

**EXHIBIT**
*1013*

D 000382



**MIDWEST AIRLINES**
*The best care in the air*

To:      Dafina Roter
Date:    Dec 11, 2008
From:    Jason Lehrman
Subject: Verbal Warning Attendance

As we've discussed, in the past 12 months you have had (4) multiple attendance occurrences. As we've discussed, this is a written verbal warning regarding attendance. Your chronic attendance occurrences continue to be a problem. Our operation depends on you being here to work your scheduled hours. Also, your absenteeism is negatively impacting our customer service level.

Your instances include the following dates in the past 12 months:

| | |
|---|---|
| Jun 10, 2008 | Tardy |
| Oct 4, 2008 | Tardy |
| Nov 6, 2008 | Tardy |
| Dec 6th and 7th 2008 | Sick |

It is imperative that you improve your attendance and that you strive to meet the MKE Station guideline of 3 or less instances per 12-month rolling period. The next attendance occurrence will result in a written second warning. I will be continuing to closely monitor your attendance.

Midwest Airlines functions in an environment where providing on-time service is crucial to the continued success of its operation. Such success relies on a full complement of employees regularly and reliably reporting to work. We understand legitimate medical problems or unanticipated emergencies may result in absence from work. However, every employee has a responsibility to take all reasonable steps to minimize such "unscheduled" absences, including maintaining sufficient health to permit regular attendance at work.

I have read and fully understand the above documentation.

_____12/16/08__ _Dafina Roter_____        _Dafina Roter_____
Employee/Date                                Supervisor/Date

                                             _Jason Lehrman_

cc:    Supervisor File
       Employee File

Revised 6/23/04

**EXHIBIT**
104

D 000381



# Operations Agent – MKE
# 2008 Performance Review

| Name: | |
|---|---|
| Dafina Roter | |
| Position: | |
| Operations Agent | |
| Review Period | |
| From: Dec 2007 | To: Dec 2008 |
| Reviewed by | |
| Jason Lehman Customer Service Operations Supervisor | |

## Performance Levels and Definitions

In assessing performance, select the level which best describes results achieved and approach taken by the employee in performing the duties and responsibilities of this position.

| Rating | Definition |
|---|---|
| 5  Outstanding Performer | Consistently and significantly exceeds most high expectations, which, in turn, surpasses objectives and standards and contributes significantly to ME's culture, progress and profitability. Regularly demonstrates a high level of competence leading to outstanding results. Possesses notable personal resilience and, utilizing this unique level of resilience, anticipates and takes on new/increased levels of responsibility and/or new assignments without direction or intervention from leadership and with minimal on-going supervision. Is viewed by staff/peers/senior leadership (or all of these) as working at a high level of effectiveness and efficiency with others and is regularly identified as a significantly talented contributor to our success. Achievements are the result of very high performance and are clearly recognized as outstanding. |
| 4  Valued Performer | Consistently exceeds most of the high expectations, with achievement of results beyond those expected of the position. Demonstrates a high degree of functional knowledge and strengths in competencies of the position. Adjusts to change and readily accepts new responsibility with less than normal supervision and assistance. Actively enhances systems, processes and procedures in the organization and is recognized for valued contributions. Overall performance exceeds specific objectives and standards of performance. |
| 3  Achieves Required Expectations | Performance consistently meets and may occasionally exceed requirements. Individual demonstrates effective and efficient utilization of functional knowledge and judgment and is recognized for valued contributions to the organization. Achieves performance results with normal supervision and assistance. Works well with others. Total results clearly meet the specific objectives and standards of performance. |
| 2  Below Required Expectations | Performance has not consistently produced the expected results required for the position. Individual does not consistently demonstrate effective and efficient utilization of functional knowledge and judgment. Employee may require more than normal supervision and assistance to perform position. Performance needs to improve to achieve required expectations. |
| 1  Does Not Meet Required Expectations | Performance does not meet expectations and results achieved are less than required of the position. Individual does not display a complete understanding of the breadth or depth of responsibility. The consequence of this rating is Provisional Status. Judgment, initiative, quality or quantity of work requires immediate improvement. Individual requires more supervision and assistance than is expected. In many cases, Provisional Status precedes termination. (Managers please note: If you are selecting this as your final overall rating for an employee, you must first contact your assigned HR staff member prior to the employee discussion.) |
| Not Rated (NR) | In the case of new hires and experienced employees in new positions for less than one year, leaders may wish to discuss progress in performing the essential elements of the new position rather than assign a performance level. |

EXHIBIT

D 000376

## Performance Summary -- See page 4 for specific behaviors.
### Key Accountabilities / Expectations / Performance Objectives

| Item | | Performance Rating |
|------|------|:---:|
| 1. ORGANIZATION | You do a good job at multi-tasking and keeping everything straight; you take the initiative to pre-plan. | 3 |
| 2. DEPENDABILITY | You see task and responsibilities through until the job is complete. | 3 |
| 3. ATTENDANCE | Your instances for 2008 are Jun 10, 2008 tardy, Nov 6th 2008, tardy 2008, Dec 6th and 7th 2008 sick. | 3 |
| 4. COMPOSURE | You become defensive or irritated at times when things are not going well. Work on handling stress when it comes your way. Sometimes you come off as being very directive instead of seeking information from a area. | 3 |
| 5. INDEPENDENT JUDGMENT | You are confident in working unassisted and know when to ask a question. | 3 |
| 6. TEAMWORK | Your co-workers respect your judgment and can easily count on you to assist them when necessary. Thanks for explaining procedures to the gate agents that are new when they call in delays. The experience you pass on to the gate helps them become stronger agents. | 3 |
| 7. IRREGULAR OPS DEALING WITH AMBIGUITY | You are working with the unknowns of irregular operations and ask the appropriate questions to get the job done. You don't have to finish things up before moving on. | 3 |
| 8. NEGOTIATION | Your approach in dealing with other departments (pilots, FA's, gate CSR's, Misc, commissary, ASIG, SOC, Republic and Skywest SOC etc) is of understanding and you easily gain the trust with each party. | 3 |
| 9. INFORMING | Your communication skills are very good as you relay information to all necessary parties in a timely and professional manner. Thanks for sending e-mails when you see that information needs to get to the other ops agents. Thanks for putting together a form with the new Sabre entries. | 3 |
| 10. APPEARANCE | You meet the requirements of the non-uniform policy. | 3 |

## Technical Competencies - See page 5 for specific behaviors

D 000377

Case 2:14-cv-00071-PP   Filed 10/14/14   Page 37 of 91   Document 34-1

| 1.<br>TECHNICAL LEARNING | Over the past year you have picked up the new programs and entries for ramp control Skywest and Republic. | 3 |
|---|---|---|

## Performance Improvement

### Performance Improvement As Applicable

Ask questions of me and your other co-workers if needed.

## Additional Feedback

Dafina, you are a great asset to the Operations tower. You take great pride in your work environment and Midwest airlines. Thanks you for caring how things work and look and cleaning the tower when you can. Thanks for your dedication to Midwest and 5.5 years of service.

## Overall Performance Evaluation

| 5 ☐ | 4 ☐ | 3 ☒ | 2 ☐ | 1 ☐ | NR ☐ |
|---|---|---|---|---|---|
| Outstanding Performer | Valued Performer | Achieves Required Expectations | Below Required Expectations | Does Not Meet Required Expectations | On Assignment Less Than One Year |

Employee Signature                    Date

x _Dafina Fotre_                      1/19/09

Leader                                Date

_Jason Lehman_                        1/19/09

cc:    Employee
       Employee's Department File
       Compensation / Human Resources

D 000378

Case 2:14-cv-00071-PP   Filed 10/14/14   Page 38 of 91   Document 34-1

## MKE OPERATIONS AGENT COMPETENCY DEFINITIONS - 2008
### Key Accountabilities / Expectations / Performance Objectives

**Organization:**
- Utilizes resources to get things done
- Conducts multiple activities at once to accomplish a goal
- Uses resources effectively and efficiently
- Arranges computer information and files in a useful manner
- Efficiently uses downtime to support the company objectives

**Dependability:**
- Ready to start working at start of shift and is prepared
- Sees tasks and responsibilities through until the job is completed
- Peers and supervisor can rely on them to complete a thorough job
- Meets deadlines

**Attendance:**
- Does not miss any days away from work
- Reports to work on time

**Composure:**
- Is cool under pressure
- Does not become defensive or irritated when times are tough
- Is considered mature
- Can be counted on to hold things together during tough times
- Can handle stress
- Is not knocked off balance by the unexpected
- Doesn't show frustration when resisted or blocked
- Is a settling influence in a crisis

**Independent Judgment:**
- Confident in working unassisted
- Not fearful of acting with a minimum of planning
- Enjoys working hard
- Is action oriented and full of energy seeking new challenges
- Seizes more opportunities than others

**Teamwork:**
- Finds common ground and solves problems for the good of all
- Can represent their own interests and yet be fair to other groups
- Can solve problems with peers objectively and professionally
- Is seen as a team player and is cooperative
- Easily gains trust and support of peers
- Encourages collaboration
- Can be candid with peers
- Assists peers when help is needed

**Irregular Ops - Ambiguity:**
- Can effectively cope with change
- Can shift gears comfortably
- Can decide and act without having the total picture
- Isn't upset when things are up in the air
- Doesn't have to finish things before moving on
- Can comfortably handle risk and uncertainty

**Negotiation:**
- Can negotiate skillfully with internal and external customers in tough situations
- Can settle differences objectively and professionally
- Can win concessions without damaging relationships
- Can be both direct and forceful as well as diplomatic
- Gains trust quickly of other parties to the negotiations
- Has a good sense of timing

**Informing:**
- Provides the information people need to know to do their jobs and to feel good about being a member of the team, unit and/or organization

D 000379

Case 2:14-cv-00071-PP   Filed 10/14/14   Page 39 of 91   Document 34-1

- Provides individuals information so that they can make accurate decisions
- Is timely with information
- Communicates respectfully and professionally via the radios, telephone, and written communication

**Appearance:**
- Hair neat and trimmed

- Jewelry- approved pins, earrings etc.
- Uniform (if choose to wear) is worn properly, is neat, clean, and replaced as necessary
- Attire is professional – meets non-rev guidelines

---

## Technical Competencies

**Technical Learning:**
- Picks up on technical things quickly
- Can learn new skills and knowledge
- Is good at learning new industry, company, product or technical knowledge
- Well versed in computer software applications to include Sabre - RES and DECS, Flite Trac, Flight Explorer, FIDS system, Lotus Notes, Word, Excel

**Learning on the Fly:**
- Learns quickly when facing a new problem
- A persistent and versatile learner
- Open to change
- Analyzes both successes and failures for clues to improvement
- Experiments and will try anything to find solutions
- Enjoys the challenge of unfamiliar tasks
- Quickly grasps the essence and the underlying structure of anything

D 000380



**MIDWEST**
**AIRLINES**
The best care in the air.

To:     **Dafina Roter**
Date:   **April 06. 2009**
From:   **Jason Lehrman**
Subject: **Second warning letter**

As we've discussed, in the past 12 months you have had ( 5 ) attendance occurrences. As we've discussed, this is your second warning regarding attendance. Your chronic attendance occurrences continue to be a problem. Our operation depends on you being here to work your scheduled hours. Also, your absenteeism is negatively impacting our customer service level.

Your instances include the following dates in the past 12 months:

- **Verbal warning 07/11/08**
- **Verbal warning 12/16/09**
- **Verbal warning 02/16/09**

Jun 10, 2008              Tardy
Nov 6, 2008               Tardy
Dec 6th and 7th  2008     Sick  2 days (counts as one instance)
Feb 06th, 2009            UNX (daughter sick)
April 04th, 2009          UNX (stuck in LAS)

It is imperative that you improve your attendance and that you strive to meet the MKE Station guideline of 3 or less instances per 12-month rolling period. The next attendance occurrence will result in further disciplinary action to include provisional status. I will be continuing to closely monitor your attendance.

Midwest Airlines functions in an environment where providing on-time service is crucial to the continued success of its operation. Such success relies on a full complement of employees regularly and reliably reporting to work. We understand legitimate medical problems or unanticipated emergencies may result in absence from work. However, every employee has a responsibility to take all reasonable steps to minimize such "unscheduled" absences, including maintaining sufficient health to permit regular attendance at work.

I have read and fully understand the above documentation.

_____              _____
Employee/Date                        Supervisor/Date

4/9/09

Revised 6/23/04

**EXHIBIT**

D 000374



**MIDWEST**
**AIRLINES**
*The best care in the air*

To:     Dafina Roter
Date:   May 31, 2009
From:  Jason Lehrman
Subject: Second warning letter

As we've discussed, in the past 12 months you have had (5) attendance occurrences. As we've discussed, this is your second warning regarding attendance. Your chronic attendance occurrences continue to be a problem. Our operation depends on you being here to work your scheduled hours. Also, your absenteeism is negatively impacting our customer service level.

