January 14, 2015

Case No. 14-C-0071

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2015 JAN 21 P 3 40
JON A. SANFILIPPO
CLERK

Your Honorable Judge Pamela Pepper

I am writing to request a 60 day

Extension to respond to the Defendants

Summary Judgement motion and to retain

Counsel. I became very ill again, seeing

the Dr on 9-24-14 and then ending up

in the hospital from October 5-7th. My

blood pressure was spiking again from

$172/98$ to $236/156$, my Kidney function

has dropped down even more now to 20% total

function, I was put on more blood pressure

medication, and they doubled my

antidepressant which make me extremely
sleepy. We had to move by October 15th
with no place to go, and ended up moving
in with a girlfriend and her children, six
of us in a 3 bedroom/1 bath home with
a lot of adjusting and recovering. I was
also informed from my Dr that my PAP
test came back positive for HPV and was
positive for Atypical Cells, on top of my
daughters being ill with the flu + Ear
infections. I know that I am not a lawyer
but I am trying the best I can to
maintain everything right now, on top

of two deaths in my family in the last week. My phone records I sent in to prove that I was NOT a "No Call, No Show" my doctors Excuses + approvals from Human Resources and so on. Its so black + white to me, a difference between right + wrong. My past attendance records due to my Kidney infections and sick kids should not be relivant. These were new policies + new rules set by Frontier + Republic Airways and Frontier lied about me being a "No Call No Show".

Your Honor, I am asking for a

60 day extension to respond fully + properly and have time to study it. I have included copies of Dr visits and my hospitalization, my added meds, my daughters Dr visits, some witness letters on my behalf and my new address. I appreciate your time and patience with me.

Sincerely,

Dafina Roter Velyov

New Address:

Dafina Roter Velyov

26517 Roosevelt Lane

Windlake WI 53185