October 5, 2014

The Honorable Rudolph T. Randa

U.S. District Court for the Eastern District of Wisconsin

517 E. Wisconsin Avenue

Milwaukee, Wisconsin 53202

Dear Judge Randa:

I am writing on behalf of Dafina Velyov in reference to her case against Frontier Airlines. I have known Ms. Velyov for three years. During that time, I have had the opportunity to work with her on numerous occasions. She has consistently displayed an exceptional work ethic including punctuality, attention to detail, dependability and has always exceeded the expectations /requirements of her supervisors. As a retired principal of 33 years in public education, I readily recognize qualities and character traits that employers value in the work force. Ms. Velyov demonstrates the ability to function effectively in a team, takes initiative, assumes a leadership role when necessary and despite a very tenuous health condition, is always pleasant and willing to complete required tasks without complaint.

I did not know Ms. Velyov during her tenure at Frontier Airlines but her inability to work and the resultant loss of income has significantly impacted her lifestyle and that of her daughters. She is a very caring, capable mother whose children are her first priority. She has experienced many setbacks, not the least of which appears to be her questionable termination of employment by Frontier Airlines during an approved FMLA absence. The stress of this termination has impacted her health deleteriously and may indeed have shortened her life expectancy. It is my hope that you will review the many facets of this case and rule in her favor.

In recent weeks, her kidneys continue to fail, her blood pressure has skyrocketed and the doctor has been unable to stabilize her condition despite increases in medication. A resolution to this matter would allow her to regain focus on her health and her children and rebuild her life to whatever extent is possible at this time.

Thank you for your time and consideration of this complicated legal issue.

Respectfully,


Cheryl A. Clancy

414 305-0136

~~Delores Auroa~~ Pilgrim Rd South – Cross main St

next light Menomee Ave (R)

a mile down the

Thursday 10/9/14

→ 2:30pm

N84 W16889 Menomee Ave

Menomee Falls 53051

Dr Nuneg

10/9/14  Stage 4 – 24%

2011 -23 -27%

20% function Now

| | | me | standard |
|---|---|---|---|
| Sodium – 141 | standard 135-145 | | |
| Potassium – 4.4 | 3.4 – 5.1 | | |
| Chloride 105 | 98-107 | | |
| Carbon dioxide 25 | 21-32 | | |
| Glucose 112 ? | 65-99 | | |
| Bun 29. | 10-20 | | |
| Creatine 2.84 | 0.50 – 1.10 → | | |
| GFR 20 | 59 | | |
| Protein 7.0 | 6.4 – 8.2 | | |

9/24/14  Parathyroid  me 164  standard 14-72

11/26/13  150

4/17/13  154

2/26/13  179 ☀ Vitamin D enzyme

5/23/12  146  doesnt work

☀ Not enough Calcium

20% Total function

| Patient: Roter, Dafina A | MRN: 00721687 | Acct#: 6001762778 | Dx: Hypertensive urgency, Hypertensive urgency, Hypertensive urgency |
|---|---|---|---|
| 4NE-4NE004-A | Age: 39 Y | Sex: F | **Allergies: Sulfa Antibiotics, Tetracyclines, Latex, Ciprofloxacin, Nickel, Penicillins, Sulfamethoxazole/trimethoprim** |
| Attending: Bangalore-Raju, Sushma, MD | WT: 47.1 kg | HT: 5' 3" (1.6 m) | |

## Current Discharge Medication List

### START taking these medications

| | Start Date | End Date |
|---|---|---|

**carvedilol 12.5 MG tablet**
Commonly known as: COREG
Take 1 tablet by mouth 2 times daily with meals.

Comments:

### CONTINUE these medications which have NOT CHANGED

| | Start Date | End Date |
|---|---|---|

**acetaminophen 325 MG tablet**
Commonly known as: TYLENOL
Take 325 mg by mouth every 4 hours as needed. NOTE:
Maximum recommended dose of acetaminophen from all
sources is 4 g per day.

Comments:

**citalopram 20 MG tablet**
Commonly known as: CELEXA
Take 20 mg by mouth daily.

Comments:

**DIOVAN 320 MG tablet**
Generic drug: valsartan
Take 320 mg by mouth daily.

Comments:

**metroNIDAZOLE 0.75 % gel**
Commonly known as: METROGEL-VAGINAL
Insert 1 Applicator vaginally daily.

Comments:

**multivitamin tablet**
Take 1 Tab by mouth daily.

Comments:

The above is a list of the medications you are to take at home. Please contact your physician or pharmacist

Case 2:14-cv-00071-PP   Filed 01/21/15   Page 3 of 14   Document 38-1

# YOUR PERSONAL PRESCRIPTION INFORMATION

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS.

| | |
|---|---|
| **PATIENT** | DAFINA ROTER |
| **BIRTH DATE** | 10/21/74 |
| **MEDICATION** | CITALOPRAM 20MG TABLETS |
| **QUANTITY** | 30 |
| **DIRECTIONS** | TAKE 1 TABLET BY MOUTH DAILY |

