UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**DAFINA ROTER VELYOV,**

    **Plaintiff,**

    -vs-                                       Case No.: 2:14-cv-00071-RTR

**FRONTIER AIRLINES, INC. and**
**REPUBLIC AIRWAYS HOLDINGS INC.,**

    **Defendant.**

---

### ORDER GRANTING
### DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY DEADLINE
### (CIV. L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION)

---

This cause comes before the Court on Defendants' Motion for Extension of Discovery Deadline (Civ. L. R. 7(h) Expedited Non-Dispositive Motion);

And the Court, being duly advised in the premises, hereby GRANTS said Motion;

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the discovery deadline of May 15, 2015, is hereby VACATED;

IT IS FURTHER ORDERED that the discovery deadline is reset in this matter to thirty (30) days after the Court's ruling on Defendants' motion for summary judgment, if needed.

Date: _____

                                                      HON. PAMELA PEPPER
                                                      United States District Court

Distribution to:

    Dafina Roter Velyov
    Plaintiff Pro Se
    26517 Roosevelt Lane
    Windlake, Wisconsin 53185

    David. J. Carr
    Paul C. Sweeney
    ICE MILLER LLP
    david.carr@icemiller.com
    paul.sweeney@icemiller.com