# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

Dafina A Roter Velyov,
*Plaintiff*
v.
Frontier Airlines Inc., et al,
*Defendants*

Civil Action No. 14-cv-71-PP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($ ), which includes prejudgment interest at the rate of_____ %, plus post judgment interest at the rate of_____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____
_____.

X other: _the motion for summary judgment filed by Frontier Airlines, Inc. and Republic Airways Holdings Inc. be granted.

This action was *(check one)*:

☐ tried by a jury with Judge_____ presiding, and the jury has rendered a verdict.

☐ tried by Judge_____ without a jury and the above decision was reached.

X decided by Judge Pepper on a motion for summary judgment by the defendants.

Date: May 27, 2015

CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*