Your instances include the following dates in the past 12 months:

- **Verbal warning 07/11/08**
- **Verbal warning 12/16/09**
- **Verbal warning 02/16/09**
- **Second warning 04/06/09**

| | |
|---|---|
| Nov 6, 2008 | Tardy |
| Dec 6th and 7th 2008 | Sick 2 days (counts as one instance) |
| Feb 06th, 2009 | UNX (daughter sick) |
| April 04th, 2009 | UNX (stuck in LAS) |
| May 29th, 2009 | Tardy (Overslept) |

It is imperative that you improve your attendance and that you strive to meet the MKE Station guideline of 3 or less instances per 12-month rolling period. The next attendance occurrence will result in further disciplinary action to include provisional status. I will be continuing to closely monitor your attendance.

Midwest Airlines functions in an environment where providing on-time service is crucial to the continued success of its operation. Such success relies on a full complement of employees regularly and reliably reporting to work. We understand legitimate medical problems or unanticipated emergencies may result in absence from work. However, every employee has a responsibility to take all reasonable steps to minimize such "unscheduled" absences, including maintaining sufficient health to permit regular attendance at work.

I have read and fully understand the above documentation.

Dafina Roter 6/10/09                     Jason Lehrman
Employee/Date                            Supervisor/Date

Revised 6/23/04

**EXHIBIT**
404

D 000373



**MIDWEST**
**AIRLINES**
*The best care in the air*

To:     Dafina Roter

Date:   July 9, 2009

From:   Beth Nacker

Subject: Last Chance agreement

As you are aware, you have had 7 attendance occurrences in the past 12 months. Since your last written warning dated 5/31/09, you've incurred 2 additional occurrences. Your attendance history includes numerous warnings to include previously being placed on provisional employment status.

7/4/09 – Unexcused (car would not start)
7/3/09 – Tardy (car troubles)
5/29/09 – Tardy (overslept)
4/4/09 – Unexcused (in LAS stuck non-rev'ing)
2/6/09 – Unexcused (daughter ill)
12/6/08, 12/7/08 – Sick
11/6/08 – Tardy

Within the past 2 years, your previous attendance warnings are dated:
5/31/09
4/6/09
12/11/08
7/11/08
2/9/08
12/30/07 – Provisional Employment Status

Dafina, it has been discussed with you that it's the policy of Midwest Airlines that prompt and regular attendance is required. Employees are expected to report to work as scheduled.

In lieu of terminating your employment for poor attendance, Dafina Roter and Midwest Airlines agree to the following.

Per this agreement, it is a requirement that you will not incur any further attendance occurrences until you are under the Midwest standard of three or less during a 12 month period. Furthermore, if this requirement is successfully completed, you must continue to maintain satisfactory performance in the future, or termination may occur without further notice.

**EXHIBIT**
1018

D 000369

Case 2:14-cv-00071-PP   Filed 10/14/15   Page 43 of 91   Document 34-1

Also it is an expectation that your work performance does not decline in any way, and will be closely monitored for 30 days.

**It must be understood this is your last chance and the only further discipline is termination.**

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

I, Dafina Roter, understand that this is my last chance to remain employed at Midwest Airlines. Failure to make immediate and sustained improvement will result in my immediate termination.

I further understand that Midwest Airlines is an employment-at-will employer. I agree to comply with all company policies, practices and procedures and understand that this agreement in no way prevents Midwest Airlines from taking disciplinary action, including termination for such violations.

My signature below indicates I understand the terms of my employment.

**I HAVE CAREFULLY READ AND UNDERSTAND AND ALL OF THE ABOVE.**

Dafina Roter 7/11/09                    Beta Nacker 7/11/09
Employee Signature/Date                    Supervisor Signature/Date

cc:    Supervisor File
       Employee File

**Employee Comments:**

D 000370




**Beth Nacker**
08/21/2009 11:25 AM

To: Dafina A Roter/MEP/MEH@MEH
cc: Jason J Lehrman/MEP/MEH@MEH
Subject: Re: Please Accept this...

Dafina -

Thank you for spending the time to respond to your attendance final warning and for the detail you've provided below. We will add this to your warning in your personnel file. Thanks again.

Beth Nacker
Manager, Customer Service MKE Station
Midwest Airlines
414-294-6212 office
414-467-1505 cell
Dafina A Roter

**Dafina A Roter**
08/21/2009 11:06 AM

To: Beth Nacker/MEP/MEH@MEH
cc: Jason J Lehrman/MEP/MEH@MEH
Subject: Please Accept this...

Good Morning!!

Iam hoping you will still accept this to put in my file. I apologize for the delay, I was upset about being put on the warning, needed sometime to calm down and then was on vacation, for some reason time seems to fly by in summer.

First of all, I'd like to say that I'am one of the best employees that Midwest Airlines has, and I do LOVE my job. Anyone who knows me, or has worked with me can, and will tell you this ten times over. Employees seem to be pulled into the offices of their bosses for negative reasons, never the positives. If you look in my file from when I started, I have alot of Way To Go's and alot of positive in my file. I understand that my attendance has not been the greatest in the last two years, But did anyone consider the first 3years I worked here, I had PERFECT attendance. Iam not making excuses, but unfortunately life has not been good to me in the last 2 1/2 years. In Oct 2006, my grandmother who was more like a mother to me, passed away from cancer, 8mo to follow my uncle, who was my big brother/father figure ( since I didn't have a dad ) committed suicide on my daughters bday, 52 days after that, his fiance drank herself to death. I went into a severe depression, loosing 3 family members in 10 months was alot to handle. Then in March of 2008, I was in the hospital with kidney failure, almost had a stroke because my blood pressure was 230/200, I had to go through blood transfusions and a series of other things, when released from the hospital I was put on FMLA. I missed work and had begged my DR to release me back, which he did on 4/7/08, earlier than he wanted too. From the time I got out of the hospital until March of 2009, I was on a series meds for my blood pressure every 2mo ( diffrnt meds ) because nothing was working for me,which caused me to be extremely tired and have migraine headaches,which caused me to over sleep or call in sick. I have never been on FMLA before, and honestly was too sick to read up on the details of coverage which hurt me in the end . I called in days late for coverage, and didn't call in days that should of been covered due to the fact that it was all from the side effects from the meds I was on. I don't think you understand the state of mind I was in due to the meds and what the wrong ones can do to you and your body. I'am requesting documentation from my Nephrologist including all the different meds I was on and their side effects to attach to this. I also had strep throat from Dec 2008 until Apr 2009. I have NO immune system left from being on antibiotics since I was 15yrs old due to multiple kidney infections all my life. I'am immune to 90% antibiotics and couldn't get rid of strep throat. I went from 13% kidney function to 30% now and have come a long way from where I was at. Iam sharing these personal issues for a reason, I want you to know that Iam a dedicated employee and I understand that reliability is huge. I'am reliable, I always pick up open hours when I can, when I was a lead, I filled in as supervisor 90% of the time because we were short staffed, I've had board members request me as my escort, I was a GSC for

**EXHIBIT**
~~45~~

D 000371

# FRONTIER | PERFORMANCE COUNSELING RECORD

Form Number 2066R
Effective Date 3/18

EMPLOYEE NAME **DAFINA ROTER**                         DATE 7/30/2010

DEPARTMENT / LOCATION MKE/CS                         POSITION OPS

TYPE OF PERFORMANCE COUNSELING:

| | |
|---|---|
| ☐ Record of Discussion | ☐ Documented Verbal Warning |
| X Written Warning | ☐ Final Termination Warning |
| ☐ Pass Suspension | ☐ Suspension Pending Investigation |

(Refer to Frontier Airlines Employee Handbook or Department-specific guidelines for information regarding performance and conduct)

Was EAP offered?        ☐ YES  ☒ NO        _DR_ Emp Init

Was FMLA discussed?    ☒ YES  ☐ NO        _DR_ Emp Init

If you or a qualifying family member has a serious health condition, you may qualify for FMLA and should request information from your supervisor

REASON(S) FOR PERFORMANCE COUNSELING     (Be specific, refer to previous performance counseling as appropriate.)

**Dafina clocked in at 5:02 for her shift starting at 4:30 on 7/30/10. 3 points are being deducted. Total blance 8 points.**

EXPECTATION(S) FOR SUSTAINED CHANGE IN BEHAVIOR AND/OR PERFORMANCE

**Unless otherwise indicated, all warnings / corrective actions remain in employee personnel files for one (1) year.**

You are expected to immediately take whatever action is necessary to meet the expectations for sustained change in your behavior and/or performance as outlined in this document. If, at any time during the warning period or thereafter, you fail to meet expectations or fail to make sufficient and sustained progress toward meeting stated expectations, additional action may be taken, up to and including termination of your employment.

Issued By

SUPERVISOR SIGNATURE _Jason Lehman_                 Date __ 8/2/2010

Approved By

NEXT LEVEL OF MANAGEMENT SIGNATURE / TITLE X                 Date _____

Reviewed By:

HUMAN RESOURCES SIGNATURE / TITLE _____                 Date _____

I acknowledge and understand the following.

☒ The information in this document was discussed with me and my signature indicates that I have received a copy of the Performance Counseling Record, but does not necessarily mean that I agree with this action or the reasons given for it.

☒ Failure to improve my performance and/or behavior as described may result in further action, including termination.

☒ I have the right to appeal this action in accordance with Frontier's Internal Appeal Procedures (including any applicable Department-specific procedures). If I choose to exercise that right, I must indicate that intention in writing to my supervisor and Human Resources within 7 days for the appeal process to be used. (Does not apply to Documented Verbal Warnings and Suspensions Pending Investigation)

☒ I am not eligible to apply for another position within the Company for 90 days from the date of this action. (Does not apply to Documented Verbal Warnings)

Employee Signature X _Dafina Roter_                 Date X 8/5/10

Employee Refused to sign _____                 Date _____

Document distribution: Signed Original to Human Resources, copies to both the named employee and to the supervisor issuing the Performance Counseling record

---

**EXHIBIT**
_1020_

D 000129

# Operations Agent – MKE
# 2010 Performance Review

| | |
|---|---|
| Name: | |
| **Dafna Roter** | |
| Position: | |
| **Operations Agent** | |
| Review Period | |
| From: Jan 2009 | To: Sep 2010 |
| Reviewed by | |
| Jason Lehrman Operations Supervisor | |

## Performance Levels and Definitions

In assessing performance, select the level which best describes results achieved and approach taken by the employee in performing the duties and responsibilities of this position.

| Rating | Definition |
|---|---|
| 5 Outstanding Performer | Consistently and significantly exceeds most high expectations, which, in turn, surpasses objectives and standards and contributes significantly to ME's culture, progress and profitability. Regularly demonstrates a high level of competence leading to outstanding results. Possesses notable personal resilience and, utilizing this unique level of resilience, anticipates and takes on new/increased levels of responsibility and/or new assignments without direction or intervention from leadership and with minimal on-going supervision. Is viewed by staff/peers/senior leadership (or all of these) as working at a high level of effectiveness and efficiency with others and is regularly identified as a significantly talented contributor to our success. Achievements are the result of very high performance and are clearly recognized as outstanding. |
| 4 Valued Performer | Consistently exceeds most of the high expectations, with achievement of results beyond those expected of the position. Demonstrates a high degree of functional knowledge and strengths in competencies of the position. Adjusts to change and readily accepts new responsibility with less than normal supervision and assistance. Actively enhances systems, processes and procedures in the organization and is recognized for valued contributions. Overall performance exceeds specific objectives and standards of performance. |
| 3 Achieves Required Expectations | Performance consistently meets and may occasionally exceed requirements. Individual demonstrates effective and efficient utilization of functional knowledge and judgment and is recognized for valued contributions to the organization. Achieves performance results with normal supervision and assistance. Works well with others. Total results clearly meet the specific objectives and standards of performance. |
| 2 Below Required Expectations | Performance has not consistently produced the expected results required for the position. Individual does not consistently demonstrate effective and efficient utilization of functional knowledge and judgment. Employee may require more than normal supervision and assistance to perform position. Performance needs to improve to achieve required expectations. |
| 1 Does Not Meet Required Expectations | Performance does not meet expectations and results achieved are less than required of the position. Individual does not display a complete understanding of the breadth or depth or responsibility. The consequence of this rating is Provisional Status. Judgment, initiative, quality or quantity of work requires immediate improvement. Individual requires more supervision and assistance than is expected. In many cases, Provisional Status precedes termination. (Managers please note: If you are selecting this as your final overall rating for an employee, you must first contact your assigned HR staff member prior to the employee discussion.) |
| <u>Not Rated (NR)</u> | In the case of new hires and experienced employees in new positions for less than one year, leaders may wish to discuss progress in performing the essential elements of the new position rather than assign a performance level. |

**EXHIBIT**

_1031_

D 000364

Case 2:14-cv-00071-PP    Filed 10/14/14    Page 47 of 91    Document 34-1





Performance Summary – See page 4 for specific behaviors.