**DOCTOR** T. WILLIAMSON, MD

**PATIENT ALLERGIES** PENICILLINS
TETRACYCLINES AND RELATED
BACTRIM DS (800-160MG) TABLETS

**DRUG DESCRIPTION**

PINK
FRONT: IP 53

**INGREDIENT NAME:** CITALOPRAM (sye-TAL-oh-pram)

**COMMON USES:** This medicine is a selective serotonin reuptake inhibitor (SSRI) used to treat depression. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** WARNING: ANTIDEPRESSANTS MAY INCREASE THE RISK of suicidal thoughts or actions in children, teenagers, and young adults. However, depression and certain other mental problems may also increase the risk of suicide. Talk with the patient's doctor to be sure that the benefits of using this medicine outweigh the risks. FAMILIES AND CAREGIVERS MUST CLOSELY WATCH PATIENTS who take this medicine. It is important to keep in close contact with the patient's doctor. Tell the doctor right away if the patient has symptoms like worsened depression, suicidal thoughts, or changes in behavior. Discuss any questions with the patient's doctor. THIS MEDICINE IS NOT APPROVED FOR USE IN CHILDREN. Talk with the doctor. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are taking certain antiarrhythmics (eg, amiodarone, dronedarone, procainamide, quinidine, sotalol), certain antibiotics (eg, gatifloxacin, moxifloxacin), escitalopram, levomethadyl, methadone, pentamidine, phenothiazines (eg, chlorpromazine, thioridazine), or pimozide. DO NOT TAKE THIS MEDICINE if you are taking or have taken linezolid or a monoamine oxidase inhibitor (MAOI) (eg, phenelzine, selegiline) within the last 14 days. TELL YOUR DOCTOR if you are taking a medicine that contains methylene blue. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking other prescription or nonprescription medicines (eg, used for aches and pain, allergies, autism, blood thinning, cancer, heartburn, high blood pressure, immune system suppression, infections, irregular heartbeat or other heart problems, migraine headaches, nausea and vomiting, schizophrenia or other mental or mood problems, seizures, stomach or bowel problems, swelling or fluid retention, weight management), multivitamin products, or herbal or dietary supplements. Tell your doctor if you take any medicine that may increase the risk of a certain type of irregular heartbeat (prolonged QT interval). Check with your doctor or pharmacist if you are unsure if any of your medicines may increase the risk of this type of irregular heartbeat or might interact with this medicine. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including a history of seizures, liver problems, kidney problems, heart problems (eg, heart failure, slow or irregular heartbeat), high blood pressure, stroke, bleeding problems, increased eye pressure or glaucoma, stomach or bowel bleeding, allergies, pregnancy, or breast-feeding. Tell your doctor if you or a family member has a history of bipolar disorder (manic-depression), other mental or mood problems, suicidal thoughts or attempts, or alcohol or substance abuse. Tell your doctor if you are dehydrated, have low blood volume or low blood sodium levels, drink alcohol, or will be having electroconvulsive therapy (ECT). Tell your doctor if you have a condition or take medicine that may increase your risk for low potassium or magnesium levels. Check with your doctor if you are not sure if any of your conditions or medicines may increase this risk. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a certain type of irregular heartbeat (long QT syndrome), slow heartbeat, severe heart failure, a recent heart attack, or uncorrected low blood potassium or magnesium levels. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for taking this medicine provided by your doctor. This medicine comes with a MEDICATION GUIDE approved by the U.S. Food and Drug Administration. Read it carefully each time you refill this medicine. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. TAKE THIS MEDICINE by mouth with or without food. It may take 1 to 4 weeks before you notice improvement. DO NOT CHANGE YOUR DOSE or use this medicine for longer than prescribed without checking with your doctor. STORE THIS MEDICINE at 77 degrees F (25 degrees C), away from heat, moisture, and light. Brief storage at temperatures between 59 and 86 degrees F (15 and 30 degrees C) is permitted. Do not store in the bathroom. KEEP THIS MEDICINE out of the reach of children and away from pets. Taking this medicine at the same time each day will help you remember to take it. DO NOT SUDDENLY STOP TAKING THIS MEDICINE without checking with your doctor. You may have an increased risk of side effects (eg, mental or mood changes, numbness or tingling of the skin, dizziness, confusion, headache, trouble sleeping, unusual tiredness). If you need to stop this medicine, your doctor may need to gradually lower your dose. CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. IF YOU MISS A DOSE of this medicine, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. DO NOT TAKE 2 doses at once.

**CAUTIONS:** DO NOT USE THIS MEDICINE if you are allergic to any ingredient in this medicine or to escitalopram. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, emergency care, or surgery, tell the doctor or dentist that you are taking this medicine. THIS MEDICINE MAY CAUSE DROWSINESS OR DIZZINESS. These effects may be worse if you take it with alcohol or certain medicines. DO NOT DRIVE OR PERFORM OTHER POSSIBLY UNSAFE TASKS until you know how you react to it. DO NOT DRINK ALCOHOL while you are using this medicine. CHECK WITH YOUR DOCTOR BEFORE you use medicines that may cause drowsiness (eg, sleep aids, muscle relaxers) while you are using this medicine; it may add to their effects. Ask your pharmacist if you have questions about which medicines may cause drowsiness. CHILDREN, TEENAGERS, AND YOUNG ADULTS WHO TAKE THIS MEDICINE may be at increased risk for suicidal thoughts or actions. Watch all patients who take this medicine closely. Contact the doctor at once if new, worsened, or sudden symptoms such as depressed mood; anxious,