**Key Accountabilities / Expectations / Performance Objectives**

| Item | | Performance Rating |
|---|---|---|
| 1.<br>ORGANIZATION | While you're capable of multi-tasking, there are times you lose focus and miss overall operational communications due to being side tracked or being engaged in small talk. | 3 |
| 2.<br>DEPENDABILITY | As we have discussed, your attendance is below expectations as you're at 8 attendance points. Over the past year your supervisors have had to correct and add missing information from the delay report. Make sure you ask more questions when discussing delays with other departments and then include all local M'text in your delay explanations. | 2 |
| 3.<br>ATTENDANCE | Please strive to meet acceptable attendance of more than 12 points in a 12-month period.<br>You have 8 points which is not meeting requirements. | 2 |
| 4.<br>COMPOSURE | Don't become defensive or irritated when things are going wrong. When you "vent" to co-workers about other departments, it creates a negative atmosphere and leads to a negative tone in your voice when communicating via the radio. It's important and an expectation that you remain professional at all times. In the event a work group or individual is not performing properly, the correct way to handle the situation is to maintain your professionalism while dealing with them but then follow-up with the ops supervisor on duty with details so they can address the situation. While assertiveness can be a strength, it can easily become demanding which is not appropriate. Additionally, ensure you speak respectfully about and to your co-workers and avoid any comments or jokes referencing ethnicity. | 2 |
| 5.<br>INDEPENDENT JUDGMENT | You are confident in working unassisted but sometimes act without seeking direction when appropriate. Ensure that you keep the supervisor or lead on duty informed of issues occurring with flights in your zone. | 3 |
| 6.<br>TEAMWORK | You are willing to assist your co-workers when they appear to need assistance. You get along with everyone but sometimes socialize at inappropriate times and it can be distracting to others and can lead to your missing communication that impacts the operation. Stay focused on the operation and tone down conversations and distractions especially during block time. | 3 |
| 7. IRREGULAR OPS<br>DEALING WITH AMBIGUITY | You are working with the unknowns of irregular operations and ask the appropriate questions to get the job done. You can easily move from one task to another. | 3 |
| 8.<br>NEGOTIATION | Your approach in dealing with other departments (pilots, gate agents, ramp agents, mx, commissary, ASIG, SOC, etc) is usually one that gains trust and allows the ability to come out with a win/win solution. | 3 |
| 9.<br>INFORMING | At times you communicate well with other departments and pass on swaps right away and at other times you seem to be distracted and not engaged in the operation and agents have to remind or ask you if you called the other areas. It's important to stay focused while at work and not allow outside factors such as personal issues become a distraction. | 2 |
| 10.<br>APPEARANCE | You meet the requirements of the non-uniform policy. | 3 |

D 000365

Case 2:14-cv-00071-PP   Filed 10/14/14   Page 48 of 91   Document 34-1

## Technical Competencies - See page 5 for specific behaviors
(Use Directory of
Technical Competencies)

| 1.<br>TECHNICAL LEARNING | You grasped the new Gate Manager program, the load planning system, and the new zone duties easily. | 3 |
|---|---|---|

## Performance Improvement

### Performance Improvement As Applicable

We know it can be difficult to keep up to date on everything when you are part-time. That said, it is that much more important to stay focused, and ask questions of me or the supervisor on duty. Work on improving your reliability/attendance and staying focused on the operation. Ensure you are using downtime effectively by reviewing previous emails and procedure changes sent by your leadership team.

## Additional Feedback

Thank you for your years of service. Challenge yourself in the upcoming year to make some necessary improvements.

## Overall Performance Evaluation

| 5 ☐ | 4 ☐ | 3 ☒ | 2 ☐ | 1 ☐ | NR ☐ |
|---|---|---|---|---|---|
| Outstanding Performer | Valued Performer | Achieves Required Expectations | Below Required Expectations | Does Not Meet Required Expectations | On Assignment Less Than One Year |

Employee Signature                    Date

X _Dakira Patel_                      _10/21/10_

Leader                                Date

_Jason Lehr_                          _10/21/10_

cc:    Employee
       Employee's Department File
       Compensation / Human Resources

D 000366



## *MKE OPERATIONS AGENT COMPETENCY DEFINITIONS - 2010*
### Key Accountabilities / Expectations / Performance Objectives

**Organization:**
- Utilizes resources to get things done
- Conducts multiple activities at once to accomplish a goal
- Uses resources effectively and efficiently
- Arranges computer information and files in a useful manner
- Efficiently uses downtime to support the company objectives

**Dependability:**
- Ready to start working at start of shift and is prepared
- Sees tasks and responsibilities through until the job is completed
- Peers and supervisor can rely on them to complete a thorough job
- Meets deadlines

**Attendance:**
- Does not miss any days away from work
- Reports to work on time

**Composure:**
- Is cool under pressure
- Does not become defensive or irritated when times are tough
- Is considered mature
- Can be counted on to hold things together during tough times
- Can handle stress
- Is not knocked off balance by the unexpected
- Doesn't show frustration when resisted or blocked
- Is a settling influence in a crisis

**Independent Judgment:**
- Confident in working unassisted
- Not fearful of acting with a minimum of planning
- Enjoys working hard
- Is action oriented and full of energy seeking new challenges
- Seizes more opportunities than others

**Teamwork:**
- Finds common ground and solves problems for the good of all
- Can represent their own interests and yet be fair to other groups
- Can solve problems with peers objectively and professionally
- Is seen as a team player and is cooperative
- Easily gains trust and support of peers
- Encourages collaboration
- Can be candid with peers
- Assists peers when help is needed

**Irregular Ops - Ambiguity:**
- Can effectively cope with change
- Can shift gears comfortably
- Can decide and act without having the total picture
- Isn't upset when things are up in the air
- Doesn't have to finish things before moving on
- Can comfortably handle risk and uncertainty

**Negotiation:**
- Can negotiate skillfully with internal and external customers in tough situations
- Can settle differences objectively and professionally
- Can win concessions without damaging relationships
- Can be both direct and forceful as well as diplomatic
- Gains trust quickly of other parties to the negotiations
- Has a good sense of timing

**Informing:**
- Provides the information people need to know to do their jobs and to feel good about being a member of the team, unit and/or organization
- Provides individuals information so that they can make accurate decisions
- Is timely with information
- Communicates respectfully and professionally via the radios, telephone, and written communication

**Appearance:**
- Hair neat and trimmed
- Jewelry- approved pins, earrings etc.
- Uniform (if choose to wear) is worn Properly, is neat, clean, and replaced as necessary
- Attire is professional – meets non-rev guidelines

D 000367



## Technical Competencies

**Technical Learning:**
- Picks up on technical things quickly
- Can learn new skills and knowledge
- Is good at learning new industry, company, product or technical knowledge
- Well versed in computer software applications to include Sabre - RES, Flite Trac, Flight Explorer, FIDS system, Outook, Word, Excel, Aerodata, and Gate Manager

**Learning on the Fly:**
- Learns quickly when facing a new problem
- A persistent and versatile learner
- Open to change
- Analyzes both successes and failures for clues to improvement
- Experiments and will try anything to find solutions
- Enjoys the challenge of unfamiliar tasks
- Quickly grasps the essence and the underlying structure of anything

D 000368

# Attendance Review for Employee #   17671    **DAFINA ROTER**

*Beginning Balance:*                                                    24

| DATE | | TYPE | POINT DED | BALANCE |
|------|---|------|-----------|---------|
| | | BEGINNING BALANCE | 0.0 | 24 |
| 09/17/10 | | LOA/PLOA/COLA | 0.0 | 24 |
| 11/05/10 | | FMLA | 0.0 | 24 |
| 02/04/11 | | ADD BONUS POINT | 1.0 | 25 |
| 02/11/11 | | FMLA | 0.0 | 25 |
| 02/25/11 | | FMLA | 0.0 | 25 |
| 04/02/11 *(emailed 4/4/11)* | | TARDY | -3.0 | 22 |
| 04/12/11 | | FMLA | 0.0 | 22 |
| 05/20/11 *(emailed 5/23/11)* | | TARDY | -3.0 | 19 |
| 06/02/11 | VW | PERFORMANCE WARNING | 0.0 | 19 |
| 07/19/11 | | FMLA | 0.0 | 19 |
| 07/21/11 | WW | PERFORMANCE WARNING | 0.0 | 19 |
| 08/02/11 *(emailed 8/4/11)* | | CALL IN AFTER START | -7.0 | 12 |
| 08/05/11 | FTW | PERFORMANCE WARNING | 0.0 | 12 |
| 08/10/11 *(emailed 8/15/11)* | | NCNS | -13.0 | -1 |
| 08/16/11 | | ABSENCE | -4.0 | -5 |
| 08/18/11 | | ABSENCE CONT. | -1.0 | -6 |
| 08/19/11 | | ABSENCE CONT. | -1.0 | -7 |
| 08/20/11 | | ABSENCE CONT. | -1.0 | -8 |

**EXHIBIT**

*10aa*

D 000130

REPUBLIC AIRWAYS

# PERFORMANCE
# COUNSELING RECORD

**EMPLOYEE NAME** Darine Roter      **DATE** 07-21-11
**DEPARTMENT / LOCATION** MKE Ops Tower      **POSITION** Ops Agent      **EE#** 417671

## TYPE OF PERFORMANCE COUNSELING:

☐ **Verbal Warning**      ☑ **Written Warning**      ☐ **Final Warning / Suspension**
(Refer to Employee Handbook & Dept. specific guidelines for information regarding performance and conduct)

Was EAP offered?      ☑ YES    ☐ NO
Was FMLA discussed?      ☑ YES    ☐ NO

If you or a qualifying family member has a serious health condition, you may qualify for FMLA and should request information from your supervisor.

**REASON(S) FOR PERFORMANCE COUNSELING** (Be specific, refer to previous performance counseling as appropriate.)

On 06/07/11 you were scheduled 0500-0900 and did not advise us prior to the start of your shift that you were ill. You communicated later in the day that you had called the operations tower sick call line but we received no message. On 07/19/11 you were scheduled 0500-0900 and did not advise us prior to the start of your shift that you were ill. You again communicated later in the day that you had called the operations tower sick call line but we received no message. The line had been tested in both occasions and accepted messages.

**EXPECTATION(S) FOR SUSTAINED CHANGE IN BEHAVIOR AND/OR PERFORMANCE**

Per the Customer Service Attendance policy noted in the Customer Service Department Handbook, section 8.02, an employee must notify his manager prior to the beginning of a scheduled shift if he will be absent as defined above. An employee should work with his manager to assure he fully understands how to report late arrival or illness locally. The call in policy will differ from station to station and it is the employee's responsibility to be aware of local procedures.

**Unless otherwise indicated, all warnings / corrective actions remain effective for one (1) year.**

You are expected to immediately take whatever action is necessary to meet the expectations for sustained change in your behavior and/or performance as outlined in this document. If, at any time during the warning period or thereafter, you fail to meet expectations or fail to make sufficient and sustained progress toward meeting stated expectations, additional action may be taken, up to and including termination of your employment.

Issued by:
SUPERVISOR NAME/SIGNATURE _Beth Nacker_ PRINT _Beth Nacker_ SIGN    DATE _7/21/11_

Employee acknowledgement on back of sheet.

PERFORMANCE COUNSELING RECORD 6.23.11.doc      6/23/2011

**EXHIBIT**
_1023_

D 000352

**EMPLOYEE ACKNOWLEDGEMENT**

I acknowledge and understand the following:

☑ The information in this document was discussed with me and my signature indicates that I have received a copy of the Disciplinary Action Record, but does not necessarily mean that I agree with this action or the reasons given for it.

☑ Failure to improve my performance and/or behavior as described may result in further action, including termination

EMPLOYEE
SIGNATURE _Dajina Roter_  DATE _7/21/11_

EMPLOYEE COMMENTS
_These attendance write ups are due to being on the kidney transplant list — until I got sick — I had almost perfect attendance._

Original to HR; copy to employee; copy to performing supervisor

D 000353

REPUBLIC AIRWAYS

# PERFORMANCE
# COUNSELING RECORD

| | | | |
|---|---|---|---|
| **EMPLOYEE NAME** Dafina Roter | | **DATE** 9/5/11 | |
| **DEPARTMENT / LOCATION** MKE Ops Tower | **POSITION** Ops Agent | **EE#** 417671 | |

## TYPE OF PERFORMANCE COUNSELING:

☐ **Verbal Warning**      ☐ **Written Warning**      ■ **Final Warning / Suspension**

(Refer to Employee Handbook or Dept. specific guidelines for information regarding performance and conduct)

Was EAP offered?      ☐ YES   ■ NO
Was FMLA discussed?   ■ YES   ☐ NO

If you or a qualifying family member has a serious health condition, you may qualify for FMLA and should request information from your supervisor.