prescription or over-the-counter, check with your doctor or pharmacist. USE THIS MEDICINE WITH CAUTION IN THE ELDERLY; they may be more sensitive to its effects. THIS MEDICINE MAY CAUSE WEIGHT CHANGES. CHILDREN and teenagers may need regular weight and growth checks while they take this medicine. FOR WOMEN: THIS MEDICINE MAY CAUSE HARM to the fetus if it is used during the last 3 months of pregnancy. IF YOU BECOME PREGNANT, contact your doctor. You will need to discuss the benefits and risks of using this medicine while you are pregnant. THIS MEDICINE IS FOUND in breast milk. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include constipation, diarrhea, dizziness, drowsiness, dry mouth, increased sweating, increased thirst, loss of appetite, nausea, stuffy nose, trouble sleeping, weakness, or yawning. If they continue or are bothersome, check with your doctor. THIS MEDICINE MAY CAUSE an increased risk of a certain type of severe irregular heartbeat (QT prolongation). The risk may be higher with high doses of this medicine. It may also be higher if you have a certain type of irregular heartbeat (long QT syndrome) or low blood potassium or magnesium levels. Tell your doctor right away if you develop chest pain; fast, slow, or irregular heartbeat; shortness of breath; dizziness; or fainting. Discuss any questions or concerns with your doctor. SEROTONIN SYNDROME IS A POSSIBLY fatal syndrome that can be caused by this medicine. Your risk may be greater if you take this medicine with certain other medicines (eg, "triptans," MAOIs). Symptoms may include agitation; confusion; hallucinations; coma; fever; fast or irregular heartbeat; tremor; excessive sweating; and nausea, vomiting, or diarrhea. Contact your doctor at once if you have any of these symptoms. CONTACT YOUR DOCTOR IMMEDIATELY if you experience black, tarry, or bloody stools; change in the amount of urine produced; confusion; decreased concentration; decreased coordination; decreased sexual desire or ability; hallucinations; memory problems; menstrual period changes; new or worsening mental, mood, or behavior changes (eg, agitation, anxiety, depression, panic attacks, aggressiveness, impulsiveness, irritability, hostility, exaggerated feeling of well-being); persistent trouble sleeping; persistent, painful erection; red, swollen, blistered, or peeling skin; seizures; severe or persistent headache or dizziness; stomach pain; suicidal thoughts or attempts; tremor; unusual bruising or bleeding; or unusual weakness. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest; or swelling of the mouth, face, lips, or tongue. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your health care provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. IF YOU WILL BE USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, be sure to obtain necessary refills before your supply runs out. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
9909 W Loomis Rd
Franklin, WI 53132
(414)427-7187

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS.

| | | | |
|---|---|---|---|
| **PATIENT** | DAFINA ROTER | **DOCTOR** T. WILLIAMSON, MD | **DRUG DESCRIPTION** |
| **BIRTH DATE** | 10/21/74 | | |
| **MEDICATION** | AZITHROMYCIN 250MG TABLETS 6-PAK | **PATIENT** | |
| **QUANTITY** | 6 | **ALLERGIES** PENICILLINS | |

**DIRECTIONS** TAKE 2 TABLETS BY MOUTH TODAY, THEN TAKE 1 TABLET DAILY FOR 4 DAYS

TETRACYCLINES AND RELATED

BACTRIM DS (800-160MG) TABLETS

WHITE
FRONT: PLIVA
BACK: 787

*Call your doctor for medical advice about side effects.*
*You may report side effects to FDA at 1-800-FDA-1088.*

**INGREDIENT NAME:** AZITHROMYCIN (ay-ZITH-roe-MYE-sin)

**COMMON USES:** This medicine is a macrolide antibiotic used to treat infections caused by certain bacteria. It may also be used for other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking amiodarone, cisapride, dofetilide, dronedarone, nilotinib, pimozide, procainamide, propafenone, quinidine, sotalol, or tetrabenazine. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking other prescription or nonprescription medicines (eg, used for allergies, blood thinning, cancer, depression or other mental or mood problems, heartburn, infections, involuntary movements, irregular heartbeat or other heart problems, narcotic addiction, nausea and vomiting, pain, Tourette disorder), multivitamin products, or herbal or dietary supplements (eg, herbal teas, coenzyme Q10, garlic, ginseng, St. John's wort). Tell your doctor if you take any medicine that may increase the risk of a certain type of irregular heartbeat (prolonged QT interval). Check with your doctor or pharmacist if you are unsure if any of your medicines may increase the risk of this type of irregular heartbeat or if they might interact with this medicine. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including a slow or irregular heartbeat, kidney problems, liver problems, myasthenia gravis, allergies, pregnancy or breastfeeding. Tell your doctor if you have a history of low blood potassium or magnesium levels. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of liver problems or yellowing of the skin or eyes caused by any dose form (eg, tablets, suspension, injection) of this medicine. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a certain type of irregular heartbeat (QT prolongation), low blood potassium or magnesium levels, or a very slow heartbeat. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. This medicine may be taken on an empty stomach or with food. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. DO NOT TAKE AN ANTACID that has aluminum or magnesium in it within 1 hour before or 2 hours after you take this medicine. STORE THIS MEDICINE between 59 and 86 degrees F (15 and 30 degrees C), away from heat, moisture, and light. KEEP THIS MEDICINE out of the reach of children and away from pets. TO CLEAR UP YOUR INFECTION COMPLETELY, continue taking this medicine for the full course of treatment even if you feel better in a few days. The bacteria could also become less sensitive to this or other medicines if you do not take this medicine for the full course of treatment. Do not miss any doses. Taking this medicine at the same time each day will make it easier to remember. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. If you miss a dose, do not take 2 doses at once.