**REASON(S) FOR PERFORMANCE COUNSELING** (Be specific, refer to previous performance counseling as appropriate.)

On 08/02/11, you were scheduled 0900-1200 for training and did not advise us prior to the start of your shift that you would not be in. The trainer sent you a text message at 0910 of which you responded at 0925 that you just woke up and that you would not be coming because your daughter was ill. Instead of calling the ops supervisor on duty, you sent your direct supervisor who was off that day a text message at 0955 that you would not be in. On 07/21/11 you were counseled and received a written warning for not following proper call in procedures.

**EXPECTATION(S) FOR SUSTAINED CHANGE IN BEHAVIOR AND/OR PERFORMANCE**

Per the Customer Service Attendance policy noted in the Customer Service Department Handbook, section 8.02, an employee must notify his manager prior to the beginning of a scheduled shift if he will be absent as defined above. An employee should work with his manager to assure he fully understands how to report late arrival or illness locally. The call in policy will differ from station to station and it is the employee's responsibility to be aware of local procedures.

**Unless otherwise indicated, all warnings / corrective actions remain effective for one (1) year.**

You are expected to immediately take whatever action is necessary to meet the expectations for sustained change in your behavior and/or performance as outlined in this document. If, at any time during the warning period or thereafter, you fail to meet expectations or fail to make sufficient and sustained progress toward meeting stated expectations, additional action may be taken, up to and including termination of your employment.

Issued by:
**SUPERVISOR NAME/SIGNATURE** *Beth Nacker*      *Beth Nacker*      DATE 8/5/11
                               PRINT                SIGN

Employee acknowledgement on back of sheet.

PERFORMANCE COUNSELING RECORD 6.23.11.doc                                    6/23/2011

EXHIBIT
1024

D 000350

**EMPLOYEE ACKNOWLEDGEMENT**

I acknowledge and understand the following:

☒ The information in this document was discussed with me and my signature indicates that I have received a copy of the Disciplinary Action Record, but does not necessarily mean that I agree with this action or the reasons given for it.

☒ Failure to improve my performance and/or behavior as described may result in further action, including termination

EMPLOYEE
SIGNATURE _Dafna Rotar_ _____ DATE _8/5/11_

EMPLOYEE COMMENTS _____

_____

_____

Original to HR; copy to employee; copy to performing supervisor

PERFORMANCE COUNSELING RECORD 6.23.11.doc                                    6/23/2011

D 000351

 

**FRONTIER.**

Frontier Airlines, Inc.
General Mitchell
International Airport
5300 S. Howell Ave
Milwaukee, WI 53207

P 720.374.4200
F 720.374.4375

frontierairlines.com

August 23, 2011

Dafina Roter
25501 W Loomis Rd
Waterford, WI 53185

Dafina,

Your employment at Frontier Airlines has been terminated for attendance. As of 08/20/11, you had an attendance point balance of negative 8 points. On 8/13/11, you were a no call no show leaving you with a point balance of negative 1. You have since been absent for your shifts on 08/18/11, 08/19/11, and 08/20/11 leaving you with a point balance of negative 8.

In completing this termination, you are REQUIRED to turn in:

Item / Cost of Item if not returned
- Company issued ID / $25.00
- Airport SIDA Badge / $20 - $100.00
- Airport parking hang tag (if applicable) / $89.00
- Keys (if applicable) / $12 per set or $3.00 per key

Upon receipt of the above listed items, your final paycheck(s) will be released to you. For items not returned, reasonable amounts will be deducted from your last paycheck(s). Please call me at 414-294-6212 to arrange an immediate return of the above items. If you have any further questions or concerns regarding this matter, please do not hesitate to contact me.

Beth Nacker

Beth Nacker
Manager, Customer Service

cc:     Director MKE Station
        Human Resources
        Employee File

*A whole different animal.*

**EXHIBIT**
10a5

D 000360

Exhibit C-Charge No. 26G201201173C

FRONTIER AIRLINES

# Attendance Policy

## Expectations:

Employees are expected to report to work as scheduled, this includes: regular scheduled hours, posted hours, and any trade hours. All employees are expected to strive for perfect attendance.



Each employee will have 24 points available for use during a rolling calendar year, If an employee's point total drops below zero due to absenteeism, the situation is considered excessive and will be considered as cause for termination of employment. All records of absence will be documented and kept in the employee's station working file, and occurrences at the level of Documented Verbal Warning or above, will also be placed in the employee's HR Company file.

## Point System

Points are deducted after each occurrence and a review of the previous twelve months is conducted to the specific date (i.e. if an occurrence happens on July 7, 2010, the employee's record is reviewed back to July 8, 2009). Points allocated to an employee are based upon the previous rolling twelve month period. Points are deducted for employees scheduled for 16 or more hours per week as follows, except as required by law (e.g., FMLA). Point deductions will be adjusted for employees scheduled for split shifts or scheduled less than 16 hours per week: see Employee Bluebook, Section 8.06.

### *Point Deductions:*

→ Tardy: Arriving late to work (beyond Grace Period, see below) after the start of a shift, within the first 2 hours of a shift. See "Attendance Reporting".

First four tardies in employee's rolling year:

If late to work 6-30 minutes (after 5 minute grace period) = **1 point**

If late to work 31-120 minutes = **3 points**

After first four tardies in employee's rolling year, every tardy of any length (after 5 minute grace period) = 3 points

→ Absence: Away from work on any scheduled workday for an entire shift or more then 2 hours of any part of a scheduled shift. See "Attendance Reporting" = **4 points**

EXHIBIT

10.06

D 000078

**FRONTIER AIRLINES**

# Attendance Policy

→ **Partial Absence:** Leaving work within 2 hours of the end of a scheduled shift. TOC is not a Partial Absence. 

First four Partial Absences in employee's rolling year = **1 Point**

Subsequent Partial Absences in employee's rolling year = **3 Points**

→ **No Call-No Show:** failing to notify the manager or report to work for a scheduled shift. See "Attendance Reporting" = **13 points**

No Call-No Show is considered much more serious than an Absence or Tardy and may only be allowed once annually before possible termination. Due to the serious nature of a No Call-No Show a deduction of 13 points may escalate an employee directly to Final Termination Warning or suspension, bypassing Verbal and Written Warnings.

*Points will be deducted from the employee's bank for each occurrence. Points remaining will result in actions as described below (for information on appeals for Written Warnings or Final Termination Warnings, see Blue Book Section 7):*

**13 or more points**

Absence is recorded and employee is notified of current point total. Employee may supply documentation. The occurrence will not be documented on the Performance Counseling Record.

**9 to 12 points**

Verbal Warning (with written documentation provided), the absence is recorded, attendance policy reviewed, and the occurrence documented on the Performance Counseling Record. The employee is notified of his/her current point total and is also notified that any additional incident resulting in a point balance at zero or below may result in suspension and/or termination of employment pending investigation.

**4 to 8 points**

Written Warning (with written documentation provided), the absence is recorded, attendance policy reviewed, and the occurrence documented on the Performance Counseling Record. The employee is notified of his/her current point total and is also notified that any additional incident resulting in a point balance at zero or below may result in suspension and/or termination of employment pending investigation.

**0 to 3 points**

Final Termination Warning (with written documentation provided). Any additional occurrence reducing the employee's point balance to zero or below, the absence is recorded, attendance policy reviewed, and the occurrence documented on the Performance Counseling Record. The employee is notified of his/her current point total and is also notified that any additional incident resulting in a point balance at zero or below may result in suspension and/or termination of employment pending investigation.

**Less than 0 points**

Possible suspension and termination of employment pending investigation.

D 000079

| | |
|---|---|
| **From:** | Roter, Dafina A. <Dafina.Roter@midwestairlines.com> |
| **Sent:** | Friday, July 23, 2010 5:05 PM |
| **To:** | LOA Frontier Employees |
| **Cc:** | Lehrman, Jason J. |

Good Afternoon....

I was wondering what I needed to do to apply for FMLA? Was sick due to my health condition last week.

Dafina Roter - Customer Service - Operations MIDWEST AIRLINES | FRONTIER AIRLINES Operations Tower - MKE
Midwest Airlines, Inc.    MKE/PAX/AP
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
( 414.294.6304 - B  | 7 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com
P Please consider the environment before printing this email.

**EXHIBIT**

D 000551

| **From:** | RightFax <corporate\RFAX@172.16.2.23> |
| **Sent:** | Wednesday, August 11, 2010 3:05 PM |
| **To:** | LOA (RP,RW,S5) |
| **Subject:** | Roter, Dafina |
| **Attachments:** | B005B127.PDF |

A fax has arrived from remote ID '1 414 383 8089'.
------------------------------------------------------------

Time: 8/11/2010 3:01:46 PM
Received from remote ID: 1 414 383 8089
Inbound user ID LEAVEFAX, routing code 4561
Result: (0/352;0/0) Successful Send
Page record: 1 - 3
Elapsed time: 02:10 on channel 3

EXHIBIT
_1028_

D 000553

### REPUBLIC AIRWAYS

## Certification of Health Care Provider for Employee's Serious Health Condition
## (Family and Medical Leave Act)

**SECTION 1: For Completion by the EMPLOYEE:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider.

Employee Name _Dafina   Roter_          Company ID# _17671_

Position _Operations Tower_ Check if job description is attached: _____

Employee is requesting (check one) _✓_ Intermittent FMLA   _____ Continuous FMLA

The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. **Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request.**

**SECTION 2: For Completion by the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: _Dr. Wm. Elliott_

(stamp may be used)         _2901 W. Kinnickinnic River Pkwy_

Type of practice / Medical specialty: _Nephrology_

Telephone:          _( 414 ) 383 - 2744_

Fax:          _( 414 ) 383- 8089_

8909 Purdue Road, Indianapolis, Indiana 46268 Tele: (317) 246-2849 Fax (317) 484-4561, LOA@rjet.com

Revised 07/08/09

D 000554

Dafina
Roter
DOB 10-21-71

## PART A: MEDICAL FACTS

1. Please describe the diagnosis, treatment plan, and all other relevant medical facts concerning the condition for which the employee is requesting leave. Such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as a course of prescription medication, or the use of specialized equipment:

CKD-Stage 4, uncontrolled hypertension, — causes visual ∆s/ HA's

Metoprolol, Clonadine, Diovan/HCT,

2. Approximate date condition commenced: ___Approx 11-24-2008___

Probable duration of condition: ___Ongoing___.

**Mark below as applicable:**

a) Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
X No ___ Yes. If so, dates of admission: _____ Date(s) you treated the patient for condition:

b) Will the patient need to have treatment visits at least twice per year due to the condition?
___ No X Yes.

c) Was medication, other than over-the-counter medication, prescribed? ___ No X Yes.

d) Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? ___ No X Yes If so, state the nature of such treatments and expected duration of treatment: To Froedert Kidney transplant Program.

2. Is the medical condition pregnancy? X No ___ Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions. Is the employee unable to perform any of his/her job functions due to the condition: ___ No X Yes.

If so, identify the job functions the employee is unable to perform:
must take extra BP medication + Bedrest

8909 Purdue Road, Indianapolis, Indiana 46268 Tele: (317) 246-2649  Fax (317) 484-4561, LOA@rtel.com

Revised 07/08/09

D 000555

Dafina Poter
DOB
10-21-74

## PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? _X_No _____Yes.

   a) If so, estimate the beginning and ending dates for the period of incapacity: _____.

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ____No _X_Yes.

   a) If so, are the treatments or the reduced number of hours of work medically necessary? ___No _X_Yes.

   b) Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period: Follow up in office every 4 months

   c) Estimate the part-time or reduced work schedule the employee needs, if any;
   ___0___ hour(s) per day ; ___0___ days per week from _____0_____ through ____0_____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ____No _X_Yes.

   a) Is it medically necessary for the employee to be absent from work during the flare-ups?
   ____No _X_Yes. If so, explain: Bed rest / ↑ BP meds

   b) Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency: 2-3 times per _____ week(s)  month(s) 6

   Duration: _____ hours or 1-2 day(s) per episode

WCElliott _____          8/10/10
Signature of Health Care Provider                    Date

8909 Purdue Road, Indianapolis, Indiana 46268 Tele: (317) 246-2649  Fax (317) 484-4561, LOA@nlst.com

Revised 07/08/09

D 000556

| From: | Roter, Dafina A. <Dafina.Roter@midwestairlines.com> |
| Sent: | Thursday, August 19, 2010 2:54 PM |
| To: | LOA Frontier Employees |
| Cc: | Lehrman, Jason J. |
| Subject: | RE: FMLA paperwork Dafina Roter |
| Importance: | High |

My nurse stated she faxed it last Wednesday, I left a message for you that day and sent a email and didn't hear back from you until today, 7 business days later. The deadline was the 13th and I've been leaving messages since the 11th. They will be re-faxing it today, PLEASE notify me as to if you receive it today. I am very disappointed in the communication with this whole process. I would appreciate it if you would reconsider covering the last day I requested to go under FMLA also. It's very hard to meet the guide lines if no one e-mails me back or confirms that the paperwork made it to your office.