**CAUTIONS:** DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it, to other macrolide antibiotics (eg, erythromycin), to ketolide antibiotics (eg, telithromycin), or if you are allergic to any ingredient in this product. An allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine, a macrolide, or a ketolide, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor immediately. Do not take any more of this medicine unless your doctor tells you to do so. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. This medicine may cause drowsiness, dizziness, blurred

diarrhea, or bloody or watery stools occur. Do not treat diarrhea without first checking with your doctor. SEVERE AND SOMETIMES FATAL LIVER PROBLEMS have been reported with the use of this medicine. Contact your doctor immediately if you develop symptoms of liver problems (eg, yellowing of the skin or eyes; dark urine; pales stools; severe or persistent nausea, vomiting, or loss of appetite; unusual itching). Discuss any questions or concerns with your doctor. LONG-TERM OR REPEATED USE OF THIS MEDICINE may cause a second infection. Tell your doctor if signs of a second infection occur. Your medicine may need to be changed to treat this. THIS MEDICINE ONLY WORKS against bacteria; it does not treat viral infections (eg, the common cold). BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of this medicine, especially irregular heartbeat. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include diarrhea or loose stools, headache, mild stomach pain, nausea, upset stomach, or vomiting. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience bloody or watery stools; changes in hearing or hearing loss; chest pain; difficulty swallowing or speaking; eye or vision problems; irregular heartbeat; mouth sores; muscle weakness; pounding in the chest; red, blistered, peeling, or swollen skin; ringing in the ears; seizures; severe dizziness; severe or persistent diarrhea; stomach cramps/pain; symptoms of liver problems (eg, yellowing of the skin or eyes; dark urine; pale stools; severe or persistent nausea, vomiting, or loss of appetite; unusual itching); or unusual vaginal itching, odor, or discharge. An allergic reaction to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing or swallowing; tightness in the chest; swelling of the mouth, face, lips, throat, or tongue; unusual hoarseness; or wheezing. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include nausea, vomiting, stomach upset, and diarrhea.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

*Do not flush unused medications or pour down a sink or drain.*

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
9909 W Loomis Rd
Franklin, WI 53132
(414)427-7187

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS.

| | | |
|---|---|---|
| **PATIENT** DAFINA ROTER | **DOCTOR** T. WILLIAMSON, MD | **DRUG DESCRIPTION** |
| **BIRTH DATE** 10/21/74 | | |
| **MEDICATION** VALSARTAN 320MG TABLETS | **PATIENT ALLERGIES** PENICILLINS | |
| **QUANTITY** 30 | TETRACYCLINES AND RELATED | |
| **DIRECTIONS** TAKE 1 TABLET BY MOUTH DAILY | BACTRIM DS (800-160MG) TABLETS | BROWN<br>FRONT: RX126 |

**INGREDIENT NAME:** VALSARTAN (val-SAR-tan)

**COMMON USES:** This medicine is an angiotensin II receptor blocker (ARB) used for treating high blood pressure alone or with other medicines. It is used to treat heart failure. It is used in certain patients to decrease the risk of death after a heart attack. It may also be used for other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** WARNING: This medicine may cause injury or death to the fetus if used during pregnancy. If you think you may be pregnant, contact your doctor right away. If you are planning to become pregnant, talk with your doctor about other treatment options. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are taking a medicine that contains aliskiren and you also have diabetes or kidney problems. Check with your doctor or pharmacist if you are not sure if a medicine you take contains aliskiren. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking aliskiren, angiotensin-converting enzyme (ACE) inhibitors (eg, lisinopril), cyclosporine, diuretics (eg, furosemide, hydrochlorothiazide), lithium, nonsteroidal anti-inflammatory drugs (NSAIDs) (eg, celecoxib, ibuprofen, indomethacin), potassium-sparing diuretics (eg, amiloride, spironolactone, triamterene), potassium supplements, rifampin, or ritonavir. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including a history of angioedema (eg, swelling of the hands, face, lips, eyes, throat, or tongue; difficulty swallowing or breathing; hoarseness), including angioedema caused by treatment with another angiotensin II receptor blocker (eg, losartan) or an ACE inhibitor (eg, lisinopril); heart problems (eg, heart failure); blood vessel problems; blood flow problems; liver or kidney problems; gallbladder problems; stroke; recent heart attack; diabetes; allergies; pregnancy or if you are able to become pregnant; or breast-feeding. Tell your doctor if you have dehydration, low blood volume, or electrolyte problems (eg, high blood potassium levels, low blood sodium levels). Tell your doctor if you or are on a low-salt (sodium) diet, if you are on dialysis, or if you take another medicine for blood pressure or heart problems. USE OF THIS MEDICINE IS NOT RECOMMENDED if you are pregnant or if the patient is a child with severe kidney problems. Use of this medicine in CHILDREN under age 6 is not recommended. Discuss with your doctor the risks and benefits of giving this medicine to your child. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for taking this medicine provided by your doctor. AN EXTRA PATIENT LEAFLET is available with this medicine. Ask your pharmacist if you have questions about this information. TAKE THIS MEDICINE by mouth with or without food. IF YOU CANNOT SWALLOW THIS MEDICINE, ask your doctor or pharmacist about preparing a suspension of this medicine. STORE THIS MEDICINE at room temperature, between 59 and 86 degrees F (15 and 30 degrees C), away from heat, moisture, and light. Do not store in the bathroom. If your pharmacist prepares a suspension of this medicine, store as directed by your pharmacist. KEEP THIS MEDICINE out of the reach of children and away from pets. TAKE THIS MEDICINE ON A REGULAR SCHEDULE to get the most benefit from it. Taking this medicine at the same time each day will help you remember to take it. CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or if you are allergic to any ingredient in this product. IT MAY TAKE 2 WEEKS OR MORE to receive the full benefit of this medicine. DO NOT STOP TAKING this medicine or change your dose without checking with your doctor. LAB TESTS, including blood pressure, blood electrolyte levels, and heart