**Dafina Roter - Customer Service - Operations**
**MIDWEST AIRLINES | FRONTIER AIRLINES**
**Operations Tower - MKE**
Midwest Airlines, Inc.   MKE/PAX/AP
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
☎ 414.294.6304 - B | 📠 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com

 Please consider the environment before printing this email.

**From:** LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]
**Sent:** Thu 8/19/2010 11:44 AM
**To:** Roter, Dafina A.
**Subject:** RE:

Hi Dafina,

Unfortunately, I don't see that it arrived.  Would you be able to fax again?  I'm happy to watch out for it and let you know when it's here, but right now it is not appearing in any of our work.  The fax number is below my name, and I apologize for any inconvenience.

Sincerely,


Lisa L. Evans
Leave of Absence Supervisor, Human Resources
Republic Airways Holdings
Phone: 317-246-2649
Fax: 317-484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----

**EXHIBIT**
_10w1_

D 000558

From: Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]
Sent: Friday, August 13, 2010 5:04 PM
To: LOA Flyfrontier
Cc: Lehrman, Jason J.
Subject:

Good Afternoon...


I left a message earlier today to make sure that you received my FMLA paperwork that Dr.Elliot faxed to you.I have not heard back from anyone, it was faxed wednesday because my Dr was on vacation the week prior. Could you please get back to me to verify that you received it ?

Dafina Roter - Customer Service - Operations MIDWEST AIRLINES | FRONTIER AIRLINES Operations Tower - MKE
Midwest Airlines, Inc.    MKE/PAX/AP
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
( 414.294.6304 - B  | 7 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com
P Please consider the environment before printing this email.

D 000559

**From:** Roter, Dafina A. [Dafina.Roter@midwestairlines.com]
**Sent:** Saturday, September 04, 2010 8:07 AM
**To:** LOA Flyfrontier
**Subject:** RE: Roter, Dafina

Dear Sir....

My hire date is 08SEP03....would you like a copy of my badge? I don't understand all of the confusion with my case? I have to go in for a Kidney Transplant, Ive gotten the run around for months with my FMLA situation. Ive been told by two peolple that I was approved, and now your telling me something completely different. Our company has changed hands three times in the last year,and not one response has been consistant. As far as I know, we didn't loose senority with going from a Midwest emp to RPA to F9.
PLEASE clarify. I've calculated my hours, and I do have enough for FMLA. Iam getting very frustrated with all of the run around and inconsistant answers, this is the last thing I need with my heatlh situation. Please get back to me as soon as you can.

Dafina Roter

-----Original Message-----
From: LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]
Sent: Thursday, September 02, 2010 2:44 PM
To: Roter, Dafina A.
Subject: RE: Roter, Dafina

Dafina,

I just sent you an email containing the report I ran in order to determine the hours you have worked within the last year. Additionally, it appears your hire date was 12/01/2009. You must have been with the company for 1 year in order to be eligible.

Should you have any questions or concerns, do not hesitate to contact me.

Sincerely,

Eric W. Kartchner
Leave of Absence Coordinator
Republic Airways Holdings, Inc.
Phone (317) 471-2496
Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

1

**EXHIBIT**

D 000265

-----Original Message-----
From: Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]
Sent: Wednesday, August 25, 2010 9:55 PM
To: LOA Flyfrontier
Subject: RE: Roter, Dafina

Dear Sir,

I apologize for taking a few days to reply, but I need to go through some of my records. I was wondering if you could recalculate my hours? I received a email in February stating that I have 1106.75 hours, since then I have picked up a lot of hours at work also. I also received a email from Barbie Butler stating that she's verified my eligibility, and I am eligible for the FMLA at this time. I can forward them to you if you'd like. Could you PLEASE review it again?

Dafina Roter - Customer Service - Operations MIDWEST AIRLINES | FRONTIER AIRLINES Operations Tower - MKE
Midwest Airlines, Inc.     MKE/PAX/AP
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
( 414.294.6304 - B  | 7 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com
P Please consider the environment before printing this email.

-----Original Message-----
From: LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]
Sent: Thu 8/19/2010 3:43 PM
To: Roter, Dafina A.
Subject: FW: Roter, Dafina

Dafina,


I am sorry to inform you, but you have not worked enough hours within the last 12 months to qualify for FMLA. Our records indicate that for the period of 08/19/2009 - 08/19/2010 you have worked a total of 784 hours. In order to be eligible for FMLA, an employee must have worked a total of 1,000 hours within a rolling calendar year per Wisconsin Law. I am unable to recommend a Non-FMLA leave, because a Non-FMLA would be continuous in nature and not intermittently used. That leaves you with the option of a personal leave. A personal leave can only be approved by your supervisor. In order for me to request this from your supervisor, I need to know the dates in which you would like to be off.


Should you have any questions or concerns, do not hesitate to contact me.


Sincerely,

D 000266

Eric W. Kartchner

Leave of Absence Coordinator

Republic Airways Holdings, Inc.

Phone (317) 471-2496

Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the
sole use of the intended recipient(s). Any review, use, distribution or disclosure by others
is strictly prohibited. If you have received this communication in error, please notify the
sender immediately by e-mail and delete the message and any file attachments from your
computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set
forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or
disseminated. Violation of this policy may result in disciplinary action up to and including
discharge.

D 000267

| | |
|---|---|
| **From:** | Roter, Dafina A. [Dafina.Roter@midwestairlines.com] |
| **Sent:** | Friday, September 17, 2010 1:15 PM |
| **To:** | LOA |
| **Cc:** | Lehrman, Jason J. |
| **Subject:** | RE: Roter, Dafina |
| | |
| **Categories:** | F9 Recodes |

Barbie,

Thank you getting everything straightened out. I used 5hrs of FMLA today due to a blood pressure spike and vomitting. I also saw my DR today and have a written excuse also. My supervisor and scheduling have been notified. I also left you a voice mail today regarding my sickness today. Have a good weekend.

Dafina Roter - Customer Service - Operations MIDWEST AIRLINES | FRONTIER AIRLINES Operations Tower - MKE
Midwest Airlines, Inc.    MKE/PAX/AP
5300 South Howell Avenue
Milwaukee, Wisconsin 53207
( 414.294.6304 - B  | 7 414.294.6208
dafina.roter@midwestairlines.com
dafina.roter@flyfrontier.com
P Please consider the environment before printing this email.

-----Original Message-----
From: LOA [mailto:LOA@flychautauqua.com]
Sent: Mon 9/13/2010 8:37 AM
To: Roter, Dafina A.
Cc: Nacker, Beth A.; Velandia, Ana C.; Evans, Lisa
Subject: RE: Roter, Dafina

Dafina,

Dafina,

I wanted to follow up and clarify with you on your FMLA. You are currently qualified under Wisconsin law in which you have worked over 1,000 hours. Wisconsin FMLA only qualifies you to use up to 2 weeks (80 hours) in a 12 month period and not 480 hours as stated on your original approval letter.


Please contact me if you have any other questions.


Barbie Butler
Leave of Absence Assistant| Republic Airways Holdings, Inc.
Phone: (317) 471-2595 | Fax: (317) 484- 4561 CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have

1

**EXHIBIT**

D 000258

received this communication in error, please notify the sender immediately by e-mail and
delete the message and any file attachments from your computer.
TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES; The content of this email is confidential as set
forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or
disseminated. Violation of this policy may result i. disciplinary action up to ar. including
discharge.


From: LOA Flyfrontier
Sent: Tuesday, September 07, 2010 1:37 PM
To: Roter, Dafina A.
Subject: RE: Roter, Dafina


Dafina,


Eric and I looked into your hours and as of today, you have 1,119 hours- which is enough to
qualify for FMLA. We apologize for the confusion, as with being with the multiple companies
we had to run multiple reports and combine them to ensure the hours (and even hire date)
added up to qualify for FMLA. We apologize for the amount of time and frustration this may
have caused you, but we have finally gotten everything straightened out.  Below please find
an approval letter, and if you have any other questions, please feel free to reply to this
email or give Eric or me a call. - Barbie

 Dear Dafina:

Thank you for submitting necessary documents with your application for a leave of absence.
Although we've communicated via phone and/or email, I appreciate the opportunity to follow up
with a written communication of your approval for an intermittent FMLA.



            LOA Start Date: 07/29/10



            LOA End Date: 12/31/10



Reason for your Intermittent FMLA Leave:


___X___      Your own Medical Condition


_____      The medical condition of your ___child ___parent ___spouse

2

D 000259

Your request for an intermittent FMLA is approved for the period listed above. Eligible employees may be able to use up to 480 hours in a rolling 12 month period. (*Wisconsin is based on an annual usage period). Each request is reviewed to determine whether an employee has met both eligibility requirements: 1) 12 months of employment with the company and 2) 1250 work hours completed in a rolling 12-month period. A rolling 12-month period is established by looking back 12 months from the date being requested. Should you have any questions, please feel free to contact me.

Please note your schedule is your primary responsibility and you are responsible to contact crew scheduling and notify them of your absence. Employees must adhere to established company policy for calling in. After completing this step, please contact me the same day via email at LOAflyfrontier@rjet.com or by voicemail at the number below.

While out on leave, your accrued sick, vacation/ pdo time will be paid in accordance with company policy and/or collective bargaining agreement. Please be advised if any time is paid out, time missed will still count toward your FMLA leave entitlement.

Should you have any questions, please feel free to respond to this email or send an email to LOAflyfrontier@RJET.COM

Barbie Butler

Leave of Absence Assistant| Republic Airways Holdings, Inc.

Phone: (317) 471-2595 | Fax: (317) 484- 4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----
From: Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]
Sent: Saturday, September 04, 2010 10:07 AM
To: LOA Flyfrontier
Subject: RE: Roter, Dafina

D 000260

Case 2:14-cv-00071-PP   Filed 10/14/14   Page 72 of 91   Document 34-1

Dear Sir....

My __ date is 08SEP03....would you like a copy of my b__ __ don't understand all of the confusion with my case? I have to go in for a Kidney Transplant, Ive gotten the run around for months with my FMLA situation. Ive been told by two peolple that I was approved, and now your telling me something completely different. Our company has changed hands three times in the last year,and not one response has been consistant. As far as I know, we didn't loose senority with going from a Midwest emp to RPA to F9.

PLEASE clarify. I've calculated my hours, and I do have enough for FMLA. Iam getting very frustrated with all of the run around and inconsistant answers, this is the last thing I need with my heatlh situation. Please get back to me as soon as you can.


Dafina Roter


-----Original Message-----

From: LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]

Sent: Thursday, September 02, 2010 2:44 PM

To: Roter, Dafina A.

Subject: RE: Roter, Dafina



Dafina,


I just sent you an email containing the report I ran in order to determine the hours you have worked within the last year. Additionally, it appears your hire date was 12/01/2009. You must have been with the company for 1 year in order to be eligible.


Should you have any questions or concerns, do not hesitate to contact me.


Sincerely,


Eric W. Kartchner

Leave of Absence Coordinator

4

D 000261

Case 2:14-cv-00071-PP   Filed 10/14/14   Page 73 of 91   Document 34-1

Republic Airways Holdings, Inc.

Phone (317) 471-2496

Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail and delete the message and any file attachments from your computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or disseminated. Violation of this policy may result in disciplinary action up to and including discharge.

-----Original Message-----

From: Roter, Dafina A. [mailto:Dafina.Roter@midwestairlines.com]

Sent: Wednesday, August 25, 2010 9:55 PM

To: LOA Flyfrontier

Subject: RE: Roter, Dafina


Dear Sir,


I apologize for taking a few days to reply, but I need to go through some of my records. I was wondering if you could recalculate my hours? I received a email in February stating that I have 1106.75 hours, since then I have picked up a lot of hours at work also. I also received a email from Barbie Butler stating that she's verified my eligibility, and I am eligible for the FMLA at this time. I can forward them to you if you'd like. Could you PLEASE review it again?


Dafina Roter - Customer Service - Operations MIDWEST AIRLINES | FRONTIER AIRLINES Operations Tower - MKE

Midwest Airlines, Inc.    MKE/PAX/AP

5

D 000262

5300 South Howell Avenue

Milwaukee, Wisconsin 53207

( 414.294.6.2:  B  | 7 414.294.6208

dafina.roter@midwestairlines.com

dafina.roter@flyfrontier.com

P Please consider the environment before printing this email.

-----Original Message-----

From: LOA Flyfrontier [mailto:LOAFlyfrontier@rjet.com]

Sent: Thu 8/19/2010 3:43 PM

To: Roter, Dafina A.