react to it. THIS MEDICINE MAY CAUSE A SERIOUS SIDE EFFECT CALLED ANGIOEDEMA. Contact your doctor at once if you develop swelling of the hands, face, lips, eyes, throat, or tongue; difficulty swallowing or breathing; or hoarseness. THIS MEDICINE MAY NOT WORK AS WELL in black patients. Discuss any questions or concerns with your doctor. DEHYDRATION, EXCESSIVE SWEATING, VOMITING, OR DIARRHEA may increase the risk of low blood pressure. Contact your health care provider at once if any of these occur. CHECK WITH YOUR DOCTOR BEFORE YOU USE a salt substitute or a product that has potassium in it. PATIENTS WHO TAKE MEDICINE FOR HIGH BLOOD PRESSURE often feel tired or run down for a few weeks after starting treatment. Be sure to take your medicine even if you may not feel "normal." Tell your doctor if you develop any new symptoms. IF YOU HAVE HIGH BLOOD PRESSURE, do not use nonprescription products that contain stimulants. These products may include diet pills or cold medicines. Contact your doctor if you have any questions or concerns. BEFORE YOU BEGIN TAKING ANY NEW MEDICINES, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: THIS MEDICINE MAY CAUSE BIRTH DEFECTS OR FETAL DEATH if you take it while you are pregnant. IF YOU THINK YOU MAY BE PREGNANT, contact your doctor right away. IT IS NOT KNOWN IF THIS MEDICINE IS FOUND in breast milk. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include cough; diarrhea; dizziness; headache; joint or back pain; mild flu-like symptoms; mild stomach pain; or tiredness. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience blurred vision; burning, numbness, or tingling; change in the amount of urine produced; chest pain; difficulty swallowing; fainting; irregular heartbeat; muscle pain, weakness, or cramps; shortness of breath; sudden, unexplained weight gain; swelling of the hands, ankles, or feet; symptoms of liver problems (eg, dark urine, loss of appetite, pale stools, severe or persistent stomach pain, yellowing of the eyes or skin); symptoms of low blood pressure (eg, fainting, light-headedness, severe dizziness); or unusual bruising or bleeding. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest; swelling of the mouth, face, lips, or tongue; or unusual hoarseness. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms may include fainting, fast or slow heartbeat, or severe dizziness or light-headedness.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE FOR other health conditions. IF YOU WILL BE USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, be sure to obtain necessary refills before your supply runs out. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

Call your doctor for medical advice about side effects.
You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

Information about your medicine:


**Froedtert & MEDICAL COLLEGE of WISCONSIN**

**Generic Drug Name:____Carvedilol_____**
**Brand Drug Name: _____Coreg__12.5mg_____**
 **Why you are taking it: _____**

Take this medicine exactly as directed and do not miss a dose. This
medicine should be taken with food. Do not stop this medicine suddenly
unless directed by your doctor.

Common **SIDE EFFECTS** you may experience include: Dizziness, diarrhea,
the blues, rash, and tiredness. This medicine may also hide the symptoms
of a low blood sugar.

Contact your doctor if you experience: a heart beat that is very fast or slow,
chest pain, swelling, trouble breathing, lightheadedness or passing out, or
problems with blood sugar control if you have diabetes.

Your doctor will monitor your blood pressure and heart rate.