Subject: FW: Roter, Dafina

Dafina,

I am sorry to inform you, but you have not worked enough hours within the last 12 months to qualify for FMLA. Our records indicate that for the period of 08/19/2009 - 08/19/2010 you have worked a total of 784 hours. In order to be eligible for FMLA, an employee must have worked a total of 1,000 hours within a rolling calendar year per Wisconsin Law. I am unable to recommend a Non-FMLA leave, because a Non-FMLA would be continuous in nature and not intermittently used. That leaves you with the option of a personal leave. A personal leave can only be approved by your supervisor. In order for me to request this from your supervisor, I need to know the dates in which you would like to be off.

Should you have any questions or concerns, do not hesitate to contact me.

6

D 000263

Sincerely,

Eric W. Kartchner

Leave of Absence Coordinator

Republic Airways Holdings, Inc.

Phone (317) 471-2496

Fax (317) 484-4561

CONFIDENTIALITY NOTICE: This email may contain confidential and privileged material for the
sole use of the intended recipient(s), Any review, use, distribution or disclosure by others
is strictly prohibited. If you have received this communication in error, please notify the
sender immediately by e-mail and delete the message and any file attachments from your
computer.

TO REPUBLIC AIRWAYS HOLDINGS EMPLOYEES: The content of this email is confidential as set
forth in the Privacy Policy of the Associate Handbook, and may NOT be publically disclosed or
disseminated. Violation of this policy may result in disciplinary action up to and including
discharge.

D 000264

## Time Detail for Dafina Roter Velyov
### 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Wed 12/30/2009 | | 0 | |
| Thu 12/31 | 8.25 | 8.25 | |
| Fri 1/01/2010 | 8.5 | 16.75 | |
| Fri 1/01 | | 16.75 | |
| Sat 1/02 | | 16.75 | |
| Sun 1/03 | | 16.75 | |
| Mon 1/04 | | 16.75 | |
| Tue 1/05 | | 16.75 | |
| Wed 1/06 | 4.5 | 21.25 | |
| Thu 1/07 | 5.5 | 26.75 | |
| Fri 1/08 | 10 | 36.75 | |
| Sat 1/09 | 4.5 | 41.25 | |
| Sun 1/10 | | 41.25 | |
| Mon 1/11 | | 41.25 | |
| Tue 1/12 | | 41.25 | |
| Wed 1/13 | 4.5 | 45.75 | |
| Thu 1/14 | 8.25 | 54 | |
| Fri 1/15 | 5.5 | 59.5 | |
| Sat 1/16 | 4.5 | 64 | |
| Sun 1/17 | | 64 | |
| Mon 1/18 | 8 | 72 | |
| Tue 1/19 | | 72 | |
| Wed 1/20 | 4.5 | 76.5 | |
| Thu 1/21 | 4.5 | 81 | |
| Fri 1/22 | 7.75 | 88.75 | |
| Sat 1/23 | 4.5 | 93.25 | |
| Sun 1/24 | | 93.25 | |
| Mon 1/25 | 5 | 98.25 | |
| Tue 1/26 | | 98.25 | |
| Wed 1/27 | 4.5 | 102.75 | |
| Thu 1/28 | 4.5 | 107.25 | |
| Fri 1/29 | | 107.25 | |
| Sat 1/30 | | 107.25 | |
| Sun 1/31 | | 107.25 | |
| Mon 2/01 | | 107.25 | |
| Tue 2/02 | | 107.25 | |
| Wed 2/03 | | 107.25 | |
| Thu 2/04 | | 107.25 | |
| Fri 2/05 | | 107.25 | |
| Sat 2/06 | | 107.25 | |
| Sun 2/07 | | 107.25 | |
| Mon 2/08 | | 107.25 | |
| Tue 2/09 | | 107.25 | |
| Wed 2/10 | | 107.25 | |

**EXHIBIT**
_1036_

D 000626

## Time Detail for Dafina Roter Velyov
## 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Thu 2/11 | | 107.25 | |
| Fri 2/12 | | 107.25 | |
| Sat 2/13 | | 107.25 | |
| Sun 2/14 | | 107.25 | |
| Mon 2/15 | 9 | 116.25 | |
| Tue 2/16 | | 116.25 | |
| Wed 2/17 | 4.5 | 120.75 | |
| Thu 2/18 | 4.5 | 125.25 | |
| Fri 2/19 | 5.75 | 131 | |
| Sat 2/20 | 4.5 | 135.5 | |
| Sat 2/20 | | 135.5 | |
| Mon 2/22 | | 135.5 | |
| Tue 2/23 | | 135.5 | |
| Wed 2/24 | 4.5 | 140 | |
| Thu 2/25 | 4.5 | 144.5 | |
| Fri 2/26 | 10 | 154.5 | |
| Sat 2/27 | 4.5 | 159 | |
| Sun 2/28 | | 159 | |
| Mon 3/01 | | 159 | |
| Tue 3/02 | | 159 | |
| Wed 3/03 | 4.5 | 163.5 | |
| Thu 3/04 | 4.5 | 168 | |
| Fri 3/05 | 10 | 178 | |
| Sat 3/06 | 9 | 187 | |
| Sun 3/07 | | 187 | |
| Mon 3/08 | | 187 | |
| Tue 3/09 | | 187 | |
| Wed 3/10 | | 187 | |
| Thu 3/11 | | 187 | |
| Fri 3/12 | 7.5 | 194.5 | |
| Sat 3/13 | 9 | 203.5 | |
| Sun 3/14 | | 203.5 | |
| Mon 3/15 | | 203.5 | |
| Tue 3/16 | | 203.5 | |
| Wed 3/17 | | 203.5 | |
| Thu 3/18 | 3.75 | 207.25 | |
| Fri 3/19 | 7 | 214.25 | |
| Sat 3/20 | 8.75 | 223 | |
| Sun 3/21 | | 223 | |
| Mon 3/22 | 10 | 233 | |
| Tue 3/23 | | 233 | |
| Wed 3/24 | | 233 | |
| Thu 3/25 | | 233 | |
| Fri 3/26 | 7.5 | 240.5 | |

2

D 000627

## Time Detail for Dafina Roter Velyov
### 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Sat 3/27 | 9 | 249.5 | |
| Sun 3/28 | | 249.5 | |
| Mon 3/29 | 10 | 259.5 | |
| Tue 3/30 | 5.5 | 265 | |
| Wed 3/31 | 5.5 | 270.5 | |
| Thu 4/01 | | 270.5 | |
| Fri 4/02 | 7.5 | 278 | |
| Sat 4/03 | 9 | 287 | |
| Sun 4/04 | | 287 | |
| Mon 4/05 | 10 | 297 | |
| Tue 4/06 | 6 | 303 | |
| Wed 4/07 | | 303 | |
| Thu 4/08 | | 303 | |
| Fri 4/09 | 7.5 | 310.5 | |
| Sat 4/10 | 9 | 319.5 | |
| Sun 4/11 | | 319.5 | |
| Mon 4/12 | | 319.5 | |
| Tue 4/13 | | 319.5 | |
| Wed 4/14 | | 319.5 | |
| Thu 4/15 | | 319.5 | |
| Fri 4/16 | 7.5 | 327 | |
| Sat 4/17 | 9 | 336 | |
| Sun 4/18 | | 336 | |
| Mon 4/19 | 10 | 346 | |
| Tue 4/20 | | 346 | |
| Wed 4/21 | | 346 | |
| Thu 4/22 | 5.5 | 351.5 | |
| Fri 4/23 | 7.5 | 359 | |
| Sat 4/24 | 9 | 368 | |
| Sun 4/25 | 10 | 378 | |
| Mon 4/26 | 7.5 | 385.5 | |
| Tue 4/27 | | 385.5 | |
| Wed 4/28 | | 385.5 | |
| Thu 4/29 | | 385.5 | |
| Fri 4/30 | 7.5 | 393 | |
| Sat 5/01 | 7 | 400 | |
| Sun 5/02 | | 400 | |
| Mon 5/03 | 10 | 410 | |
| Tue 5/04 | | 410 | |
| Wed 5/05 | | 410 | |
| Thu 5/06 | | 410 | |
| Fri 5/07 | 7.5 | 417.5 | |
| Sat 5/08 | 9 | 426.5 | |
| Sun 5/09 | | 426.5 | |

3

D 000628

## Time Detail for Dafina Roter Velyov
## 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Mon 5/10 | | 426.5 | |
| Tue 5/11 | | 426.5 | |
| Wed 5/12 | | 426.5 | |
| Thu 5/13 | | 426.5 | |
| Fri 5/14 | 7.5 | 434 | |
| Sat 5/15 | 9 | 443 | |
| Sun 5/16 | 9.5 | 452.5 | |
| Mon 5/17 | 10 | 462.5 | |
| Tue 5/18 | | 462.5 | |
| Wed 5/19 | 6 | 468.5 | |
| Thu 5/20 | | 468.5 | |
| Fri 5/21 | 7.5 | 476 | |
| Sat 5/22 | 4 | 480 | |
| Sun 5/23 | | 480 | |
| Mon 5/24 | 8.25 | 488.25 | |
| Tue 5/25 | 5 | 493.25 | |
| Wed 5/26 | | 493.25 | |
| Thu 5/27 | 4.5 | 497.75 | |
| Fri 5/28 | | 497.75 | |
| Sat 5/29 | 4.5 | 502.25 | |
| Sun 5/30 | | 502.25 | |
| Mon 5/31 | | 502.25 | |
| Tue 6/01 | | 502.25 | |
| Wed 6/02 | | 502.25 | |
| Thu 6/03 | 10 | 512.25 | |
| Fri 6/04 | 7.5 | 519.75 | |
| Sat 6/05 | 10 | 529.75 | |
| Sun 6/06 | | 529.75 | |
| Mon 6/07 | | 529.75 | |
| Tue 6/08 | 3.5 | 533.25 | |
| Wed 6/09 | | 533.25 | |
| Thu 6/10 | | 533.25 | |
| Fri 6/11 | 5 | 538.25 | |
| Sat 6/12 | 10 | 548.25 | |
| Sun 6/13 | | 548.25 | |
| Mon 6/14 | | 548.25 | |
| Tue 6/15 | 4 | 552.25 | |
| Wed 6/16 | 5.75 | 558 | |
| Thu 6/17 | 10 | 568 | |
| Fri 6/18 | | 568 | |
| Sat 6/19 | | 568 | |
| Sun 6/20 | | 568 | |
| Mon 6/21 | | 568 | |
| Tue 6/22 | | 568 | |

4

D 000629

**Time Detail for Dafina Roter Velyov**
**12/30/2009 - 8/30/2011**

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Wed 6/23 | | 568 | |
| Thu 6/24 | | 568 | |
| Fri 6/25 | | 568 | |
| Sat 6/26 | 10 | 578 | |
| Sun 6/27 | | 578 | |
| Mon 6/28 | | 578 | |
| Tue 6/29 | | 578 | |
| Wed 6/30 | | 578 | |
| Thu 7/01 | 9.5 | 587.5 | |
| Fri 7/02 | 9.25 | 596.75 | |
| Sat 7/03 | 10 | 606.75 | |
| Sun 7/04 | | 606.75 | |
| Mon 7/05 | | 606.75 | |
| Tue 7/06 | | 606.75 | |
| Wed 7/07 | | 606.75 | |
| Thu 7/08 | 10 | 616.75 | |
| Fri 7/09 | 10 | 626.75 | |
| Sat 7/10 | 6.75 | 633.5 | |
| Sun 7/11 | 9 | 642.5 | |
| Mon 7/12 | 7.25 | 649.75 | |
| Tue 7/13 | 2.5 | 652.25 | |
| Wed 7/14 | | 652.25 | |
| Thu 7/15 | 5.25 | 657.5 | |
| Fri 7/16 | | 657.5 | |
| Sat 7/17 | 10 | 667.5 | |
| Sun 7/18 | | 667.5 | |
| Mon 7/19 | 5.5 | 673 | |
| Tue 7/20 | 6.25 | 679.25 | |
| Wed 7/21 | | 679.25 | |
| Thu 7/22 | 10 | 689.25 | |
| Fri 7/23 | 5 | 694.25 | |
| Sat 7/24 | 10 | 704.25 | |
| Sun 7/25 | | 704.25 | |
| Mon 7/26 | 5.5 | 709.75 | |
| Tue 7/27 | | 709.75 | |
| Wed 7/28 | | 709.75 | |
| Thu 7/29 | 10 | 719.75 | |
| Fri 7/30 | 4.75 | 724.5 | |
| Sat 7/31 | 8.5 | 733 | |
| Sun 8/01 | | 733 | |
| Mon 8/02 | | 733 | |
| Tue 8/03 | | 733 | |
| Wed 8/04 | | 733 | |
| Thu 8/05 | 5.75 | 738.75 | |