$100.00 up front/fee

*Kathy*
*Nurse*

Dr Nuneg
Thursday
2pm

Menomee Falls
262 251-7500

* No Protein Powder
* 4-6g meat a day only

Find Dr Uy Records - biopsy

## ROTER,DAFINA A



**Walmart** ᐳˡᶜ
Pharmacy

RX #: 7161199 Ref # 0 QTY: 60 DAW: 0 DS: 30
NDC: 00093-7295-05 CARVEDILOL 12.5MG TAB TEV
KNIGHT,MEGAN M          NABP: 5119753
**Patient Pay: $4.00**
**Signature Required: N**

**BL**

10600 W LAYTON AVE.
GREENFIELD, WI 53228 -0000
(414)529-4699
**DATE: 10/07/2014**

**74**

**NEW**

**Directions : TAKE ONE TABLET BY MOUTH TWICE DAILY WITH MEALS**

## CARVEDILOL 12.5MG TAB

CARVEDILOL (kar-VE-dil-ol)

COMMON USES: This medicine is an alpha- and beta-blocking medicine used to treat high blood pressure. It is also used to treat heart failure and to improve survival in certain patients after a heart attack. It may also be used to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. An additional patient information leaflet is available with this medicine. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. TAKE THIS MEDICINE by mouth with food. STORE THIS MEDICINE below 86 degrees F (30 degrees C). KEEP THIS MEDICINE out of the reach of children and away from pets. Take this medicine regularly to receive the most benefit from it. Taking this medicine at the same time(s) each day will help you to remember. CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. DO NOT SUDDENLY STOP taking this medicine. Sharp chest pain, irregular heartbeat, and sometimes heart attack may occur if you suddenly stop this medicine. The risk may be greater if you have certain types of heart disease. Your doctor should slowly lower your dose over several weeks if you need to stop taking it. This should be done even if you only take this medicine for high blood pressure. Heart disease is common and you may not know you have it. Limit physical activity while you are lowering your dose. If new or worsened chest pain or other heart problems occur, contact your doctor right away. You may need to start taking this medicine again. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or if you are allergic to any ingredient in this product. INFORM YOUR DOCTOR IF YOU HAVE ANY SEVERE ALLERGIES. You may be at risk for an even more severe allergic reaction if you come into contact with the substance that caused your allergy. Some medicines used to treat severe allergies may also not work as well while you are using this medicine. DO NOT EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed without checking with your doctor. PATIENTS WHO TAKE MEDICINE FOR HIGH BLOOD PRESSURE often feel tired for a few weeks after starting treatment. Laboratory and/or medical tests, including blood pressure and heart function may be performed to monitor your progress or to check for side effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. This medicine may cause drowsiness, dizziness, fainting, or blurred vision. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. This medicine may cause dizziness, lightheadedness, or fainting. These effects may occur within the first hour after you take your dose. They may be more likely when you start taking this medicine or if your dose is increased. Alcohol, hot weather, exercise, or fever may increase these effects. To prevent them, sit up or stand slowly, especially in the morning. Sit or lie down at the first sign of any of these effects. BEFORE TAKING ANY NEW

Case 2:14-cv-00071-PP   Filed 01/21/15   Page 8 of 14   Document 38-1

# Froedtert Hospital

| | | |
|---|---|---|
| GUARANTOR NAME: DAFINA A ROTER | | |

| ACCOUNT NUMBER | INVOICE DATE | DUE DATE |
|---|---|---|
| 6001762778 | 11/21/14 | UPON RECEIPT |

For customer service or to make a payment
please call 800-803-8155 or visit our website.

**Froedtert.com**

## AMOUNT DUE: **$9,193.17**

| Primary Insurance: | **NO INSURANCE ON FILE** | Secondary Insurance: | **NO INSURANCE ON FILE** |
|---|---|---|---|
| Policy Number: | | Policy Number: | |
| Insured: | | Insured: | |

Page 1

| SERVICE DATE | PATIENT | DESCRIPTION | CHARGES | SELF PAY DISCOUNT | PATIENT PMTS/ADJS | PATIENT BALANCE |
|---|---|---|---|---|---|---|
| 10/05/14 - 10/07/14 | DAFINA ROTER | Account #: 6001762778 Location: FROEDTERT HOSPITAL HOSPITALIST | $11,491.46 | -$2,298.29 | $0.00 | $9,193.17 |

**Important Message:**
If you would like an itemized bill, please call us at the number above. This invoice reflects charges for hospital services only. Physician charges will be billed separately. **Please see reverse side for additional information about financial assistance and our billing and payment procedures.**

**PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT TO P.O. BOX 3202, MILWAUKEE, WI 63201-3202**

3501

## FROEDTERT HOSPITAL
100 S OWASSO BLVD W
ST PAUL, MN 55117-1036

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT ☐ MasterCard ☐ DISCOVER ☐ VISA | | |
| CARD NUMBER | | EXP. DATE M M Y Y |
| SIGNATURE | | SECURITY CODE |

For Internal Use Only: 295289682

| Account Number | Invoice Date | Amount Due | Amount Paid |
|---|---|---|---|
| 6001762778 | 11/21/2014 | $9,193.17 | $ |

## Please make checks payable and remit to:




3501-12519110
DAFINA A ROTER
26517 ROOSEVELT LN
WATERFORD WI 53185-2109

**FROEDTERT HOSPITAL**
P.O. BOX 3202
MILWAUKEE WI 53201-3202

# Aurora Health Care®

PO Box 091700
Milwaukee, WI 53209-8700

If you have a question on your statement, please call:
Toll Free 800-326-2250 Mon - Fri, 8:30 am - 5:00 pm
Our email address is: customerservice@aurora.org
En Español por favor llamar al 866-629-6033