D 000630

## Time Detail for Dafina Roter Velyov
## 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Fri 8/06 | | 738.75 | |
| Sat 8/07 | 9.5 | 748.25 | |
| Sun 8/08 | | 748.25 | |
| Mon 8/09 | | 748.25 | |
| Tue 8/10 | | 748.25 | |
| Wed 8/11 | | 748.25 | |
| Thu 8/12 | 10 | 758.25 | |
| Fri 8/13 | 5 | 763.25 | |
| Sat 8/14 | 0 | 763.25 | |
| Sun 8/15 | | 763.25 | |
| Mon 8/16 | 4 | 767.25 | |
| Tue 8/17 | | 767.25 | |
| Wed 8/18 | | 767.25 | |
| Thu 8/19 | 10 | 777.25 | |
| Fri 8/20 | 5 | 782.25 | |
| Sat 8/21 | 10 | 792.25 | |
| Sun 8/22 | | 792.25 | |
| Mon 8/23 | | 792.25 | |
| Tue 8/24 | | 792.25 | |
| Wed 8/25 | | 792.25 | |
| Thu 8/26 | 10 | 802.25 | |
| Fri 8/27 | 5 | 807.25 | |
| Sat 8/28 | 10 | 817.25 | |
| Sun 8/29 | | 817.25 | |
| Mon 8/30 | | 817.25 | |
| Tue 8/31 | | 817.25 | |
| Wed 9/01 | | 817.25 | |
| Thu 9/02 | 10 | 827.25 | |
| Fri 9/03 | 5 | 832.25 | |
| Sat 9/04 | 10 | 842.25 | |
| Sun 9/05 | | 842.25 | |
| Mon 9/06 | 9 | 851.25 | |
| Tue 9/07 | | 851.25 | |
| Wed 9/08 | | 851.25 | |
| Thu 9/09 | 10 | 861.25 | |
| Fri 9/10 | | 861.25 | |
| Sat 9/11 | 10 | 871.25 | |
| Sun 9/12 | | 871.25 | |
| Mon 9/13 | | 871.25 | |
| Tue 9/14 | | 871.25 | |
| Wed 9/15 | | 871.25 | |
| Thu 9/16 | 4.5 | 875.75 | |
| Fri 9/17 | | 875.75 | |
| Sat 9/18 | 10 | 885.75 | |

D 000631

## Time Detail for Dafina Roter Velyov
### 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Sun 9/19 | | 885.75 | |
| Mon 9/20 | | 885.75 | |
| Tue 9/21 | | 885.75 | |
| Wed 9/22 | | 885.75 | |
| Thu 9/23 | 9.75 | 895.5 | |
| Fri 9/24 | 5 | 900.5 | |
| Sat 9/25 | 10 | 910.5 | |
| Sun 9/26 | | 910.5 | |
| Mon 9/27 | | 910.5 | |
| Tue 9/28 | | 910.5 | |
| Wed 9/29 | | 910.5 | |
| Thu 9/30 | 10 | 920.5 | |
| Fri 10/01 | 5 | 925.5 | |
| Sat 10/02 | 10 | 935.5 | |
| Sun 10/03 | 4 | 939.5 | |
| Mon 10/04 | | 939.5 | |
| Tue 10/05 | | 939.5 | |
| Wed 10/06 | | 939.5 | |
| Thu 10/07 | 10 | 949.5 | |
| Fri 10/08 | 10 | 959.5 | |
| Sat 10/09 | 9.75 | 969.25 | |
| Sun 10/10 | | 969.25 | |
| Mon 10/11 | | 969.25 | |
| Tue 10/12 | | 969.25 | |
| Wed 10/13 | | 969.25 | |
| Thu 10/14 | 10 | 979.25 | |
| Fri 10/15 | 5 | 984.25 | |
| Sat 10/16 | | 984.25 | |
| Sun 10/17 | | 984.25 | |
| Mon 10/18 | | 984.25 | |
| Tue 10/19 | | 984.25 | |
| Wed 10/20 | | 984.25 | |
| Thu 10/21 | 10 | 994.25 | |
| Fri 10/22 | 5 | 999.25 | |
| Sat 10/23 | 10 | 1009.25 | |
| Sun 10/24 | 5 | 1014.25 | |
| Mon 10/25 | | 1014.25 | |
| Tue 10/26 | | 1014.25 | |
| Wed 10/27 | | 1014.25 | |
| Thu 10/28 | 10 | 1024.25 | |
| Fri 10/29 | 5 | 1029.25 | |
| Fri 10/29 | 5 | 1034.25 | |
| Sat 10/30 | 10 | 1044.25 | |
| Sun 10/31 | | 1044.25 | |

7

D 000632

## Time Detail for Dafina Roter Velyov
### 12/30/2009 – 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Mon 11/01 | | 1044.25 | |
| Tue 11/02 | | 1044.25 | |
| Wed 11/03 | | 1044.25 | |
| Thu 11/04 | 10 | 1054.25 | |
| Fri 11/05 | | 1054.25 | |
| Sat 11/06 | 10 | 1064.25 | |
| Sun 11/07 | 9 | 1073.25 | |
| Mon 11/08 | | 1073.25 | |
| Tue 11/09 | | 1073.25 | |
| Wed 11/10 | | 1073.25 | |
| Thu 11/11 | 10 | 1083.25 | |
| Fri 11/12 | 5 | 1088.25 | |
| Sat 11/13 | 9 | 1097.25 | |
| Sun 11/14 | | 1097.25 | |
| Mon 11/15 | 7.5 | 1104.75 | |
| Tue 11/16 | 4 | 1108.75 | |
| Wed 11/17 | | 1108.75 | |
| Thu 11/18 | | 1108.75 | |
| Fri 11/19 | 8 | 1116.75 | |
| Sat 11/20 | 10.5 | 1127.25 | |
| Sun 11/21 | 10 | 1137.25 | |
| Mon 11/22 | | 1137.25 | |
| Tue 11/23 | | 1137.25 | |
| Wed 11/24 | | 1137.25 | |
| Thu 11/25 | | 1137.25 | |
| Fri 11/26 | | 1137.25 | |
| Sat 11/27 | 5.5 | 1142.75 | |
| Sun 11/28 | 10.5 | 1153.25 | |
| Mon 11/29 | 10.5 | 1163.75 | |
| Tue 11/30 | 4 | 1167.75 | |
| Wed 12/01 | | 1167.75 | |
| Thu 12/02 | | 1167.75 | |
| Fri 12/03 | 8 | 1175.75 | |
| Sat 12/04 | 10.5 | 1186.25 | |
| Sun 12/05 | 6 | 1192.25 | |
| Sun 12/05 | 2 | 1194.25 | |
| Mon 12/06 | 4.5 | 1198.75 | |
| Tue 12/07 | 4 | 1202.75 | |
| Wed 12/08 | 7 | 1209.75 | |
| Thu 12/09 | | 1209.75 | |
| Fri 12/10 | 8 | 1217.75 | |
| Sat 12/11 | 10.5 | 1228.25 | |
| Sun 12/12 | | 1228.25 | |
| Mon 12/13 | 4.5 | 1232.75 | |

D 000633

**Time Detail for Dafina Roter Velyov**
**12/30/2009 - 8/30/2011**

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Tue 12/14 | 4 | 1236.75 | |
| Wed 12/15 | | 1236.75 | |
| Thu 12/16 | | 1236.75 | |
| Fri 12/17 | 5.5 | 1242.25 | |
| Sat 12/18 | 4.5 | 1246.75 | |
| Sun 12/19 | 5.5 | 1252.25 | |
| Mon 12/20 | 4.5 | 1256.75 | |
| Tue 12/21 | 7.5 | 1264.25 | |
| Wed 12/22 | | 1264.25 | |
| Thu 12/23 | | 1264.25 | |
| Fri 12/24 | 7 | 1271.25 | |
| Sat 12/25 | 4.5 | 1275.75 | |
| Sun 12/26 | | 1275.75 | |
| Mon 12/27 | 4.5 | 1280.25 | |
| Tue 12/28 | 4 | 1284.25 | |
| Wed 12/29 | | 1284.25 | |
| Thu 12/30 | | 1284.25 | |
| Fri 12/31 | 7.25 | 1291.5 | |
| Sat 1/01/2011 | 4.5 | 1296 | |
| Sun 1/02 | | 1296 | |
| Mon 1/03 | | 1296 | |
| Tue 1/04 | 4 | 1300 | |
| Wed 1/05 | | 1300 | |
| Thu 1/06 | | 1300 | |
| Fri 1/07 | 8 | 1308 | |
| Sat 1/08 | 5 | 1313 | |
| Sun 1/09 | 5.5 | 1318.5 | |
| Mon 1/10 | 4.5 | 1323 | |
| Tue 1/11 | | 1323 | |
| Wed 1/12 | | 1323 | |
| Thu 1/13 | | 1323 | |
| Fri 1/14 | | 1323 | |
| Sat 1/15 | | 1323 | |
| Sun 1/16 | | 1323 | |
| Mon 1/17 | 4.5 | 1327.5 | |
| Tue 1/18 | 4 | 1331.5 | |
| Wed 1/19 | | 1331.5 | |
| Thu 1/20 | | 1331.5 | |
| Fri 1/21 | | 1331.5 | |
| Sat 1/22 | 4.5 | 1336 | |
| Sun 1/23 | | 1336 | |
| Mon 1/24 | 4.5 | 1340.5 | |
| Tue 1/25 | 4 | 1344.5 | |
| Wed 1/26 | | 1344.5 | |

9

D 000634

## Time Detail for Dafina Roter Velyov
## 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Thu 1/27 | 10 | 1354.5 | |
| Fri 1/28 | 7.5 | 1362 | |
| Sat 1/29 | 4.5 | 1366.5 | |
| Sun 1/30 | 4 | 1370.5 | |
| Mon 1/31 | 4.5 | 1375 | |
| Tue 2/01 | 5 | 1380 | |
| Wed 2/02 | | 1380 | |
| Thu 2/03 | | 1380 | |
| Fri 2/04 | 8 | 1388 | |
| Sat 2/05 | 4.5 | 1392.5 | |
| Sun 2/06 | | 1392.5 | |
| Mon 2/07 | 8 | 1400.5 | |
| Tue 2/08 | 4 | 1404.5 | |
| Wed 2/09 | | 1404.5 | |
| Thu 2/10 | | 1404.5 | |
| Fri 2/11 | | 1404.5 | |
| Sat 2/12 | 4.5 | 1409 | |
| Sun 2/13 | | 1409 | |
| Mon 2/14 | 4.5 | 1413.5 | |
| Tue 2/15 | 4 | 1417.5 | |
| Wed 2/16 | | 1417.5 | |
| Thu 2/17 | | 1417.5 | |
| Fri 2/18 | 6.25 | 1423.75 | |
| Sat 2/19 | 4.5 | 1428.25 | |
| Sun 2/20 | | 1428.25 | |
| Mon 2/21 | 4.5 | 1432.75 | |
| Tue 2/22 | | 1432.75 | |
| Wed 2/23 | | 1432.75 | |
| Thu 2/24 | | 1432.75 | |
| Fri 2/25 | 6.75 | 1439.5 | |
| Sat 2/26 | 4.5 | 1444 | |
| Sat 2/26 | 6 | 1450 | |
| Sun 2/27 | | 1450 | |
| Mon 2/28 | 4.5 | 1454.5 | |
| Tue 3/01 | 6 | 1460.5 | |
| Wed 3/02 | | 1460.5 | |
| Thu 3/03 | | 1460.5 | |
| Fri 3/04 | 8 | 1468.5 | |
| Sat 3/05 | 11.5 | 1480 | |
| Sun 3/06 | | 1480 | |
| Mon 3/07 | 4.5 | 1484.5 | |
| Tue 3/08 | 4 | 1488.5 | |
| Wed 3/09 | | 1488.5 | |
| Thu 3/10 | | 1488.5 | |

## Time Detail for Dafina Roter Velyov
### 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Fri 3/11 | 8 | 1496.5 | |
| Sat 3/12 | 10.5 | 1507 | |
| Sun 3/13 | | 1507 | |
| Mon 3/14 | | 1507 | |
| Tue 3/15 | | 1507 | |
| Wed 3/16 | | 1507 | |
| Thu 3/17 | | 1507 | |
| Fri 3/18 | | 1507 | |
| Sat 3/19 | | 1507 | |
| Sun 3/20 | | 1507 | |
| Mon 3/21 | 4.5 | 1511.5 | |
| Tue 3/22 | 4 | 1515.5 | |
| Wed 3/23 | | 1515.5 | |
| Thu 3/24 | | 1515.5 | |
| Fri 3/25 | 8 | 1523.5 | |
| Sat 3/26 | 4.5 | 1528 | |
| Sun 3/27 | 5 | 1533 | |
| Mon 3/28 | 5 | 1538 | |
| Tue 3/29 | 8.75 | 1546.75 | |
| Wed 3/30 | | 1546.75 | |
| Thu 3/31 | | 1546.75 | |
| Fri 4/01 | 8 | 1554.75 | |
| Sat 4/02 | 3.5 | 1558.25 | |
| Sun 4/03 | 5 | 1563.25 | |
| Mon 4/04 | 4.5 | 1567.75 | |
| Tue 4/05 | | 1567.75 | |
| Wed 4/06 | 6.75 | 1574.5 | |
| Thu 4/07 | | 1574.5 | |
| Fri 4/08 | 8 | 1582.5 | |
| Sat 4/09 | | 1582.5 | |
| Sun 4/10 | | 1582.5 | |
| Mon 4/11 | | 1582.5 | |
| Tue 4/12 | | 1582.5 | |
| Wed 4/13 | | 1582.5 | |
| Thu 4/14 | | 1582.5 | |
| Fri 4/15 | 5.5 | 1588 | |
| Sat 4/16 | 5.25 | 1593.25 | |
| Sun 4/17 | | 1593.25 | |
| Mon 4/18 | 4.5 | 1597.75 | |
| Tue 4/19 | 4 | 1601.75 | |
| Wed 4/20 | | 1601.75 | |
| Thu 4/21 | | 1601.75 | |
| Fri 4/22 | | 1601.75 | |
| Sat 4/23 | | 1601.75 | |