**If paying by credit card, fill out below**

Check credit card using for payment: ☐ MasterCard ☐ DISCOVER ☐ VISA ☐ AMERICAN EXPRESS

Card Number

Signature | Exp. Date

Print Name

| Bill Date | Account Number | Pay This Amount | Amount Paid |
|---|---|---|---|
| 11/12/2014 | 573086 | $567.00 | |

**You can can pay your bill online at my.aurorahealthcare.org**

| Addressee |
|---|

DAFINA ROTER VELYOV
26517 ROOSEVELT LN
WATERFORD WI 53185-2109

| Please make checks payable and remit to: |
|---|

AURORA HEALTH CARE
PO BOX 809418
CHICAGO, IL 60680-9418

000000439739 111214 0000573086 0000056700 1

---

Document Code: P-DWFNH-97386-JGLYXQ

Please detach and return top portion with payment.

| Account Number | Account Name | Bill Date | Due Date |
|---|---|---|---|
| 573086 | DAFINA ROTER VELYOV | 11/12/2014 | **Upon Receipt** |

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | INSURANCE PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|
| **Date of Service 9/24/2014 - Visit # 128226661 - DAFINA A ROTER VELYOV** | | | | | |
| *Professional/Clinic Services - Terry S Williamson, MD* | | | | | |
| 09/24/14 | OFFICE/OUTPT VISIT | $299.00 | | $0.00 | |
| 09/24/14 | PB TIME OF SRVCE PMT - Thank You | | $-31.00 | | |
| | ***PROFESSIONAL/CLINIC SERVICES BALANCE*** | | | $0.00 | **$268.00** |
| **Previous Visit Balance - Visit # 127980150 - Date of Service - 10/9/2014 - DAFINA A ROTER VELYOV** | | | | | |
| | ***CURRENT TOTAL VISIT BALANCE*** | | | $0.00 | **$299.00** |
| 10/17/12 | CO-PAY PAYMENT (Not Yet Applied) | | $-1.00 | | |
| 04/24/13 | CO-PAY PAYMENT (Not Yet Applied) | | $-3.00 | | |
| 07/17/13 | CO-PAY PAYMENT (Not Yet Applied) | | $-3.00 | | |
| 09/11/13 | CO-PAY PAYMENT (Not Yet Applied) | | $-3.00 | | |
| 11/26/13 | CO-PAY PAYMENT (Not Yet Applied) | | $-3.00 | | |
| 01/17/14 | CO-PAY PAYMENT (Not Yet Applied) | | $-3.00 | | |

If you are experiencing financial hardship or are looking for help in determining if you qualify for any Aurora Health Care financial assistance programs, please contact 1-800-326-2250. Program eligibility is based on income and family size. You may be asked to complete an application and supply additional documents to determine which program best suits your needs.

**Message:**
Your account is past due. Please mail the entire amount due today or call Customer Service to discuss payment options.

**Please Pay This Amount**

$567.00

Case 2:14-cv-00071-PP Filed 01/21/15 Page 10 of 14 Document 38-1

If you have a question on your statement, please call toll free: 800-326-2250 Mon - Fri, 8:30 am - 5:00 pm
En Español por favor llamar al 866-629-6033 Mon - Fri, 8:30 am - 5:00 pm

# Aurora Health Care®

PO Box 091700
Milwaukee, WI 53209-8700

If you have a question on your statement, please call:
Toll Free 800-326-2250 Mon - Fri, 8:30 am - 5:00 pm
Our email address is: customerservice@aurora.org
En Español por favor llamar al 866-629-6033

AHC-218

| If paying by credit card, fill out below | | | | |
|---|---|---|---|---|
| Check credit card using for payment | ☐ MasterCard | ☐ DISCOVER | ☐ VISA | ☐ |
| Card Number | | | | |
| Signature | | | | Exp. Date |
| Print Name | | | | |

| Bill Date | Account Number | Pay This Amount | Amount Paid |
|---|---|---|---|
| 11/05/2014 | 997001406 | $293.00 | |

**You can can pay your bill online at my.aurorahealthcare.org**

| Addressee | Please make checks payable and remit to: |
|---|---|
| DAFINA ROTER VELYOV<br>26517 ROOSEVELT LN<br>WATERFORD WI 53185-2109 | AURORA HEALTH CARE<br>PO BOX 809418<br>CHICAGO, IL 60680-9418 |

Page 1 of 1

2964923 - 01807

000001797722 110514 0997001406 0000029300 7

---

Document Code: P-XFCHS-25961-WDVTWF

Please detach and return top portion with payment.

| Account Number | Account Name | Bill Date | Due Date |
|---|---|---|---|
| 997001406 | DAFINA ROTER VELYOV | 11/05/2014 | **Upon Receipt** |

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | INSURANCE PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|
| **Previous Visit Balance - Visit # 127789290 - Date of Service - 10/2/2014 - DAFINA A ROTER VELYOV** | | | | | |
| *Professional/Clinic Services  - Fatima Aziz, MD* | | | | | |
| 10/02/14 | URINE PREGNANCY, QUAL | $51.00 | | $0.00 | |
| 10/02/14 | SMEAR,STAIN,WET MNT,INTERP | $41.00 | | $0.00 | |
| | *CURRENT TOTAL VISIT BALANCE* | | | $0.00 | $293.00 |

If you are experiencing financial hardship or are looking for help in determining if you qualify for any Aurora Health Care financial assistance programs, please contact 1-800-326-2250. Program eligibility is based on income and family size. You may be asked to complete an application and supply additional documents to determine which program best suits your needs.