11

D 000636

## Time Detail for Dafina Roter Velyov
### 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Sun 4/24 | | 1601.75 | |
| Mon 4/25 | | 1601.75 | |
| Tue 4/26 | | 1601.75 | |
| Wed 4/27 | | 1601.75 | |
| Thu 4/28 | | 1601.75 | |
| Fri 4/29 | | 1601.75 | |
| Sat 4/30 | 4.5 | 1606.25 | |
| Sun 5/01 | | 1606.25 | |
| Mon 5/02 | 5.25 | 1611.5 | |
| Tue 5/03 | 9.25 | 1620.75 | |
| Wed 5/04 | | 1620.75 | |
| Thu 5/05 | | 1620.75 | |
| Fri 5/06 | 8 | 1628.75 | |
| Sat 5/07 | 4.5 | 1633.25 | |
| Sun 5/08 | | 1633.25 | |
| Mon 5/09 | | 1633.25 | |
| Tue 5/10 | 4 | 1637.25 | |
| Wed 5/11 | | 1637.25 | |
| Thu 5/12 | | 1637.25 | |
| Fri 5/13 | 5.75 | 1643 | |
| Sat 5/14 | 4.5 | 1647.5 | |
| Sun 5/15 | | 1647.5 | |
| Mon 5/16 | | 1647.5 | |
| Tue 5/17 | 4 | 1651.5 | |
| Wed 5/18 | 4.75 | 1656.25 | |
| Thu 5/19 | 4.5 | 1660.75 | |
| Fri 5/20 | 6.5 | 1667.25 | |
| Sat 5/21 | 10.5 | 1677.75 | |
| Sun 5/22 | | 1677.75 | |
| Mon 5/23 | | 1677.75 | |
| Tue 5/24 | 4 | 1681.75 | |
| Wed 5/25 | | 1681.75 | |
| Thu 5/26 | 4.5 | 1686.25 | |
| Fri 5/27 | 8 | 1694.25 | |
| Sat 5/28 | 4.5 | 1698.75 | |
| Sun 5/29 | | 1698.75 | |
| Mon 5/30 | | 1698.75 | |
| Tue 5/31 | 4 | 1702.75 | |
| Wed 6/01 | | 1702.75 | 1190.5 |
| Thu 6/02 | 5.25 | 1708 | 1188.25 |
| Fri 6/03 | | 1708 | 1178.25 |
| Sat 6/04 | | 1708 | 1178.25 |
| Sun 6/05 | | 1708 | 1178.25 |
| Mon 6/06 | | 1708 | 1174.75 |

12

## Time Detail for Dafina Roter Velyov
### 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Tue 6/07 | | 1708 | 1174.75 |
| Wed 6/08 | | 1708 | 1174.75 |
| Thu 6/09 | | 1708 | 1169.75 |
| Fri 6/10 | | 1708 | 1159.75 |
| Sat 6/11 | | 1708 | 1159.75 |
| Sun 6/12 | | 1708 | 1159.75 |
| Mon 6/13 | | 1708 | 1155.75 |
| Tue 6/14 | | 1708 | 1150 |
| Wed 6/15 | | 1708 | 1140 |
| Thu 6/16 | 4.5 | 1712.5 | 1144.5 |
| Fri 6/17 | 7.75 | 1720.25 | 1152.25 |
| Sat 6/18 | 4.5 | 1724.75 | 1156.75 |
| Sun 6/19 | | 1724.75 | 1156.75 |
| Mon 6/20 | 4 | 1728.75 | 1160.75 |
| Tue 6/21 | 4 | 1732.75 | 1164.75 |
| Wed 6/22 | | 1732.75 | 1164.75 |
| Thu 6/23 | | 1732.75 | 1164.75 |
| Fri 6/24 | | 1732.75 | 1154.75 |
| Sat 6/25 | 9 | 1741.75 | 1163.75 |
| Sun 6/26 | | 1741.75 | 1163.75 |
| Mon 6/27 | | 1741.75 | 1163.75 |
| Tue 6/28 | | 1741.75 | 1163.75 |
| Wed 6/29 | | 1741.75 | 1154.25 |
| Thu 6/30 | | 1741.75 | 1145 |
| Fri 7/01 | | 1741.75 | 1135 |
| Sat 7/02 | | 1741.75 | 1135 |
| Sun 7/03 | | 1741.75 | 1135 |
| Mon 7/04 | | 1741.75 | 1135 |
| Tue 7/05 | | 1741.75 | 1135 |
| Wed 7/06 | | 1741.75 | 1125 |
| Thu 7/07 | | 1741.75 | 1115 |
| Fri 7/08 | 4.5 | 1746.25 | 1112.75 |
| Sat 7/09 | | 1746.25 | 1103.75 |
| Sun 7/10 | | 1746.25 | 1096.5 |
| Mon 7/11 | | 1746.25 | 1094 |
| Tue 7/12 | 4.5 | 1750.75 | 1098.5 |
| Wed 7/13 | | 1750.75 | 1093.25 |
| Thu 7/14 | 5.25 | 1756 | 1098.5 |
| Fri 7/15 | 8 | 1764 | 1096.5 |
| Sat 7/16 | 5.5 | 1769.5 | 1102 |
| Sun 7/17 | | 1769.5 | 1096.5 |
| Mon 7/18 | 8 | 1777.5 | 1098.25 |
| Tue 7/19 | | 1777.5 | 1098.25 |
| Wed 7/20 | | 1777.5 | 1088.25 |

13

D 000638

## Time Detail for Dafina Roter Velyov
## 12/30/2009 - 8/30/2011

| Date | Daily Amount Worked | Cum. Tot. Amount | 12-Month Lookback (lookback starting on 6/1/2011) |
|---|---|---|---|
| Thu 7/21 | 8.25 | 1785.75 | 1091.5 |
| Fri 7/22 | 8 | 1793.75 | 1089.5 |
| Sat 7/23 | 8.5 | 1802.25 | 1098 |
| Sun 7/24 | | 1802.25 | 1092.5 |
| Mon 7/25 | | 1802.25 | 1092.5 |
| Tue 7/26 | 4 | 1806.25 | 1096.5 |
| Wed 7/27 | | 1806.25 | 1086.5 |
| Thu 7/28 | 4.5 | 1810.75 | 1086.25 |
| Fri 7/29 | 5.5 | 1816.25 | 1083.25 |
| Sat 7/30 | 4.5 | 1820.75 | 1087.75 |
| Sun 7/31 | 4 | 1824.75 | 1091.75 |
| Mon 8/01 | | 1824.75 | 1091.75 |
| Tue 8/02 | | 1824.75 | 1091.75 |
| Wed 8/03 | | 1824.75 | 1086 |
| Thu 8/04 | | 1824.75 | 1086 |
| Fri 8/05 | 8 | 1832.75 | 1084.5 |
| Sat 8/06 | 9.5 | 1842.25 | 1094 |
| Sun 8/07 | | 1842.25 | 1094 |
| Mon 8/08 | 5 | 1847.25 | 1099 |
| Tue 8/09 | 9.5 | 1856.75 | 1108.5 |
| Wed 8/10 | | 1856.75 | 1098.5 |
| Thu 8/11 | | 1856.75 | 1093.5 |
| Fri 8/12 | | 1856.75 | 1093.5 |
| Sat 8/13 | | 1856.75 | 1093.5 |
| Sun 8/14 | | 1856.75 | 1089.5 |
| Mon 8/15 | | 1856.75 | 1089.5 |
| Tue 8/16 | | 1856.75 | 1089.5 |
| Wed 8/17 | | 1856.75 | 1079.5 |
| Thu 8/18 | | 1856.75 | 1074.5 |
| Fri 8/19 | | 1856.75 | 1064.5 |
| Sat 8/20 | | 1856.75 | 1064.5 |
| Sun 8/21 | | 1856.75 | 1064.5 |
| Mon 8/22 | | 1856.75 | 1064.5 |
| Tue 8/23 | | 1856.75 | 1064.5 |
| Wed 8/24 | | 1856.75 | 1054.5 |
| Thu 8/25 | | 1856.75 | 1049.5 |
| Fri 8/26 | | 1856.75 | 1039.5 |
| Sat 8/27 | | 1856.75 | 1039.5 |
| Sun 8/28 | | 1856.75 | 1039.5 |
| Mon 8/29 | | 1856.75 | 1039.5 |
| Tue 8/30 | | 1856.75 | 1039.5 |

Document #: 3771466

Employee Transactions and Totals (Excel)

Time Period: 7/01/2009 - 8/10/2011
Qry: Previously Selected Employee(s)
Paycodes: (2) ALL FMLA/ALL FMLA UNPAID|
Actual/Adjusted: Actual hours only
Drop Up to Date: 8/5/2014 12:18:35 PM
Exported on: 8/5/2014 12:18:35 PM
Filed for: flyfrontier\tracy.vidipando

Transactions:

| Employee: | ID: | Day | Date | Pay Code | Hours | Money | Entered By | Datasource |
|---|---|---|---|---|---|---|---|---|
| Rofer, Dafina A | 417671 | Fri | 11/5/2010 | FMLA SICK PD | 10.00 | $0.00 | FlyFrontier\nicole.e heler | Timecard Editor |
| Rofer, Dafina A | 417671 | Fri | 2/11/2011 | FMLA SICK PD | 7.50 | $0.00 | FlyFrontier\cheri.v arisco | Timecard Editor |
| Rofer, Dafina A | 417671 | Mon | 4/11/2011 | FMLA SICK PD | 4.50 | $0.00 | FlyFrontier\cheri.v arisco | Timecard Editor |
| Rofer, Dafina A | 417671 | Tue | 4/12/2011 | FMLA SICK PD | 4.00 | $0.00 | FlyFrontier\cheri.v arisco | Timecard Editor |
| Rofer, Dafina A | 417671 | Fri | 6/3/2011 | FMLA SICK PD | 8.00 | $0.00 | FlyFrontier\wendy. vansavol | Timecard Editor |
| Rofer, Dafina A | 417671 | Sat | 6/4/2011 | FMLA SICK PD | 10.50 | $0.00 | FlyFrontier\nicole.e heler | Timecard Editor |
| Rofer, Dafina A | 417671 | Tue | 6/7/2011 | FMLA SICK PD | 4.00 | $0.00 | FlyFrontier\martha. djakovic | Timecard Editor |
| Rofer, Dafina A | 417671 | Fri | 6/10/2011 | FMLA SICK PD | 8.00 | $0.00 | FlyFrontier\wendy. vansavol | Timecard Editor |
| Rofer, Dafina A | 417671 | Mon | 6/13/2011 | FMLA SICK PD | 4.00 | $0.00 | FlyFrontier\cheri.v arisco | Timecard Editor |
| Rofer, Dafina A | 417671 | Tue | 6/14/2011 | FMLA SICK PD | 4.00 | $0.00 | FlyFrontier\wendy. vansavol | Timecard Editor |
| Rofer, Dafina A | 417671 | Fri | 6/17/2011 | FMLA SICK PD | 0.25 | $0.00 | FlyFrontier\cheri.v arisco | Timecard Editor |
| Rofer, Dafina A | 417671 | Fri | 6/24/2011 | FMLA SICK PD | 8.00 | $0.00 | FlyFrontier\cheri.v arisco | Timecard Editor |
| Rofer, Dafina A | 417671 | Tue | 7/19/2011 | FMLA SICK PD | 4.00 | $0.00 | FlyFrontier\cheri.v arisco | Timecard Editor |

Totals:

| Employee: | ID: | Pay Code | Money | Hours | Wages |
|---|---|---|---|---|---|
| Rofer, Dafina A | 417671 | ALL FMLA | $0.00 | 76.75 | $0.00 |

Summary Totals:

| Pay Code | Money | Hours | Wages |
|---|---|---|---|
| ALL FMLA | $0.00 | 76.75 | $0.00 |

EXHIBIT

1033

Case 1:14-cv-00071-PB  Document 34-1  Filed 10/14/14  Page 91 of 91

D 000625