**Message:**
Your account is past due.  Please mail the entire amount due today or call Customer Service to discuss payment options.

## Please Pay This Amount

| $293.00 |
|---|

If you have a question on your statement, please call Toll Free: 800-326-2250 Mon - Fri, 8:30 am - 5:00 pm
En Español por favor llamar al 866-629-6033 Mon - Fri, 8:30 am - 5:00 pm

Page 11 of 14    Document 38-1



Date: October 10, 2014

Dear Patient:

This letter is in regards to your recent hospitalization at Froedtert Hospital. Our records indicate that you are without health insurance coverage. If you do have insurance, please call (414) 805-5951 with this information to update your account.

If you do not have insurance, we can assist you in determining eligibility for government programs. You may also be eligible for a hospital program offering discounted services.

Your prompt attention to this matter is required

Please be aware, you will be responsible for all of your medical expenses including hospitalization, outpatient follow-up visits and medication needs, unless found eligible for existing programs/insurance.

Thank you. We look forward to hearing from you soon.

Sincerely,


Maribeth D.
Financial Counseling Department
805-2672



**Aurora Health Care**®

**Aurora Health Center Waterford Emergency Med Walkin**
818 FORREST LN
Waterford WI 53185
Phone: 262-514-8199

## Thank you for choosing us for your health care needs. Please help us to ensure your records are accurate. Discuss any inaccuracies with the treating / prescribing physician or your Primary Care Provider.

G██████M F███
1/5/2015 8:00 AM   Walk In

Description: **13 year old female**
Provider: **Diane Mary Trudell, PA**
Department: **Buw·Emer Med Walkin**

### Your Information

| Date Of Birth | Race | Ethnicity | Preferred Language |
|---|---|---|---|
| ███2001 | White | Not of Hispanic or Latino Origin | English |

### Your To Do List

Follow-up
**Return Please recheck if not better in 2 days.**

### Conditions Discussed Today or Order-Related Diagnoses

— ʸᴸeⁿaˡ
- Mucron O.

**BOM (bilateral otitis media)**   - Primary

### Your Vitals Were

| BP | Pulse | Temp | Resp | Weight | SpO2 |
|---|---|---|---|---|---|
| 108/65 | 80 | 98.1 °F (36.7 °C) (Tympanic) | 18 | 100 lb 9.6 oz (40.48%) | 97% |

Smoking
Status
Never
Smoker

— Honey

### Current Medications (as reported by you and your prescribing providers):

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cefdinir (OMNICEF) 250 MG/5ML suspension**<br>Sig - Route: Take 6 mLs by mouth 2 times daily. - Oral<br>Class: Eprescribe | 120 mL | 0 | 1/5/2015 | 1/15/2015 |

### Allergies as of 1/5/2015

No Known Allergies

### Immunization History as of 1/5/2015

| | |
|---|---|
| **DTaP** | 9/28/2006, 1/6/2003, 1/16/2002, 10/18/2001, 8/22/2001 |
| **HIB** | 7/22/2002, 10/18/2001, 8/22/2001 |
| **Hepatitis B Child** | 7/22/2002, 10/18/2001, 8/22/2001 |
| **MMR** | 9/28/2006, 7/22/2002 |
| **Meningococcal Conjugate MCV4P (Menactra)** | 7/27/2012 |
| **Polio, INACTIVATED** | 9/28/2006 |


**Aurora Advanced Healthcare** ®

October 27, 2014

Dafina A Roter Velyov
26151 S Wind Lake Rd
Wind Lake WI 53185-2247

*[handwritten: Monday or Thursday ~~~~~ 3pm 1/8/15 - 2p Slinger → aunt Silvia passed away]*

Dear Dafina Roter Velyov,

Recently you had a Pap smear done at your Aurora Advanced Healthcare visit. The results of your recent Pap Smear have returned and show atypical cells. Atypical cells can occur if there is inflammation or irritation of the cervix.

The HPV was positive. HPV is a very common virus that can cause cells on the cervix to become abnormal.

Please call the office to schedule an appointment for a colposcopy because of the above results. A colposcopy looks at your cervix through a microscope to determine what type of abnormal cells are present.

Please call 262-644-2900 at your earliest convenience to schedule your appointment.

Sincerely,

*Fatima Aziz / R Lawlu RN*

Dr. Fatima Aziz
Obstetrics/Gynecology Department
Aurora Advanced Healthcare Slinger
1061 E. Commerce Blvd.
Slinger, WI 53086
(262) 644-2900

*[handwritten: rescheduled to Thursday Jan 29th 2:45pm]*

*myAurora is a powerful new Internet tool that is quick, convenient and confidential. With myAurora, you can view your results faster; communicate on-line with your AAH physician's office; schedule many types of appointments; and find helpful healthcare links.*

*Visit my.aurorahealthcare.org soon and often. Sign up, take a quick tour, view important information, and stay in touch with Aurora Advanced Healthcare. We're There When You Need Us.*